JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability
Litigation (No. II)

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 90/09/28 | 1 | MOTION, BRIEF, EXHIBITS A - H, SCHEDULE OF ACTIONS (A-1 - A-40) -- plaintiffs Susan P. Teague, et al. -- SUGGESTED TRANSFEREE DISTRICT: D. SOUTH CAROLINA; SUGGESTED TRANFEREE JUDGE: HON. MATTHEW J. PERRY, JR. (cdm) |
| 90/10/05 | | CORRECTION TO SCHEDULE IN PLDG. #1 -- Susan P. Teague, et al. -- Attached to original pldg. #1 (rh) |
| 90/10/09 | | APPEARANCES: JAMES F. SELF, JR., ESQ. for Nancy C. Murrow, et al.; FREDERICK W. JAMES, ESQ. for Cheryl Diane James and Dorris Wolf; ARNOLD J. BAI, ESQ. for Solgar Co., Inc.; RICHARD W. HULBERT, ESQ. for Showa Denko America, Inc.; SARA D. SCHOTLAND, ESQ. for Showa Denko K.K.; TURNER W. BRANCH, ESQ. for Judy Paulsen, et al.; WILLIAM M. SAVINO, ESQ. for Twin Laboratories, Inc.; JEFFERY J. CARLSON, ESQ. for Jameson Pharmaceutical Corp.; ROBERT D. MERCURIO, ESQ. for General Nutrition Corporation, General Nutrition Products, Inc., General Nutrition Incorporated; WAYNE M. THOMAS, ESQ. for Lola J. Rapoport, et al.; DANIEL J. MOORE, ESQ. for Leiner Nutritional Products and Freshlabs, Inc.; RICHARD S. MCGOWAN, ESQ. for Matin Bromberg, et al.; STANLEY M. CHESLEY, ESQ. for Myrna Goldfarb, et al.; ROBERT H. HOOD, ESQ. for Triarco, Inc.; DOMINICK C. ESPOSITO, ESQ. for Dario Berizzi, Harriet Bessey, Millicent Davison, Jeannette Robledo, et al., Deborah Scelza, and Deborah Stack; H. DONALD SELLERS, ESQ. for Star Professional Pharmaceutical, Inc., d/b/a Star Pharmaceutical; ROBERT L. HUCKABY, ESQ. for Garden State Nutritionals, Inc. and Windmill Natural Vitamin Co. (rh) |
| 90/10/10 | | APPEARANCES: N. KAREN DEMING, ESQ. for Nature's Bounty, Inc. and DENISE T. DIPERSIO, ESQ. for Nature's Products, Inc. (rh) |
| 90/10/10 | | APPEARANCE: WILLIAM M. HAGOOD, III, ESQ. for Contract Pharmacel Corporation (rh) |
| 90/10/11 | | HEARING ORDER -- setting motion for transfer for Panel hearing on November 16, 1990, in Charleston, South Carolina (cdm) |
| 90/10/11 | | APPEARANCE: VINCENT LIPARI, ESQ. for Iroquois Brands, Ltd. (rh) |
| 90/10/12 | | APPEARANCE: PHILIP A. PFAFFLY, ESQ. for Mildred M. Haas (rh) |
| 90/10/15 | | APPEARANCE: WILLIAM C. TURNEY, ESQ. for Big Y Foods, Inc. (rh) |

PML FORM 1A

B.2

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **865** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 90/10/16 | | APPEARANCE:  STANLEY M. CHESLEY, ESQ. for Cheryl A. Everett, et al. (rh) |
| 90/10/17 | | APPEARANCE:  THOMAS D. ROGERS, ESQ. for Kathy Beheler; Elsie Floyd, et al.; Joan Greenway, et al.; Linda Williams Hicks, et al.; Mann Willard, et al.; Tammy Mullinax, et al.; Joseph Plumley; Catha Reid; Gladys Solmon, et al.; Susan Teaque, et al.; Diann Ball, et al.; Anthony Bryson, et al.; Sylvia Campbell, et al.; Joyce Dobson, et al.; Charlotte Green, et al.; David Isham, et al.; Michele Noullet, et al.; Edward Plumly, et al.; Roy Poole, et al.; Doris Ridley, et al.; Donald Rogers, et al.; William Rogers, et al. and Thomas Sawyer, et al. (rh) |
| 90/10/17 | 2 | RESPONSE -- (to pldg. #1) Jameson Pharmaceutical Corp. -- w/**Exhibits** A - D and cert. of svc. (received 10/17/90) (rh) |
| 90/10/17 | 3 | INTERESTED PARTY RESPONSE/BRIEF -- Filed by Attorney Paul D. Rheingold for **Plaintiffs** in 73 actions -- w/cert. of svc. (rh) |
| 90/10/17 | 4 | NOTICE OF RELATED ACTIONS -- (seven actions pending in District of Colorado) Filed by Susan P. Teague, et al. -- w/cert. of svc. (rh) |
| 90/10/18 | 5 | RESPONSE -- (to pldg. #1) Nature's Bounty, Inc. -- w/**Exhibits** A - B and cert. of svc. (received 10/18/90) (rh) |
| 90/10/18 | 6 | RESPONSE -- (to pldg. #1) Janet Baker, et al. (pltfs. in Goldfarb, et al. (A-15) -- w/**Exhibits** A  and cert. of svc. (received 10/18/90) (rh) |
| 90/10/18 | 7 | RESPONSE -- (to pldg. #1) Dario Berizz; Harriet Bessey; Deborah Scezia; Jeanette Robledo, et al.; Deborah Stack and Millicent Davison -- w/cert. of svc. (received 10/18/90) (rh) |
| 90/10/18 | 8 | RESPONSE -- (to pldg. #1) Lola J. Rapoport, et al. -- w/cert. of svc. (received 10/18/90) (rh) |
| 90/10/18 | 9 | RESPONSE -- (to pldg. #1) Judy Paulsen, et al. -- w/cert. of svc. (received 10/18/90) (rh) |
| 90/10/18 | 10 | RESPONSE/MEMORANDUM -- (to pldg. #1) P. Leiner Nutritional Products and Freshlabs, Inc. -- w/cert. of svc. (received 10/18/90) (rh) |

JPML FORM 1A                                      p. 3

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 --  In re Showa Denko K.K. L-Tryptophan Products Liability Litigation (No. II)

| Date | of. | Pleading Description |
|------|-----|---------------------|
| 90/10/18 | 11 | RESPONSE -- (to pldg. #1) Nancy C. Murrow, et al. -- w/cert. of svc. (received 10/18/90) (rh) |
| 90/10/18 | 12 | RESPONSE/BRIEF -- (to pldg. #1) Ora Elizabeth Wynn -- w/cert. of svc. (received 10/18/90) (rh) |
| 90/10/18 | 13 | NOTICE OF POTENTIAL TAG-ALONG ACTIONS -- General Nutrition Corporation; General Nutrition Incorporated and General Nutrition Products, Inc. -- w/cert. of svc. (received 10/18/90) (rh) |
| 90/10/18 | 14 | RESPONSE -- (to pldg. #1) Doris Wolf and Cheryl Diane James -- w/cert. of svc. (received 10/18/90) (rh) |
| 90/10/18 | 15 | RESPONSE/BRIEF -- (to pldg. #1) Star Pharmaceuticals; IDE Interstate and Interstate Drug Exchange -- w/cert. of svc. (received 10/18/90) (rh) |
| 90/10/18 | 16 | RESPONSE -- (to pldg. #1) Nature's Products, Inc. -- w/cert. of svc. (received 10/18/90) (rh) |
| 90/10/18 | 17 | RESPONSE/MEMORANDUM -- (to pldg. #1) Windmill Natural Vitamin Company and Garden State Nutritionals, Inc. -- w/cert. of svc. (received 10/18/90) (rh) |
| 90/10/18 | | APPEARANCE:  THOMAS F. MAXWELL, JR., ESQ. for Consumer Value Stores of Waterbury, Inc. (rh) |
| 90/10/18 | 18 | RESPONSE -- (to pldg. #1) Showa Denko K.K. and Showa Denko America, Inc. -- w/Exhibits A - D and 1 - 6 and cert. of svc. (received 10/18/90) (rh) |
| 90/10/19 | 19 | MOTION, BRIEF, SCHEDULE OF ACTIONS (B-41 - B-48), DECLARATION OF STUART M. GORDON AND RESPONSE (to pldg. #1) -- Filed by Defts. Pharmavite Corporation and Nature Made Nutritional Products -- SUGGESTED TRANSFEREE DISTRICT:  N.D. CALIFORNIA OR S.D. NEW YORK -- SUGGESTED TRANSFEREE JUDGE: ? -- w/cert. of svc. (received 10/18/90) (rh) |
| 90/10/19 | 20 | INTERESED PARTY RESPONSE -- (to pldg. #1) Sturdee Health Products, Inc. -- w/cert. of svc. (received 10/19/90) (rh) |

p. 4

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 90/10/19 | 21 | INTERESTED PARTY RESPONSE/MEMORANDUM -- (to pldg. #1) Goldline Laboratories, Inc. -- w/cert. of svc. (received 10/19/90) (rh) |
| 90/10/19 | 22 | LETTER -- (Require to Appear at Hearing) Filed by Pharmavite Corporation and Nature Made Nutritional Products  (rh) |
| 90/10/19 | | APPEARANCES:  JAMES E. BUTLER, JR., ESQ. for Ora Elizabeth Wynn and STUART M. GORDON, ESQ. for Phamavite Corp. and Nature Made Nutritional Products (rh) |
| 90/10/22 | 23 | RESPONSE -- (to pldg. #1) Solgar Co., Inc. -- w/cert. of svc. (received 10/19/90) (rh) |
| 90/10/23 | | CORRECTION TO MEMORANDUM IN PLDG. #21 -- Goldline Laboratories, Inc. -- Attached to pldg. #21 copies (rh) |
| 90/10/23 | 24 | INTERESTED PARTY RESPONSE/MEMORANDUM -- (to pldg. #1) The Rexall Group, Inc. -- w/cert. of svc. (received 10/19/90) (rh) |
| 90/10/23 | 25 | RESPONSE -- (to pldg. #1) Solgar Co., Inc. -- w/**Exhibits A -** E and cert. of svc. (received 10/19/90) (rh) |
| 90/10/23 | 26 | RESPONSE -- (to pldg. #1) Triarco Corporation -- w/cert. of svc. (received 10/23/90) (rh) |
| 90/10/24 | 27 | INTERESTED PARTY RESPONSE/MEMORANDUM -- (to pldg. #1) Makers of Kal, Inc. -- w/cert. of svc. (received 10/24/90) (rh) |
| 90/10/24 | 28 | LETTER -- (requesting to withdraw pldg. #15) -- Star Pharmaceuticals; IDE Interstate and Interstate Drug Exchange (Defts. filed another response pldg. #29) -- w/cert. of svc. (rh) |
| 90/10/24 | 29 | RESPONSE/BRIEF -- (to pldg. #1) Star Pharmaceuticals; IDE Interstate and Interstate Drug Exchange -- w/cert. of svc. (received 10/24/90) (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **865** -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation (No. II)

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 90/10/25 | 30 | INTERESTED PARTY RESPONSE/BRIEF -- (to pldg. #1) Doris Chalkley, et al. and Elaine Maldin, et al. -- w/**Exhibits** and cert. of svc. (received 10/25/90) (rh) |
| 90/10/29 | 31 | REQUEST FOR EXTENSION OF TIME TO FILED RESPONSE -- Debra Flick, et al. -- EXTENSION OF TIME **NOT** GRANTED -- Notified involved counsel (rh) |
| 90/10/29 | 32 | INTERESTED PARTY RESPONSE/BRIEF -- (to pldg. #1) Gloria Smith, et al. -- w/cert. of svc. (received 10/29/90) (rh) |
| 90/10/29 | | APPEARANCES:  PAT SKOGLUND, ESQ. for Debra Flick, et al. AND HUGH O. EVANS, ESQ. for Dauna Leigh Bauer (rh) |
| 90/10/31 | 33 | INTERESTED PARTY RESPONSE/BRIEF -- (to pldg. #19) Doris Chalkley, et al. and Elaine Maldin, et al. -- w/**Exhibits** 1-7 and cert. of svc. (received 10/31/90) (rh) |
| 90/10/31 | 34 | INTERESTED PARTY RESPONSE/MEMORANDUM -- (to pldg. 1) Jan Ritter, et al. -- w/cert. of svc. (received 10/31/90) (rh) |
| 90/10/31 | 35 | INTERESTED PARTY RESPONSE/MEMORANDUM AND REQUEST TO BE HEARD AT HEARING -- (to pldg. #1) Shirley P. Wilhite -- w/cert. of svc. (received 10/31/90) (rh) |
| 90/10/31 | 36 | LETTER -- (Request for oral argument) Pharmavite Corporation and Nature Made Nutritonal Products (rh) |
| 90/11/01 | 37 | INTERESTED PARTY RESPONSE AND REQUEST TO BE HEARD AT HEARING -- (to pldg. #1) June Price -- w/cert. of svc. (received 11/01/90) (sg) |
| 90/11/02 | 38 | SUPPLEMENTAL BRIEF -- (to.pldg. #12) Ora Elizabeth Wynn -- w/cert of svc. (received 11/02/90) (sg) |
| 90/11/05 | 39 | NOTICE OF RELATED ACTIONS/INTERESTED PARTY RESPONSE -- Twin Laboratories, Inc. -- w/cert of svc. (received 11/05/90) (sg) |
| 90/11/06 | 40 | RESPONSE/MEMORANDUM -- (to pldg. #1) Dauna Leigh Bauer -- w/cert of svc. (received 11/06/90) (sg) |

JPML FORM 1A                                                    B.6

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ --  _____

| Date | Pldg. | Pleading Description |
|------|-------|----------------------|
| 90/11/07 | 41 | INTERESTED PARTY RESPONSE/MEMORANDUM -- (to pldg. #19) Rhonda Fortune v. General Nutrition Corporation, et al., C.A. No. CIV-89-2151-W; Adelene German v. Wal-Mart, Inc., et al., C.A. No. CIV-90-966-P; Betty Marlene Perry v. Skaggs Alpha Beta, Inc., et al., C.A. No. CIV-90-667-W; Ellen Dickson v. Goldline Laboratories, et al., C.A. No. CIV-90-492-W; Colita Hartman v. Revco Discount Drug Centers, Inc., et al., C.A. No. CIV-90-965-R; Judy Bishop v. General Nutrition Corporation, et al., C.A. No. 90-C-875-E -- w/cert. of svc. (received 11/07/90) (sg) |
| 90/11/08 | 42 | RESPONSE -- (to pldg #1) Plaintiffs Debra and Eugene Flick -- w/cert. of svc. (received 11/08/90) (sg) |
| 90/11/09 | 43 | INTERESTED PARTY RESPONSE/BRIEF (to pldg. #1) -- pltf. Maria E. Perlas -- w/cert. of service (cdm) |
| 90/11/13 | 44 | RESPONSE (to pldg. #1) -- pltfs. Joseph Bueche, et al. -- w/Exhibit 1 and cert. of service (cdm) |
| 90/11/16 | | HEARING APPEARANCES -- (For hearing in Sioux Falls, South Dakota on 11/16/90) THOMAS D. ROGERS, ESQ. for Susan Teague, et al.; ROBERT H. HOOD, ESQ. for Triarco Corp.; H. DONALD SELLERS, ESQ. for IDE Interstate; Interstate Drug Exchange and Star Pharmaceuticals; GERALD P. WORD, ESQ. for. June M. Price; PAUL D. RHEINGOLD, ESQ. for Martin Bromberg, et al.; ARNOLD J. BAI, ESQ. for The Solgar Co., Inc.; THOMAS A. PACKER, ESQ. for Pharmavite Corp. and Nature Made Nutritional Products Gordon & Rees; STANLEY M. CHESLEY, ESQ. for Myrna Goldfarb, et al.; WAYNE M. THOMAS, ESQ. for Lola J. Rapoport, et al.; R. ERIC KENNEDY, ESQ. for Claire Fallon and Jan Ritter; DOMINICK ESPOSITO, ESQ. for Dario Berizz; Deborah Scezia; Harriet Bessey; Jeanette Robledo; Deborah Stack and Millicent Davidson; FREDERICK W. JAMES, ESQ. for Doris Wolf and Cheryl Diane James; SARA D. SCHOTLAND, ESQ. for Showa Denko America, Inc. and Showa Denko K.K.; N. KAREN DEMING, ESQ. for Nature's Bounty, Inc.; The Hudson Corp. and Puritan's Pride, Inc.; JAMES E. BUTLER, JR., ESQ. for Ora Elizabeth Wynn; DANIEL J. MOORE, ESQ. for P. Leiner Nutritional Products and Freshlabs, Inc.; JEFFERY J. CARLSON, ESQ. for Jameson Pharmaceutical, Corp.; JOHN T. BAKER, ESQ. for Frederick Smith, et al.; WILLIAM A. TRINE, ESQ. for Doris Chalkley, et al.; EDMUND L. CAREY, ESQ. for Shirley P. Wilhite; ROBERT D. MERCURIO, ESQ. for General Nutrition Corp. (rh) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 90/11/16 | | WAIVERS OF ORAL ARGUMENT -- (For hearing in Sioux Falls, South Dakota on 11/16/90) Twin Laboratories, Inc.; Brunswig Drug Co.; Dauna-Leigh Bauer; Contract Pharmacel Corp.; Nature's Products, Inc.; Big Y Foods; Nancy C. Murrow, et al.; Judy Cody Paulsen, et al.; Garden State Nutritionals, Inc.; Windmill Natural Vitamin Co. and Edith Bueche (rh) |
| 90/11/19 | 45 | INTERESTED PARTY RESPONSE -- (to pldg. #1) Plaintiffs Robert and Wilma Sease -- w/cert of svc. (received 11/19/90) (sg) |
| 90/12/06 | 46 | SUPPLEMENTAL INFORMATION -- pltfs. Baker, et al. w/copy of order signed by J. Weber and cert. of svc. (ds) |
| 90/12/07 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the District of South Carolina to the Hon. Matthew J. Perry, Jr. for pretrial proceedings (rh) |
| 90/12/07 | | TRANSFER ORDER -- Transferring A-1 thru A-10 and A-12 thru A-17 pursuant to 28 U.S.C. §1407 (A-11 was dismissed) -- Notified involved counsel, judges, clerks, Panel judges, interested parties pltfs. and defts. and misc. recipients |
| 90/12/21 | | CONDITIONAL TRANSFER ORDERS (12) FILED TODAY IN 63 ACTIONS (B-41 - B-103 listed below) -- notified involved judges and counsel (cdm) |

(B-41) Virginia Marie Bullard, et al. v. Walgreen Co., et al., D. Colorado, C.A. No. 90-Z-1399

(B-42) Doris Chalkley, et al. v. Showa Denko K.K., et al., D. Colorado, C.A. No. 90-825

(B-43) S. Janet McCain v. General Nutrition Co., et al., D. Kansas, C.A. No. 90-2190-C

(B-44) Joseph Bueche, et al. v. Nature Made Nutritional Products, et al., M.D. Louisiana, C.A. No. 90-694-B

(B-45) Debra Flick, et al. v. Showa Denko K.K., et al., D. Minnesota, C.A. No. 3-90-462

(B-46) Ellen Dickson v. Goldline Laboratories, et al., W.D. Oklahoma, C.A. No. CIV-90-492-D

(B-47) Dauna L. Bauer v. Showa Denko K.K., et al.; and Twin Laboratories, Inc. v. Showa Denko K.K., et al., E.D. Washington, C.A. No. CS-90-140-RJM

(B-48) Robert Sease, et al. v. Showa Denko K.K., et al., D. Colorado, C.A. No. 90-1302

(B-49) Audrey Blumberg, et al. v. Solgar, Inc. v. Showa Denko K.K., et al., E.D. New York, C.A. No. CV-90-1479

(B-50) Blossom Offenkrantz, et al. v. Puritan Pride, Inc., et al., E.D. New York, C.A. No. CV-90-1637

(B-51) Leslie Horowitz, et al. v. Star Pharmaceuticals, Inc., et al., E.D. New York, C.A. No. CV-90-1638

(B-52) Debra K. Le Fevre, et al. v. General Nutrition Corp., et al., and General Nutrition Corp. v. Showa Denko of America, Inc., et al., E.D. New York, C.A. No. 90-CV-1639

(B-53) Dana Fischer v. General Nutrition Corp., et al.; and General Nutrition Corp. v. Showa Denko, K.K., et al., E.D. New York, C.A. No. 90-CV-1640

(B-54) Angela McLoskey, et al. v. County Life Manufacturing, Inc., et al.; and General Nutrition Corp. v. Showa Denko of America, Inc., et al., E.D. New York, C.A. No. 90-CV-1641

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865--  _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|

MDL-865 -- Schedule of Actions -- p. 2

(B-55) Linda Russo Gilbert v. General Nutrition Corp., et al., and General Nutrition Corp. v. Showa Denko K.K., et al., E.D. New York, C.A. No. 90-CV-1642

(B-56) Theodore Teah v. General Nutrition Corp., et al.; and General Nutrition Corp. v. Showa Denko of America, Inc., S.D. New York, C.A. No. 90-CIV-3103

(B-57) Mara Lieberman, et al. v. Leroy Pharmacies, Inc., et al., S.D. New York, C.A. No. 90-CIV-3104

(B-58) Joan Abrahamson, et al. v. General Nutrition Corp., et al., S.D. New York, C.A. No. 90-CIV-3352

(B-59) Michael A. Graveline, et al. v. The Solgar Co., et al., S.D. New York, C.A. No. 90-CIV-3842-

(B-60) Arleen Jolley, et al. v. Twin Laboratories, Inc., et al., S.D. New York, C.A. No. 90-CIV-3946

(B-61) Betty J. Flaming, et al. v. Showa Denko of America, Inc., et al., S.D. New York, C.A. No. 90-CIV-4512

(B-62) Susan Weber, et al. v. The Solgar Co., Inc., et al., S.D. New York, C.A. No. 90-CIV-4513

(B-63) Bonita Nelson v. General Nutrition Corp., et al., S.D. New York, C.A. No. 90-CIV-4984

(B-64) Eckhardt Lynn Hunter, et al. v. Showa Denko K.K., et al., S.D. New York, C.A. No. 90-CIV-5422

(B-65) Charles H. Whipple, et al. v. Twin Laboratories, Inc., et al., S.D. New York, C.A. No. 90-CIV-6464

(B-66) JoAnn Peyton Taylor v. Natrol, Inc., et al., S.D. New York, C.A. No. 90-CIV-6467

(B-67) Robert A. Peck, et al. v. Jameson Pharmaceuticals Co., et al., S.D. New York, C.A. No. 90-CIV-6468

(B-68) Mildred Rosenberger, et al. v. Freshlabs, Inc., et al., S.D. New York, C.A. No. 90-CIV-6471

(B-69) Clair G. Moses, et al. v. The Solgar Co., Inc., et al., S.D. New York, C.A. No. 90-CIV-6473

(B-70) Catherine A. Michaud, et al. v. Pharmavite Corp., et al., S.D. New York, C.A. No. 90-CIV-6474

(B-71) Anthony J. Dziepak, et al. v. The Solgar Co., Inc., et al., S.D. New York, C.A. No. 90-CIV-6475

(B-72) Gloria Lee, et al. v. Bio-Energy, Inc., et al., S.D. New York, C.A. No. 90-CIV-6476

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- L-Tryptophan PL

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 90/12/26 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (31 actions) (B-104-B-133) See attached list - Notified involved counsel and judges. (rew) |

| Intra-Office Number | Caption | District and Judge | Civil Action Number |
|---------------------|---------|--------------------|---------------------|
| B-104 | Ora Lee Brewer v. General Nutrition Corp., et al. | Ark, E. Wright | 90-CV-86 |
| B-105 | Judith Harte, et al. v. Showa Denko, K.K., et al. | Calif., C Rea | 90-6018-WJR |
| B-106 | Joyce Shankle v. General Nutrition Corp. et al. | Calif., C Price | 90-CV-487 |
| B-106A | Maria E. Perlas v. General Nutrition Corp. | Calif., N Ingram | 90-CV-20337 |
| B-107 | John J. Janick, M.D. v. Showa Denko, K.K., et al. | Fla., M. Castagna | 90-CV-179 |
| B-108 | Joseph Asselin, et al. v. Showa Denko, K.K., et al. | Fla., S. Gonzalez | 90-CV-8430 |
| B-109 | Wade Day, et al. v. Showa Denko, K.K., et al. | Ga., N. Evans | 90-CV-1867 |
| B-110 | Marilyn McInnis v. Twin Laboratories, Inc., et al. | Hawaii Ezra | 90-00519-ACK |
| B-111 | Estelle Murphy, etc. v. P. Leiner Nutritional Products Corp., et al. | Hawaii Fong | 90-00493-DAE |
| B-112 | Claudia Rice v. Showa Denko America, Inc., et al. | Hawaii Ezra | 90-00518-ACK |
| B-113 | Francis Rogers v. General Nutrition Centers, Inc., et al. | Ill., N. Kocoras | 90-CV-5341 |
| B-114 | Berdella J. Stefani v. P. Leiner Nutritional Products, Corp., et al.; and General Nutrition Products, Inc. v. Showa Denko, K.K. v. Showa Denko American, Inc. | Iowa, S. Vietor | 90-0296-B |
| B-115 | Emma Jean Van Gorp. v. General Nutrition Products, Inc., et al. | Iowa, S. Wolle | 90-0389-A |
| B-116 | Marilyn Kristen Porter, et al. v. Showa Denko, K.K., et al. | Ky., W. Ballantine | C-90-0713-L-B |

Continued

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- L-Tryptophan PL

| Date | Ref. | Pleading Description | | |
|------|------|----------------------|---|---|
| | | B-117 | Joan M. Berry v. Goldline Laboratories, Inc. | Mich., W. Gibson | 90-CV-948 |
| | | B-118 | Ellen Briskman, et al. v. General Nutrition Corp., et al. | Minn. Renner | 90-CV-118 |
| | | B-119 | Sharon M. Holmquist, et al. v. Showa Denko K.K., et all | Minn. Murphy | 4-90-866 |
| | | B-120 | Florence B. Powers v. General Nutrition Corp. | Minn. Rosenbaum | 90-CV-136 |
| | | B-121 | Nancy K. Walsh v. Atmark, Inc., et al. | Minn. Doty | 90-CV-135 |
| | | B-122 | Ray E. Pruett, et al. v. Goldline Laboratories, Inc., et al. | Mo., W. Whipple | 90-CV-752-W-1 |
| | | B-123 | Shirley Jones v. Gold Line Laboratories, Inc., et al. | Mo., W. Sachs | 90-3486-CV-S-2 |
| | | B-124 | Bernard Librach, et al. v. Showa Denko, K.K., et al. | Mo., E. Harper | 90-2171-C-A |
| | | B-125 | Clainre Fallon v. Showa Denko America, Inc. | Ohio, N. Batchelder | 90-CV-1690 |
| | | B-126 | Jan Ritter v. Showa Denko America, Inc. | Ohio, S. Kinneary | 90-CV-716 |
| | | B-127 | Elene Decker, et al. v. Walmart Stores, Inc., et al.; Wal-Mart Stores, Inc. v. Showa Denko, K.K.; Nutrilite Products, Inc., et al.; v. Showa denko America, Inc., et al.; Gibson Pharmacy of Durant, Inc. d/b/a Wal-Mart Pharmacy, et al. v. Williams generics, Inc.; and Williams Generics v. West Coast Lab., Inc., et al. | Okla., E. Seay | CIV-90-145-S |
| | | B-128 | Phillip Hacker v. Skaggs Alpha Beta, Inc. v. Showa Denko K.K., et al. | Okla., E. Seay | CIV-90-031-S |
| | | B-129 | Rhonda Fortune v. General Nutrition Corp., et al. | Okla., W. West | CIV-89-2152W |
| | | B-130 | Adelene German v. Wal-Mart, Inc., et al.; Revco Discount Drug Center v. Showa Denko K.K., et al. | Okla., W. Phillips | CIV-90-966-P |

Continued

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  865 --    L-Tryptophan PL

| Date | Ref. | Pleading Description | | |
|------|------|----------------------|--|--|
| | | (Continued from pages 9 and 10) | | |
| | B-131 | Colita Hartman v. Revco Discount Drug Center, Inc.,e t al.; Revco Discount Drug Center, Inc. v. Triarco, Inc. | Okla., W. Russell | CIV-90-965-R |
| | B-132 | Betty Marlene Perry v. Skaggs Alpha Beta, Inc., et al. | Okla., W. West | CIV-90-667-W |
| | B-133 | Donna Watson, et al. v. Showa Denko K.K., et al. | Okla., W. West | 90-01901-W |
| 90/12/28 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (42 actions) (B-134-B-175) See attached list - Notified involved counsel and judges.  (rew) | | |
| | B-134 | Marjorie Johnston v. General Nutrition Corp., et al.; General Nutrition v. Showa Denko America, Inc. | Ariz. Bibly | 90-CV-317 |
| | B-135 | Dawn Gessner v. Osco Drug, Inc. | Ariz. Bilby | 90-CV-502 |
| | B-136 | Gregory J. Valacich, et al. v. Dayton-Hudson Corp., et al. | Ariz. Browning | 90-CV-620 |
| | B-137 | Ruth Eynatian v. Osco Drug, Inc., et al. | Ariz. Bilby | 90-CV-503 |
| | B-138 | Dorothy A. Vidic v. Vitamin Power, Inc., et al. | Colo. Weinshienk | 90-CV-428 |
| | B-139 | Gloria Smith, et al. v. Showa Denko K.K., et al. | Colo. Weinshienk | 90-CV-862 |
| | B-140 | Mary Jane Pisano, et al. v. Showa Denko K.K., et al. | Colo. Weinshienk | 90-CV-1956 |
| | B-141 | Elaine Maldin, et al. v. Showa Denko K.K., et al. | Colo. Weinshienk | 90-CV-1217 |
| | B-142 | June Gunkler, et al. v. Health Food Shoppe of Fort Wayne | Ind., N. Lee | P90-00203 |
| | B-143 | Jacqueline Kennard v. Walgreen Drugs, Inc., et al. | Ind., N. Lee | P90-00153 |
| | B-144 | S. Janet McCain v. General Nutrition Corp., et al. | Kansas O'Connor | 90-2190-0 |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- L-Tryptophan PL

| Date | Ref. | Pleading Description | | |
|------|------|---------------------|---|---|
| | | B-145 | Dorallyn Conrad, et al. v. Nature Made Nutritional Products, et al. | Kansas Kelly | 90-1527-K |
| | | B-146 | Janey Lee West, et al. v. Showa Denko, K.K., et al. | Ky., E. Siler | 90-96 |
| | | B-147 | Paul J. Meece, et al. v. Showa Denko, K.K., et al. | Ky., E. Siler | 90-225 |
| | | B-148 | John L. Wright, et al. v. Showa Denko, K.K., et al. | Mich.,E. Cohn | 90-73168 |
| | | B-149 | Billie Webb v. Interstate Drug Exchange, Inc., et al.; Interstate Drug Exchange, Inc. v. Contract Pharmacal, Inc., et al. | Nevada Foley | CV-S-90-263-RCP (RJJ) |
| | | B-150 | John Colley, et al. v. Showa Denko, K.K., et al. | N.Y., S. Mukasey | 90-5883 |
| | | B-151 | Candice Crawford, et al. v. Walgreen's Co., et al. | N.Y., S. Keenan | 90-6478 |
| | | B-152 | Douglas A. Cozby, et al. v. Nature's Bounty, Inc., et al. | N.Y., S. Wood | 90-6480 |
| | | B-153 | Maureen E. Vitalo, et al. v. Osco Drug, Inc., et al. | N.Y., S. Mukasey | 90-6466 |
| | | B-154 | Bernadette O'Sullivan v. Goldline, Inc., et al. | N.Y.,S. Keenan | 90-6470 |
| | | B-155 | Alden Willard Smith v. General Nutrition Corp., et al. | N.Y.,S. Keenan | 90-6594 |
| | | B-156 | Aida Cabrillo De Jesus, et al. v. Puritan's Pride, Inc. | P.R. | 90-2405 |
| | | B-157 | Margarita Ghigliotti De Torres, et al. v. John Doe One and/or John Doe d/b/a Medicine Shoppe, et al. | P.R. Perez-Gimenez | 90-2159 |
| | | B-158 | Joy L. Berner v. Showa Denko, K.K., et al. | Tenn.,W. Horton | 90-2774-HB |
| | | B-159 | Dr. Philip O. Dowdle, et al. v. Showa Denko, K.K., et al. | Tenn., W. McRae | 90-2773-HA |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description | | |
|------|------|---------------------|---|---|
| | | B-160 | Alberta Hallford, et al. v. Showa Denko, K.K., et al. | Tenn.,W. Gibbons | 90-2828-GB |
| | | B-161 | Carolyn M. Littlejohn, et al. v. Showa Denko, K.K., et al. | Tenn.,W. Gibbons | 90-2772-GA |
| | | B-162 | Judith Potest v. Solgar Vitamin Co., Inc., et al. | Tenn.,W. Todd | 90-2793-HA |
| | | B-163 | Shirley P. Wilhite v. Showa Denko, K.K., et al. | Tenn.,W. McRae | 90-2561-RB |
| | | B-164 | James H. Bennett v. Goldline Laboratories, Inc., et al. | Tenn.,M. Wiseman | 3-90-1008 |
| | | B-165 | Rebecca Lynn Duryea, et al. v. Showa Denko, K.K., et al. | Tenn., M. Wiseman | 3-90-0986 |
| | | B-166 | Dorothy Fort, et al. v. General Nutrition Corp., et al. | Tenn.,M. Nixon | 3-90-0748 |
| | | B-167 | Marjorie M. Gunn, et al. v. Showa Denko, K.K., et al. | Tenn., M. Wiseman | 3-90-0988 |
| | | B-168 | Donna Elaine McMillan v. Showa Denko, K.K., et al. | Tenn., M. Wiseman | 3-90-1007 |
| | | B-169 | Sarah Russell v. Showa Denko, K.K., et al. | Tenn., M. Wiseman | 3-90-0645 |
| | | B-170 | Betty Appling Sanders, et al. v. Showa Denko, K.K., et al. | Tenn., M. Wiseman | #-90-1009 |
| | | B-171 | Karen Spencer, et al. v. Showa Denko, K.K., et al. | Tenn.,M. Wiseman | 3-90-0987 |
| | | B-172 | Charles Herman Johnson v. Revco Discount Drug Centers, Inc., et al. | Va., W. Kellam | 90-0008-D |
| | | B-173 | Mahlon Jack Anderson, et al. v. General Nutrition Centers, Inc., et al. | W.Va., N. Stamp | 90-0090 |
| | | B-174 | Angela Demoss v. City Market, Inc., et al. | Utah Winder | 90-CV-461 |
| | | B-175 | John M. McLeod v. Showa Denko, K.K., et al. | Wash.,W. Zilly | 90-CV-430 |

B.14.

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 --

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/01/04 | 47 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in B-49 Audrey Blumberg, et al. v. Solgar, Inc. v. Showa Denko K.K., et al., E.D. New York, C.A. No. CV-90-1479 -- Notified invovled counsel and judges (rh) |
| 91/01/04 | 48 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in B-45 Debra Flick, et al. v. Showa Denko K.K., et al., D. Minnesota, C.A. No. 3-90-462 -- Notified involved counsel and judges (rh) |
| 91/01/07 | 49 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER --Filed by Deft. Chugai Boyeki Corp. in B-49 Audrey Blumberg, et al. v. Solgar, Inc. v. Showa Denko K.K., et al., E.D. New York, C.A. No. Cv-90-1479 -- Notified involved counsel (rh) |
| 91/01/07 | 50 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER --Filed by Third Party Deft. Kyowa Hakko U.S.A., Inc. in B-49 Audrey Blumberg, et al. v. Solgar, Inc. v. Showa Denko K.K., et al., E.D. New York, C.A. No. Cv-90-1479 -- Notified invoIved counsel (rh) |
| 91/01/07 | 51 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER --Filed by Pltf. in B-47 Dauna L. Bauer v. Showa Denko K.K., et al.; and Twin Laboratories, Inc. v. Showa Denko K.K., et al. W.D. Washington, C.A. No. CS-90-340-RJM -- Notified involved counsel (rh) |
| 91/01/07 | 52 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDERS AND MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDERS -- Filed by Pltfs. in B-46 Ellen Dickson v. Goldline Laboratories, et al., W.D. Okla., C.A. No. CIV-90-492-D; B-129 Rhonda Fortune v. General Nutrition Corp., et al., W.D. Okla., C.A. No. CIV-89-2152W; B-130 Adelene German v. Wal-Mart, Inc., et al.; Revco Discount Drug Center v. Showa Denko K.K., et al., W.D. Okla, C.A. No. CIV-90-966-P; B-131 Colita Hartman v. Revco Discount Drug Center, Inc., et al.; Revco Discount Drug Center, Inc. v. Triarco, Inc. and B-132 Betty Marlene Perry v. Skaggs Alpha Beta, Inc., et al., W.D. Okla, C.A. No. CIV-90-1901-W -- Notified involved counsel (rh) |

667

B-15

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/01/08 | 53 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by plft. in B-106 Joyce Shankle v. General Nutrition Corp., et al., E.D. California, C.A. No. 90-CV-487 (EDP) -- Notified involved counsel and judges (ds) |
| 91/01/08 | 54 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in B-147 Paul J. Meece, et al. v. Showa Denko, K.K., et al., E.D. Kentucky, C.A. No. 90-225 -- Notified involved counsel and judges (ds) |
| 91/01/08 | | CONDITIONAL TRANSFER ORDERS (8) FINAL TODAY IN 59 ACTIONS -- (B-41 - B-44, B-48, B-50 - B-103 listed Below) -- Notified involved judges and clerks (rh) |

(B-41) Virginia Marie Bullard, et al. v. Walgreen Co., et al., D. Colorado, C.A. No. 90-Z-1399

(B-42) Doris Chalkley, et al. v. Showa Denko K.K., et al., D. Colorado, C.A. No. 90-825

(B-43) S. Janet McCain v. General Nutrition Co., et al., D. Kansas, C.A. No. 90-2190-C

(B-44) Joseph Bueche, et al. v. Nature Made Nutritional Products, et al., M.D. Louisiana, C.A. No. 90-694-B

(B-48) Robert Sease, et al. v. Showa Denko K.K., et al., D. Colorado, C.A. No. 90-1002

(B-50) Blossom Offenkrantz, et al. v. Puritan Pride, Inc., et al., E.D. New York, C.A. No. CV-90-1637

(B-51) Leslie Horowitz, et al. v. Star Pharmaceuticals, Inc., et al., E.D. New York, C.A. No. CV-90-1638

(B-52) Debra K. Le Fevre, et al. v. General Nutrition Corp., et al., and General Nutrition Corp. v. Showa Denko of America, Inc., et al., E.D. New York, C.A. No. 90-CV-1639

(B-53) Dana Fischer v. General Nutrition Corp., et al.; and General Nutrition Corp. v. Showa Denko, K.K., et al., E.D. New York, C.A. No. 90-CV-1640

(B-54) Angela McLoskey, et al. v. County Life Manufacturing, Inc., et al.; and General Nutrition Corp. v. Showa Denko of America, Inc., et al., E.D. New York, C.A. No. 90-CV-1641

(B-70) Catherine et al., S.D. New York, C.A. No. 90-CIV-64..

(B-71) Anthony J. Dziepak, et al. v. The Solgar Co., Inc., et al., S.D. New York, C.A. No. 90-CIV-6475

(B-72) Gloria Lee, et al. v. Bio-Energy, Inc., et al., S.D. New York, C.A. No. 90-CIV-6476

B.16

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/01/09 | 55 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-117 Joan Berry v. Goldline Laboratories, Inc., W.D. Michigan, C.A. No. 90-CV-948 -- Notified involved counsel and judges (rh) |
| 91/01/09 | 56 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-47 Dauna L. Bauer v. Showa Denko K.K., et al.; and Twin Laboratories, Inc. v. Showa Denko K.K., et al., W.D. Washington, C.A. No. CS-90-340-RJM -- w/cert. of. svc. (received 1/9/90) (rh) |
| 91/01/10 | 57 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by Third-Party Deft. Nippon Kayaku Co., Ltd. in B-127 Elene Decker, et al. v. Walmart Stores, Inc., et al.; Wal-Mark Stores, Inc. v. Showa Denko K.K.; Nutfrilite Products, Inc., et al. v. Showa Denko America, Inc., et al.; Gibson Pharmacy of Durant, Inc. d/b/a Wal-Mart Pharmacy, et al. v. Williams Generics, Inc.; and Williams Generics v. West Coast Lab., Inc., et al., E.D. Oklahoma, C.A. No. CIV-90-145-S -- Notified involved counsel and judges (rh) |
| 91/01/10 | 58 | LETTER -- (stating that B-104 and B-108 are no longer pending in districts courts) -- filed by deft. Showa Denko America K.K. w/copies of orders (ds) |
| 91/01/10 | | ORDERS VACATING CONDITIONAL TRANSFER ORDERS -- B-104 Ora Lee Brewer v. General Nutrition Corp., et al., E.D. Ark., C.A. No. 90-CV-86 and B-108 Joseph Asselin, et al. v. Showa Denko K.K., et al., S.D. Fla., C.A. No. 90-CV-8430-CIV-GONZALEZ -- Notified involved counsel and judges. (ds) |
| 91/01/11 | 59 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in B-105 Judith Harte, et al. v. Showa Denko, K.K., et al., C.D. California, C.A. No. 90-6018-WJR -- Notified involved counsel and judges (cdm) |
| 91/01/11 | 60 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER AND MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-174 Angela DeMoss v. City Market, Inc., et al., D. Utah, C.A. No. 90-CV-461 -- w/cert. of svc. (received 1/11/91) (rh) |

B. 17

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description | | | |
|------|------|---------------------|---|---|---|
| 91/01/11 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY IN 20 ACTIONS (B-106A; B-107; B-109 thru B-116; B-119 thru B-126; B-128 and B-133 Listed Below) -- Notified involved judges and clerks (rh) | | | |
| | B-106A | Maria E. Perlas v. General Nutrition Corp. 12/26/90 | Calif., N. Ingram | 90-CV-20337 | |
| | B-107 | John J. Janick, M.D. v. Showa Denko, K.K., et al. 12/26/90 | Fla., M. Castagna | 90-CV-179 | |
| | B-109 | Wade Day, et al. v. Showa Denko, K.K., et al. 12/26/90 | Ga., N. Evans | 90-CV-1867 | |
| | B-110 | Marilyn McInnis v. Twin Laboratories, Inc., et al. 12/26/90 | Hawaii Ezra | 90-00519-ACK | |
| | B-111 | Estelle Murphy, etc. v. P. Leiner Nutritional Products Corp., et al. 12/26/90 | Hawaii Fong | 90-00493-DAE | |
| | B-112 | Claudia Rice v. Showa Denko America, Inc., et al. 12/26/90 | Hawaii Ezra | 90-00518-ACK | |
| | B-113 | Francis Rogers v. General Nutrition Centers, Inc., et al. 12/26/90 | Ill., N. Kocoras | 90-CV-5341 | |
| | B-114 | Berdella J. Stefani v. P. Leiner Nutritional Products, Corp., et al.; and General Nutrition Products, Inc. v. Showa Denko, K.K. v. Showa Denko American, Inc. 12/26/90. | Iowa, S. Vietor | 90-0296-B | |
| | B-115 | Erma Jean Van Gorp. v. General Nutrition Products, Inc., et al. 12/26/90 | Iowa, S. Wolle | 90-0389-A | |
| | B-116 | Marilyn Kristen Porter, et al. v. Showa Denko, K.K., et al. 12/26/90 | Ky., W. Ballantine | C-90-0713-L-B | |
| | B-119 | Sharon M. Holmquist, et al. v. Showa Denko K.K., et al. 12/2/90 | Minn. Murphy | 4-90-866 | |
| | B-120 | Florence B. Powers v. General Nutrition Corp. 12/26/90 | Minn. Rosenbaum | 90-CV-136 | |
| | B-121 | Nancy K. Walsh v. Atmark, Inc., et al. 12/26/90 | Minn. Doty | 90-CV-135 | |
| | B-122 | Ray E. Pruett, et al. v. Goldline Laboratories, Inc., et al. 12/26/90 | Mo., W. Whipple | 90-CV-752-W-1 | |
| | B-123 | Shirley Jones v. Gold Line Laboratories, Inc., et al. 12/26/90 | Mo., W. Sachs | 90-3486-CV-S-2 | |
| | B-124 | Bernard Librach, et al. v. Showa Denko, K.K., et al. 12/26/90 | Mo., E. Harper | 90-2171-C-A | |
| | B-125 | Clairne Fallon v. Showa Denko America, Inc. 12/26/90 | Ohio, N. Batchelder | 90-CV-1690 | |
| | B-126 | Jan Ritter v. Showa Denko America, Inc. 12/26/90 | Ohio, S. Kinneary | 90-CV-716 | |
| | B-128 | Phillip Hacker v. Skaggs Alpha Beta, Inc. v. Showa Denko K.K., et al. 12/26/90 | Okla., E. Seay | CIV-90-U31-S | |
| | B-133 | Donna Watson, et al. v. Showa Denko K.K., et al. 12/26/90 | Okla., W. West | 90-01901-W | |

JPML FORM 1A

B18

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 --

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/01/14 | 61 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in B-148 John L. Wright, et al. v. Showa Denko, K.K., et al., E.D. Michigan, C.A. No. 90-73168 -- Notified invovled counsel and judges (rh) |
| 91/01/14 | 62 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in B-118 Ellen Briskman, et al. v. General Nutrition Corp., et al., D. Minnesota, C.A. No. 90-CV-118 -- Notified involved counsel and judges (rh) |
| 91/01/15 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY IN 38 ACTIONS (B-134 thru B-143; B-145; B-146; B-149 thru B-173 and B-175 Listed Below) -- Notified involved judges and clerks (rh) |

| | | | |
|---|---|---|---|
| B-134 | Marjorie Johnston v. General Nutrition Corp., et al.; General Nutrition v. Showa Denko America, Inc. | Ariz. Bilby | 90-CV-317 |
| B-135 | Dawn Gessner v. Osco Drug, Inc. | Ariz. Bilby | 90-CV-502 |
| B-136 | Gregory J. Valacich, et al. v. Dayton-Hudson Corp., et al. | Ariz. Browning | 90-CV-620 |
| B-137 | Ruth Eynatian v. Osco Drug, Inc., et al. | Ariz. Bilby | 90-CV-503 |
| B-138 | Dorothy A. Vidic v. Vitamin Power, Inc., et al. | Colo. Weinshienk | 90-CV-428 |
| B-139 | Gloria Smith, et al. v. Showa Denko K.K., et al. | Colo. Weinshienk | 90-CV-862 |
| B-140 | Mary Jane Pisano, et al. v. Showa Denko K.K., et al. | Colo. Weinshienk | 90-CV-1956 |
| B-141 | Elaine Maldin, et al. v. Showa Denko K.K., et al. | Colo. Weinshienk | 90-CV-1217 |
| B-142 | June Gunkler, et al. v. Health Food Shoppe of Fort Wayne | Ind., N. Lee | F90-00203 |
| B-143 | Jacqueline Kennard v. Walgreen Drugs, Inc., et al. | Ind., N. Lee | F90-00153 |
| B-145 | Dorallyn Conrad, et al. v. Nature Made Nutritional Products, et al. | Kansas Kelly | 90-1527-K |
| B-146 | Janey Lee West, et al. v. Showa Denko, K.K., et al. | Ky., E. Siler | 90-96 |

(Continued on p. 19)

Case MDL No. 865   Document 512   Filed 06/16/15   Page 19 of 196

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 --

| Date | Ref. | | Pleading Description | | |
|------|------|------|------|------|------|
| | | B-149 | Billie Webb v. Interstate Drug Exchange, Inc., et al.; Interstate Drug Exchange, Inc. v. Contract Pharmacal, Inc., et al. | Nevada Foley | C7-S-90-263-CCP (RJJ) |
| | | B-150 | John Colley, et al. v. Showa Denko, K.K., et al. | N.Y., S. Mukasey | 90-5883 |
| | | B-151 | Candice Crawford, et al. v. Walgreen's Co., et al. | N.Y., S. Keenan | 90-6478 |
| | | B-152 | Douglas A. Cozby, et al. v. Nature's Bounty, Inc., et al. | N.Y., S. Wood | 90-6480 |
| | | B-153 | Maureen E. Vitalo, et al. v. Caco Drug, Inc., et al. | N.Y., S. Mukasey | 90-6466 |
| | | B-154 | Bernadette O'Sullivan v. Goldline, Inc., et al. | N.Y.,S. Keenan | 90-6470 |
| | | B-155 | Alden Villard Smith v. General Nutrition Corp., et al. | N.Y.,S. Keenan | 90-6594 |
| | | B-156 | Aida Cabrillo De Jesus, et al. v. Puritan's Pride, Inc. | P.R. | 90-2405 |
| | | B-157 | Margarita Chigliotti De Torres, et al. v. John Doe One and/or John Doe d/b/a Medicine Shoppe, et al. | P.R. Perez-Gimenez | 90-2159 |
| | | B-158 | Joy L. Berner v. Showa Denko, K.K., et al. | Tenn.,W. Horton | 90-2774-HB |
| | | B-159 | Dr. Philip O. Dowdle, et al. v. Showa Denko, K.K., et al. | Tenn., W. McRae | 90-2773-HA |
| | | B-160 | Alberta Hallford, et al. v. Showa Denko, K.K., et al. | Tenn.,W. Gibbons | 90-2828-GB |
| | | B-161 | Carolyn M. Littlejohn, et al. v. Showa Denko, K.K., et al. | Tenn.,W. Gibbons | 90-2772-GA |
| | | B-162 | Judith Poteet v. Solgar Vitamin Co., Inc., et al. | Tenn.,W. Todd | 90-2793-HA |
| | | B-163 | Shirley P. Wilhite v. Showa Denko, K.K., et al. | Tenn.,W. McRae | 90-2561-HB |
| | | B-164 | James H. Bernett v. Goldline Laboratories, Inc., et al. | Tenn.,M. Wiseman | 3-90-1008 |
| | | B-165 | Rebecca Lynn Duryea, et al. v. Showa Denko, K.K., et al. | Tenn., M. Wiseman | 3-90-0986 |
| | | B-166 | Dorothy Fort, et al. v. General Nutrition Corp., et al. | Tenn.,M. Nixon | 3-90-0748 |
| | | B-167 | Marjorie M. Gunn, et al. v. Showa Denko, K.K., et al. | Tenn., M. Wiseman | 3-90-0988 |
| | | B-168 | Donna Elaine McMillan v. Showa Denko, K.K., et al. | Tenn., M. Wiseman | 3-90-1007 |
| | | B-169 | Sarah Russell v. Showa Denko, K.K., et al. | Tenn., M. Wiseman | 3-90-0645 |

(Continued on p. 20)

JPML FORM 1A

B-20

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 465 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|

B-170  Betty Appling Sanders, et al. v. Showa Denko, K.K., et al.  Tenn., M. Wiseman  #-90-1009

B-171  Karen Spencer, et al. v. Showa Denko, K.K., et al.  Tenn.,M. Wiseman  3-90-0987

B-172  Charles Herman Johnson v. Revco Discount Drug Centers, Inc., et al.  Va., W. Kiser  90-0008-D

B-173  Mahlon Jack Anderson, et al. v. General Nutrition Centers, Inc., et al.  W.Va., N. Stamp  90-0090

B-175  John M. McLeod v. Showa Denko, K.K., et al.  Wash.,W. Zilly  90-CV-430

91/01/18 | 63 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-49 Audrey Blumberg, et al. v. Solgar, Inc. v. Showa Denko, K.K., et al., E.D. New York, C.A. No. CV-90-1479 -- w/Exhibit A and cert. of svc. (received 1/18/91) (rh)

91/01/22 | 64 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in B-45 Debra Flick, et al. v. Showa Denko K.K., et al., D. Minn., C.A. No. 3-90-462 -- w/cert. of svc. (received 1/22/91) (rh)

91/01/22 | 65 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by Third-party Deft. Chugai International Corp. in B-49 Audrey Blumberg, et al. v. Solgar, Inc. v. Showa Denko K.K., et al., E.D. N.Y., C.A. No. CV-90-1479 -- w/cert. of svc. (received 1/22/91) (rh)

Pg. 21

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/01/22 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (33 actions) (B-180-B-212) See attached list - Notified involved counsel and judges. (sg) |

B-180   Yvonne Isber, etc. v. Showa Denko K.K., et al.          Cal.,S.   90-CV-643
        Thompson

B-181   Linette Grace Durham-Sutton, et al. v.                 Cal.,S.   90-CV-1258
        Showa Denko K.K., et al.                               Irving

B-182   Joan Martin, et al. v. Showa Denko K.K.,               Conn.     B-90-390
        et al.                                                 Daly      TFGD

B-183   Barbara E. Bloch v. Showa Denko K.K.                   Conn.     B-90-420
                                                               Cabranes  JAC

B-184   Elizabeth Hinman v. Showa Denko K.K., et               Conn.     N-90-574
        al.                                                    Daly      TFGD

B-185   Bonita Brown, et al. v. Showa Denko K.K.,              Conn.     H-90-639
        et al.                                                 Nevas     AHN

B-186   Virginia Wrenn, et al. v. Showa Denko                  Conn.     H-90-640
        K.K., et al.                                           Dorsey    PCD

B-187   Paula C. Hillery, etc. v. Showa Denko                  Conn.     H-90-871
        K.K., et al.                                           Dorsey    PCD

B-188   Mary K. Cox, et al. v. Showa Denko K.K.,               D.D.C.    90-2441
        et al.                                                 Penn

B-189   Ann Blum, et al. v. P. Leiner Nutritional             Hawaii    90-90-788
        Products Corp., et al.                                 Kay       ACK

B-190   Larry Weaver v. Muckler Nutrition, et al.              Ill.,S.   90-3660
                                                               Beatty    WLB

B-191   Larry Weaver v. Muckler Nutrition, et al.              Ill.,S.   90-3664
                                                               Stiehl    WDS

(continued on page 22)

P. 22

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 --  _____

| Date | Ref. | Pleading Description | | |
|------|------|---------------------|---|---|
| | | B-192 | Larry Weaver v. Muckler Nutrition, et al. | Ill.,S. Beatty WLB | 90-3671 |
| | | B-193 | Mary Hamilton v. The Solgar Company, Inc., et al. | Miss.,S. Russell | H-90-0184(R) |
| | | B-194 | Shelley Jo Karch, et al. v. Skaggs Alpha Beta, Inc., et al. | Montana Lovell | CV-90-10-H-CCL |
| | | B-195 | Mary Beam, et al. v. Showa Denko of America, Inc., et al. | N.Y.,S. Wood | 90-CIV-3330 |
| | | B-196 | Betty Hoffing, et al. v. Showa Denko of America, Inc., et al. | N.Y.,S. Wood | 90-CIV-3353 |
| | | B-197 | Brenda Hudgins, et al. v. General Nutrition Corporation, et al. | N.Y.,S. Sprizzo | 90-CIV-5423 |
| | | B-198 | Laura Dorn, et al. v. Walgreen's Co., et al. | N.Y.,S. Keenan | 90-CIV-5424 |
| | | B-199 | Kiesha Lisa Washington v. Rite Aid Corp., et al. | N.Y.,S. Mukasey | 90-CIV-6465 |
| | | B-200 | Tayna Michaelea Tolley, et al. v. General Nutrition Corporation, et al. | N.Y.,S. Sand | 90-CIV-6469 |
| | | B-201 | Margaret Bryd Sutton, et al. v. Revco Drug Store, et al. | N.Y.,S. Lowe | 90-CIV-6505 |
| | | B-202 | Anna Slivka v. Puritan's Pride, et al. | N.Y.,S. Keenan | 90-CIV-6595 |
| | | B-203 | Frances Lou Thompson v. Showa Denko K.K., et al. | N.Y.,S. Wood | 90-CIV-6910 |
| | | B-204 | Salli Hamilton v. Goldline Laboratories, et al. | N.Y.,S. Leval | 90-CIV-6969 |
| | | B-205 | Roberta Villalon Williams, et al. v. The Solgar Co., Inc., et al. | N.Y.,S. Keenan | 90-CIV-6970 |
| | | B-206 | Patricia E. Rooney, et al. v. Target, Inc., et al. | N.Y.,S. Martin | 90-CIV-7101 |
| | | B-207 | Carol G. Meacham, et al. v. General Nutrition Corporation, et al. | N.Y.,S. Mukasey | 90-CIV-7136 |
| | | B-208 | Barbara E. Herman, et al. v. Nature's Bounty, Inc., et al. | N.Y.,S. Mukasey | 90-CIV-7469 |
| | | B-209 | Margaret Reynolds, et al. v. Showa Denko K.K., et al. | N.Y.,S. Leval | 90-CIV-7470 |
| | | B-210 | Louise Corder v. Dayton Hudson Corporation | Okla.,N. Ellison | 90-C-0231-E |
| | | B-211 | Bonnie Baldridge v. Nutrition Headquarters, Inc., et al. | Okla.,N. Ellison | 90-C-0595-E |
| | | B-212 | Judy Bishop v. General Nutrition Corporation, et al. | Okla.,N. Ellison | 90-C-0875-E |

JPML FORM 1A

B. 23

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 --  _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/01/23 | 66 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-106 Joyce Shankle v. General Nutrition Corporation, et al., E.D. California, C.A. No. 90-CV-487 -- w/cert. of svc. (received 1/23/91) (rh) |
| 91/01/24 | 67 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in B-147 Paul J. Meece, et al. v. Showa Denko, K.K., et al., E.D. Kentucky, C.A. No. 90-225 -- w/cert. of svc. (received 1/22/91) (rh) |
| 91/01/24 | 68 | RESPONSE -- (to pldg. #52) Filed by Pharmavite Corp. d/b/a Nature Made Nutritional Products -- w/cert. of svc. (received 1/24/91) (rh) |
| 91/01/24 | 69 | RESPONSE -- (to pldg. #56) Pharmavite Corp. d/b/a Nature Made Nutritional Products -- w/cert. of svc. (received 1/24/91) (rh) |
| 91/01/25 | 70 | RESPONSE -- (to pldg. #52) Nutrilite Products, Inc.; Amcon Industries, Inc.; Jameson Pharmaceutical Corp. and Wal-Mart Stores, Inc. -- w/Exhibits A-B and cert. of svc. (received 1/25/91) (rh) |
| 91/01/25 | 71 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by Third-party Deft. Nippon Kayaku Co., Ltd. in B-127 Elene Decker, et al. v. Wal-Mart Stores, Inc., et al.; Wal-Mark Stores, Inc. v. Showa Denko K.K.; Nutrilite Products, Inc., et al. v. Showa Denko America, Inc., et al.; Gibson Pharmacy of Durant, Inc. d/b/a Wal-Mart Pharmacy, et al. v. Williams Generics, Inc.; and Williams Generics v. West Coast Lab., Inc., et al., E.D. Oklahoma, C.A. No. CIV-90-145-S -- w/cert. of svc. (received 1/25/91) (rh) |
| 91/01/28 | 72 | RESPONSE -- (to pldg. #52) Showa Denko America, Inc.; Showa Denko, K.K.; P. Leiner Nutritional Products of Delaware, Inc.; Goldline Laboratories, Inc.; Skaggs Alpha Beta, Inc.; Dayton-Hudson Corp.; General Nutrition Corp. and Nutro Laboratories, Inc. -- w/Exhibits 1-4 and cert. of svc. (received 1/28/91) (rh) |

JPML FORM 1A

B.24

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/01/30 | 73 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in B-148 John L. Wright, et al. v. Showa Denko, K.K., et al., E.D. Michigan, C.A. NO. 90-73168 -- w/cert. of svc. (received 1/30/91) (rh) |
| 91/01/30 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-173 Mahlon Jack Anderson, et ux. v. General Nutrition Centers, Inc., et al., N.D. West Virginia, C.A. No. 90-C-541-W -- Notified involved counsel, judges and clerks. (ds) |
| 91/01/31 | 74 | RESPONSE -- (to pldg. #60) Showa Denko America, Inc. -- w/cert. of svc. (received 1/31/91) (rh) |
| 91/02/01 | 75 | WITHDRAWAL OF MOTION/BRIEF TO VACATE CTO -- deft. Chugai Intl. Corp. (Pldg. #65) w/copy of dismissal re Chugai (B-49) (sg) |
| 91/02/04 | 76 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in B-118 Ellen Briskman, et al. v. Showa Denko, K.K., et al., D. Minnesota, C.A. No. 3-90-118 -- w/cert. of svc. (received 02/04/91) (sg) (Notice of Waiver of Oral Argument) |
| 91/02/05 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- B-105 Judith Harte, et al. v. Showa Denko K.K., et al., C.D. California, C.A. No. 90-6018-WJR -- Notified involved judges and clerks (rh) |
| 91/02/05 | 77 | Response -- (to Pldg. #67) Showa Denko America, Inc. and Showa Denko K.K. -- w/cert. of svc. (received 2/5/91) (sg) |
| 91/02/06 | 78 | OPINION AND ORDER OF REMAND -- (re: B-117 remanded to Kent County State of Michigan) Filed in W.D. Michigan -- signed by Judge Benjamin F. Gibson (rh) |
| 91/02/06 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-117 Joan M. Berry v. Goldline Laboratories, Inc., W.D. Michigan, C.A. No. 1:90-CV-948 -- Notified involved counsel, judges and clerk (rh) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____  --  _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/02/07 | 79 | RESPONSE -- (to pldg. #63) filed by deft. Solgar Co., Inc. -- w/cert. of svc.  (sg) |
| 91/02/07 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (33 actions) (B-180-B-212)  See Attached List - Notified involved clerks and judges (sg) |

|  |  |  |  |
|------|-----------------------------------|-------------------|-------------------|
| B-180 | Yvonne Isbar, etc. v. Showa Denko K.K., et al. | Cal.,S. Thompson | 90-CV-643 |
| B-181 | Linette Grace Durham-Sutton, et al. v. Showa Denko K.K., et al. | Cal.,S. Irving | 90-CV-1258 |
| B-182 | Jean Martin, et al. v. Showa Denko K.K., et al. | Conn. Daly | B-90-390 TFGD |
| B-183 | Barbara B. Bloch v. Showa Denko K.K. | Conn. Cabranes | B-90-420 JAC |
| B-184 | Elizabeth Hinman v. Showa Denko K.K., et al. | Conn. Daly | N-90-574 TFGD |
| B-185 | Bonita Brown, et al. v. Showa Denko K.K., et al. | Conn. Nevas | H-90-639 AHN |
| B-186 | Virginia Wrenn, et al. v. Showa Denko K.K., et al. | Conn. Dorsey | H-90-640 PCD |
| B-187 | Paula C. Hillery, etc. v. Showa Denko K.K., et al. | Conn. Dorsey | H-90-871 PCD |
| B-188 | Mary K. Cox, et al. v. Showa Denko K.K., et al. | D.D.C. Penn | 90-2441 |
| B-189 | Ann Blum, et al. v. P. Leiner Nutritional Products Corp., et al. | Hawaii Kay | D-90-783 ACK |
| B-190 | Larry Weaver v. Muckler Nutrition, et al. | Ill.,S. Beatty | 90-3660 WLB |
| B-191 | Larry Weaver v. Muckler Nutrition, et al. | Ill.,S. Stiehl | 90-3664 WDS |
| B-192 | Larry Weaver v. Muckler Nutrition, et al. | Ill.,S. Beatty | 90-3671 WLB |
| B-193 | Mary Hamilton v. The Solgar Company, Inc., et al. | Miss.,S. Russell | H-90-0184(R) |
| B-194 | Shelley Jo Karch, et al. v. Skaggs Alpha Beta, Inc., et al. | Montana Lovell | CV-90-10-H-CCL |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____  --  _____

| Date | Ref. | Pleading Description | | |
|------|------|----------------------|---|---|
| | B-195 | Mary Beam, et al. v. Showa Denko of America, Inc., et al. | N.Y.,S. Wood | 90-CIV-3350 |
| | B-196 | Betty Hoffing, et al. v. Showa Denko of America, Inc., et al. | N.Y.,S. Wood | 90-CIV-3353 |
| | B-197 | Brenda Hudgins, et al. v. General Nutrition Corporation, et al. | N.Y.,S. Sprizzo | 90-CIV-5423 |
| | B-198 | Laura Dorn, et al. v. Walgreen's Co., et al. | N.Y.,S. Keenan | 90-CIV-5424 |
| | B-199 | Kiesha Lisa Washington v. Rite Aid Corp., et al. | N.Y.,S. Mukasey | 90-CIV-6465 |
| | B-200 | Dayna Michaelea Tolley, et al. v. General Nutrition Corporation, et al. | N.Y.,S. Sand | 90-CIV-6469 |
| | B-201 | Margaret Bryd Sutton, et al. v. Revco Drug Store, et al. | N.Y.,S. Lowe | 90-CIV-6505 |
| | B-202 | Anna Slivka v. Puritan's Pride, et al. | N.Y.,S. Keenan | 90-CIV-6595 |
| | B-203 | Frances Lou Thompson v. Showa Denko K.K., et al. | N.Y.,S. Wood | 90-CIV-6910 |
| | B-204 | Salli Hamilton v. Goldline Laboratories, et al. | N.Y.,S. Leval | 90-CIV-6969 |
| | B-205 | Roberta Villalon Williams, et al. v. The Solgar Co., Inc., et al. | N.Y.,S. Keenan | 90-CIV-6970 |
| | B-206 | Patricia E. Rooney, et al. v. Target, Inc., et al. | N.Y.,S. Martin | 90-CIV-7101 |
| | B-207 | Carol G. Meacham, et al. v. General Nutrition Corporation, et al. | N.Y.,S. Mukasey | 90-CIV-7136 |
| | B-208 | Barbara E. Herman, et al. v. Nature's Bounty, Inc., et al. | N.Y.,S. Mukasey | 90-CIV-7469 |
| | B-209 | Margaret Reynolds, et al. v. Showa Denko K.K., et al. | N.Y.,S. Leval | 90-CIV-7470 |
| | B-210 | Louise Corder v. Dayton Hudson Corporation | Okla.,N. Ellison | 90-C-0231-E |
| | B-211 | Bonnie Baldridge v. Nutrition Headquarters, Inc., et al. | Okla.,N. Ellison | 90-C-0595-E |
| | B-212 | Judy Bishop v. General Nutrition C... | Okla.,N. | 90-C-0875-E |

P. 27.

JPML FOPM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/02/08 | 80 | RESPONSE -- (to pldg. #64) filed by Pharmavite Corporation, dba Nature Made Nutritional Products -- w/cert. of svc.  (sg) |
| 91/02/08 | 81 | RESPONSE -- (to pldg. #64) filed by Showa Denko America, Inc. and Showa Denko K.K. -- w/cert. of svc.  (sg) |
| 91/02/11 | 82 | WITHDRAWAL OF OPPOSITION -- (pldg. #'s 57 & 71)deft. Nippon Kayahu  (sg) |
| 91/02/11 | 83 | RESPONSE -- (to pldg. #56) Showa Denko America, Inc., et al. -- w/cert. of svc.  (sg) |
| 91/02/11 | | APPEARANCE -- STEVEN M. NACHMAN, ESQ. for Contract Pharmacal Corporation    (sg) |
| 91/02/12 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- B-127 Elene Decker, et al. v. Wal-Mart Stores, Inc., et al.; Wal-Mart Stores, Inc. v. Showa Denko, K.K.; Nutrilite Products, Inc., et al. v. Showa Denko America, Inc., et al.; Gibson Pharmacy of Durant, Inc. dba Wal-Mart Pharmacy, et al. v. Williams Generics, Inc.; and Williams Generics v. West Coast Lab., Inc., et al., E.D. Oklahoma, C.A. No. Civ-90-145-S -- Notified involved clerks, judges and counsel (ds) |
| 91/02/12 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-213 thru C-231 listed below.  Notified involved judges and counsel  (ds) |

C-213 Paula C. Hillery, etc. v. Showa Denko K.K., et al., D. Connecticut, C.A. No. H-90-871 (PCD)

C-214 Helen L. Delgandio v. General Nutrition Corporation, et al., M.D. Florida, C.A. No. 90-CV-1497

C-215 Jerrilyn Rollins v. Walgreen Co., et al., M.D. Florida, C.A. No. 91-CV-6

C-216 Wendy McKee, et al. v. Albertson's Inc., et al., N.D. Florida, C.A. No. 90-30323

C-217 Marion Edgmon v. Walgreen Company, et al., S.D. Florida, C.A. No. 91-CV-8002

C-218 June Price v. Nature's Bounty, Inc. d/b/a Hudson Vitamins, et al., S.D. Georgia, C.A. No. CV-4-90-233

C-219 Carlyn G. Gallucci, et al. v. Upsher-Smith Labs, Inc., etc., N.D. Indiana, C.A. No. F90-00049

C-220 Lola J. Rapoport, et al. v. Showa Denko America, Inc., D. Maryland, C.A. No. JH90-518

C-221 Lola J. Rapoport, et al. v. Showa Denko K.K., D. Maryland, C.A. No. JH90-2516

C-222 Donald S. Silva, et al. v. Showa Denko K.K., et al., D. Massachusetts, C.A. No. 90-12788 S

C-223 Carolyn Barnard v. Solgar Co., Inc., D. Massachusetts, C.A. No. 90-30159-F

C-224 Robert Rukavina v. Walgreen Co., D. Minnesota, C.A. No. 90-CV-105

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/02/12 | 84 | RESPONSE -- (to pldg. #56) filed by deft. Twin Laboratories, Inc. -- w/cert. of svc. (sg) |
| 91/02/12 | 85 | RESPONSE -- (to pldg. #66) filed by General Nutrition Corporation -- w/cert. of svc. (sg) |
| 91/02/13 | 86 | REPLY MEMORANDUM -- filed by pltfs. Audrey Blumberg and Louis Blumberg w/cert. of svc. (ds) |
| 91/02/14 | 87 | RESPONSE -- (to pldg. #73) Showa Denko America, Inc. and Target Stores -- w/cert. of svc. (sg) |
| 91/02/15 | | HEARING ORDER -- Setting opposition of pltfs. in B-46 Ellen Dickson; B-45 Debra Flick, et al.; B-47 Dauna L. Bauer; B-49 Audrey Blumberg, et al.; B-106 Joyce Shankle; B-118 Ellen Briskman, et al.; B-129 Rhonda Fortune; B-130 Adelene German; B-131 Colita Hartman; B-132 Betty Marlene Perry; B-147 Paul J. Meece, et al.; B-148 John L. Wright, et al.; B-174 Angela DeMoss to transfer for Panel Hearing on March 22, 1991 in Palm Springs, California (rh) |
| 91/02/19 | 88 | RESPONSE -- (to pldg. #70) Showa Denko America, Inc. et al. -- w/cert. of svc. (sg) |
| 91/02/20 | 89 | WITHDRAWAL OF OBJECTION TO TRANSFER AND MOTION TO VACATE THE CONDITIONAL TRANSFER -- filed by defts. City Market, Inc. -- w/cert. of svc. (sg) |
| 91/02/20 | 90 | ORDER -- filed in S.D. Florida signed by Judge Jose A. Gonzalez, Jr. (re: C-217 action remanded to Circuit Court) (rh) |
| 91/02/20 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- C-217 Marion Edmon v. Walgreen Company, et al., S.D. Florida, C.A. No. 91-CV-8002 -- Notified involved counsel, judges and clerk (rh) |

P. 29

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/02/26 | 91 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in C-223 Carolyn Barnard v. Solgar Co., Inc., D. Massachusetts, C.A. No. 90-30159-F -- Notified involved counsel and judges  (sg) |
| 91/02/26 | 92 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in C-215 Jerrilyn Rollins v. Walgreen Company, et al., M.D. Florida, C.A. No. 91-CV-6 -- Notified involved counsel and judges  (sg) |
| 91/02/28 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-213 Thru C-231 listed below.  Notified involved clerks and judges  (sg) |

*C-213, 214, 216, 218-222, 224-231*

Paula C. Hillery, etc. v. Showa Denko K.K., et al.,
    D. Connecticut, C.A. No. H-90-871 (PCD)

Helen L. Delgandio v. General Nutrition Corporation, et
    al., M.D. Florida, C.A. No. 90-CV-1497

Wendy McKee, et al. v. Albertson's Inc., et al.,
    N.D. Florida, C.A. No. 90-30323

June Price v. Nature's Bounty, Inc. d/b/a Hudson
    Vitamins, et al., S.D. Georgia, C.A. No. CV-4-90-233

Carlyn G. Gallucci, et al. v. Upsher-Smith Labs, Inc.,
    etc., N.D. Indiana, C.A. No. F90-00049

Lola J. Rapoport, et al. v. Showa Denko America, Inc.,
    D. Maryland, C.A. No. JH90-518

Lola J. Rapoport, et al. v. Showa Denko K.K.,
    D. Maryland, C.A. No. JH90-2516

Donald S. Silva, et al. v. Showa Denko K.K., et al.,
    D. Massachusetts, C.A. No. 90-12788 S

Robert Rukavina v. Walgreen Co., D. Minnesota,
    C.A. No. 90-CV-105

Carol Bernardi, et al. v. American Drug Stores, Inc.,
    D. Montana, C.A. No. CV-90-31-GF-PGH

Mary Kessler v. American Drug Stores, Inc., D, Montana,
    C.A. No. CV-90-33-GF-PGH

Joan G. Walker v. General Nutrition Center, Inc., et
    al., D. Montana, C.A. No. CV-90-118-BLG-JDS

Grace L. Anderson, et al. v. The Solgar Co., Inc., et
    al., E.D. New York, C.A. No. CV-90-3460

Darlene F. Kucera, et al. v. Nature's Bounty, Inc., et
    al., N.D. Oklahoma, C.A. No. 90-C-0981-E

Concetta Calise Cintron, et al. v. Walgreen Laboratories,
    Inc., D. Puerto Rico, C.A. No. 90-2506 JAF

Joan R. Warren, et al. v. General Nutrition Center, Inc.,
    S.D. West Virginia, C.A. No. 2:90-1183

P.30

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/03/14 | 93 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- filed by pltfs. in C-223 Carolyn Barnard v. Solgar Co., Inc., D. Mass., C.A. No. 90-30159-F -- w/Brief, Exhibits 1 - 3 (received 3/13/91), and w/cert. of service  (cdm) |
| 91/03/21 | | HEARING APPEARANCES -- (For hearing on 3/22/91 in Palm Springs, California) STEVEN J. BRILL, ESQ. for Audrey Blumberg; HUGH O. EVANS, ESQ. for Dauna L. Bauer; JOHN M. BREDEHOFT, ESQ. for Showa Denko K.K.; Showa Denko America, Inc.; BRIAN S. CONNEELY, ESDQ. for Solgar Co., Inc.; General Nutrition Corp.; WILLIAM M. SAVINO, ESQ. for Twin Laboratories, Inc., DANIEL J. LANAHAN, ESQ. for P. Leiner Nutritional Products, Inc. of Delaware;  P. Leiner Nutritional Products Corp.; TIMOTHY M. CAVANAUGH, ESQ. for Pharmavite Corp.; Nature Made Nutritional Products; JEFFREY J. CARLSON, ESQ. OR GEORGE BERRY, ESQ. for Nutrilite Products, Inc.; Amcon Industries, Inc.; Jameson Pharmaceutical Corp.; Wal-mart Stores, Inc. (rh) |
| 91/03/21 | | WAIVERS OF ORAL ARGUMENT -- (For hearing on 3/22/91 in Palm Springs, California) Angela DeMoss; Contract Pharmacal, Inc.; Debra Flick, et al.; Freshlabs, Inc.; Star Professional Pharmaceuticals, Inc.; IDE Interstate, Inc.; Interstate Drug Exchange; Health Food Shoppe of Fort Wayne; Big Y Foods; Betty Marlene Perry and Ellen Dickson (rh) |
| 91/03/22 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-232 THRU C-246 listed below.  Notified involved clerks and judges  (sg) |

| C-232 | Joan Maule, et al. v. Showa Denko K.K. | N.Y.,S. Sprizzo | 90-CIV-7714 |
| C-233 | Francoise Delile v. Showa Denko K.K., et al. | N.Y.,S. McKenna | 90-CIV-7715 |
| C-234 | Naiya Treybich v. Goldline Laboratories, et al. | N.Y.,S. McKenna | 90-CIV-7914 |
| C-235 | Michelle Mortenson, et al. v. Dayton Hudson Corporation, et al. | N.Y.,S. McKenna | 91-CIV-0289 |
| C-236 | Connie J. Brewer, et al. v. Goldline Laboratories, Inc., et al. | N.Y.,S. Keenan | 91-CIV-0323 |
| C-237 | Dolores A. Bishop, et al. v. Nutri/System et al. | N.Y.,S. Ward | 91-CIV-0324 |
| C-238 | Shirley Benat v. Showa Denko K.K., et al. | N.Y.,S. Duffy | 91-CIV-0325 |
| C-239 | Diane Cantone v. Showa Denko K.K. | N.Y.,S. Griesa | 91-CIV-0326 |
| C-240 | Leah Sekoff, et al. v. Showa Denko K.K., et al. | N.Y.,S. Lowe | 91-CIV-0327 |
| C-241 | Patricia Ann Coughlin v. Showa Denko K.K., et al. | N.Y.,S. Edelstein | 91-CIV-0328 |
| C-242 | Sandra Fierstein, et al. v. Showa Denko K.K. | N.Y.,S. Ward | 91-CIV-0329 |
| C-243 | Noel Kramer v. Showa Denko K.K. | N.Y.,S. Edelstein | 91-CIV-0582 |
| C-244 | Pearl Kapowr, et al. v. Showa Denko K.K. | N.Y.,S. Haight | 91-CIV-0583 |
| C-245 | Margarita Gleason, et al. v. General Nutrition Corp., Inc., et al. | N.Y.,S. Duffy | 91-CIV-0584 |
| C-246 | Peggy Pavlos, et al. v. Schiff Bio-Food Products, Inc., et al. | N.Y.,S. Mukasey | 91-CIV-0585 |

P.31

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/04/01 | 94 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in C-215 Jerrilyn Rollins v. Walgreen Co., et al., M.D. Florida, C.A. No. 91-CV-6 -- w/cert. of svc. (rh) |
| 91/04/02 | 95 | RESPONSE -- (to pldg. #93) Solgar Co., Inc. -- w/cert. of svc. (rh) |
| 91/04/04 | | TRANSFER ORDER -- Transferring 13 actions listed below to the D. South Carolina -- Notified involved counsel, judges, clerks  (sg) |

Western District of Oklahoma

Rhonda Fortune v. General Nutrition Corp., et al., C.A. No. Civ-89-2152W
Adelene German v. Wal-Mart, Inc., et al.; Revco Discount Drug Center v. Showa Denko K.K., et al., C.A. No. Civ-90-966-P
Colita Hartman v. Revco Discount Drug Center, Inc., et al.; Revco Discount Drug Center, Inc. v. Triarco, Inc., C.A. No. Civ-90-965-R
Betty Marlene Perry v. Skaggs Alpha Beta, Inc., et al., C.A. No. Civ-90-667-W
Ellen Dickson v. Goldline Laboratories, et al., C.A. No. Civ.-90-492-D

District of Minnesota

Debra Flick, et al. v. Showa Denko K.K., et al., C.A. No. 3-90-462
Ellen Briskman, et al. v. General Nutrition Corp., et al., C.A. No. 90 CV 118

Eastern District of New York

Audrey Blumberg, et al. v. Solgar, Inc., C.A. No. CV-90-1479

Eastern District of Kentucky

Paul J. Meece, et al. v. Showa Denko, K.K., et al., C.A. No. 90-225

Eastern District of California

Joyce Shankle v. General Nutrition Corp., et al., C.A. No. 90-CV-487

District of Utah

Angela Demoss v. City Market, Inc., et al., C.A. No. 90 Civ 461

Eastern District of Michigan

John L. Wright, et al. v. Showa Denko, K.K., et al., C.A. No. 90-73168

Eastern District of Washington

Dauna L. Bauer v. Showa Denko K.K., et al.; and Twin Laboratories, Inc. v. Showa Denko K.K., et al., C.A. No. CS-90-340-RJM

B.32

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/04/08 | 96 | RESPONSE -- (to pldg. #94) Showa Denko America, Inc. -- w/Exhibits A-C and cert. of svc. (rh) |
| 91/04/09 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- in 15 actions (C-232 - C-246) listed below -- Notified involved judges and clerks (rh) |

| | | | |
|---|---|---|---|
| C-232 | Joan Maule, et al. v. Showa Denko K.K. | N.Y.,S. Sprizzo | 90-CIV-7714 |
| C-233 | Francoise Delile v. Showa Denko K.K., et al. | N.Y.,S. McKenna | 90-CIV-7715 |
| C-234 | Naiya Treybich v. Goldline Laboratories, et al. | N.Y.,S. McKenna | 90-CIV-7914 |
| C-235 | Michelle Mortenson, et al. v. Dayton Hudson Corporation, et al. | N.Y.,S. McKenna | 91-CIV-0289 |
| C-236 | Connie J. Brewer, et al. v. Goldline Laboratories, Inc., et al. | N.Y.,S. Keenan | 91-CIV-0323 |
| C-237 | Dolores A. Bishop, et al. v. Nutri/System et al. | N.Y.,S. Ward | 91-CIV-0324 |
| C-238 | Shirley Benat v. Showa Denko K.K., et al. | N.Y.,S. Duffy | 91-CIV-0325 |
| C-239 | Diane Cantone v. Showa Denko K.K. | N.Y.,S. Griesa | 91-CIV-0326 |
| C-240 | Leah Sekoff, et al. v. Showa Denko K.K., et al. | N.Y.,S. Lowe | 91-CIV-0327 |
| C-241 | Patricia Ann Coughlin v. Showa Denko K.K., et al. | N.Y.,S. Edelstein | 91-CIV-0328 |
| C-242 | Sandra Fierstein, et al. v. Showa Denko K.K. | N.Y.,S. Ward | 91-CIV-0329 |
| C-243 | Noel Kramer v. Showa Denko K.K. | N.Y.,S. Edelstein | 91-CIV-0582 |
| C-244 | Pearl Kapner, et al. v. Showa Denko K.K. | N.Y.,S. Haight | 91-CIV-0583 |
| C-245 | Margarita Okeson, et al. v. General Nutrition Corp., Inc., et al. | N.Y.,S. Duffy | 91-CIV-0584 |
| C-246 | Peggy Pavlos, et al. v. Schiff Bio-Food Products, Inc., et al. | N.Y.,S. Mukasey | 91-CIV-0585 |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/04/16 | | HEARING ORDER -- setting oppositions of pltfs. Carolyn Barnard and Jerrilyn Rollins to transfer for Panel hearing in New York, N.Y., on May 31, 1991 (ds) |
| 91/04/26 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- in 22 actions (C-247 - C-269) listed below -- Notified involved counsel and judges (sg) |

### MDL-865 - SCHEDULE OF ACTIONS

(C-247) Marlys S. Campbell, et al. v. Showa Denko K.K., et al.,
    D. Arizona, C.A. No. 90-CV-764

(C-248) Anne Hensley v. Showa Denko K.K., et al.,
    C.D. California, C.A. No. 91-0733

(C-249) Lila Silliman v. Showa Denko K.K., et al.,
    E.D. California, C.A. No. 91-CV-162

(C-250) Herta Silzer Weinstein v. Showa Denko K.K., et al.,
    E.D. California, C.A. No. 91-CV-161

(C-251) Rusty Farrell v. Osco Drug Company, Inc., et al.,
    S.D. California, C.A. No. 90-CV-1241

(C-252) Joyce Marie Lovell v. Walgreen Laboratories, Inc., et al.,
    W.D. Kentucky, C.A. No. C91-0025-L

(C-253) Eugenia Durham v. Showa Denko, K.K., et al.,
    D. Minnesota, C.A. No. 91-CV-50

(C-254) Howard Bodouin, et al. v. Showa Denko, K.K., et al.,
    S.D. Mississippi, C.A. No. S90-0622(G)

(C-255) Rachel Bosch, et al. v. Showa Denko, K.K., et al.,
    D. New Jersey, C.A. No. 90-CV-4496

(C-256) Marete Wester, et al. v Showa Denko, K.K., et al.,
    D. New Jersey, C.A. No. 91-CV-468

(C-257) Rouhi Huddleston, et al. v. Solgar Co. Inc.,
    S.D. New York, C.A. No. 90-2356

(C-258) Ellen Rosenberg, et al. v. The Solgar Co. Inc., et al.,
    S.D. New York, C.A. No. 90-3346

(C-259) Frances Lou Thompson v. Showa Denko K.K., et al.,
    S.D. New York, C.A. No. 90-Civ-6910

(C-260) Julia Mendez, et al. v. Foods Plus, Inc., et al.,
    S.D. New York, C.A. No. 90 CV 6688

(C-261) Carolyn Kee v. General Nutrition Corp. et al.,
    S.D. New York, C.A. No. 90 Civ 4545

(C-262) Evalyn Fisher v. Showa Denko, K.K., et al.,
    D. Oregon, C.A. No. 91-CV-62

(C-263) Angeline Oszajca v. Nature's Bounty, Inc.,
    E.D. Pennsylvania, C.A. No. 91-CV-925

(C-264) Teena Boggs v. Star Professional Pharmaceuticals, Inc.,
    et al., E.D. Texas, C.A. No. 91-CV-34

(C-265) Tara Angelle v. Star Professional, Pharmaceuticals, Inc.
    et al., E.D. Texas, C.A. No. 91-CV-35

(C-266) Karen Glencorse, et al. v. Star Professional, Pharmaceuticals,
    Inc., et al., E.D. Texas, C.A. No. 91-CV-36

(C-267) Norma Stephenson v. General Nutrition Corp., et al.,
    W.D. Virginia, C.A. No. 90-0749

(C-269) Karen G. Johnson, et al v. Showa Denko, K.K., et al.,
    W.D. Washington, C.A. No. 90-CV-1406

JPML FORM 1A

ß, 34

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/05/03 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- in 29 actions (C-270 - C-298) -- listed below -- Notified involved counsel and Judges (rh) |

C-270   Carolyn J. Meherg, et al. v. Showa Denko K.K., et al.,
         N.D. Alabama, C.A. No. CV-90-L-02493-S

C-271   Theodore Sander v. Showa Denko, K.K., et al.,
         S.D. California, C.A. No. 91-CV-2

C-272   Barbara J. Norton v. Showa Denko, K.K., et al.,
         S.D. California, C.A. No. 91-CV-36

C-273   Elizabeth Honychurch v. Showa Denko, K.K., et al.,
         S.D. California, C.A. No. 91-CV-37

C-274   Robyn Keiner, et al. v. General Nutrition Corp., et al.,
         C.D. California, C.A. No. 91-0133

C-275   Alicia Crespo v. General Nutrition Co., et al.,
         C.D. California, C.A. No. 90-6903

C-276   Doris Cortopassi, et al. v. General Nutrition Corp., et al.,
         E.D. California, C.A. No. 90-CV-1406

C-277   Kevin J. Brewer, et al. v. Showa Denko, K.K., et al.,
         D. Colorado, C.A. No. 90-CV-2024

C-278   Connie Shugars, et al. v. Showa Denko, K.K., et al.,
         M.D. Florida, C.A. No. 91-CV-326

C-279   Frances Sartori, et al. v. Showa Denko, K.K., et al.,
         M.D. Florida, C.A. No. 91-CV-327

C-280   Burton R. Glastein, et al. v. IDE Interstate Inc., et al.,
         S.D. Florida, C.A. No. 91-CV-497

C-281   Bonnie Holley, et al. v. Showa Denko, K.K., et al.,
         N.D. Florida, C.A. No. 91-30021-RV

C-282   Pendery Irwin McCoy, et al. v. Showa Denko, K.K., et al.,
         S.D. Georgia, C.A. No. CV-1-91-017

C-283   C. Caroline Usher, et al. v. Showa Denko, K.K., et al.,
         S.D. Georgia, C.A. No. CV-4-91-70

C-284   Shirley Rainwater v. Showa Denko, K.K., et al.,
         N.D. Georgia, C.A. No. 91-CV-408

C-285   Connie O. Byrne v. Showa Denko, K.K., et al.,
         S.D. Indiana, C.A. No. NA 91-18-C

C-286   Mary Ann Simbol v. Showa Denko, K.K., et al.,
         S.D. Indiana, C.A. No. TH 91-19-C (LJM)

C-287   Janet L. Rydzinski, et al. v. General Nutrition Corp., et al.,
         S.D. Indiana, C.A. No. IP 91-208-C

C-288   David Benjamin Holtz v. General Nutrition Corp., et al.,
         S.D. Indiana, C.A. No. IP 91-209-C

C-289   Julia Justice v. Showa Denko America, Inc., et al.,
         E.D. Kentucky, C.A. No. 90-293

C-290   Moya Machado, et al. v. Showa Denko, K.K., et al.,
         E.D. Louisiana, C.A. No. 91-CV-349

C-291   Bonnie Schrimsher v. Showa Denko America, Inc., et al.,
         N.D. Mississippi, C.A. No. DC 91-W1-B-O

C-292   Nancy Campbell v. General Nutrition Corp., et al.,
         S.D. New York, C.A. No. 91-CIV-1289

C-293   Margaret Byrd Sutton, et al. v. Revco Drug Store, et al.,
         S.D. New York, C.A. No. 90-CIV-6505

C-294   Patricia T. Geske v. Showa Denko America, et al.,
         W.D. Tennessee, C.A. No. 90-3046-4A

C-295   Susan R. Farmer v. General Nutrition Corp., et al.,
         E.D. Tennessee, C.A. No. 3-91-10

C-296   Mary E. Buchanan v. Showa Denko, K.K., et al.,
         M.D. Tennessee, C.A. No. 3-91-0040

C-297   Erma J. Marshall v. Showa Denko America, Inc., et al.,
         W.D. Virginia, C.A. No. 91-0073-R

C-298   Margaret Gesualdi v. Showa Denko, K.K., et al.,
         S.D. West Virginia, C.A. No. 2:91-0369

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/05/10 | 97 | LETTER SUPPLEMENTING PLEADING NO. 93 -- Filed by plft. Carolyn Barnard -- w/cert. of svc.  (sg) |
| 91/05/14 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- in 22 actions (C-247 - C-269) listed below -- Notified involved clerks and judges  (sg) |

(C-247)    <u>Marlys S. Campbell, et al. v. Showa Denko K.K., et al.</u>, D. Arizona, C.A. No. 90-CV-764

(C-248)    <u>Anne Hensley v. Showa Denko K.K., et al.</u>, C.D. California, C.A. No. 91-0733

(C-249)    <u>Lila Silliman v. Showa Denko K.K., et al.</u>, E.D. California, C.A. No. 91-CV-162

(C-250)    <u>Herta Silzer Weinstein v. Showa Denko K.K., et al.</u>, E.D. California, C.A. No. 91-CV-161

(C-251)    <u>Rusty Farrell v. Osco Drug Company, Inc., et al.</u>, S.D. California, C.A. No. 90-CV-1241

(C-252)    <u>Joyce Marie Lovell v. Walgreen Laboratories, Inc., et al.</u>, W.D. Kentucky, C.A. No. C91-0025-L

(C-253)    <u>Eugenia Durham v. Showa Denko, K.K., et al.</u>, D. Minnesota, C.A. No. 91-CV-50

(C-254)    <u>Howard Bodouin, et al. v. Showa Denko, K.K., et al.</u>, S.D. Mississippi, C.A. No. S90-0622(G)

(C-255)    <u>Rachel Bosch, et al. v. Showa Denko, K.K., et al.</u>, D. New Jersey, C.A. No. 90-CV-4496

(C-256)    <u>Marete Wester, et al. v Showa Denko, K.K., et al.</u>, D. New Jersey, C.A. No. 91-CV-468

(C-257)    <u>Rouhi Huddleston, et al. v. Solgar Co. Inc.</u>, S.D. New York, C.A. No. 90-2356

(C-258)    <u>Ellen Rosenberg, et al. v. The Solgar Co. Inc., et al.</u>, S.D. New York, C.A. No. 90-3346

(C-259)    <u>Frances Lou Thompson v. Showa Denko K.K., et al.</u>, S.D. New York, C.A. No. 90-Civ-6910

(C-260)    <u>Julia Mendez, et al. v. Foods Plus, Inc., et al.</u>, S.D. New York, C.A. No. 90 CV 6688

(C-261)    <u>Carolyn Kee v. General Nutrition Corp. et al.</u>, S.D. New York, C.A. No. 90 Civ 4545

(C-262)    <u>Evalyn Fisher v. Showa Denko, K.K., et al.</u>, D. Oregon, C.A. No. 91-CV-62

(C-263)    <u>Angeline Oszajca v. Nature's Bounty, Inc.</u>, E.D. Pennsylvania, C.A. No. 91-CV-925

(C-264)    <u>Teena Boggs v. Star Professional Pharmaceuticals, Inc.</u>, <u>et al.</u>, E.D. Texas, C.A. No. 91-CV-34

C-265)    <u>Tara Angelle v. Star Professional, Pharmaceuticals, Inc.</u> <u>et al.</u>, E.D. Texas, C.A. No. 91-CV-35

(C-266)    <u>Karen Glencorse, et al. v. Star Professional, Pharmaceuticals, Inc., et al.</u>, E.D. Texas, C.A. No. 91-CV-36

(C-268)    <u>Norma Stephenson v. General Nutrition Corp., et al.</u>, W.D. Virginia, C.A. No. 90-0749

(C-269)    <u>Karen G. Johnson, et al v. Showa Denko, K.K., et al.</u>, W.D. Washington, C.A. No. 90-CV-1406

P.36

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/05/20 | 98 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by plfts. in (C-287) Janet L. Rydzinski, et al v. General Nutrition Corp., et al., S.D. Indiana, C.A. No. IP 91-208-C -- Notified involved counsel and judges  (sg) |
| 91/05/20 | 99 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by plfts. in (C-288) David Benjamin Holtz v. General Nutrition Corp. et al., S.D. Indiana, C.A. No. IP 91-209-C -- Notified involved counsesl and judges  (sg) |
| 91/05/21 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (29 actions) (C-270 - C-298) See attached list -- Notified involved clerks and judges  (sg) |

C-270   Carolyn J. Meherg, et al. v. Showa Denko K.K., et al.,
     N.D. Alabama, C.A. No. CV-90-L-02493-S
C-271   Theodore Sander v. Showa Denko, K.K., et al.,
     S.D. California, C.A. No. 91-CV-2
C-272   Barbara J. Norton v. Showa Denko, K.K., et al.,
     S.D. California, C.A. No. 91-CV-36
C-273   Elizabeth Honychurch v. Showa Denko, K.K., et al.,
     S.D. California, C.A. No. 91-CV-37
C-274   Robyn Keiner, et al. v. General Nutrition Corp., et al.,
     C.D. California, C.A. No. 91-0133
C-275   Alicia Crespo v. General Nutrition Co., et al.,
     C.D. California, C.A. No. 90-6903
C-276   Doris Cortopassi, et al. v. General Nutrition Corp., et al.,
     E.D. California, C.A. No. 90-CV-1406
C-277   Kevin J. Brewer, et al. v. Showa Denko, K.K., et al.,
     D. Colorado, C.A. No. 90-CV-2024
C-278   Connie Shugars, et al. v. Showa Denko, K.K., et al.,
     M.D. Florida, C.A. No. 91-CV-326
C-279   Frances Sartori, et al. v. Showa Denko, K.K., et al.,
     M.D. Florida, C.A. No. 91-CV-327
C-280   Burton R. Glastein, et al. v. IDE Interstate Inc., et al.,
     S.D. Florida, C.A. No. 91-CV-497
C-281   Bonnie Holley, et al. v. Showa Denko, K.K., et al.,
     N.D. Florida, C.A. No. 91-30021-RV
C-282   Pendery Irwin McCoy, et al. v. Showa Denko, K.K., et al.,
     S.D. Georgia, C.A. No. CV-1-91-017
C-283   C. Caroline Usher, et al. v. Showa Denko, K.K., et al.,
     S.D. Georgia, C.A. No. CV-4-91-70
C-284   Shirley Rainwater v. Showa Denko, K.K., et al.,
     N.D. Georgia, C.A. No. 91-CV-408
C-285   Connie O. Byrne v. Showa Denko, K.K., et al.,
     S.D. Indiana, C.A. No. NA 91-18-C
C-286   Mary Ann Simbol v. Showa Denko, K.K., et al.,
     S.D. Indiana, C.A. No. TH 91-19-C (LJM)
C-287   Janet L. Rydzinski, et al. v. General Nutrition Corp., et al.,
     S.D. Indiana, C.A. No. IP 91-208-C
C-288   David Benjamin Holtz v. General Nutrition Corp., et al.,
     S.D. Indiana, C.A. No. IP 91-209-C
C-289   Julia Justice v. Showa Denko America, Inc., et al.,
     E.D. Kentucky, C.A. No. 90-293
C-290   Moya Machado, et al. v. Showa Denko, K.K., et al.,
     E.D. Louisiana, C.A. No. 91-CV-349
C-291   Bonnie Schrimsher v. Showa Denko America, Inc., et al.,
     N.D. Mississippi, C.A. No. DC 91-W1-B-O
C-292   Nancy Campbell v. General Nutrition Corp., et al.,
     S.D. New York, C.A. No. 91-CIV-1289
C-293   Margaret Byrd Sutton, et al. v. Revco Drug Store, et al.,
     S.D. New York, C.A. No. 90-CIV-6505
C-294   Patricia T. Geske v. Showa Denko America, et al.,
     W.D. Tennessee, C.A. No. 90-3046-4A
C-295   Susan R. Farmer v. General Nutrition Corp., et al.,
     E.D. Tennessee, C.A. No. 3-91-10

P.37

JPML FORM 1A

### DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 --  _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| | | C-296 <u>Mary E. Buchanan v. Showa Denko, K.K., et al.,</u> M.D. Tennessee, C.A. No. 3-91-0040 |
| | | C-297 <u>Erma J. Marshall v. Showa Denko America, Inc., et al.,</u> W.D. Virginia, C.A. No. 91-0073-R |
| | | C-298 <u>Margaret Gesualdi v. Showa Denko, K.K., et al.,</u> S.D. West Virginia, C.A. No. 2:91-0369 |
| 91/05/29 | | WAIVERS OF ORAL ARGUMENT for 5/31/91 hearing, New York, New York -- All parties waived (ds) |
| 91/05/29 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- in 22 actions (C-299 - C-320) -- Listed below -- Notified involved counsel and Judges (rh) |
| | | C-299 <u>Adele Ingerman, et al. v. Showa Denko K.K., et al.,</u> D. Conn., C.A. No. 5:91-CV-00164-WWE (J. Eginton) |
| | | C-300 <u>Salley Kaye v. Showa Denko K.K., et al.,</u> D. Conn., C.A. No. 2:91-CV-00274-JAC (J. Cabranes) |
| | | C-301 <u>Karen McCarte v. Showa Denko America, Inc., et al.,</u> D. Mass., C.A. No. 91-CV-10963 (J. Skinner) |
| | | C-302 <u>Doreen Poitras v. Showa Denko K.K.,</u> D. Mass, C.A. No. 91-CV-10964 (J. Skinner) |
| | | C-303 <u>Doreen Poitras v. Showa Denko America, Inc., et al.,</u> D. Mass., C.A. No. 91-CV-10965 (J. Skinner) |
| | | C-304 <u>Jane Walls v. Showa Denko America, Inc., et al.,</u> D. Mass., C.A. No. 91-CV-10966 (J. Skinner) |
| | | C-305 <u>Fergus Healy, etc. v. Showa Denko America, Inc., et al.,</u> D. Mass., C.A. No. 91-CV-10967 (J. Skinner) |
| | | C-306 <u>Fergus Healy, etc. v. Showa Denko K.K.,</u> D. Mass., C.A. No. 91-CV-10968 (J. Skinner) |
| | | C-307 <u>Karen McCarte v. Showa Denko K.K.,</u> D. Mass., C.A. No. 91-CV-10969 (J. Skinner) |
| | | C-308 <u>Vivian A. Toland v. Showa Denko America, Inc., et al.,</u> D. Mass., C.A. No. 91-CV-10970 (J. Skinner) |
| | | C-309 <u>Jane Walls v. Showa Denko K.K.,</u> D. Mass., C.A. No. 91-CV-10971 (J. Skinner) |
| | | C-310 <u>Vivian A. Toland v. Showa Denko K.K.,</u> D. Mass., C.A. No. 91-CV-10972 (J. Skinner) |
| | | C-311 <u>Marion Travis, et al. v. Showa Denko America, Inc., et al.,</u> S.D. N.Y., C.A. No. 91-CIV-0760 (J. Cedarbaum) |
| | | C-312 <u>Marion Pallone, et al. v. Showa Denko America, Inc., et al.,</u> S.D. N.Y., C.A. No. 91-CIV-0761 (J. McKenna) |
| | | C-313 <u>Marilyn Rumpf v. Showa Denko K.K., et al.,</u> S.D. N.Y., C.A. No. 91-CIV-1286 (J. Leval) |
| | | C-314 <u>Bruce Newland v. Sportstar Health & Fitness, et al.,</u> S.D. N.Y., C.A. No. 91-CIV-1287 (J. Kram) |
| | | C-315 <u>Cathy Gohlke v. General Nutrition Corp., et al.,</u> S.D. N.Y., C.A. No. 91-CIV-1288 (J. Leisure) |
| | | C-316 <u>Helen F. Reiss, et al. v. Showa Denko K.K., et al.,</u> S.D. N.Y., C.A. No. 91-CIV-1589 (J. Edelstein) |
| | | C-317 <u>Joan Marie Carriker, et al. v. Showa Denko K.K., et al.,</u> S.D. N.Y., C.A. No. 91-CIV-1590 (J. Duffy) |
| | | C-318 <u>Matilda Volpe, et al. v. Showa Denko K.K., et al.,</u> S.D. N.Y., C.A. No. 91-CIV-1592 (J. McKenna) |
| | | C-319 <u>Maria Lazell, et al. v. General Nutrition Corp., et al.,</u> S.D. N.Y., C.A. No. 91-CIV-1593 (J. Lowe) |
| | | C-320 <u>Victor Rivera v. Twin Laboratories, Inc., et al.,</u> N.D. Texas, C.A. No. CA3-91-0541-H (J. Sanders) |

b.38

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/06/06 | | TRANSFER ORDER -- C-215 Jerrilyn Rollins v. Walgreen Co., et al., M.D. Florida, C.A. No. 91-CV-6 and C-223 Carolyn Barnard v. Solgar Co., Inc., D. Massachusetts, C.A. No. 90-30159-F (Transferred to District of South Carolina) -- Notified involved counsel, judges, panel judges and clerks (rh) |
| 91/06/13 | 100 | NOTICE OF OPPOSITION TO CTO -- C-320 Victor Rivera v. Twin Laboratories, Inc., et al., N.D. Tex., C.A. No. CA3-91-0541-H -- filed by pltf. Victor Rivera w/cert. of svc. -- Notified involved judges and counsel (ds) |
| 91/06/13 | 101 | NOTICE OF OPPOSITION TO CTO -- filed by deft. Sportstar Health & Fiotness and Sportstar Nutritional Supplements (C-314 Bruce Newland v. Sprotstar Health & Fitness, Sportstar Nutritional Supplements, et al., S.D. New York, C.A. No. 91-CIV-1287) -- Notified involved counsel and judges. (ds) |
| 91/06/13 | 100 | NOTICE OF OPPOSITION TO CTO -- C-320 Victor Rivera v. Twin Laboratories, Inc., et al., N.D. Tex., C.A. No. CA3-91-0541-H -- filed by pltf. Victor Rivera w/cert. of svc. -- Notified involved judges and counsel (ds) |
| 91/06/14 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDERS -- C-287 Janet L. Rydzinski, et al. v. General Nutrition Corp., et al., S.D. Indiana, C.A. No. IP-91-208-C and C-288 David B. Holtz v. General Nutrition Corp., et al., S.D. Indiana, C.A. No. IP-91-209-C -- Notified involved judges, clerks and counsel (rh) |
| 91/06/14 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-299 thru C-313 and C-315 thru C-319 (20 actions listed below -- Notified involved clerks and judges. (ds) |

|  |  |
|--|--|
| C-299 | Adele Ingerman, et al. v. Showa Denko K.K., et al., D. Conn., C.A. No. 5:91-CV-00164-WWE (J. Eginton) |
| C-300 | Salley Kaye v. Showa Denko K.K., et al., D. Conn., C.A. No. 2:91-CV-00274-JAC (J. Cabranes) |
| C-301 | Karen McCarte v. Showa Denko America, Inc., et al., D. Mass., C.A. No. 91-CV-10963 (J. Skinner) |
| C-302 | Doreen Poitras v. Showa Denko K.K., D. Mass, C.A. No. 91-CV-10964 (J. Skinner) |
| C-303 | Doreen Poitras v. Showa Denko America, Inc., et al., D. Mass., C.A. No. 91-CV-10965 (J. Skinner) |
| C-304 | Jane Walls v. Showa Denko America, Inc., et al., D. Mass., C.A. No. 91-CV-10966 (J. Skinner) |
| C-305 | Fergus Healy, etc. v. Showa Denko America, Inc., et al., D. Mass., C.A. No. 91-CV-10967 (J. Skinner) |
| C-306 | Fergus Healy, etc. v. Showa Denko K.K., D. Mass., C.A. No. 91-CV-10968 (J. Skinner) |
| C-307 | Karen McCarte v. Showa Denko K.K., D. Mass., C.A. No. 91-CV-10969 (J. Skinner) |
| C-308 | Vivian A. Toland v. Showa Denko America, Inc., et al., D. Mass., C.A. No. 91-CV-10970 (J. Skinner) |
| C-309 | Jane Walls v. Showa Denko K.K., D. Mass., C.A. No. 91-CV-10971 (J. Skinner) |
| C-310 | Vivian A. Toland v. Showa Denko K.K., D. Mass., C.A. No. 91-CV-10972 (J. Skinner) |
| C-311 | Marion Travis, et al. v. Showa Denko America, Inc., et al., S.D N.Y., C.A. No. 91-CIV-0760 (J. Cedarbaum) |
| C-312 | Marion Pallone, et al. v. Showa Denko America, Inc., et al., S.D N.Y., C.A. No. 91-CIV-0761 (J. McKenna) |
| C-313 | Marilyn Rumpf v. Showa Denko K.K., et al., S.D. N.Y., C.A. No. 91-CIV-1286 (J. Leval) |

ρ·39

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/06/17 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- 22 actions (C-332 thru C-353 listed below) -- Notified involved counsel and judges (ds) |

C-332  Heather Lindquist, et al. v. Showa Denko K.K., et al., C.D. Cal., C.A. No. 90-6091-DT (Tx) (J. Tevrizian)

C-333  Carol Schy, et al. v. Showa Denko K.K., et al., C.D. Cal., C.A. No. 91-0954-RMT (J. Takasugi)

C-334  Betsy Umhofer v. Showa Denko K.K., et al., N.D. Cal., C.A. No. 91-CV-216 (J. Weigel)

C-335  Estelle Begley, et al. v. Showa Denko America, Inc., et al., N.D. Cal., C.A. No. 91-CV-1112 (J. Vukasin)

C-336  David W. Wiegand, et al. v. Showa Denko K.K., et al., S.D. Cal., C.A. No. 91-CV-323 (J. Brewster)

C-337  Phyllis Miller v. Walgreen Laboratories, Inc., et al., S.D. Fla., C.A. No. 91-0811-CIV-MORENO (J. Moreno)

C-338  Jeanette Bell, et al. v. Showa Denko K.K., et al., E.D. Mich., C.A. No. 91-CV-40174 (J. Newblatt)

C-339  Susan Luszczynski v. Showa Denko K.K., et al., E.D. Mich., C.A. No. 91-CV-71638 (J. Cohn)

C-340  Shirley Reiter, et al. v. Showa Denko K.K., et al., D. N.J., C.A. No. 90-CV-4425 (J. Wolin)

C-341  Katrina Beard, et al. v. Showa Denko K.K., et al., N.D. Ohio, C.A. No. 5:91-CV-0205 (J. Dowd)

C-342  Sandra Kintz v. Showa Denko K.K., et al., N.D. Ohio, C.A. No. 1:91-CV-0209 (J. Manos)

C-343  Dianne E. Clark v. Showa Denko K.K., et al., N.D. Ohio, C.A. No. 1:91-CV-0219 (J. White)

C-344  Elinore Fay Austin, et al. v. Showa Denko K.K., et al., N.D. Ohio, C.A. No. 3:91-CV-7057 (J. Potter)

C-345  Mary Willman, et al. v. Showa Denko K.K., et al., N.D. Ohio, C.A. No. 3:91-CV-7058 (J. Potter)

C-346  Nora Schmiel, et al. v. Showa Denko K.K., et al., N.D. Ohio, C.A. No. 3:91-CV-7059 (J. Potter)

C-347  Agnes Louise Weible, et al. v. Showa Denko K.K., et al., N.D. Ohio, C.A. No. 3:91-CV-7060 (J. Potter)

C-348  Milton D. Feldman, M.D., et al. v. Showa Denko K.K., et al., S.D. Ohio, C.A. No. C-1-91-060 (J. Weber)

C-349  Myrna Goldfarb, et al. v. Showa Denko K.K., et al., S.D. Ohio, C.A. No. C-1-91-061 (J. Weber)

C-350  Patricia Ann Van Beneden, et al. v. Showa Denko America, Inc., et al., S.D. Ohio, C.A. No. C2-91-309 (J. Graham)

C-351  Dorothy Dryden v. Showa Denko K.K., et al., D. Oregon, C.A. No. 91-CV-82 (Mag. Juba)

C-352  Janet Nichols v. Showa Denko K.K., et al., D. Oregon, C.A. No. 91-CV-83 (J. Panner)

C-353  Lillian H. Gamble v. Showa Denko K.K., et al., D. Oregon, C.A. No. 91-CV-6034 (Mag. Hogan)

B. 40

JPML FORM 1A

### DOCKET ENTRIES

#### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/07/01 | 102 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in C-320 Victor Rivera v. Twin Laboratories, Inc., N.D. Texas, C.A. No. CA5-91-0541-H -- w/cert. of svc. (rh) |
| 91/07/01 | 103 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in C-337 Phyllis Miller v. Walgreen Laboratories, Inc., et al., S.D. Florida, C.A. No. 91-0811-CIV-MORENO -- Notified involved counsel and judges (rh) |
| 91/07/03 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- 21 actions (C-332 thru C-336 and C-338 thru C-353 listed below) -- Notified involved judges and clerks (rh) |

C-332   Heather Lindquist, et al. v. Showa Denko K.K., et al., C.D. Cal., C.A. No. 90-6091-DT (Tx) (J. Tevrizian)
C-333   Carol Schy, et al. v. Showa Denko K.K., et al., C.D. Cal., C.A. No. 91-0954-RMT (J. Takasugi)
C-334   Betsy Umhofer v. Showa Denko K.K., et al., N.D. Cal., C.A. No. 91-CV-216 (J. Weigel)
C-335   Estelle Begley, et al. v. Showa Denko America, Inc., et al., N.D. Cal., C.A. No. 91-CV-1112 (J. Vukasin)
C-336   David W. Wiegand, et al. v. Showa Denko K.K., et al., S.D. Cal., C.A. No. 91-CV-323 (J. Brewster)

C-338   Jeanette Bell, et al. v. Showa Denko K.K., et al., E.D. Mich., C.A. No. 91-CV-40174 (J. Newblatt)
C-339   Susan Luszczynski v. Showa Denko K.K., et al., E.D. Mich., C.A. No. 91-CV-71638 (J. Cohn)
C-340   Shirley Reiter, et al. v. Showa Denko K.K., et al., D. N.J., C.A. No. 90-CV-4425 (J. Wolin)
C-341   Katrina Beard, et al. v. Showa Denko K.K., et al., N.D. Ohio, C.A. No. 5:91-CV-0205 (J. Dowd)
C-342   Sandra Kintz v. Showa Denko K.K., et al., N.D. Ohio, C.A. No. 1:91-CV-0209 (J. Manos)
C-343   Dianne E. Clark v. Showa Denko K.K., et al., N.D. Ohio, C.A. No. 1:91-CV-0219 (J. White)
C-344   Elinore Fay Austin, et al. v. Showa Denko K.K., et al., N.D. Ohio, C.A. No. 3:91-CV-7057 (J. Potter)
C-345   Mary Willman, et al. v. Showa Denko K.K., et al., N.D. Ohio, C.A. No. 3:91-CV-7058 (J. Potter)
C-346   Nora Schmiel, et al. v. Showa Denko K.K., et al., N.D. Ohio, C.A. No. 3:91-CV-7059 (J. Potter)
C-347   Agnes Louise Weible, et al. v. Showa Denko K.K., et al., N.D. Ohio, C.A. No. 3:91-CV-7060 (J. Potter)
C-348   Milton D. Feldman, M.D., et al. v. Showa Denko K.K., et al., S.D. Ohio, C.A. No. C-1-91-060 (J. Weber)
C-349   Myrna Goldfarb, et al. v. Showa Denko K.K., et al., S.D. Ohio, C.A. No. C-1-91-061 (J. Weber)
C-350   Patricia Ann Van Beneden, et al. v. Showa Denko America, Inc., et al., S.D. Ohio, C.A. No. C2-91-309 (J. Graham)
C-351   Dorothy Dryden v. Showa Denko K.K., et al., D. Oregon, C.A. No. 91-CV-82 (Mag. Juba)
C-352   Janet Nichols v. Showa Denko K.K., et al., D. Oregon, C.A. No. 91-CV-83 (J. Panner)
C-353   Lillian H. Gamble v. Showa Denko K.K., et al., D. Oregon, C.A. No. 91-CV-6034 (Mag. Hogan)

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/07/11 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- (C-314) Bruce Newland v. Sportstar Health & Fitness, et al., S.D. New York, C.A. No. 91-CIV-1287 (SWK) -- Notified involved judges, clerks and counsel (sg) |
| 91/07/16 | 104 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in C-337 Phyllis Miller v. Walgreen Laboratories, Inc., et al., S.D. Florida, C.A. No. 91-0811-CIV-MORENO -- w/cert. of svc. (rh) |
| 91/07/18 | | CONDITIONAL TRANSFER ORDERS FILED TODAY (27 actions listed below) -- Notified involved counsel and judges. (ds) |

C-362 Carolyn Brock, et al. v. American Drug Stores, Inc. et al., D. Ariz., C.A. No. CIV-91-0733-PHX-SMM (J. McNamee)

C-363 Gail Archuleta, et al. v. Showa Denko K.K., et al., D. Colo., C.A. No. 91-Z-474 (J. Weinshienk)

C-364 Karen A. Tatreaux, et al v. Walgreen Laboratories, Inc., et al., D. Colo., C.A. No. 91-543 (J. Weinshienk)

C-365 Sondra Melzer, et al. v. Showa Denko K.K., et al., D. Conn., C.A. No. 5:91-CV-00187 (J. Cabranes)

C-366 Lynne Hyland Pierce v. General Nutrition Corporation, et al., M.D. Fla., C.A. No. 91-303-CIV-ORL-18 (J. Sharp)

C-367 Joyce Fischler, et al. v. Showa Denko, K.K., et al., M.D. Fla., C.A. No. 91-420-CIV-T-98-C (Mag. Jenkins)

C-368 Luis E. DeGaspari, et al. v. Showa Denko America, Inc., et al., S.D. Fla., C.A. No. 91-0881-CIV-ATKINS (J. Atkins)

C-369 Florence Mudrick v. Walgreen Company, et al., S.D. Fla., C.A. No. 91-6228-CIV-RYSKAMP (J. Ryskamp)

C-370 Linda Grunebaum v. Showa Denko K.K., D. Mass., C.A. No. 91-11202-S (J. Skinner)

C-371 Linda Grunebaum v. Showa Denko America, Inc., et al., D. Mass., C.A. No. 91-11203-S (J. Skinner)

C-372 Neva Spinks v. Showa Denko K.K., D. Mass., C.A. No. 91-11204-S (J. Skinner)

C-373 Neva Spinks v. Showa Denko America, Inc., et al., D. Mass., C.A. No. 91-11205-S (J. Skinner)

C-374 Bertram E. Rynearson v. Star Professional Pharmaceuticals, Inc., et al., E.D. Mich., C.A. No. 91-CV-10112-BC (J. Churchill)

C-375 Sandra R. Dull, et al. v. Fox Meyer Corporation, et al., W.D. Mich., C.A. No. 91-CV-108 (J. Bell)

C-376 Linda C. Mooney v. Rugby Laboratories, Inc., et al., W.D. Mo., C.A. No. 91-3062-CV-S-4 (J. Clark)

C-377 Virginia Freda v. Hudson Vitamins, D. N.J., C.A. No. 90-4067(SSB) (J. Brotman)

C-378 Mary Ann Milkiewicz, et al. v. Showa Denko K.K., et al., D. N.J., C.A. No. 91-CV-1892 (J. Wolin)

C-379 Anna Aceto, et al. v. Showa Denko K.K., et al., D. N.J., C.A. No. 91-CV-1988 (J. Wolin)

C-380 Ruth Falle, et al. v. Showa Denko K.K., et al., S.D. N.Y., C.A. No. 91-CV-1290 (J. Patterson)

C-381 Marion Rogers, et al. v. Showa Denko K.K., et al., S.D. N.Y., C.A. No. 91-CV-1591 (J. Edelstein)

C-382 Shirley B. McGuire v. Solgar Vitamin Company Inc., et al., W.D. N.C., C.A. No. A-C-91-60 (J. Voorhees)

Kristen Hansen v. Now Foods, Inc., et al., W.D. Wis., C.A. No. 91-C-0374-C (J. Crabb)

JPML FORM 1A

0.42

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 --

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/07/19 | 105 | RESPONSE/MEMORANDUM -- (to pldg. #102) Deft. Twin Laboratories, Inc. -- w/Exhibits A-D and cert. of svc (received 7/18/91) (rh) |
| 91/07/30 | 106 | RESPONSE -- (to pldg. #104) Showa Denko America, Inc.; Walgreen Co. and Walgreen Laboratories, Inc. -- w/Exhibit A and cert. of svc. (rh) |
| 91/08/05 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- (C-362 thru C-388 listed below) -- notified involved clerks and judges. (ds) |
| | C-362 | Carolyn Brock, et al. v. American Drug Stores, Inc. et al., D. Ariz., C.A. No. CIV-91-0733-PHX-SMM (J. McNamee) |
| | C-363 | Gail Archuleta, et al. v. Showa Denko K.K., et al., D. Colo., C.A. No. 91-Z-474 (J. Weinshienk) |
| | C-364 | Karen A. Tatreaux, et al. v. Walgreen Laboratories, Inc., et al., D. Colo., C.A. No. 91-543 (J. Weinshienk) |
| | C-365 | Sondra Melzer, et al. v. Showa Denko K.K., et al., D. Conn., C.A. No. 5:91-CV-00187 (J. Cabranes) |
| | C-366 | Lynne Hyland Pierce v. General Nutrition Corporation, et al., M.D. Fla., C.A. No. 91-303-CIV-ORL-18 (J. Sharp) |
| | C-367 | Joyce Fischler, et al. v. Showa Denko, K.K. et al., M.D. Fla., C.A. No. 91-420-CIV-T-98-C (Mag. Jenkins) |
| | C-368 | Luis E. DeGaspari, et al. v. Showa Denko America, Inc., et al., S.D. Fla., C.A. No. 91-0881-CIV-ATKINS (J. Atkins) |
| | C-369 | Florence Mudrick v. Walgreen Company, et al., S.D. Fla., C.A. No. 91-6228-CIV-RYSKAMP (J. Ryskamp) |
| | C-370 | Linda Grunebaum v. Showa Denko K.K., D. Mass., C.A. No. 91-11202-S (J. Skinner) |
| | C-371 | Linda Grunebaum v. Showa Denko America, Inc., et al., D. Mass., C.A. No. 91-11203-S (J. Skinner) |
| | C-372 | Neva Spinks v. Showa Denko K.K., D. Mass., C.A. No. 91-11204-S (J. Skinner) |
| | C-373 | Neva Spinks v. Showa Denko America, Inc., et al., D. Mass., C.A. No. 91-11205-S (J. Skinner) |
| | C-374 | Bertram E. Rynearson v. Star Professional Pharmaceuticals, Inc., et al., E.D. Mich., C.A. No. 91-CV-10112-BC (J. Churchill) |
| | C-375 | Sandra R. Dull, et al. v. Fox Meyer Corporation, et al., W.D. Mich., C.A. No. 91-CV-108 (J. Bell) |
| | C-376 | Linda C. Mooney v. Rugby Laboratories, Inc., et al., W.D. Mo., C.A. No. 91-3062-CV-S-4 (J. Clark) |
| | C-377 | Virginia Freda v. Hudson Vitamins, D. N.J., C.A. No. 90-4067(SSB) (J. Brotman) |
| | C-378 | Mary Ann Milkiewicz, et al. v. Showa Denko K.K., et al., D. N.J., C.A. No. 91-CV-1892 (J. Wolin) |
| | C-379 | Anna Aceto, et al. v. Showa Denko K.K., et al., D. N.J., C.A. No. 91-CV-1988 (J. Wolin) |
| | C-380 | Ruth Falle, et al. v. Showa Denko K.K., et al., S.D. N.Y., C.A. No. 91-CV-1290 (J. Patterson) |
| | C-381 | Marion Rogers, et al. v. Showa Denko K.K., et al., S.D. N.Y., C.A. No. 91-CV-1591 (J. Edelstein) |
| | C-382 | Shirley B. McGuire v. Solgar Vitamin Company Inc., et al., W.D. N.C., C.A. No. A-C-91-60 (J. Voorhees) |
| | C-387 | Diane R. Weinheimer, et al. v. Lifeway Health Products, Inc., et al., E.D. Wis., C.A. No. 91-C-370 (J. Reynolds) |
| | C-388 | Kirsten Hansen v. Now Foods, Inc., et al., W.D. Wis., C.A. No. 91-C-0374-C (J. Crabb) |

B 43

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 --

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/08/08 | 107 | REPLY -- pltf. Phyllis Miller -- w/cert. of svc. (rh) |
| 91/08/15 | | HEARING ORDER -- setting Oppositions of pltfs. Victor Rivera and Phyllis Miller to transfer for Panel hearing on September 27, 1991 in Colorado Springs, Colorado -- Notified involved clerks, judges and counsel (ds) |
| 91/08/29 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (25 actions listed below) -- Notified involved counsel and judges. (ds) |

(D-389 thru D-413)

(D-389) Penny Reed, et al. v. Showa Denko K.K., et al., D. Colorado, C.A. No. 91-CV-855

(D-390) Nancy Di Donato, et al. v. Showa Denko, K.K., et al., M.D. Florida, C.A. No. 91-CV-286

(D-391) Susan Gustafson, et al. v. Walgreen Co., M.D. Florida, C.A. No. 91-CV-659

(D-392) Phyllis Hart, et al. v. Solgar Co., Inc., et al., D. Kansas, C.A. No. 91-CV-2175

(D-393) Katrina Lowe v. Pharmavite Corporation, D. Maine, C.A. No. 91-0194-F

(D-394) Elizabeth Reed v. Walgreen Company, et al., D. Nebraska, C.A. No. 91-CV-315

(D-395) John J. Ramirez, a/k/a John J. Moya Ramirez, etc. v. Showa Denko K.K., et al., D. New Mexico, C.A. No. CIV91-0563 JB

(D-396) Eugenia Junice, et al. v. Showa Denko K.K., et al., S.D. New York, C.A. No. 91-CV-2725

(D-397) Katheryn Bates v. General Nutrition Corporation, et al., S.D. New York, C.A. No. 91-CV-3055

(D-398) Laura Kartsonis, et al. v. Showa Denko, K.K., et al., S.D. New York, C.A. No. 91-CV-3056

(D-399) Frances Hotaling, et al. v. Showa Denko, K.K., et al., S.D. New York, C.A. No. 91-CV-3431

(D-400) Barbara M. Rettig, etc. v. Showa Denko, K.K., et al., S.D. New York, C.A. No. 91-CIV-4291

(D-401) Gwendolyn Murray, et al. v. Showa Denko, K.K., et al., S.D. New York, C.A. No. 91-CIV-4293

(D-402) Barbara Ann Beckett v. Showa Denko, K.K., et al., S.D. New York, C.A. No. 91-CIV-4294

(D-403) Sylvia Spitz v. Puritan's Pride, et al., S.D. New York, C.A. No. 91-CIV-4295

(D-404) Janet L. Peterson v. Showa Denko K.K., et al., S.D. New York, C.A. No. 91-CIV-4296

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/09/03 | | ORDER VACATING CONDITIONAL TRANSFER ORDER AND SEPTEMBER 27, 1991 HEARING -- (C-320) Victor Rivera v. Twin Laboratories, Inc., N.D. Texas, C.A. No. CA3-91-0541-H -- Notified involved counsel, judges and clerks  (sg) |
| 91/09/06 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-414 thru D-434 listed below.  Notified involved judges and counsel (ds) |
| | | D-414  Barbara B. Williams v. Showa Denko K.K., et al., N.D. Alabama, C.A. No. CV-91-N-1691-S |
| | | D-415  Lilla Tynes Sevier v. Showa Denko K.K., et al., N.D. Alabama, C.A. No. CV-91-B-1692-S |
| | | D-416  Angie Jones v. Showa Denko, et al., E.D. California, C.A. No. 91-CV-601 |
| | | D-417  Gail Archuleta, et al. v. Showa Denko, K.K., et al., D. Colorado, C.A. No. 91-474 |
| | | D-418  Paula Schneider v. American Drug Stores, Inc., et al., N.D. Illinois, C.A. No. 91-CV-2738 |
| | | D-419  Viola Gordon, et al. v. Walgreen Laboratories, Inc., et al., N.D. Illinois, C.A. No. 91-CV-2739 |
| | | D-420  Marilyn J. Hessler, et al. v. Twin Laboratories, Inc., et al., N.D. Illinois, C.A. No. 91-CV-3283 |
| | | D-421  Charlotte B. Perry, et al. v. Showa Denko K.K., et al., E.D. Michigan, C.A. No. 91-CV-73148 |
| | | D-422  Harry H. Beatty, et al. v. Wal-Mart Stores, Inc., et al., W.D. Missouri, C.A. No. 91-CV-3254 |
| | | D-423  Mary B. Middleton, et al. v. Henry Schein, Inc., et al., E.D. North Carolina, C.A. No. 91-CV-305 |
| | | D-424  Vivian Werner v. Showa Denko, K.K., et al., S.D. Ohio, C.A. No. 91-CV-386 |
| | | D-425  Harry A. Schulte, et al. v. Showa Denko, K.K., et al., S.D. Ohio, C.A. No. 91-CV-446 |
| | | D-426  Clare Emerson Thornwell v. Showa Denko, K.K., et al., S.D. Ohio, C.A. No. 91-CV-468 |
| | | D-427  Billie Sue Ferguson v. General Nutrition Center, Inc., E.D. Oklahoma, C.A. No. CIV-91-370-S |
| | | D-428  Donald Holder, et al. v. Showa Denko, K.K., et al., E.D. Oklahoma, C.A. No. CIV-91-376-S |
| | | D-429  Roy Kirk, et al. v. Showa Denko, K.K., et al., E.D. Oklahoma, C.A. No. CIV-91-377-S |

ʃPML FORM lA

0.45

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/09/16 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY-- in 25 actions (D-389 thru D-413) listed below -- Notified involved judges and clerks (rh) |

(D-389) Penny Reed, et al. v. Showa Denko K.K., et al., D. Colorado, C.A. No. 91-CV-855

(D-390) Nancy Di Donato, et al. v. Showa Denko, K.K., et al., M.D. Florida, C.A. No. 91-CV-286

(D-391) Susan Gustafson, et al. v. Walgreen Co., M.D. Florida, C.A. No. 91-CV-659

(D-392) Phyllis Hart, et al. v. Solgar Co., Inc., et al., D. Kansas, C.A. No. 91-CV-2175

(D-393) Katrina Lowe v. Pharmavite Corporation, D. Maine, C.A. No. 91-0194-P

(D-394) Elizabeth Reed v. Walgreen Company, et al., D. Nebraska, C.A. No. 91-CV-315

(D-395) John J. Ramirez, a/k/a John J. Moya Ramirez, etc. v. Showa Denko K.K., et al., D. New Mexico, C.A. No. CIV91-0503 JB

(D-396) Eugenia Junice, et al. v. Showa Denko K.K., et al., S.D. New York, C.A. No. 91-CV-2725

(D-397) Katheryn Bates v. General Nutrition Corporation, et al., S.D. New York, C.A. No. 91-CV-3055

(D-398) Laura Kartsonis, et al. v. Showa Denko, K.K., et al., S.D. New York, C.A. No. 91-CV-3056

(D-399) Frances Hotaling, et al. v. Showa Denko, K.K., et al., S.D. New York, C.A. No. 91-CV-3431

(D-400) Barbara M. Rettig, etc. v. Showa Denko, K.K., et al., S.D. New York, C.A. No. 91-CIV-4291

(D-401) Gwendolyn Murray, et al. v. Showa Denko, K.K., et al., S.D. New York, C.A. No. 91-CIV-4293

(D-402) Barbara Ann Beckett v. Showa Denko, K.K., et al., S.D. New York, C.A. No. 91-CIV-4294

(D-403) Sylvia Spitz v. Puritan's Pride, et al., S.D. New York, C.A. No. 91-CIV-4295

(D-404) Janet L. Peterson v. Showa Denko K.K., et al., S.D. New York, C.A. No. 91-CIV-4296

(D-405) Frances C. Braddy, et al. v. Revco Discount Drug Center, Inc., et al., E.D. North Carolina, C.A. No. 91-CV-32

(D-406) Barbara Ann Ellis v. Rugby Laboratories, Inc., et al., E.D. North Carolina, C.A. No. 91-CV-48

(D-407) Margaret Gray, et al. v. Solgar Co., Inc., et al., W.D. North Carolina, C.A. No. A-C-91-87

(D-408) Janet A. Lindsey, et al. v. Showa Denko, K.K., et al., S.D. Ohio, C.A. No. 91-CV-372

(D-409) Sidney M. DiCristino, et al. v. Showa Denko America, Inc., et al., E.D. Pennsylvania, C.A. No. 91-CV-3790

(D-410) C.R. Ray, et al. v. Showa Denko America, Inc., et al., E.D. Texas, C.A. No. 91-CV-46

(D-411) Elizabeth Ann Mays v. Showa Denko America, Inc., et al., W.D. Virginia, C.A. No. 91-22-L

(D-412) Sylvia G. Kleczewski, et al. v. Shopko, et al., E.D. Wisconsin, C.A. No. 91-C-0541

(D-413) Kathleen F. Oleck, et al. v. Nature's Bounty, Inc., et al., E.D. Wisconsin, C.A. No. 91-C-495

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/09/24 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- (D-414 thru D-434 listed below) -- Notified involved clerks and judges (ds) |
| | D-414 | Barbara B. Williams v. Showa Denko K.K., et al., N.D. Alabama, C.A. No. CV-91-N-1691-S |
| | D-415 | Lilla Tynes Sevier v. Showa Denko K.K., et al., N.D. Alabama, C.A. No. CV-91-B-1692-S |
| | D-416 | Angie Jones v. Showa Denko, et al., E.D. California, C.A. No. 91-CV-601 |
| | D-417 | Gail Archuleta, et al. v. Showa Denko, K.K., et al., D. Colorado, C.A. No. 91-474 |
| | D-418 | Paula Schneider v. American Drug Stores, Inc., et al., N.D. Illinois, C.A. No. 91-CV-2738 |
| | D-419 | Viola Gordon, et al. v. Walgreen Laboratories, Inc., et al., N.D. Illinois, C.A. No. 91-CV-2739 |
| | D-420 | Marilyn J. Hessler, et al. v. Twin Laboratories, Inc., et al., N.D. Illinois, C.A. No. 91-CV-3283 |
| | D-421 | Charlotte B. Perry, et al. v. Showa Denko K.K., et al., E.D. Michigan, C.A. No. 91-CV-73148 |
| | D-422 | Harry H. Beatty, et al. v. Wal-Mart Stores, Inc., et al., W.D. Missouri, C.A. No. 91-CV-3254 |
| | D-423 | Mary B. Middleton, et al. v. Henry Schein, Inc., et al., E.D. North Carolina, C.A. No. 91-CV-305 |
| | D-424 | Vivian Werner v. Showa Denko, K.K., et al., S.D. Ohio, C.A. No. 91-CV-386 |
| | D-425 | Harry A. Schulte, et al. v. Showa Denko, K.K., et al., S.D. Ohio, C.A. No. 91-CV-446 |
| | D-426 | Clare Emerson Thornwell v. Showa Denko, K.K., et al., S.D. Ohio, C.A. No. 91-CV-468 |
| | D-427 | Billie Sue Ferguson v. General Nutrition Center, Inc., E.D. Oklahoma, C.A. No. CIV-91-370-S |
| | D-428 | Donald Holder, et al. v. Showa Denko, K.K., et al., E.D. Oklahoma, C.A. No. CIV-91-376-S |
| | D-429 | Roy Kirk, et al. v. Showa Denko, K.K., et al., E.D. Oklahoma, C.A. No. CIV-91-377-S Inc., et al., E.D. Wisconsin, C.A. No. 91-C-680 |
| | D-433 | Shirley Potasnik, et al. v. Freshlabs, Inc., et al., E.D. Wisconsin, C.A. No. 91-C-706 |
| | D-434 | Barbara Deshambo v. General Nutrition Corp., et al., E.D. Wisconsin, C.A. No. 91-C-707 |

Pi 47

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 --  _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/09/24 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (filed 9/23/91) (D-435 thru D-482 listed below) -- notified involved counsel and judges. (srg) |
| | D-435 | James D. Vaughn, etc. v. P. Leiner Nutritional Products, Inc., et al., M.D. North Carolina, C.A. No. 91-CV-00392 |
| | D-436 | Carlton Lee Williams, et al. v. Goldline Laboratories, et al., S.D. New York, C.A. No. 91-CV-5102 |
| | I D-437 | Leroy R. Watkins, et al. v. Showa Denko, K.K., et al., S.D. New York, C.A. No. 91-CV-5103 |
| | I D-438 | Rose Marie Marone, et al. v. General Nutrition Corp., et al., S.D. New York, C.A. No. 91-CV-5107           et al., |
| | 1 D-439 | Margaret Kuhn v. P. Leiner Nutritional Products, Inc., et al., S.D. New York, C.A. No. 91-CV-5106 |
| | 1 D-440 | Paul L. Houts, et al. v. Nature's Bounty, Inc., et al., S.D. New York, C.A. No. 91-CV-5105 |
| | ] D-441 | Linda Jane Von Arx Giesler v. Schiff Bio-Food Products, Inc., et al., l., S.D. New York, C.A. No. 91-CV-5101 |
| | ] D-442 | Catherine Ann Carr v. Showa Denko K.K., et al., S.D. New York, C.A. No. 91-CV-5104 |
| | ] D-443 | Emily H. Cooper, et al. v. Jarrow Formulas, Inc., et al., S.D. Indiana, C.A. No. IP91-706C |
| | D-444 | Arlene Fuchs, etc. v. General Nutrition Corp., et al., E.D. New York, C.A. No. 91-CV-2661 |
| | D-445 | Donna Kay Brnovak v. Showa Denko K.K., et al., N.D. Texas, C.A. No. 91-CV-66 |
| | D-446 | Judith Anne Bloom v. Revco Discount Drug Center, Inc., et al., S.D. Georgia, C.A. No. CV4-91-164 |
| | D-447 | Peggy B. Brock, et al. v. Showa Denko, K.K., et al., N.D. Georgia, C.A. No. 2:91-CV-0130-WCO |
| | D-448 | Autry G. Bradshaw, et al. v. Showa Denko, K.K., et al., E.D. Kentucky, C.A. No. 91-254 |
| | D-461 | Karen Gallagher v. Showa Denko America, Inc., et al., D. New Hampshire, C.A. No. 91-CV-175 |
| | D-462 | Christine Chudy v. Showa Denko, K.K., et al., D. Massachusetts, C.A. No. 91-CV-12038 |
| | D-463 | Karen Eyges v. Showa Denko America, Inc., et al.,          s Inc., et al., D. Massachusetts, C.A. No. 91-CV-11320 |
| | D-477 | Troy Childress, et al. v. Wal-Mart Stores, Inc., et al., E.D. Oklahoma, C.A. No. 91- 448-C |
| | D-478 | Lemuel Russell Jordan v. Showa Denko, K.K., et al., N.D. Alabama, C.A. No. CV-91-P-1962-S |

JPML FORM 1A

6.48

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 --  _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/09/27 | | HEARING APPEARANCES -- (For hearing on 9/27/91 in Colorado Springs, Colorado) H.C. STARKWEATHER, ESQ. for Phyllis A. Miller and KRISTIN S. MACKERT, ESQ. for Showa Denko America, Inc. (rn) |
| 91/10/01 | 108 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in D-482 Ilona Kirby, et al. v. Showa Denko America, Inc., et al., N.D. California, C.A. No. 91-CV-2219 -- Notified involved counsel and judges (rh) |
| 91/10/04 | 109 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in D-452 Dorothy P. McNelis, et al. v. Showa Denko, K.K., et al., M.D. Florida, C.A. No. 91-CV-515 -- Notified involved counsel and judges (rh) |
| 91/10/04 | 110 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in D-451 Helen Joyce MacFie, et al. v. Showa Denko K.K., et al., M.D. Florida, C.A. NO. 91-CV-516 -- Notified involved counsel and judges (rh) |
| 91/10/04 | 111 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in D-468 Evelyn A. Leftwich, et al. v. Goldline Laboratories, Inc., W.D. Texas, C.A. No. 8-91-491 -- Notified involved counsel and judges (rh) |
| 91/10/04 | | TRANSFER ORDER -- transferring C-337 Phyllis Miller v. Walgreen Laboratories, Inc., et al., S.D. Florida, C.A. No. 91-0811-Civ-MORENO -- Notified involved clerks, judges and counsel (ds) |
| 91/10/08 | 112 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in D-470 Maye A. Wetter, et al. v. IDE Interstate, et al., N.D. Ohio, C.A. No. 91-CV-1552 -- Notified involved counsel and judges (rh) |

ᛁ.49

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/10/09 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- In 43 actions (D-435 thru D-450; D-453 thru D-467; D-469 and D-471 thru D-481) -- Listed Below -- Notified involved judges and clerks (rh) |

D-435    James D. Vaughn, etc. v. P. Leiner Nutritional Products, Inc., et al., 
M.D. North Carolina, C.A. No. 91-CV-00392

D-436    Carlton Lee Williams, et al. v. Goldline Laboratories, et al., 
S.D. New York, C.A. No. 91-CV-5102

D-437    Leroy R. Watkins, et al. v. Showa Denko, K.K., et al., 
S.D. New York, C.A. No. 91-CV-5103

D-438    Rose Marie Marone, et al. v. General Nutrition Corp., et al., 
S.D. New York, C.A. No. 91-CV-5107

D-439    Margaret Kuhn v. P. Leiner Nutritional Products, Inc., et al., 
S.D. New York, C.A. No. 91-CV-5106

D-440    Paul L. Houts, et al. v. Nature's Bounty, Inc., et al., 
S.D. New York, C.A. No. 91-CV-5105

D-441    Linda Jane Von Arx Giesler v. Schiff Bio-Food Products, Inc., et al., 
S.D. New York, C.A. No. 91-CV-5101

D-442    Catherine Ann Carr v. Showa Denko K.K., et al., 
S.D. New York, C.A. No. 91-CV-5104

D-443    Emily H. Cooper, et al. v. Jarrow Formulas, Inc., et al., 
S.D. Indiana, C.A. No. IP91-706C

D-444    Arlene Fuchs, etc. v. General Nutrition Corp., et al., 
E.D. New York, C.A. No. 91-CV-2661

D-445    Donna Kay Brnovak v. Showa Denko K.K., et al., 
N.D. Texas, C.A. No. 91-CV-66

D-446    Judith Anne Bloom v. Revco Discount Drug Center, Inc., et al., 
S.D. Georgia, C.A. No. CV4-91-164

D-447    Peggy B. Brock, et al. v. Showa Denko, K.K., et al., 
N.D. Georgia, C.A. No. 2:91-CV-0130-WCO

D-448    Autry G. Bradshaw, et al. v. Showa Denko, K.K., et al., 
E.D. Kentucky, C.A. No. 91-254

D-461    _____ 
D. New Hampshire, C.A. No. 91-CV-175

D-462    Christine Chudy v. Showa Denko, K.K., et al., 
D. Massachusetts, C.A. No. 91-CV-12038

D-463    Karen Evges v. Showa Denko America, Inc., et al., 
D. Massachusetts, C.A. No. 91-CV-11320

1    Leroy Childress, et al. v. Wal-Mart Stores, Inc., et al., 
E.D. Oklahoma, C.A. No. 91- 448-C

D-478    Lemuel Russell Jordan v. Showa Denko, K.K., et al., 
N.D. Alabama, C.A. No. CV-91-P-1962-S

U.S.

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/10/15 | 113 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in D-468 Evelyn A. Leftwich, et al. v. Goldline Laboratories, Inc., W.D. Texas, C.A. No. 8-91-491 -- w/cert. of svc. (rh) |
| 91/10/15 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-483 Helen Pittman v. P. Leiner Nutritional Products, Inc., et al., E.D.N.C., C.A. No. 91-Cv-545 -- Notified involved counsel and judges. (ds) |
| 91/10/16 | 114 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in D-482 Ilona Kirby, et al. v. Showa Denko America, Inc., et al., N.D. California, C.A. No. 91-CV-2219 -- w/Declaration of Mylene L. Reuvekamp and cert. of svc. (rh) |
| 91/10/18 | | HEARING ORDER -- Setting Opposition of plfts D-482 Ilona Kirby, et al.; D-452 Dorothy P. McNelis, et al.; D-451 Helen Joyce MacFie, et al.; D-468 Evelyn A. Leftwich, et al.; D-470 Maye A. Wetter, et al. to transfer for Panel Hearing on November 22, 1991 in West Palm Beach, Florida -- Notified involved clerks, judges and counsel (srg) |
| 91/10/21 | 115 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by plfts. in D-452 Dorothy P. McNelis, et al. v. Showa Denko, K.K., et al., M.D. Florida, C.A. No. 91-CV-515 -- w/cert. of svc. (srg) |
| 91/10/21 | 116 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by plfts. in D-451 Helen Joyce MacFie, et al. v. Showa Denko, K.K., et al., M.D. Florida, C.A. No. 91-CV-516 -- w/cert. of svc. (Brief Attached to pldg. No. 115) (srg) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/10/28 | | CONDITIONAL TRANSFER ORDERS FILED TODAY-- (D-489 thru D-519 listed below) -- notified involved counsel and judges  (srg) |

Eastern District of Arkansas

Patsy Anderson, et al. v. Showa Denko KK, et al.,
    C.A. No. PBC-91-435

District of Colorado

Janet Valastak, et al. v. Showa Denko KK, et al.,
    C.A. No. 91-CV-380

Northern District of Georgia

Deborah V. Creamer, et al. v. Showa Denko KK, et al.,
    C.A. No.91-CV-1916
Nancy V. Watts, et al. v. Showa Denko KK, et al.,
    C.A. No. 91-CV-1917
Varner B. Holmes, et al. v. Showa Denko KK, et al.,
    C.A. No. 91-CV-1918
Madge Mayfield, et al. v. Showa Denko KK, et al.,
    C.A. No. 91-Cv-1919
Margaret Erwin King v. Showa Denko KK, et al.,
    C.A. No. 91-CV-1920
Beverly Sue Cabe, et al. v. Showa Denko KK, et al.,
    C.A. No. 91-CV-2185

Southern District of Illinois

Phyllis Davis v. Showa Denko KK, et al.,
    C.A. No. 91-CV-4112

Southern District of Iowa

Patricia A. Wall v. General Nutrition Products, Inc., et al.
    C.A. No. 91-CV-80559

District of Massachusetts

Karen Wallen v. Showa Denko KK,
    C.A. No. 91-CV-11317
Paul V. Abely, etc. v. Showa Denko KK,
    C.A. No. 91-CV-12438
Paul V. Abely, etc. v. Showa Denko America, Inc., et al.,
    C.A. No. 91-CV-12439
Roberta J. Dillon v. Vitamin World, Inc., et al.,
    C.A. No. 91-Cv-727

Western District of Pennsylvania

Patricia A. McKeown Steinbaugh, et al. v. Natural Wealth
Nutrition Corp., et al., C.A. No. 91-1486

Northern District of Texas

Retha Jean Adams v. Showa Denko KK, et al.,
    C.A. No. 91-CV-1761

6.-542

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/10/30 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING NOVEMBER 22, 1991 HEARING -- (D-470) Maye A. Wetter, et al. v. IDE Interstate, et al., N.D. Ohio, C.A. No. 91-CV-1552 -- Notified involved counsel, judges and clerks (srg) |
| 91/10/31 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-483 Helen Pittman v. P. Leiner Nutritional Products, Inc., et al., E.D. North Carolina, C.A. No. 91-CV-545 -- Notified involved judges and clerks (rh) |
| 91/11/05 | 117 | RESPONSE -- (to pldg. #113) Goldline Laboratories, Inc., et al. -- w/cert. of svc. (rh) |
| 91/11/12 | 118 | MOTION/BRIEF TO VACATE CTO -- Filed by defts. Showa Denko in D-452 Dorothy P. McNelis, et al. v. Showa Denko, K.K., et al., M.D. Florida, C.A. No. 91-CV-515 -- w/cert. of svc. (srg) |
| 91/11/12 | 119 | MOTION/BRIEF TO VACATE CTO -- Filed by defts. Showa Denko in D-451 Helen Joyce Macfie, et al. v. Showa Denko, K.K., et al., M.D. Florida, C.A. No. 91-CV-516 -- w/cert. of svc. (srg) |
| 91/11/12 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING NOVEMBER 22, 1991 HEARING -- D-482 Ilona Kirby, et al. v. Showa Denko America, et al., N.D. California, C.A. No. C91-2219-DLJ -- Notified involved judges, counsel and clerks (rh) |
| 91/11/12 | 120 | LETTER REQUEST TO WITHDRAW MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER (PLDG. #114) -- Filed by pltfs. Ilona Kirby, et al. (rh) |
| 91/11/12 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-520 Jimmy Garrison v. Showa Denko, K.K., et al., M.N.C., C.A. No. 4:91-CV00518; D-521 Ronald Shendrov v. Nature's Bounty, Inc., et al., E.P.A., C.A. No. 91-CV-3823; D-522 Therese McMahon, et al. v. Vitamin World, et al., E. P.A., C.A. No. 91-CV-3832; D-523 Margaret Allen, et al. v. Rite-Aid, Inc., et al., E. P.A., C.A. No. 91-CV-3835; D-524 Beulah Lee Gobble, et al. v. Showa Denko K.K., et al., S. W.V., C.A. No. 2:91-0966; D-525 Shirley Nelson Sutherland v. Big C Discount Drugs, et al., S. Ala., C.A. No. 91-CV-816; D-526 Dorothy Bedford v. General Nutrition, et al., E. Mich., C.A. No. 91-CV-74802; D-527 Carol S. Collins v. Showa Denko K.K., et al., W. Va., C.A. No. 91-0609-R; D-528 Ernestine Bray v. Nature Made Nutritional Products, Inc., et al., S. Tex., C.A. No. 91-CV-2337 -- Notified Involved Counsel and Judges (eem) |

P.53

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/11/12 | 121 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by plft. in D-513 Retha Jean Adams v. Showa Denko K.K., et al., N.D. Texas, C.A. No. 91-CV-1761 -- Notified involved counsel and judges  (sg) |
| 91/11/13 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (D-489 thru D-519 listed below) -- Notified involved clerks and judges  (sg) |

Eastern District of Arkansas

Patsy Anderson, et al. v. Showa Denko KK, et al.,
C.A. No. PBC-91-435

District of Colorado

Janet Valastak, et al. v. Showa Denko KK, et al.,
C.A. No. 91-CV-380

Northern District of Georgia

Deborah V. Creamer, et al. v. Showa Denko KK, et al.,
C.A. No.91-CV-1916
Nancy V. Watts, et al. v. Showa Denko KK, et al.,
C.A. No. 91-CV-1917
Varner B. Holmes, et al. v. Showa Denko KK, et al.,
C.A. No. 91-CV-1918
Madge Mayfield, et al. v. Showa Denko KK, et al.,
C.A. No. 91-Cv-1919
Margaret Erwin King v. Showa Denko KK, et al.,
C.A. No. 91-CV-1920
Beverly Sue Cabe, et al. v. Showa Denko KK, et al.,
C.A. No. 91-CV-2185

Southern District of Illinois

Phyllis Davis v. Showa Denko KK, et al.,
C.A. No. 91-CV-4112

Southern District of Iowa

Patricia A. Wall v. General Nutrition Products, Inc., et al.,
C.A. No. 91-CV-80559

District of Massachusetts

Karen Wallen v. Showa Denko KK,
C.A. No. 91-CV-11317
Paul V. Abely, etc. v. Showa Denko KK,
C.A. No. 91-CV-12438
Paul V. Abely, etc. v. Showa Denko America, Inc., et al.,
C.A. No. 91-CV-12439

Western District of Pennsylvania

Patricia A. McKeown Steinbaugh, et al. v. Natural Wealth
Nutrition Corp., et al., C.A. No. 91-1486

Northern District of Texas

Retha Jean Adams v. Showa Denko KK, et al.,
C.A. No. 91-CV-1761

JPML FORM 1A

P54

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/11/14 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-529 Beverly J. Griffin v. Showa Denko K.K., Neb., 8:CV-91-00358; D-530 Carolyn S. Blalock, et al. v. General Nutrition Corp., et al., M. N.C., 3:91-CV-00509; D-531 Richard C. Dawson, et al. v. Showa Denko K.K., et al., M. N.C., 4:91-CV-00519; D-532 Neavil J. Cochran, et al. v. Showa Denko, et al., W. N.C., B-C-91-159; D-533 Gary E. Cooper, et al. v. Goldline Laboratories, Inc., et al., W. N.C., A-C-91-178; D-534 Frank Jankik, etc. v. Showa Denko K.K., et al., N. Ohio, 1:91-CV-1993; D-536 Kathleen Snyder v. Showa Denko K.K., et al., Ore., C.A. No. 91-6426-JO; D-537 Kathleen M. Lee v. Showa Denko K.K., et al., Ore., C.A. No. 91-6427-JO; D-538 Gertrude J. Duncan, et al. v. Shwa Denko K.K., et al., Ore. C.A. No. 91-6428-JO; D-539 Joann Hudson, et al. v. Showa Denko K.K., et al., Ore., C.A. No. 91-6429-JO; D-540 Thomas J. Dryden v. Showa Denko K.K., et al., Ore., C.A. No. 91-6430-JO; D-541 Angel Candal Penedo, et al. v. Showa Denko K.K., et al., P.R., C.A. No. 91-2080-GG  -- Notified involved counsel and judges (eem) |
| 91/11/22 | | HEARING APPEARANCES (for Panel Hearing in West Palm Beach, Florida on 11/22/91) -- CORRINE C. HODAK, ESQ. for Dorothy McNelis, Joseph McNelis, Helen MacFie, Robert MacFie; DAVID NAGLE, ESQ. for Evelyn Leftwich, et al.; KRISTIN S. MACKERT, ESQ. for Showa Denko America, Inc.; ROBERT J. LUDDY, ESQ. for General Nutrition Corporation; JULIE A. WADDELL, ESQ. for Goldline Laboratories, Inc. (kac) |
| 91/11/22 | | WAIVERS OF ORAL ARGUMENTS (for Panel Hearing in West Palm Beach, Florida on 11/22/91) -- Ilona Kirby and Richard Kirby, Solgar Co., Inc. (kac) |

JPML FORM 1A

P. 55

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/11/27 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-544 Stephen D. Kaske v. Goldline Laboratories, et al. N. D. Illinois, C.A. No. 91-CV-6647; D-545 Susan Sonnier v. General Nutrition Center, Inc., S.D. Texas, C.A. No. H91-2688; D-546 Shirley A. Bowers, et al. v. Showa Denko K.K., et al., S.D. Ohio, C.A. No. 91-CV-761; D-547 Gayle M. Druyor, et al. v. Showa Denko K.K., et al., S.D. New York, C.A. No. 91-CV-7036; H-548 Ruth Quint v. Nature Made Nutritional Products, Inc., N.D. Illinois, C.A. No. 91-CV-6692; D-549 Arnold H. Mueller v. Osco Drug, Inc., et al., S.D. Indiana, C.A. No. IP 91-1184C; D-550 Delores Spratt, et al. v. The Solgar Co., Inc., et al., S.D. New York, C.A. No. 91-CV-6011; D-551 Elizabeth Reed v. Showa Denko K.K., D. Nebraska, C.A. No. 91-CV-359; D-552 Virginia L. Kuhn, et al. v. Sundown Vitamins, Inc., et al., E.D. Wisconsin, C.A. No. 91-CV-1024; D-553 Virginia L. Kuhn, et al. v. General Nutrition Inc., et al., E.D. Wisconsin, C.A. No. 91-CV-1023; D-554 Virginia L. Kuhn, et al., Nature's Bounty, E.D. Wisconsin, C.A. No. 91-CV-1022; D-555 Barbara Brock, et al. v. American Drug Stores, Inc., et al., D. Arizona, C.A. No. 91-CV-1531; D-556 Charlotte Walters v. P. Leiner Nutritional Products, Inc. of Delaware, et al., S.D. Ohio, C.A. No. 91-CV-817; D-557 John E. Mulligan v. Pharmacy Management Services, Inc., et al., E.D. Virginia, C.A. No. 3:91CV-00622; D-558 Irene Chyrka, et al. v. Nature Nutritional Products, Inc., et al., M.D. Florida, C.A. No. 91-1444-CIV-T-21C; D-559 Bernice Fay Scott, et al. v. General Nutrition Corp., et al. D. Arizona, C.A. No. 91-CV-1530; D-560 Marilyn J. SHine, et al. v. P. Leiner Nutritional Products, Inc., et al., W.D. Michigan, C.A. No. 91-CV-837; D-561 Patricia A. McKeown Steinbaugh, et al. Natural Wealth Nutrition Corp., et al., W.D. Pennsylvania, C.A. No. 91-1486 -- Notified involved counsel and judges (eem) |
| 91/11/12 | 122 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER OF TAG-ALONG ACTION -- (D-513) Retha Jean Adams v. Showa Denko, K.K., et al., N.D. Texas, C.A. No. 91-CV-1761 -- Notified involved counsel and judges. (Docketed out of date order) (kac) |

p 56

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **865** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/11/27 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER FILED TODAY -- (D-513) Retha Jean Adams v. Showa Denko K.K., et al. N.D. Texas, C.A. No. 91-CV-1761 -- Notified involved counsel and judges (kac) |
| 91/11/27 | | TRANSFER ORDER FILED TODAY -- (D-468) Evelyn A. Leftwich, et al. v. 8-91-491, (D-451) Helen Joyce MacFie, et al. v. Showa Denko, K.K., et al., M.D. Florida, C.A. No. 91-CV-516, (D-452) Dorothy P. McNelis, et al. v. Showa Denko, K.K. et al., M.D. Florida, C.A. No. 91-CV-515 -- Notified involved counsel and judges. (kac) |
| 91/11/29 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY (8 actions) -- D-520 Jimmy Garrison v. Showa Denko, K.K., et al., N.C.,M., CA# 4:91-CV-00518; D-522 Therese McMahon, et al. v. Vitamin World, et al., Pa.,E., CA# 91-CV-3832; D-523 Margaret Allen, et al. v. Rite-Aid, Inc., et al., Pa.,E., CA# 91-CV-3835; D-524 Beulah Lee Gobble, et al. v. Showa Denko K.K., et al., W.V.,S., CA# 2:91-0966; D-525 Shirley Nelson Sutherland v. Big G Discount Drugs, et al., Ala.,S., CA# 91-CV-816; D-526 Dorothy Bedford v. General Nutrition, et al., Mich.,E., CA# 91-CV-74802; D-527 Carol S. Collins v. Showa Denko K.K., et al., Va.,W., CA# 91-0609-R; and D-528 Ernestine Bray v. Nature Made Nutritional Products, Inc., et al., Tex.,S., CA# 91-CV-2337 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cdm) |
| 91/11/29 | 122a | Letter, signed by attorney Robin Zaremski, with copy of E.Pa. Order filed Oct. 28, 1991 remanding D-521 Shendrov to Court of Common Pleas of Philadelphia County (cdm) |
| 91/11/29 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- D-521 Ronald Shendrov v. Nature's Bounty, Inc., et al., E.D. Pennsylvania, C.A. No. 91-CV-3823 -- Notified involved judges and counsel (cdm) |

JPML FORM 1A

57

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/12/02 | 123 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- (D-534) Frank Janik, etc. v. Showa Denko K.K., et al., N.D. Ohio, C.A. No. 1:91-CV-1632 -- Notified involved counsel and judges. (kac) *filed by deft. Schiff Products, Inc.* |
| 91/12/02 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (D-529) Beverly J. Griffin v. Showa Denko K.K., D. Nebraska, C.A. No. 8:CV-91-00358; (D-530) Carolyn S. Blalock, et al. v. General Nutrition Corporation, et al., M.D. North Carolina, C.A. No. 3:91-CV-00509; (D-531) Richard C. Dawson, et al. v. Showa Denko K.K., et al., M.D. North Carolina, C.A. No. 4:91-CV-00519; (D-532) Neavil J. Cochran, et al. v. Goldine Laboratories, Inc., et al., W.D. North Carolina, C.A. No. B-C-91-159; (D-533) Gary E. Cooper, et al. v. Pharmavite Corporation, et al., W.D. North Carolina, C.A. No. A-C-91-178; (D-535) George Tomasic, et al. v. Showa Denko K.K., et al., N.D. Ohio, C.A. No. 1:91-CV-1933; (D-536) Kathleen Snyder v. Showa Denko K.K., et al., D. Oregon, C.A. No. 91-6426-JO; (D-537) Kathleen M. Lee v. Showa Denko K.K., et al., D. Oregon, C.A. No. 91-6427-JO; (D-538) Gertrude J. Duncan, et al. v. Showa Denko K.K., et al., D. Oregon, C.A. No. 91-6428-JO; (D-539) Joann Hudson, et al. v. Showa Denko K.K., et al., D. Oregon, C.A. No. 91-6429; (D-540) Thomas J. Dryden v. Showa Denko K.K., et al., D. Oregon, C.A. No. 91-6430-JO; (D-541) Angel Candal Penedo, et al. v. Showa Denko K.K., et al., D. Puerto Rico, C.A. No. 91-2080-GG -- Notified judges and clerks (kac) |
| 91/12/12 | | APPEARANCE -- MARY LEE RATZEL, ESQ. for General Nutrition (kac) |
| 91/12/12 | 124 | NOTICE OF OPPOSITION -- filed by pltf. Susan Sonnier (D-545) Susan Sonnier v. General Nutrition Center, Inc., S.D. Texas, C.A. No. H91-2688 -- Notified involved counsel and judges (kac) |

JPML FORM 1A                                                              58

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 --   _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/12/13 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-544 Stephen D. Kaske v. Goldline Laboratories, et al., N. D. Illinois, C.A. No. 91-CV-6647; D-546 Shirley A. Bowers, et al. v. Showa Denko K.K., et al., S.D. Ohio, C.A. No. 91-CV-761; D-547 Gayle M. Druyor, et al. v. Showa Denko K.K., et al., S.D. New York, C.A. No. 91-CV-7036; H-548 Ruth Quint v. Nature Made Nutritional Products, Inc., N.D. Illinois, C.A. No. 91-CV-6692; D-549 Arnold H. Mueller v. Osco Drug, Inc., et al., S.D. Indiana, C.A. No. IP 91-1184C; D-550 Delores Spratt, et al. v. The Solgar Co., Inc., et al., S.D. New York, C.A. No. 91-CV-6011; D-551 Elizabeth Reed v. Showa Denko K.K., D. Nebraska, C.A. No. 91-CV-359; D-552 Virginia L. Kuhn, et al. v. Sundown Vitamins, Inc., et al., E.D. Wisconsin, C.A. No. 91-CV-1024; D-553 Virginia L. Kuhn, et al. v. General Nutrition Inc., et al., E.D. Wisconsin, C.A. No. 91-CV-1023; D-554 Virginia L. Kuhn, et al. v. Nature's Bounty, E.D. Wisconsin, C.A. No. 91-CV-1022; D-555 Barbara Brock, et al. v. American Drug Stores, Inc., et al., D. Arizona, C.A. No. 91-CV-1531; D-556 Charlotte Walters v. P. Leiner Nutritional Products, Inc. of Delaware, et al., S.D. Ohio, C.A. No. 91-CV-817; D-557 John E. Mulligan v. Pharmacy Management Services, Inc., et al., E.D. Virginia, C.A. No. 3:91CV-00622; D-558 Irene Chyrka, et al. v. Nature Nutritional Products, Inc., et al., M.D. Florida, C.A. No. 91-1444-CIV-T-21C; D-559 Bernice Fay Scott, et al. v. General Nutrition Corp., et al. D. Arizona, C.A. No. 91-CV-1530; D-560 Marilyn J. Shine, et al. v. P. Leiner Nutritional Products, Inc., et al., W.D. Michigan, C.A. No. 91-CV-837; D-561 Patricia A. McKeown Steinbaugh, et al. v. Natural Wealth Nutrition Corp., et al., W.D. Pennsylvania, C.A. No. 91-1486 -- Notified involved clerks and judges (kac) |
| 91/12/17 | 125 | MOTION/BRIEF TO VACATE CTO -- filed by deft. Schiff Products, Inc. in D-534 Frank Janik, etc. v. Showa Denko K.K., et al., N.D. Ohio, C.A. No. 1:91-CV-1632 -- with cert. of svc.  (kac) |
| 91/12/19 | | HEARING ORDER -- Setting Opposition of deft. Schiff Products, Inc. in D-534 to transfer for Panel Hearing in Phoenix, Arizona on January 31, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 91/12/19 | 126 | LETTER -- (Subsequent information to pldg.#125) filed by deft. Schiff Products, Inc., with affidavit and cert. of svc. -- (kac) |

JPML FORM 1A

59

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/12/23 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- IN 25  Actions (D-562 thru D-586) listed below -- Notified involved counsel and judges (rh) |

D-562   Lorena C. Brown v. Solgar Vitamin Company, Inc., et al.,
         N.D. Ala., C.A. No. CV-91-H-2490-NE (J. Hancock)

D-563   Ellyn K. Boulet v. Showa Denko K.K., et al., D. Ariz.,
         C.A. No. CIV-91-1549-PHX-RGS (J. Strand)

D-564   Marion Baker v. Showa Denko K.K., et al., C.D. Cal.,
         C.A. No. CV-91-5833-JSL (GHxx) (J. Letts)

D-565   Judith Ann Smith v. Showa Denko K.K., et al., C.D. Cal.,
         C.A. No. CV-91-5834-DT (EEx) (J. Tevrizian)

D-566   Margaret Kalamon v. Showa Denko K.K., et al., C.D. Cal.,
         C.A. No. CV-91-5835-WJR (CTx) (J. Rea)

D-567   Douglas B. Spinetti v. Showa Denko K.K. et al., C.D. Cal.,
         C.A. No. CV-91-5837-JMI (Sx) (J. Ideman)

D-568   Susan Limber v. Showa Denko K.K., et al., C.D. Cal.,
         C.A. No. CV-91-5839-MRP (Tx) (J. Pfaelzer)

D-569   Eva Roderick, et al. v. Showa Denko K.K., et al., C.D. Cal.,
         C.A. No. CV-91-5840-KN (JRx) (J. Kenyon)

D-570   Esther Ann Martinez, et al. v. Showa Denko K.K., et al.,
         D. Colo., C.A. No. 91-Z-1947 (J. Weinshienk)

D-571   George Carlberg, et al. v. Showa Denko K.K., et al.,
         D. Colo. C.A. No. 91-Z-1955 (J. Weinshienk)

D-572   Carol Berger, et al. v. Showa Denko K.K., et al., D. Colo.,
         C.A. No. 91-Z-1976 (J. Weinshienk)

D-573   Elizabeth J. Tellier, et al. v.  Showa Denko K.K., et al.,
         D. Colo., C.A. No. 91-Z-2013 (J. Weinshienk)

D-574   Steven C. Guc, et al. v. Showa Denko K.K., et al., S.D.
         Fla., C.A. No. 91-CV-1968 (J. Highsmith)

D-575   Melbadean Weber Moore, et al. v. Phar-Mor, Inc. et al.,
         N.D. Ind., C.A. No. F-91-00260 (J. Lee)

D-576   David B. Dusak v. General Nutrition Corporation, et al.,
         S.D. Ind., C.A. No. IP-91-1217-C (J. Noland)

D-577   Nancy Lee Millican, et al. v. Schiff Bio-Food Products,
         Inc., et al., W.D. Mich., C.A. No. 1:91-CV-901 (J. Bell)

D-578   Bonnie Ludden, et al. v. General Nutrition Corporation, et
         al., D. Neb., C.A. No. 8:CV-91-600 (J. Cambridge)

D-579   Rebecca Ann Quasny v. General Nutrition Corporation, et al.,
         S.D. N.Y., C.A. No. 91-CIV-6010 (J. Conboy)

D-580   John Halston Hannay, Jr. v. General Nutrition Corporation,
         et al., S.D. N.Y., C.A. No. 91-CIV-6147 (J. Conboy)

D-581   Emily H. Harris v. Sundown, et al., S.D. N.Y.,
         C.A. No. 91-CIV-6148 (J. Haight)

D-582   Lucetta Kemp v. Showa Denko K.K., et al., S.D. N.Y.,
         C.A. No. 91-CIV-7034 (J. Duffy)

D-583   Elizabeth C. Clewett v. Showa Denko K.K., et al., D. Ore,
         C.A. No. 91-6459-HO (J. Hogan)

D-584   Rebecca Trainun-Benson v. Showa Denko K.K., et al., W.D.
         Tex., C.A. No. A-91-CA-876 (J. Johnson)

D-585   James T. Higgins v. Rugby Laboratories, Inc., et al., E.D.
         Va., C.A. No. 2:91-CV-00682 (J. Bryan)

D-586   Bessie M. Charuhas v. Twin Laboratories, Inc., et al., E.D.
         Va., C.A. No. 91-1502-A (J. Bryan)

B. 60

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865-- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/12/23 | 127 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- filed by pltf. (D-545) Susan Sonnier in Susan Sonnier v. General Nutrition Center, Inc., et al., S.D. Texas, C.A. No. H91-2688 -- with cert. of svc. (kac) |
| 91/12/26 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-587 Janet Carolyn Schank, et al. v. Showa Denko K.K., et al., D. Ariz., C.A. No. CIV-91-1710-PHX-WPC; D-588 Audrey Walker, et al. v. Showa Denko K.K., et al., D. Ariz, C.A. No.CIV-91-1711-PHX-EHC; D-589 Mary Lightfoot v. Showa Denko K.K., et al., D. Ariz., C.A. No. CIV-91-1712-PHX-EHC; D-590 Donetta Williamson v. Showa Denko K.K., et al., D. Ariz, C.A. No. CIV-91-1714-PHX-WPC; D-591 Patricia Anne McShane, et al. v. Showa Denko K.K., et al., D. Ariz., C.A. No. CIV-91-1715-PHX-EHC; D-592 Faye Wood v. Showa Denko K.K., et al., D. Ariz., C.A. No. CIV-91-1716-PHX-PGR; D-593 Harold Mark Vogel v. Showa Denko K.K., et al., D. Ariz., C.a. No. CIV-91-1717-PHX-RGS; D-594 Perceda Anne Rutledge v. Showa Denko K.K., et al., D. Ariz., C.A. No. CIV-91-1718-PHX-PGR; D-595 Sandy Lewis v. Showa Denko K.K., et al., D. Ariz., C.A. No. CIV-91-1719-PHX-RCB; D-596 Susan Swapp, et al. v. Showa Denko K.K., et al., D. Ariz., C.A. No. CIV-91-1720-PHX-WPC; D-597 Diane K. Abound, et al. v. Showa Denko K.K., et al., D. Ariz., C.A. No. CIV-91-1721-PHX-PGR; D-598 Norma E. Koch v. Showa Denko K.K., et al., D. Ariz., C.A. No. CIV-91-1733-PCT-PGR; D-599 Dayna Van Blaracum v. Formu-3 International, et al., N.D. Ind., C.A. No. F-91-00227; D-600 Bonnie Baldridge v. Safeway Stores, Inc., et al., N.D. Okla., C.A. No. 91-C-890-E -- Notified involved counsel and judges (kac) |
| 92/01/06 | | FIRST AMENDMENT TO THE HEARING ORDER AND ATTACHED SCHEDULE FILED DECEMBER 19, 1991 -- Setting Opposition of plft. Susan Sonnier in D-545 to transfer for Panel Hearing in Phoenix, Arizona on January 31, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 92/01/06 | 128 | MEMORANDUM (re: pldg. 125) -- filed by deft. Showa Denko America, Inc. w/cert. of svc. and exhibits A thru E (ds) |
| 92/01/06 | | FIRST AMENDMENT TO THE HEARING ORDER AND ATTACHED SCHEDULE FILED DECEMBER 19, 1991 -- Setting Opposition of plft. Susan Sonnier in D-545 to transfer for Panel Hearing in Phoenix, Arizona on January 31, 1992 -- Notified involved counsel, judges and clerks (rh) |

B.61

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 92/01/08 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- D-561 Patricia A. McKeown Steinbaugh, et al. v. Natural Wealth Corp., et al., W.D. Pennsylvania, C.A. No. 91-1486 (D. South Carolina, C.A. No. 7-91-3796) -- Notified involved counsel, judges and clerks (rh) |
| 2/01/08 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY (D-562 thru D-586 listed below) -- Notified involved clerks and judges (ds) |
| | D-562 | Lorene C. Brown v. Solgar Vitamin Company, Inc., et al., N.D. Ala., C.A. No. CV-91-H-2490-NE (J. Hancock) |
| | D-563 | Ellyn K. Boulet v. Showa Denko K.K., et al., D. Ariz., C.A. No. CIV-91-1549-PHX-RGS (J. Strand) |
| | D-564 | Marion Baker v. Showa Denko K.K., et al., C.D. Cal., C.A. No. CV-91-5833-JSL (GHkx) (J. Letts) |
| | D-565 | Judith Ann Smith v. Showa Denko K.K., et al., C.D. Cal., C.A. No. CV-91-5834-DT (EEx) (J. Tevrizian) |
| | D-566 | Margaret Kalamon v. Showa Denko K.K., et al., C.D. Cal., C.A. No. CV-91-5835-WJR (CTx) (J. Rea) |
| | D-567 | Douglas B. Spinetti v. Showa Denko K.K. et al., C.D. Cal., C.A. No. CV-91-5837-JMI (Sx) (J. Ideman) |
| | D-568 | Susan Limber v. Showa Denko K.K., et al., C.D. Cal., C.A. No. CV-91-5839-MRP (Tx) (J. Pfaelzer) |
| | D-569 | Eva Roderick, et al. v. Showa Denko K.K., et al., C.D. Cal., C.A. No. CV-91-5840-KN (JRx) (J. Kenyon) |
| | D-570 | Esther Ann Martinez, et al. v. Showa Denko K.K., et al., D. Colo., C.A. No. 91-Z-1947 (J. Weinshienk) |
| | D-571 | George Carlberg, et al. v. Showa Denko K.K., et al., D. Colo., C.A. No. 91-Z-1955 (J. Weinshienk) |
| | D-572 | Carol Berger, et al. v. Showa Denko K.K., et al., D. Colo., C.A. No. 91-Z-1976 (J. Weinshienk) |
| | D-573 | Elizabeth J. Tellier, et al. v. Showa Denko K.K., et al., D. Colo., C.A. No. 91-Z-2013 (J. Weinshienk) |
| | D-574 | Steven C. Guc, et al. v. Showa Denko K.K., et al., S.D. Fla., C.A. No. 91-CV-1968 (J. Highsmith) |
| | D-575 | Melbadean Weber Moore, et al. v. Phar-Mor, Inc. et al., N.D. Ind., C.A. No. F-91-00260 (J. Lee) |
| | D-576 | David B. Dusak v. General Nutrition Corporation, et al., S.D. Ind., C.A. No. IP-91-1217-C (J. Noland) |
| | D-577 | Nancy Lee Millican, et al. v. Schiff Bio-Food Products, Inc., et al., W.D. Mich., C.A. No. 1:91-CV-901 (J. Bell) |
| | D-578 | Bonnie Ludden, et al. v. General Nutrition Corporation, et al., D. Neb., C.A. No. 8:CV-91-600 (J. Cambridge) |
| | D-579 | Rebecca Ann Quasny v. General Nutrition Corporation, et al., S.D. N.Y., C.A. No. 91-CIV-6010 (J. Conboy) |
| | D-580 | John Halston Hannay, Jr. v. General Nutrition Corporation, et al., S.D. N.Y., C.A. No. 91-CIV-6147 (J. Conboy) |
| | D-581 | Emily H. Harris v. Sundown, et al., S.D. N.Y., C.A. No. 91-CIV-6148 (J. Haight) |
| | D-582 | Lucetta Kemp v. Showa Denko K.K., et al., S.D. N.Y., |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/01/13 | 129 | NOTICE OF OPPOSITION TO CTO --(D-597 Diane K. Aboud, et al. v. Showa Denko K.K., et al., D. Arizona, C.A. No. CIV-91-1721-PHX-PGR) -- filed by pltfs Diane K. Aboud, et al. -- Notified involved counsel and judges (ds) |
| 92/01/13 | 130 | RESPONSE (to pldg. #127) -- filed by defts. Showa Denko America, Inc. and General Nutrition Corp. w/cert. of svc. (ds) |
| 92/01/13 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- (D-587 thru D-596 and D-598 thru D-600 listed below) -- Notified involved clerks and judges. (ds) |

D-587 *Janet Carolyn Schank, et al. v. Showa Denko K.K., et al.*, D. Ariz.,
      C.A. No. CIV-91-1710-PHX-WPC **(J. Copple)**
D-588 *Audrey Walker, et al. v. Showa Denko K.K., et al.*, D. Ariz.,
      C.A. No. CIV-91-1711-PHX-EHC **(J. Carroll)**
D-589 *Mary Lightfoot v. Showa Denko K.K., et al.*, D. Ariz.,
      C.A. No. CIV-91-1712-PHX-EHC **(J. Carroll)**
D-590 *Donnetta Williamson v. Showa Denko, K.K., et al.*, D. Ariz,
      C.A. No. CIV-91-1714-PHX-WPC **(J. Copple)**
D-591 *Patricia Anne McShane, et al. v. Showa Denko K.K. et al.*, D. Ariz.,
      C.A. No. CIV-91-1715-PHX-EHC **(J. Carroll)**
D-592 *Faye Wood v. Showa Denko K.K., et al.*, D. Ariz.,
      C.A. No. CIV-91-1716-PHX-PGR **(J. Rosenblatt)**
D-593 *Harold Mark Vogel v. Showa Denko K.K., et al.*, D. Ariz.,
      C.A. No. CIV-91-1717-PHX-RGS **(J. Strand)**
D-594 *Perceda Anne Rutledge v. Showa Denko K.K., et al.*, D. Ariz.,
      C.A. No. CIV-91-1718-PHX-PGR **(J. Rosenblatt)**
D-595 *Sandy Lewis v. Showa Denko K.K., et al.*, D. Ariz.,
      C.A. No. CIV-91-1719-PHX-RCB **(J. Broomfield)**
D-596 *Susan Swapp, et al. v. Showa Denko K.K., et al.*, D. Ariz.,
      C.A. No. CIV-91-1720-PHX-WPC **(J. Coople)**
D-597 ~~*Diane K. Aboud, et al. v. Showa Denko K.K., et al.,*~~
      ~~*D. Ariz., C.A. No. CIV-91-1721-PHX-PGR (J. Rosenblatt)*~~ Opposed 1/13/92
D-598 *Norma E. Koch v. Showa Denko K.K., et al.*, D. Ariz.,
      C.A. No. CIV-91-1733-PCT-PGR **(J. Rosenblatt)**
D-599 *Dayna Van Blaracum v. Formu-3 International, et al.*, N.D. Ind.,
      C.A. No. F-91-00227 **(J. Lee)**
D-600 *Bonnie Baldridge v. Safeway Stores, Inc., et al.*, N.D. Okla.,
      C.A. No. 91-C-890-E **(J. Ellison)**

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **865-** _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 92/01/16 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-601 Wallace, N.D. Cal., C.A. No. 91-CV-4003; D-602 Fox, N.D. Cal., C.A. No. 91-CV-4002; D-603 Keith, N.D. Calif., C.A. No. 91-CV-4004; D-604 Davis, N.D. Cal., C.A. No. 91-CV-4005; D-605 Patricia Morris, N.D. Cal., C.A. No. 91-CV-4007; D-606 Carolyn Morris, N.D. Ga., C.A. No. 1-91-CV-2722-ODE; 607 Simbol, S.D. Ind., C.A. No. TH-91-148-C; D-608 Aufderheide, S.D. Ind., C.A. No. IP-91-1287-C; D-609 Eyges, D. Mass., C.A. No. 91-11319-S; D-610 Dinozzi, D. Mass., C.A. No. 91-13285-C; D-611 Ely, N.D. Miss., C.A. No. DC-91-D173-B-O; D-612 Eichorn, E.D. Mo., C.A. No. S-91-0128-C; D-613 Thurman, E.D. Mo., C.A. No. 91-2235-C-6; D-614 O'Brien, E.D. Mo., C.A. No. 91-2236-C-6; D-615 Waxman, E.D. Mo., C.A. No. 92-2237-C-4; D-616 Arnett, W.D. Mo., C.A. No. 91-4488-CV-C-5; D-617 Falk, D. N.J., C.A. No. 91-CV-5280; D-618 Walsh, D. N.J., C.A. No. 91-CV-5352; D-619 Von Arx Giesler, S.D. N.Y., C.A. No. 91-CIV-5101; D-620 Warrington, S.D. N.Y., C.A. No. 91-CIV-7256; D-621 Appel, S.D. N.Y., C.A. No. 91-CIV-7257; D-622 Purcell, S.D. N.Y., C.A. No. 91-CIV-7260; D-623 Brownhill, S.D. N.Y., C.A. No. 91-CIV-7570; D-624 Cornett, E.D. Tenn., C.A. No. 3-91-0687; D-625 Lemmon, S.D. Tex., C.A. No. H-91-2517; D-626 Rundhaug, S.D. Tex., C.A. No. 91-CV-3554; D-627 Otto, S.D. Tex., C.A. No. 91-CV-3558; D-628 Vinci, W.D. Wash., C.A. No. C-91-1318; D-629 Nemetz, E.D. Wis., C.A. No. 91-CV-1127; D-630 Murdock, D. Wyo., C.A. No. 91-CV-0253 -- Notified involved counsel and judges (bas) |
| 92/01/24 | | ORDER -- VACATING DUPLICATE CTOS -- D-417 ARCHULETA; D-528 BRAY -- Notified Transferee Clerk (rew) |
| 92/01/24 | 131 | REQUEST TO WITHDRAW MOTION AND BRIEF TO VACATE CTO -- Deft. Schiff Products, Inc. re(D-534) Janik w/svc. (rew) |
| 92/01/24 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING JANUARY 31, 1992 HEARING -- (D-534) Janik Notified clerks, counsel and involved judges. (rew) |
| 92/01/27 | 132 | REQUEST FOR EXTENSION OF TIME TO FILED MOTION TO VACATE CTO -- filed by pltfs. Aboud, et al. w/cert. of svc. -- **EXTENSION GRANTED TO AND INCLUDING FEBRUARY 14, 1992** -- Notified involved counsel (ds) |
| 92/01/28 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-203 and B-259 Thompson, D. South Carolina, C.A. No. 91-1496 (S.D. N.Y., C.A. No. 90 Civ 6910); B-201 and B-293 Sutton, et al., D. South Carolina, C.A. No. 91-1651 (S.D. N.Y., C.A. 90 Civ. 6505) -- Notified transferee clerk, involved judges and counsel (bas) |

*p64*

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **865**-  _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/01/29 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-634 Shannon, C.D. Cal., C.A. NO. 91-CV-6225; D-635 Schneidt, N.D. Cal., C.A. No. 91-CV-4006; D-636 Hendricks, M.D. Ga., C.A. No. 91-CV-116; D-637 Paskvan, N.D. Ga., C.A. No. 91-CV-3081; D-638 Hamilton, N.D. Ga., C.A. No. 91-CV-2808; D-639 Minner, S.D. N.Y., C.A. No. 91-CV-7259; D-640 Taliaferro, S.D. N.Y., C.A. No. 91-CV-7258; D-641 Mancuso, S.D. N.Y., C.A. No. 91-CV-8148; D-642 Nicoles, S.D. Ohio, C.A. No. 91-CV-1081; D-643 Meyers, S.D. Ohio, C.A. No. 91-CV-790; D-644 Kotzo, E.D. Pa., C.A. No. 91-CV-7031; D-645 Pryor, E.D. Pa., C.A. No. 91-CV-6997; D-646 Gehring, E.D. Pa., C.A. No. 91-CV-6855; D-647 Mills, E.D. Pa., C.A. No. 91-CV-3838; D-648 Rutherford, E.D. Pa., C.A. No. 91-CV-3831; D-649 McCall, E.D. Pa., C.A. No. 91-CV-7118; D-650 Weiss, E.D. Pa., C.A. No. 91-CV-7325; D-651 Bilofsky, E.D. Pa., C.A. No. 91-CV-7127; D-652 Winnet, E.D. Pa., C.A. No. 91-CV-7540; D-653 Zema, E.D. Pa., C.A. No. 91-CV-7029 -- Notified involved counsel and judges (bas) |
| 92/01/31 | | WAIVERS OF ORAL ARGUMENT -- (For Hearing on 1/31/92 in Phoenix, AZ) ALL PARTIES WAIVED (rh) |
| 92/02/03 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-601 Wallace, N.D. Cal., C.A. No. 91-CV-4003; D-602 Fox, N.D. Cal., C.A. No. 91-CV-4002; D-603 Keith, N.D. Calif., C.A. No. 91-CV-4004; D-604 Davis, N.D. Cal., C.A. No. 91-CV-4005; D-605 Patricia Morris, N.D. Cal., C.A. No. 91-CV-4007; D-606 Carolyn Morris, N.D. Ga., C.A. No. 1-91-CV-2722-ODE; 607 Simbol, S.D. Ind., C.A. No. TH-91-148-C; D-608 Aufderheide, S.D. Ind., C.A. No. IP-91-1287-C; D-609 Eyges, D. Mass., C.A. No. 91-11319-S; D-610 Dinozzi, D. Mass., C.A. No. 91-13285-C; D-611 Ely, N.D. Miss., C.A. No. DC-91-D173-B-O; D-612 Eichorn, E.D. Mo., C.A. No. S-91-0128-C; D-613 Thurman, E.D. Mo., C.A. No. 91-2235-C-6; D-614 O'Brien, E.D. Mo., C.A. No. 91-2236-C-6; D-615 Waxman, E.D. Mo., C.A. No. 92-2237-C-4; D-616 Arnett, W.D. Mo., C.A. No. 91-4488-CV-C-5; D-617 Falk, D. N.J., C.A. No. 91-CV-5280; D-618 Walsh, D. N.J., C.A. No. 91-CV-5352; D-619 Von Arx Giesler, S.D. N.Y., C.A. No. 91-CIV-5101; D-620 Warrington, S.D. N.Y., C.A. No. 91-CIV-7256; D-621 Appel, S.D. N.Y., C.A. No. 91-CIV-7257; D-622 Purcell, S.D. N.Y., C.A. No. 91-CIV-7260; D-623 Brownhill, S.D. N.Y., C.A. No. 91-CIV-7570; D-624 Cornett, E.D. Tenn., C.A. No. 3-91-0687; D-625 Lemmon, S.D. Tex., C.A. No. H-91-2517; D-626 Rundhaug, S.D. Tex., C.A. No. 91-CV-3554; D-627 Otto, S.D. Tex., C.A. No. 91-CV-3558; D-628 Vinci, W.D. Wash., C.A. No. C-91-1318; D-629 Nemetz, E.D. Wis., C.A. No. 91-CV-1127; D-630 Murdock, D. Wyo., C.A. No. 91-CV-0253 -- Notified involved clerks and judges (bas) |

JPML FORM 1A

P.65

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 --  _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 92/02/07 | | TRANSFER ORDER -- (D-545) Susan Sonnier v. General Nutrition Center, Inc., et al. S.D. Texas, C.A. No. H-91-2688 -- Notified involved counsel, judges and clerks (kac) |
| 92/02/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-654 Miller, N.D. Ala., 91-CV-3029; D-655 Pate, D. Alaska, A91-475 CIV; D-656 Kolnick, D. Arizona, CIV91-1713 PHX RGS; D-657 Calabio, et al., C.D. Cal., 91-CV-6221; D-658 Wies, C.D. Cal., 91-CV-6226; D-659 Hatfield, C.D. Cal., 91-CV-6227; D-660 Drew, et al., D. Maine, 91-CV-275; D-661 Beauchamp, D.N.M., 91-CV-1219; D-662 Carter, W.D.N.C., C-91-274-Mu; D-663 Fisher, et al., S.D.N.Y., 91-CV-7571; D-664 Romer, et al., S.D.N.Y., 91-CV-7555; D-665 O'Brien, S.D.N.Y., 91-CV-8536; D-666 Easycheck, Oregon, 91-CV-1245; D-667 Daveney, Oregon, 91-CV-1335; D-668 Bil;lings, Oregon, 91-CV-1257; D-669 Leep, et al., Oregon, 91-CV-1239; D-670 Parson, et al., Oregon, 91-CV-1244; D-671 Smith, et al., Oregon, 91-CV-1243; D-673 Faerber, R.I., 91-CV-644 and D-674 Faerber, R.I., 91-CV-643 -- Notified involved judges and counsel (ds) |
| 92/02/14 | 133 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- (D-645 Gail Sandra Pryor v. Showa Denko K.K., et al., E.D. Pennsylvania, C.A. No. 91-CV-6997) - filed by defts. Perrigo Company of South Carolina & J.B. Laboratories -- Notified involved counsel and judges (bas) |
| 92/02/14 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-634 Shannon, C.D. Cal., C.A. NO. 91-CV-6225; D-635 Schneidt, N.D. Cal., C.A. No. 91-CV-4006; D-636 Hendricks, M.D. Ga., C.A. No. 91-CV-116; D-637 Paskvan, N.D. Ga., C.A. No. 91-CV-3081; D-638 Hamilton, N.D. Ga., C.A. No. 91-CV-2808; D-639 Minner, S.D. N.Y., C.A. No. 91-CV-7259; D-640 Taliaferro, S.D. N.Y., C.A. No. 91-CV-7258; D-641 Mancuso, S.D. N.Y., C.A. No. 91-CV-8148; D-642 Nicoles, S.D. Ohio, C.A. No. 91-CV-1081; D-643 Meyers, S.D. Ohio, C.A. No. 91-CV-790; D-644 Kotzo, E.D. Pa., C.A. No. 91-CV-7031; D-646 Gehring, E.D. Pa., C.A. No. 91-CV-6855; D-647 Mills, E.D. Pa., C.A. No. 91-CV-3838; D-648 Rutherford, E.D. Pa., C.A. No. 91-CV-3831; D-649 McCall, E.D. Pa., C.A. No. 91-CV-7118; D-650 Weiss, E.D. Pa., C.A. No. 91-CV-7325; D-651 Bilofsky, E.D. Pa., C.A. No. 91-CV-7127; D-652 Winnet, E.D. Pa., C.A. No. 91-CV-7540; D-653 Zema, E.D. Pa., C.A. No. 91-CV-7029 -- Notified involved judges and clerks (bas) |

JPML FORM 1:

*p.66*

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **865** -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 92/02/20 | 134 | STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE -- (re: Kathy Paskvan, et al. v. Showa Denko, K.K., et al., N.D. Ga., C.A. No. 1:91-3081) -- filed in the Northern District of Georgia, dtd. 1/29/92 (ds) |
| 92/02/20 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- D-637 Kathy Paskvan, et al. v. Showa Denko, K.K., et al., N.D. Ga., C.A. No. 1:91-3081 -- Notified involved clerks, judge and counsel (ds) |
| 92/02/25 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (D-675) Lorio, et al. v. Showa Denko K.K., et al., C.D. Cal., #91-Cv-5862; (D-676) Alarid v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1212; (D-677) Goldberg v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1213; (D-678) Denton v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1214; (D-679) Harper v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1215; (D-680) Felio v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1216; (D-681) Sheff v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1217; (D-682) Hughes v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1218; (D-683) O'Hara v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1225; (D-684) Martinez v. Showa Denko K.K., et al., D. New Mexico, #91-Cv-1226; (D-685) Reilly v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1228; (D-686) Smith v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1229; (D-687) Posey v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1230; (D-688) Schuster v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1231; (D-689) Flannagan v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1232; (D-690) Buchanan v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1233; (D-691) Dent v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1237; (D-692) Owens v. Showa Denko K.K., et al., W.D. North Carolina, #C-C-91-413-MU; (D-693) Woody, et al. v. Showa Denko K.K., et al., S.D. Texas, #91-CV-337; (D-694) Pope v. Showa Denko K.K., et al., S.D. Texas, #91-CV-3307; (D-695) Otto, et al. v. Nature Made Nutritional Products, Inc., et al., S.D. Texas, #91-CV-3558; (D-696) Peck v. General Nutrition Center, Inc., et al., N.D. New York, #91-CV-1087 -- Notified involved counsel and judges (kac) |
| 92/02/26 | 135 | WITHDRAWAL OF NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- filed by pltfs. Diane K. Aboud, et al. (re: D-597 Diane K. Aboud, et al. v. Showa Denko K.K., et al., D. Arizona, C.A. No. CIV-91-1721-PHX-PGR) -- Notified involved clerks and judges (bas) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _865_ -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 92/02/26 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- (D-597) Diane K. Aboud, et al. v. Showa Denko K.K., et al., D. Arizona, C.A. No. Civ-91-1721-PHC-PGR -- Notified involved counsel, judges and clerks (bas) |
| 92/02/27 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-654 Miller, N.D. Ala., 91-CV-3029; D-655 Pate, D. Alaska, A91-475 CIV; D-656 Kolnick, D. Arizona, CIV91-1713 PHX RGS; D-657 Calabio, et al., C.D. Cal., 91-CV-6221; D-658 Wies, C.D. Cal., 91-CV-6226; D-659 Hatfield, C.D. Cal., 91-CV-6227; D-660 Drew, et al., D. Maine, 91-CV-275; D-661 Beauchamp, D.N.M., 91-CV-1219; D-662 Carter, W.D.N.C., C-91-274-Mu; D-663 Fisher, et al., S.D.N.Y., 91-CV-7571; D-664 Romer, et al., S.D.N.Y., 91-CV-7555; D-665 O'Brien, S.D.N.Y., 91-CV-8536; D-666 Esycheck, Oregon, 91-CV-1245; D-667 Devaney, Oregon, 91-CV-1335; D-668 Billings, Oregon, 91-CV-1257; D-669 Leep, et al., Oregon, 91-CV-1239; D-670 Parson, et al., Oregon, 91-CV-1244; D-671 Smith, et al., Oregon, 91-CV-1243; D-673 Faerber, R.I., 91-CV-644 and D-674 Faerber, R.I., 91-CV-643 -- Notified involved judges and clerks (bas) |
| 92/03/05 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- 21 actions -- D-697 Reynolds, D. Arizona, 91-CV-698; D-698 Friend, N.D. Illinois, 92-CV-956; D-699 Davenport, et al., N.D. Georgia, 92-CV-233; D-700 Haas, N.D. Illinois, 92-CV-958; D-701 Young, et al., D. Kansas, 91-CV-1473; D-702 Conrad, et al., D. Kansas, 91-CV-1492; D-703 Keeton, et al., D. Massachusetts, 92-30014; D-704 Gervais, W.D. Michigan, 91-CV-330; D-705 Conors, D. New Hampshire, 92-CV-47; D-706 Duckworth, D. New Hampshire, 92-CV-48; D-707 Clabaugh, etc., W.D. North Carolina, 91-00195; D-708 Russo, et al., D. New Jersey, 91-CV-4926; D-709 Goldenberg, etc., D. New Mexico, 92-CV-56; D-710 Vogel, D. New Jersey, 92-CV-112; D-711 Detrick, et al., S.D. New York, 91-CV-7554; D-712 Parks, et al., S.D. New York, 92-CV-343; D-713 McLeod, et al., D. Oregon, 92-CV-33; D-714 Poza, et al., D. Puerto Rico, 3:91-CV-2342; D-715 Allen, M.D. Tenn., 91-CV-968; D-716 Brannon, et al., S.D. Texas, 91-CV-3708 and D-717 Sensing, W.D. Texas, 91-CV-321 -- Notified involved counsel and judges (ds) |
| 92/03/12 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- (D-645) Gail Sandra Pryor v. Showa Denko K.K., et al., E.D. Pennsylvania, C.A. No. 91-CV-6997 -- Notified involved counsel, judges and clerks  (kac) |

JPML FORM 1A

b. 68

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Pleading Description |
|------|----------------------|
| 92/03/12 | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- (in 22 actions)(D-675) Lorio, et al. v. Showa Denko K.K., et al., C.D. Cal., #91-Cv-5862; (D-676) Alarid v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1212; (D-677) Goldberg v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1213; (D-678) Denton v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1214; (D-679) Harper v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1215; (D-680) Felio v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1216; (D-681) Sheff v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1217; (D-682) Hughes v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1218; (D-683) O'Hara v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1225; (D-684) Martinez v. Showa Denko K.K., et al., D. New Mexico, #91-Cv-1226; (D-685) Reilly v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1228; (D-686) Smith v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1229; (D-687) Posey v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1230; (D-688) Schuster v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1231; (D-689) Flannagan v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1232; (D-690) Buchanan v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1233; (D-691) Dent v. Showa Denko K.K., et al., D. New Mexico, #91-CV-1237; (D-692) Owens v. Showa Denko K.K., et al., W.D. North Carolina, #C-C-91-413-MU; (D-693) Woody, et al. v. Showa Denko K.K., et al., S.D. Texas, #91-CV-337; (D-694) Pope v. Showa Denko K.K., et al., S.D. Texas, #91-CV-3307; (D-695) Otto, et al. v. Nature Made Nutritional Products, Inc., et al., S.D. Texas, #91-CV-3558; (D-696) Peck v. General Nutrition Center, Inc., et al., N.D. New York, #91-CV-1087 -- Notified involved judges and clerks (rh) |
| 92/03/12 | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER FILED TODAY -- (D-645) Gail Sandra Pryor v. Showa Denko, K.K., et al., E.D. Pennsylvania, C.A. No. 91-CV-6997 -- Notified involved counsel, judges and clerks (kac) |

JPML FORM 1A

0.6∉

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 --

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/03/23 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- (In 21 Actions) D-697 Reynolds, D. Arizona, 91-CV-698; D-698 Friend, N.D. Illinois, 92-CV-956; D-699 Davenport, et al., N.D. Georgia, 92-CV-233; D-700 Haas, N.D. Illinois, 92-CV-958; D-701 Young, et al., D. Kansas, 91-CV-1473; D-702 Conrad, et al., D. Kansas, 91-CV-1492; D-703 Keeton, et al., D. Massachusetts, 92-30014; D-704 Gervais, W.D. Michigan, 91-CV-330; D-705 Conors, D. New Hampshire, 92-CV-47; D-706 Duckworth, D. New Hampshire, 92-CV-48; D-707 Clabaugh, etc., W.D. North Carolina, 91-00195; D-708 Russo, et al., D. New Jersey, 91-CV-4926; D-709 Goldenberg, etc., D. New Mexico, 92-CV-56; D-710 Vogel, D. New Jersey, 92-CV-112; D-711 Detrick, et al., S.D. New York, 91-CV-7554; D-712 Parks, et al., S.D. New York, 92-CV-343; D-713 McLeod, et al., D. Oregon, 92-CV-33; D-714 Poza, et al., D. Puerto Rico, 3:91-CV-2342; D-715 Allen, M.D. Tenn., 91-CV-968; D-716 Brannon, et al., S.D. Texas, 91-CV-3708 and D-717 Sensing, W.D. Texas, 91-CV-321 -- Notified involved judges and clerks (rh) |
| 92/03/25 | 134 | MOTION FOR RELIEF FROM PROCEDURE CAUSING UNCONSOLIDATION (re: Diane K. Aboud, et al. v. Showa Denko, K.K., et al., D. Arizona, C.A. No. CIV-91-1721-PHX-PGR) -- filed by pltfs. Diane K. Aboud, et al. w/cert. of svc. (ds) |
| 92/03/26 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (D-718) Skolnick v. Puritan Pride, et al., N.D. Ill., #92-CV-1022; (D-719) Heider v. General Nutrition Products, Inc., et al., N.D. Ill., #92-CV-1153; (D-20) Bebeau v. Goldline Laboratories, Inc., et al., W.D. Mich., #2:91-CV-83; (D-21) Vick, et al. v. IDE Interstate, Inc., et al., 92-CV-104; (D-22) Belangie, et al. v. Showa Denko, K.K., et al., D. Ariz., #91-CV-1829 -- Notified involved counsel and judges (kac) |
| 92/04/13 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-718 -- Caroline Skolnick v. Puritan Pride, et al., N.D. Ill., C.A. No. 92-Cv-1022; D-719 Melanie A. Heider v. General Nutrition Products, Inc., et al., N.D. Ill., C.A. No. 92-CV-1153; D-720 Esther V. Bebeau v. Goldline Laboratories, Inc., et al., W.D. Mich., C.A. No. 2:91-CV-83; D-721 Connie E. Vick, et al., W.D. Tex., C.A. No. 92-CV-104 and D-722 Todd Belangie, et al. v. Showa Denko, K.K., et al., D. Ariz., C.A. No. 91-CV-1829 -- Notified involved clerks and judges. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **865** --

| Date | Pleading | Type of Description |
|------|----------|---------------------|
| 92/04/17 | 135 | NOTICE OF OPPOSITION TO CTO -- filed by pltfs. Todd Belangie, et al. (Todd Belangie, et al. v. Showa Denko K.K., et al., D. Arizona, C.A. No. 91-CV-1829) -- OPPOSITION WAS UNTIMELY (CTO filed 3/26/92, Expiration date 4/12/92, CTO transmitted to tr're district 4/13/92 and Opposition received 4/16/92)-- Notified involved counsel (ds) |
| 92/04/17 | | ORDER STRIKING PLEADING #135 -- Notified involved counsel, judges and clerks. (ds) |
| 92/04/29 | | ORDER -- Reinstating CTO of 3/26/92 and Remanding case back to D. Arizona -- (re: D-722 Belangie) -- Notified involved clerks, judges and counsel (ds) |
| 92/04/29 | 136 | NOTICE OF OPPOSITION TO CTO -- (D-722 Todd Belangie, et al. v. Showa Denko, K.K., et al., D. South Carolina, C.A. No. 92-1103 (D. Arizona, C.A. No. 91-CV-1829) -- filed by pltfs. Todd Belangie, et al. -- Notified involved counsel and judges. (ds) |
| 92/05/11 | | CONDITIONAL TRANSFER ORDERS FILED TODAY --(D-723) McAteer; (D-724) Winterset; (D-725) Gabbert; (D-726) Cosner; (D-727) Callas; (D-728) Tiesma; (D-729) Lunde; (D-730) Zopp; (D-731) Whittlinger; (D-732) Hudson; (D-733) Godfrey; (D-734) Jackson; (D-735) Ward; (D-736) Smith; (D-737) Hunter; (D-738) Brnovak; (D-739) Rodriguez; (D-740) Hughes; (D-741) Hills -- Notified involved counsel and judges. (dld) |
| 92/05/13 | 137 | APPLICATION FOR EXTENSION OF TIME TO FILE MOTION TO VACATE CTO TO ALLOW THE PANEL TO HEAR AND RULE ON THE PENDING MOTION IN THE ABOUD ACTION (D. ARIZONA, #CIV-91-1721-PHX-PGR) -- filed by plfts. Todd Belangie, et al. (D. Arizona, C.A. No. 91-CV-1829) w/cert. of svc. -- EXTENSION DENIED -- Notified involved counsel (kac) |
| 92/05/18 | 138 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- filed by pltfs. Todd Belangie et al. in (D-722) Todd Belangie, et al. v. Showa Denko K.K., et al., D. Arizona, C.A. No. 92-CV-1829 -- w/cert. of svc. (kac) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 --  _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 92/05/27 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- In 18 Actions (D-724 - D-741) -- D-724 Winterset v. Showa Denko, K.K., et al., D. Ariz., #CIV92-0179-PHX-RCB; D-725 Gabbert, et al. v. Showa Denko, K.K., et al., D. Colo., #92-Z-557; D-726 Cosner v. General Nutrition Corp., et al., D. Kan., #92-1175-T; D-727 Callas v. Showa Denko, K.K., et al., E.D. Mich., #92-CV-101250-BC; D-728 Tiesma v. General Nutrition Corp., et al., W.D. Mich., #1:-92-CV-230; D-729 Lunde v. Showa Denko, K.K., et al., D. Minn., # 92-CV-145; D-730 Zopp v. Showa Denko, K.K., et al.; Pharmavite International Corp. v. Showa Denko, K.K., et al., D. Minn., #92-CV-258; D-731 Whittlinger v. Showa Denko, K.K., et al., D. Minn., #4-92-293; D-732 Hudson, et al. v. Showa Denko, K.K., et al., S.D. Miss., #S91-0556(G); D-733 Godfrey, etc. v. Showa Denko, K.K., et al., S.D. Miss., #S91-0557(Br); D-734 Kimberly Leigh Jackson, et al. v. Showa Denko, K.K., et al., S.D. Miss., #S91-0558(G); D-735 David Ward v. Showa Denko, K.K., et al., D. N.J., #92-CIV-800; D-736 Michele Smith, et al. v. Showa Denko, K.K., et al., D. N.J., #92-CV-812; D-737 Hunter, et al. v. Showa Denko, K.K., et al.; Jameson Pharmaceutical Corp. v. Showa Denko, K.K., et al., D. N.M., #CIV-911204-SC; D-738 Brnovak v. Showa Denko, K.K., et al., N.D. Tex., #CA-1-91-0116; D-739 Rodriguez, et al. v. Showa Denko, K.K., et al., S.D. Tex., #B-91-198; D-740 Hughes v. General Nutrition Corp., et al., E.D. Wis., # 92-C-306 and D-741 Laurie Hills, et al. v. Showa Denko, K.K., et al., D. Wyo., #92-CV-0057-J -- Notified involved judges and clerks (rh) |
| 92/05/29 | | CONDITIONAL TRANFER ORDERS FILED TODAY -- D-742 Phillips v. Showa Denko, K.K., et al., M.D. Fla., C.A. No. 8:92-CV-440; D-743 Peltier v. Showa Denko, K.K., et al., N.D. Illinois, C.A. No. 1:92-CV-957; D-744 Friend v. Showa Denko, K.K., et al., E.D. Michigan, C.A. No. 2:92-CV-70769; D-745 Graham v. Perry Drug, Inc., et al., W.D Michigan, C.A. No. 1:92-CV-47; D-746 Stevens v. Showa Denko, K.K., et al., W.D. Missouri, C.A. No. 4:92-CV-285; D-747 Patterson v. General Nutrition Corp., et al., S.D. New York, C.A. No. 92-CV-1246; D-748 Marin v. Showa Denko America, Inc., et al;Revco Discount Drug Centers, Inc. v. Showa Denko America, Inc., W.D. Texas, C.A. No. 1:92-CV-184 -- Notified involved counsel and judges (dld) |

JPML FORM 1A

P.72

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 --  _____

| Date | Pldg. | Pleading Description |
|------|-------|----------------------|
| 92/06/02 | 139 | LETTER, ORDER -- from D. Arizona (J. Roll) dismissing action without prejudice (re: D-723 Winifred McAteer v. Showa Denko K.K., et al., D. Arizona, C.A. No. CIV91-638-TUC-JMR) -- (bas) |
| 92/06/02 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- (re: D-723 Winifred McAteer v. Showa Denko K.K., et al., D. Arizona, C.A. No. CIV91-638-TUC-JMR) -- Notified involved counsel and judges (bas) |
| 92/06/09 | 140 | RESPONSE/MEMORANDUM (re: pldg. #138) -- Filed by defts. Showa Denko America, Inc., Walgreen Co., Walgreen Laboratories, Inc., Albertson's Inc., Bills Drugs, Inc., Meiji Pharmacy, Raley's Solaray, Inc. and Vitmain Shoppe w/cert. of svc. (dld) |
| 92/06/11 | 141 | JOINDER IN PLDG. #140 -- Filed by deft. General Nutrition Corp. w/cert. of svc. (ds) |
| 92/06/11 | 142 | NOTICE OF OPPOSITION TO CTO -- Filed by pltf. Jo Ann Phillips (D-742 Jo Ann Phillips v. Showa Denko, K.K., et al., M.D. Florida, C.A. No. 8:92-Cv-440) -- Notified involved counsel and judges (ds) |
| 92/06/16 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- In 6 Actions, D-743 Peltier v. Showa Denko, K.K., et al., N.D. Illinois, C.A. No. 1:92-CV-957; D-744 Friend v. Showa Denko, K.K., et al., E.D. Michigan, C.A. No. 2:92-CV-70769; D-745 Graham v. Perry Drug, Inc., et al., W.D. Michigan, C.A. No. 1:92-CV-47; D-746 Stevens v. Showa Denko K.K., et al., W.D. Missouri, C.A. No. 4:92-CV-285; D-747 Patterson, et al. v. General Nutrition Corp., et al., S.D. New York, C.A. No. 92-CV-1246; and D-748 Marin, et al. v. Showa Denko America, Inc., et al.;Revco Discount Drug Centers, Inc. v. Showa Denko America, Inc., W.D. Texas, C.A. No. 1:92-CV-184 -- Notified involved judges and clerks (dld) |
| 92/06/19 | | HEARING ORDER -- Setting opposition of pltfs. in D-722 Todd Belangie, et al. to transfer for Panel Hearing in Richmond, Virginia on July 31, 1992 -- Notified involved counsel, judges, and clerks (bas) |

JPML FORM 1A

0.73

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/06/22 | 143 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. Jo Ann Phillips (D-742 Jo Ann Phillips v. Showa Denko, K.K., et al., M.D. Florida, C.A. No. 8:92-CV-440) w/cert. of svc. (dld) |
| 92/06/25 | 144 | REPLY -- (re: pldg. #,s 140 & 141) Filed by pltfs. w/cert. of svc. (dld) |
| 92/07/07 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (D-749) Fowles, et al. v. Showa Denko, K.K., et al., S.D. N.Y., #1:91-CV-8535; (D-750) Bowler, et al. v. General Nutrition Corp., et al., S.D. N.Y., #1:92-CV-2778; (D-751) B. Cooper v. General Nutrition Corp., et al., S.D. N.Y., #1:92-CV-2243; (D-752) W. Cooper, et al. v. Showa Denko, K.K., et al., S.D. N.Y., #1:92-CV-2775; (D-753) Foreman, et al. v. Showa Denko, K.K., et al., S.D. N.Y., #2:92-CV-1770; (D-754) Johnson v. Puritan's Pride, et al., S.D. N.Y., #1:92-CV-2782; (D-755) Mack v. Puritan's Pride, et al., S.D. N.Y., #1:92-CV-2781; (D-756) Mahuron, et al. v. Showa Denko, K.K., et al., S.D. N.Y., #1:92-CV-668; (D-757) McLenaghan v. Dayton Hudson Corp., et al., S.D. N.Y., #2:91-CV-8537; (D-758) Merritt, et al. v. Showa Denko, K.K., et al., S.D. N.Y., #1:91-CV-8147; (D-759) Samshal, et al. v. The Solgar Co., et al., S.D. N.Y., #1:92-CV-1771; (D-760) McLeod, etc. v. Showa Denko, K.K., et al., S.D. N.Y., #1:92-CV-3125; (D-761) Kennedy, et al. v. Showa Denko, K.K., et al., S.D. N.Y., #92-CV-3127; (D-762) Douglas, et al. v. Showa Denko, K.K., et al., S.D. N.Y., #92-CIV-3128; (D-763) Westcott, et al. v. Showa Denko, K.K., et al., S.D. N.Y., #91-CIV-6149; (D-764) Cramer v. Showa Denko, K.K., et al., M.D. Fla., #3:91-CV-952; (D-765) Sanders, et al. v. General Nutrition Corp., et al., N.D. Fla., #3:92-30162 RV; (D-766) Casalina, et al. v. Longs Drug Stores California, Inc., et al., D. Hawaii, #1:92-CV-252; (D-767) Eubanks, et al. v. Showa Denko, K.K., et al., S.D. Texas, #4:92-CV-969; (D-768) Sayre v. General Nutrition Corp., et al., S.D. West Virginia, #2:92-CV-444 -- Notified involved counsel and judges (kac) |
| 92/07/08 | 145 | RESPONSE, MEMORANDUM -- (to pldg. #143) Filed by Defts. Showa Denko America, Inc. and General Nutrition Corporation -- w/cert. of svc. (rh) |

B.74

JTML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | of. | Pleading Description |
|------|-----|---------------------|
| 92/07/23 | | CONDITIONAL TRANSFER ORDER **FINAL TODAY** -- (in 20 actions) (D-749) Fowles, et al. v. Showa Denko, K.K., et al., S.D. N.Y., #1:91-CV-8535; (D-750) Bowler, et al. v. General Nutrition Corp., et al., S.D. N.Y., #1:92-CV-2778; (D-751) B. Cooper v. General Nutrition Corp., et al., S.D. N.Y., #1:92-CV-2243; (D-752) W. Cooper, et al. v. Showa Denko, K.K., et al., S.D. N.Y., #1:92-CV-2775; (D-753) Foreman, et al. v. Showa Denko, K.K., et al., S.D. N.Y., #2:92-CV-1770; (D-754) Johnson v. Puritan's Pride, et al., S.D. N.Y., #1:92-CV-2782; (D-755) Mack v. Puritan's Pride, et al., S.D. N.Y., #1:92-CV-2781; (D-756) Mahuron, et al. v. Showa Denko, K.K., et al., S.D. N.Y., #1:92-CV-668; (D-757) McLenaghan v. Dayton Hudson Corp., et al., S.D. N.Y., #2:91-CV-8537; (D-758) Merritt, et al. v. Showa Denko, K.K., et al., S.D. N.Y., #1:91-CV-8147; (D-759) Samshal, et al. v. The Solgar Co., et al., S.D. N.Y., #1:92-CV-1771; (D-760) McLeod, etc. v. Showa Denko, K.K., et al., S.D. N.Y., #1:92-CV-3125; (D-761) Kennedy, et al. v. Showa Denko, K.K., et al., S.D. N.Y., #92-CV-3127; (D-762) Douglas, et al. v. Showa Denko, K.K., et al. S.D. N.Y., #92-CIV-3128; (D-763) Westcott, et al. v. Showa Denko, K.K., et al., S.D. N.Y., #91-CIV-6149; (D-764) Cramer v. Showa Denko, K.K., et al., M.D. Fla., #3:91-CV-952; (D-765) Sanders, et al. v. General Nutrition Corp., et al., N.D. Fla., #3:92-30162 RV; (D-766) Casalina, et al. v. Longs Drug Stores California, Inc., et al., D. Hawaii, #1:92-CV-252; (D-767) Eubanks, et al. v. Showa Denko, K.K., et al., S.D. Tex., #4:92-CV-969; (D-768) Sayre v. General Nutrition Corp., et al., S.D. West Virginia, #2:92-CV-444 -- Notified involved judges and clerks (rh) |
| 92/07/31 | | HEARING APPEARANCES -- (for Panel Hearing on July 31, 1992 in Richmond, Virginia) -- JOHN E. OSBORNE, ESQ. for Todd Belangie, et al.; BERNADETTE MIRAGLIOTTA, ESQ. for Showa Denko America, Inc., et al. (kac) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 92/08/05 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (D-769) Ludwick, et al. v. Source Naturals, Inc., et al., N.D. Ga., #1:92-CV-13; (D-770) Suttles, et al. v. Goldline Laboratories, Inc., M.D. Ga., #5:91-CV-437-3; (D-771) Rorex v. Sundown Vitamins, M.D. Ga., #5:91-CV-436-2; (D-772) Teeter v. Showa Denko, K.K., D. Md., #1:92-CV-1429; (D-773) McCarty, et al. v. General Nutrition Corporation, et al., W.D. Mo., #4:92-CV-619; (D-774) Bryan v. Showa Denko, et al., D. N.M., #6:91-CV-1227; (D-775) Manning v. Showa Denko, et al., S.D. Tex., #4:92-CV-968; (D-776) Conn, et al. v. Wal-Mart Stores, et al., S.D. Tex., #4:92-CV-558; (D-777) Green v. Showa Denko, K.K., et al., N.D. Tex., #1:91-CV-128; (D-778) McCloy v. General Nutrition Products, et al., D. Utah, #2:92-CV-0593W; (D-779) Foster, et al. v. Showa Denko, K.K., et al., W.D. Va., #4:92-CV-14; (D-780) Phillips, et al. v. Showa Denko, K.K., et al., E.D. Wash., #2:92-CS-107; (D-781) Askenette, et al. v. Showa Denko, K.K., et al., E.D. Wis., #2:92-CV-329 -- Notified involved counsel and judges (kac) |
| 92/08/06 | | TRANSFER ORDER -- D-722 Todd Belangie, et al. v. Showa Denko, K.K., et al., D. Arizona, C.A. No. 91-CV-1829 (**Action transfered to D. South Carolina**) -- Notified involved counsel, judges, clerks and panel judges (rh) |
| 92/08/07 | 146 | SUPPLEMENT TO PLDGS. 134 & 138 -- Filed by pltfs. Todd Belangie, et al. and Diane K. Aboud, et al. - w/Exhibits and cert. of svc. (rh) |
| 92/08/14 | 147 | HEARING ORDER -- setting opposition of pltf. Jo Ann Phillips to transfer for Panel hearing in Colorado Springs, Colorado, on September 25, 1992 -- Notified involved judges, clerks and counsel (ds) |
| 92/08/18 | 148 | SUBSTITUTION OF COUNSEL -- RICHARD A. BLACK, ESQ. for pltf. Peggy Winterset to be substituted with ALAN N. GAGLEARD, ESQ. (Order signed by Judge Robert C. Broomfield and dated March 13, 1992) (kac) |
| 92/08/18 | | APPEARANCES -- F. GLENN MOFFETT, JR., ESQ. for Linda Harris Ludwick, et al.,Juanita Childs Suttles and Lorraine Herring Rorex, et al. (kac) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/08/18 | 149 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- filed by pltf. Christa Bryan in (D-774) Bryan v. Showa Denko K.K., et al. D. New Mexico, C.A. No. 6:91-1277 (kac) |
| 92/08/18 | 150 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- filed by pltf. Christa Bryan in (D-774) Bryan v. Showa Denko K.K., et al. D. New Mexico, C.A. No. 6:92-1227 -- w/Exhibit A, cert. of svc. and schedule of tag-along actions (Deficiency Notice on file) (kac) |
| 92/08/19 | 151 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- filed by pltf. Anna Green in (D-777) Green v. Showa Denko K.K., N.D. Texas, C.A. No. 1:91-128 -- Notified involved counsel (kac) |
| 92/08/19 | 152 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- filed by plft. Anna Green in (D-777) Green v. Showa Denko K.K., N.D. Texas, C.A. No. 1:91-128 w/cert. of svc. (Deficiency Notice on file) (kac) |
| 92/08/20 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (D-782) Linsay v. Showa Denko America, et al., W.D. Wash., #2:92-CV-5316; (D-783) Andrews v. American Drug Stores, et al., D. Maine, #2:92-CV-237 -- Notified involved judges and counsel (leg) |
| 92/08/21 | | APPEARANCE -- DALE M. WAGNER, ESQ. for plfts. Billie C. Foster, et al. (re: (D-779) Billie C. Foster, et al. v. Showa Denko K.K., et al., W.D. Va., C.A. No. 4:92-CV-14) (bas) |
| 92/08/21 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- (D-769) Ludwick, et al. v. Source Naturals, et al., N.D. Ga., 1:92-13; (D-770) Suttles, et al. v. Goldline Labs, M.D. Ga., 5:91-437-3; (D-771) Rorex v. Sundown Vitamins, M.D. Ga., 5:91-436-2; (d-772)Teeter v. Showa Denko K.K., D. Md., 1:92-1429; (D-773) McCarty, et al. v. General Nutrition Corp., et al., W.D. Mo., 4:92-619; (D-775) Manning v. Showa Denko K.K., et al., S.D. Tx., 4:92-968; (D-776) Conn, et al. V. Wal-Mart Stores, et al., S.D. Tx., 4:92-558; (D-778) McCloy v. General Nutrition Products, et al., D. Utah, 2:92-0593W; (D-779) Foster, et al. v. Showa Denko K.K., et al., W.D. Va., 4:92-14; (D-780) Phillips, et al. v. Showa Denko K.K., et al., E.D. Wash., 2:92-107; (D-781) Askenette, et al. v. Showa Denko K.K. et al., E.D. Wisc., 2:92-329 -- Notified involved judges, clerks and counsel (leg) |
| 92/08/21 | | APPEARANCE -- DALE M. WAGNER, ESQ. for plfts. Billie C. Foster, et al. (re: (D-779) Billie C. Foster, et al. v. Showa Denko K.K., et al., W.D. Va., C.A. No. 4:92-CV-14) (bas) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **865** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/08/25 | | AMENDED CERTIFICATE OF SERVICE -- (attached to pldg. #150) filed by Christa Bryan correcting deficiency (kac) |
| 92/08/26 | | AMENDED CERTIFICATE OF SERVICE -- (attached to pldg. #152) filed by pltf. Anna Green correcting deficiency(kac) |
| 92/09/03 | 153 | ORDER- From W. D. Missouri remanding Leisa Stevens v. Showa Denko K.K., et al. to State Court. (NG) |
| 92/09/03 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- Leisa Stevens v. Showa Denko k.k., et al. W.D. Missouri, CA. No. 4:92-285. NOTIFIED INVOLVED CLERKS, JUDGES AND COUNSEL. (NG) |
| 92/09/08 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (D-782) Opal V. Lindsey v. Showa Denko K.K., et al., W.D. Washington, C.A. No. 2:92-CV-5316; (D-783) Martha Andrews v. American Drug Stores, Inc., et al., D. Maine, C.A. No. 2:92-CV-237 -- Notified involved clerks and judges (kac) |
| 92/09/09 | | CONDITIONAL TRANSFER ORDER -- (D-784) Adams, et al. v. Wal-Mart Stores, et al., Tex., W., 5:92-CV-285; (D-785) Petty v. Vitamin World, et al., N.J., 2:92-CV-2733; (D-786) Anderson, et al. v. Showa Denko K.K., et al., Cal., C., 2:92-CV-2109; (D-787) Corbin, et al. v. Showa Denko K.K., et al., N.Y., S., 1:92-CV-4887; (D-788) Villarreal, et al. v. Showa Denko K.K., et al., Tex., W., 1:92-CV-449; (D-789) Gillen v. Showa Denko K.K., et al., VT, 1:92-CV-193; (D790) Smith v. General Nutrition Corp., et al., Fla., M., 8:92-CV-1009; (D-791) Dineen, et al. v. Showa Denko K.K., et al., N.J., 2:92-CV-3260; (D-792) Davis, Sr. v. Showa Denko K.K., et al., Va., E., 3:92-CV-470; (D-793) Wilson, et al. v. Twin Labs, et al., Wash., W., 2:92-CV-0157; (D-794) Maine v. Showa Denko K.K., et al., Conn., 2:92-CV-604; (D-795) Earnhardt v. Goldline Labs, et al., N.C., W., 3:92-CV-253; (D-796) Gunter, et al. v. Rugby Labs v. Showa Denko K.K., et al., Ga., N., 1:92-CV-929; (D-797) Gunter, et al. v. Showa Denko K.K., et al., Ga., N., 1:92-CV-1141; (D-798) Humpstone v. Hudson Corp., et al., N.Y., S., 2:92-CV-4200; (D-799) Shirley, et al. v. Nature's Bounty, et al., N.Y., S., 2:92-CV-4199; (D-800) Debusk v. Showa Denko America, et al., Va., W., 1:92-CV-102; (D-801) Fuller v. Showa Denko America, et al., Va., W., 4:92-CV-27; (D-802) Phillips v. Showa Denko America, et al., Va., W., 7:92-CV-606 -- Notified involved counsel and judges -- Filed 9/8/92 (leg) |

JPML FORM 1A

DOCKET ENTRIES

*p. 78*

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| | Ref. | Pleading Description |
|---|---|---|
| 92/09/09 | 154 | RESPONSE -- (to pldg. #152) filed by deft. Showa Denko America, Inc. -- w/Memorandum and cert. of svc. (Received 09/08/92) (kac) |
| 92/09/09 | 155 | RESPONSE -- (to pldg. #150) filed by defts. Showa Denko America, Inc. and Walgreen Co. -- w/Memorandum and cert. of svc. (Received 08/08/92) (kac) |
| 92/09/22 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- **(D-803)** Brown v. Showa Denko K.K., et al., S.D. Fla., 9:92-8502 -- **(D-804)** Westbrook, et al. v. Showa Denko K.K., et al.; Triarco v. Showa Denko K.K., et al.; IDE Interstate v. Showa Denko K.K., et al., S.D. Tex., 6:92-19 -- **(D-805)** Frieden, et al. v. Showa Denko K.K., et al., N.D. Fla., 4:92-40319 -- **(D-806)** Ikeler v. Showa Denko K.K., et al., N.D. Calif., 3:92-3237 -- **(D-807)** Nightingale v. Showa Denko K.K., et al., E.D. Mich., 2:92-74252 -- **(D-808)** Dempsey, et al. v. General Nutrition Corp., et al., D. Maine, 2:92-251 -- **(D-809)** Huddleston, et al. v. Showa Denko America, Inc., S.D. N.Y., 1:92-6116 -- **(D-810)** Michaels, et al. v. Showa Denko K.K., et al., M.D. Fla., 3:92-819 -- **(D-811)** Fleet, et al. v. Showa Denko K.K., et al., N.D. Fla., 4:92-40333 -- **(D-812)** Rioux, et al. v. Showa Denko K.K., et al., D. N.H., 1:92-408 -- **(D-813)** D'Agostino, et al. v. Showa Denko K.K., et al., D. N.J., 2:91-4986 -- Notified involved counsel & judges (leg) |
| 92/09/23 | 156 | STIPULATION FOR AN ORDER OF DISMISSAL -- signed by Hon. Thomas S. Zilly, in W.D. Wash., (dated 8/10/92) action Dismissed **(D-793)** (leg) |
| 92/09/23 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- **(D-793)** Wilson, et al. v. Twin Laboratories, Inc., et al., W.D. Wash., 2:92-0157 - Notified involved counsel, judges & clerks (leg) |
| 92/09/23 | | WAIVERS OF ORAL ARGUMENT (For Panel Hearing on September 25, 1992 in Colorado Springs, Colorado -- All Waive (dld) |

JFML FORM 1A

B-78

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 --

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 92/09/09 | 154 | RESPONSE -- (to pldg. #152) filed by deft. Showa Denko America, Inc. -- w/Memorandum and cert. of svc. (Received 09/08/92) (kac) |
| 92/09/09 | 155 | RESPONSE -- (to pldg. #150) filed by defts. Showa Denko America, Inc. and Walgreen Co. -- w/Memorandum and cert. of svc. (Received 08/08/92) (kac) |
| 92/09/22 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- **(D-803)** Brown v. Showa Denko K.K., et al., S.D. Fla., 9:92-8502 -- **(D-804)** Westbrook, et al. v. Showa Denko K.K., et al.; Triarco v. Showa Denko K.K., et al.; IDE Interstate v. Showa Denko K.K., et al., S.D. Tex., 6:92-19 -- **(D-805)** Frieden, et al. v. Showa Denko K.K., et al., N.D. Fla., 4:92-40319 -- **(D-806)** Ikeler v. Showa Denko K.K., et al., N.D. Calif., 3:92-3237 -- **(D-807)** Nightingale v. Showa Denko K.K., et al., E.D. Mich., 2:92-74252 -- **(D-808)** Dempsey, et al. v. General Nutrition Corp., et al., D. Maine, 2:92-251 -- **(D-809)** Huddleston, et al. v. Showa Denko America, Inc., S.D. N.Y., 1:92-6116 -- **(D-810)** Michaels, et al. v. Showa Denko K.K., et al., M.D. Fla., 3:92-819 -- **(D-811)** Fleet, et al. v. Showa Denko K.K., et al., N.D. Fla., 4:92-40333 -- **(D-812)** Rioux, et al. v. Showa Denko K.K., et al., D. N.H., 1:92-408 -- **(D-813)** D'Agostino, et al. v. Showa Denko K.K., et al., D. N.J., 2:91-4986 -- Notified involved counsel & judges (leg) |
| 92/09/23 | 156 | (D-792) STIPULATION FOR AN ORDER OF DISMISSAL -- Wilson, et al. v. Twin Laboratories, Inc., et al., W.D. Washington, 2:92-0157 (leg) judge where from - correspondence |
| 92/09/23 | | (D-793) ORDER VACATING CONDITIONAL TRANSFER ORDER -- Wilson, et al. v. Twin Laboratories, Inc., et al., W.D. Wash., 2:92-0157 - Notified involved counsel, judges & clerks (leg) |
| ~~92/09/23~~ | ~~156~~ | ~~STIPULATION FOR AN ORDER OF DISMISSAL -- Wilson, et al. v. Twin Laboratories, Inc., et al., W.D. Washington, 2:92-0157 (leg)~~ |
| 92/09/23 | | WAIVERS OF ORAL ARGUMENT (For Panel Hearing on September 25, 1992 in Colorado Springs, Colorado -- All Waive (dld) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| DATE | of. | Pleading Description |
|------|-----|---------------------|
| 92/09/24 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- **(D-784)** Adams, et al. v. Wal-Mart Stores, et al., Tex., W., 5:92-CV-285; **(D-785)** Petty v. Vitamin World, et al., N.J., 2:92-CV-2733; **(D-786)** Anderson, et al. v. Showa Denko K.K., et al., Cal., C., 2:92-CV-2109; **(D-787)** Corbin, et al. v. Showa Denko K.K., et al., N.Y., S., 1:92-CV-4887; **(D-788)** Villarreal, et al. v. Showa Denko K.K., et al., Tex., W., 1:92-CV-449; **(D-789)** Gillen v. Showa Denko K.K., et al., VT, 1:92-CV-193; **(D790)** Smith v. General Nutrition Corp., et al., Fla., M., 8:92-CV-1009; **(D-791)** Dineen, et al. v. Showa Denko K.K., et al., N.J., 2:92-CV-3260; **(D-792)** Davis, Sr. v. Showa Denko K.K., et al., Va., E., 3:92-CV-470; **(D-794)** Maine v. Showa Denko K.K., et al., Conn., 2:92-CV-604; **(D-795)** Earnhardt v. Goldline Labs, et al., N.C., W., 3:92-CV-253; **(D-796)** Gunter, et al. v. Rugby Labs v. Showa Denko K.K., et al., Ga., N., 1:92-CV-929; **(D-797)** Gunter, et al. v. Showa Denko K.K., et al., Ga., N., 1:92-CV-1141; **(D-798)** Humpstone v. Hudson Corp., et al., N.Y., S., 2:92-CV-4200; **(D-799)** Shirley, et al. v. Nature's Bounty, et al., N.Y., S., 2:92-CV-4199; **(D-800)** Debusk v. Showa Denko America, et al., Va., W., 1:92-CV-102; **(D-801)** Fuller v. Showa Denko America, et al., Va., W., 4:92-CV-27; **(D-802)** Phillips v. Showa Denko America, et al., Va., W., 7:92-CV-606 -- Notified involved clerks and judges -- (rew) |
| 92/09/29 | | TRANSFER ORDER -- **D-742** Jo Ann Phillips v. Showa Denko, K.K., et al., M.D. Florida, C.A. No. 8:92-CV-440 **(Action transferred to D. South Carolina)** -- Notified involved counsel, judges, clerks and panel judges (rh) |
| 92/10/07 | 157 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. Bianca Brown; Earl Frieden, et al.; Brigid Michaels, et al.; Irving Fleet, et al.; in **(D-803)** Brown v. Showa Denko K.K., et al., S.D. Fla., 9:92-CV-8502; **(D-805)** Frieden, et al. v. Showa Denko K.K., et al., N.D. Fla., 4:92-CV-40319; **(D-810)** Michaels, et al. v. Show Denko K.K., et al., M.D. Fla., 3:92-CV-819; **(D-811)** Fleet, et al. v. Showa Denko K.K., et al., N.D. Fla., 4:92-CV-40333; -- Notified involved counsel and judges (lg)  (Recv'd 10/06/92) |

JPML FORM 1A                                                               280

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 --  _____

---

### Pleading Description

---

| | | |
|---|---|---|
| 92/10/08 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- **(D-804)** Westbrook, et al. v. Showa Denko K.K., et al.; Triarco Corp. v. Showa Denko K.K., et al.; IDE Interstate, Inc. v. Showa Denko K.K., et al., S.D. Texas, 6:92-CV-19; **(D-806)** Ikeler v. Showa Denko K.K., et al., N.D. Calif., 3:92-CV-3237; **(D_807)** Nightingale v. Showa Denko K.K., et al., E.D. Michigan, 2:92-CV-74252; **(D-808)** Dempsey, et al. v. General Nutrition Corp., et al., D. Maine, 2:92-CV-251; **(D-809)** Huddleston, et al. v. Showa Denko America, S.D. N.Y., 1:92-CV-6116; **(D-812)** Rioux, et al. v. showa Denko K.K., et al., D. N.H., 1:92-V-408; **(D-813)** D'Agostino, et al. v. Showa Denko K.K., et al., D. N.J., 2:91-CV-4986 -- Notified involved judges and clerks (lg) |
| 92/10/21 | 158 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (re: pldg.#157) Filed by Pltfs. Brigid Michaels, et al. w/cert. of svc. (lg) Michaels, et al. v. Showa Denko K.K., et al., FLA., M., C.A. No. 3:92-CV-819 |
| 92/10/21 | 159 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (re: pldg.#157) Filed by Pltfs. Irving Fleet, et al. w/cert. of svc. (lg) Fleet, et al. v. Showa Denko K.K., et al., Fla., N., C.A. No. 4:92-CV-40333 |
| 92/10/21 | 160 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (re: pldg.#157) Filed by Pltf. Bianca Brown w/cert. of svc. (lg) Brown v. Showa Denko K.K., et al. Fla., S. C.A. No. 9:92-CV-8502 |
| 92/10/21 | 161 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (re: pldg.#157) Filed by Pltfs. Earl Frieden, et al. w/cert. of svc. (lg) - Frieden, et al. v. Showa Denko K.K., et al., Fla., N., C.A. No. 4:92-CV-40319 |
| 92/10/22 | | AMENDED CERTIFICATE OF SERVICE -- Filed by Pltfs. Brigid Michaels, et al.; Irving Fleet, et al.; Bianca Brown; and Earl Frieden, et al. in D-803, D-805, D-810 and D-811 -- (Attached to original pleadings #158-161) (lg) |
| 92/10/23 | | HEARING ORDER -- setting oppositions of pltfs. **D-774** Bryan and **D-777** Green to transfer for Panel Hearing in Jacksonville, Florida on November 20, 1992 -- Notified involved judges, clerks and counsel (bas) |
| 92/11/09 | 162 | RESPONSE, MEMORANDUM -- (re: pldgs.#158-161) Filed by Defts. Showa Denko K.K., Showa Denko America, Inc., General Nutrition Corp. and Walgreen Co. -- w/Exhibits A, B and cert. of svc. (lg) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

865 --- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation (No. II)

| | |
|---|---|
| 92/11/12 | CONDITIONAL TRANSFER ORDER FILED TODAY -- (D-815) Claradell Clark, et al. v. Walgreen Laboratories, Inc., et al., S.D. Florida, C.A. No. 0:92-CV-6839; (D-816) Gloria S. Graham, et al. v. Showa Denko, K.K., et al., S.D. Florida, C.A. No. 9:92-CV-8503; (D-817) Lorraine Herring Rorex v. Showa Denko America, Inc., M.D. Georgia, C.A. No. 5:92-CV-211; (D-818) James H. Butler, et al. v. Rite Aid Corp., et al., D. Maryland, C.A. No. 1:92-CV-2734; (D-819) Mary Ellen Dolson v. Showa Denko, K.K., et al., E.D. Missouri, C.A. No. 4:92-CV-2019; (D-820) James A. Fox v. Showa Denko, K.K., et al., D. New Jersey, C.A. No. 2:92-CV-4985; (D-821) Marie Bond v. Showa Denko, K.K., et al., D. New Mexico, C.A. No. 6:92-CV-668; (D-822) Johanna Case v. Showa Denko, K.K., et al., D. New Mexico, C.A. No. 1:92-CV-990; (D-823) Delia Lopez v. Showa Denko, K.K., et al., D. New Mexico, C.A. No. 1:92-CV-667; (D-824) Blaire Degrado, et al. v. Showa Denko, K.K., et al., S.D. New York, C.A. No. 1:92-CV-6845; (D-825) Edwanna Fields v. Goldline Laboratories, Inc., et al., E.D. North Carolina, C.A. No. 3:92-CV-107; (D-826) Linda Haynes v. General Nutrition Corp., et al., M.D. North Carolina, C.A. No. 6:92-CV-603; (D-827) Norma S. West, et al. v. Showa Denko, K.K., et al., W.D. North Carolina, C.A. No. 3:92-CV-365; (D-828) Ellen Unell, et al. v. Showa Denko America, Inc., et al., S.D. Texas, C.A. No. 3:92-CV-152; (D-829) Elizabeth M. Bybee v. Showa Denko America, Inc., et al., E.D. Virginia, C.A. No. 4:92-CV-114 - Notified involved counsel and judges (dld) |
| 92/11/17 | HEARING APPEARANCES -- (for Panel Hearing on 11/20/92 in Jacksonville, Florida) -- LAURA CRANE, ESQ. for Anna Green and Christa Bryan; MATTHEW D. SLATER, ESQ. for Showa Denko America, Inc. and Walgreen Co. (bas) |
| 92/11/17 | WAIVER OF ORAL ARGUMENT -- (for Panel Hearing on 11/20/92 in Jacksonville, Florida) -- General Nutrition, Inc., General Nutrition Corp., and General Nutrition Products, Inc. (bas) |
| 92/11/24 | TRANSFER ORDER -- (D-774) Christa Bryan v. Showa Denko, K.K., et al., D. New Mexico, C.A. No. 6:91-1227; (D-777) Anna Green v. Showa Denko, K.K., et al., N.D. Tex., C.A. No. 1:91-128 -- Notified involved counsel, judges, clerks and panel judges (bas) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 92/11/30 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- **(D-815)** Claradell Clark, et al. v. Walgreen Laboratories, Inc., et al., S.D. Florida, No. 92-CV-6839; **(D-816)** Gloria S. Graham, et al. v. Showa Denko K.K., et al., S.D. Florida, No. 9:92-CV-8503; **(D-817)** Lorraine Herring Rorex v. Showa Denko America, Inc., M.D. Georgia, No. 5:92-CV-211; **(D-818)** James H. Butler, et al. v. Rite Aid Corp., et al., D. Maryland, No. 1:92-CV-2734; **(D-819)** Mary Ellen Dolson v. Showa Denko K.K., et al., E.D. Missouri, No. 4:92-CV-2019; **(D-820)** James A. Fox v. Showa Denko K.K., et al., D. New Jersey, No. 2:92-CV-4985; **(D-821)** Marie Bond v. Showa Denko K.K., et al., D. New Mexico, No. 6:92-CV-668; **(D-822)** Johanna Case v. Showa Denko K.K., et al., D. New Mexico, No. 1:92-CV-990; **(D-823)** Delia Lopez v. Showa Denko K.K., et al., D. New Mexico, No. 1:92-CV-667; **(D-824)** Blaire Degrado, et al. v. Showa Denko K.K., et al., S.D. New York, No. 1:92-CV-6845; **(D-825)** Edwanna Fields v. Goldline Laboratories, Inc., et al., E.D. North Carolina, No. 3:92-CV-107; **(D-826)** Linda Haynes v. General Nutrition Corp., et al. M.D. North Carolina, No. 6:92-CV-603; **(D-827)** Norma S. West, et al. v. Showa Denko K.K., et al., W.D. North Carolina, No. 3:92-CV-365; **(D-828)** Ellen Unell, et al. v. Showa Denko America, Inc., et al., S.D. Texas, C.A. No. 3:92-CV-152; **(D-829)** Elizabeth M. Bybee v. Showa Denko America, Inc., et al., E.D. Virginia, No. 4:92-CV-114 -- Notified involved judges and clerks (lg) |
| 92/12/04 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- **(D-831)** Annabell Munson, et al. v. Showa Denko K.K., et al., E.D. Wash., 2:92-CV-3120; **(D-832)** Frances Bullard, et al. v. P. Leiner Nutritional Products, Inc., et al., D. Minn., 4:92-CV-936; **(D-834)** Vicki L. Norris v. Showa Denko K.K., et al., W.D. Wash., 3:92-CV-5554 - Notified involved counsel and judges (lg) |
| 92/12/04 | 163 | SUUPPLEMENTAL RESPONSE -- (re: pldg. #162) Filed by Defts. Showa Denko K.K., Showa Denko American, Inc., General Nutrition Corp. and Walgreen Co. w/cert of svc. (nng) |
| 92/12/16 | | HEARING ORDER -- Setting following oppositions for hearing on 1/29/93 in Fort Myers, Fla. - **(D-810)** Michaels, et al. v. Showa Denko K.K., et al., M.D. Fla., 3:92-819; **(D-805)** Frieden, et al. v. Showa Denko K.K., et al., N.D. Fla., 4:92-40319; **(D-811)** Fleet, et al. v. Showa Denko K.K., et al., N.D. Fla., 4:92-40333; **(D-803)** Brown v. Showa Denko K.K., et al., S.D. Fla., 9:92-8502 - Notified involved counsel, judges & clerks (lg) |

p 83

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 865 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/12/21 | 164 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf in D-831 Annabell Munson, et al. v. Showa Denko K.K., et al., E.D. Wash, 2:92-CV-3120 -- Notified involved counsel and judges (nng) |
| 92/12/22 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- (D-832) Frances Bullard, et al. v. P. Leiner Nutritional Products, Inc., et al., D. Minn., 4:92-CV-936; (D-834) Vicki L. Norris v. Showa Denko K.K., et al., W.D. Wash., 3:92-CV-5554 -- Notified involved clerks and judges (nng) |
| 92/12/23 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (D-835) Graham, et al. v. Showa Denko K.K., et al., D. Arizona, 2:92-CV-2115; (D-836) Schirtzinger v. P. Leiner Nutritional products, Inc., et al., M.D. Forida, 8:92-CV-1221; (D-837) Birdsall, et al. v. Shoaw Denko K.K., et al., D. Maine, 1:92-CV-232; (D-838) Foster, et al. v. Showa Denko K.K., et al., S.D. Mississippi, 1:92-CV-0548 - Notified involved counsel & judges (lg) |

ON:  In re Showa Denko K.K. L-Tryptophan Product: Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| November 16, 1990 | December 7, 1990 | TO | Unpublished | D. South Carolina | Hon. Matthew J. Perry, Jr. | |

Ann A. Birch
rk, U.S. District Court
  Box 867
umbia, S.C.   29202

**Special Transferee Information**

DATE CLOSED: _____

tact:  Stella Donalon 803-765-5816

DOCK.                    ...e Showa Denko K.K. L-Tryptophan Pr.          ...' Litigation

| Intra-office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Dario Berizzi v. Showa Denko K.K., et al. | Conn. Daly | B-90-093(TFGD) | 12-7-90 | 90-2964 | 7/29/92D | |
| A-2 | Deborah Scezla v. Showa Denko K.K., et al. | Conn. Daly | B-90-199(TFGD) | 12-7-90 | 90-2965 | | |
| A-3 | Harriet Bessey v. Showa Denko K.K., et al. | Conn. Daly | B-90-196(TFGD) | 12-7-90 | 90-2966 | | |
| A-4 | Jeanette Robledo, et al. v. Showa Denko K.K., et al. | Conn. Daly | B-90-198(TFGD) | 12-7-90 | 90-2967 | | |
| A-5 | Deborah Stack v. Showa Denko K.K., et al. | Conn. Daly | B-90-197(TFGD) | 12-7-90 | 90-2968 | | |
| A-6 | Millicent Davison v. Showa Denko K.K., et al. | Conn. Daly | B-90-200(TFGD) | 12-7-90 | 90-2969 | | |
| A-7 | Ora Elizabeth Wynn v. Showa Denko America, Inc. | Ga,N. Murphy | 4:90-CV-132-HLM | 12-7-90 | 90-2970 | | |
| A-8 | Doris Wolf v. General Nutrition Products, Inc., et al. | Iowa,S. Wolle | 90-0274-A | 12-7-90 | 90-2971 | | |
| A-9 | Cheryl Diane James v. General Nutrition Products, Inc., et al. | | 90-0275-A | 12-7-90 | 90-2972 | | |

JPML FORM 1.   FORM 1. -- Continued   Actions

DOCKET NO.   865   -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Lola J. Rapoport, et al. v. P. Leiner Nutritional Products Corp., et al. | Md. Howard | JH-90-397 | 12-7-90 | 90-2973 | 5/21/92 D | |
| A-11 | Mildred M. Haas v. Atmark, Inc., et al. | Minn. McLaughlin | 4-90-CV-118 | dismissed | 10/17/90 | | NOT TRANSFERRED |
| A-12 | Judy Paulsen, et al. v. Showa Denko K.K., et al. | N.Mex. Campos | CIV90-0166SC | 12-7-90 | 90-2974 | 7/29/92 D | |
| A-13 | Martin Bromberg, et al. v. The Solgar Co., Inc., et al. | N.Y.,E. Spatt | 90-304 | 12-7-90 | 90-2975 | | |
| A-14 | Cheryl A. Everett, et al. v. Nature's Bounty, Inc., et al. | Ohio,S. Rubin | C2-90-036 | 12-7-90 | 90-2976 | 12-19-91 D | |
| A-15 | Myrna Goldfarb, et al. v. Showa Denko America, et al. | Ohio,S. Weber | C1-90-469 | 12-7-90 | 90-2977 | | |
| A-16 | Nancy Murrow, et al. v. Nature's Bounty, Inc., et al. | Okla.,W. Thompson | 90-529T | 12-7-90 | 90-2978 | | |
| A-17 | Shirley Trachtman, et al. v. Nature's Bounty, Inc., etc. | Pa.,E. Katz | 90-2271 | 12-7-90 | 90-2979 | 9/19/91 D | |
| A-18 | Willard D. Mann, et al. v. Star Professional Pharmaceuticals, Inc. d/b/a Star Pharmaceutical, et al. | S.C. Perry | 7:90-872-0 | | | | |
| A-19 | Kathy Irene Beheler v. Star Professional Pharmaceuticals, Inc. d/b/a Star Pharmaceutical, et al. | S.C. Perry | 7:90-0463-0 | | | | |

DOCKET NO. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-20 | Elsie M. Floyd, et al. v. Star Professional Pharmaceuticals, Inc. d/b/a Star Pharmaceutical, et al. | S.C. Perry | 7:90-0121-0 | | | | |
| A-21 | Linda Williams Hicks, et al. v. Star Pharmaceuticals, Inc. d/b/a Star Pharmaceutical, et al. | S.C. Perry | 7:90-0645-0 | | | | |
| A-22 | Joan Greenway, et al. v. Star Professional Pharmaceuticals, Inc. d/b/a Star Pharmaceutical, et al. | S.C. Perry | 7:90-0462-0 | | | | |
| A-23 | Tammy Solmon Mullinax, et al. v. Star Professional Pharmaceuticals, Inc. d/b/a Star Pharmaceutical, et al. | S.C. Perry | 7:90-0009-0 | | | | |
| A-24 | Joseph B. Plumley v. Star Professional Pharmaceuticals, Inc. d/b/a Star Pharmaceutical, et al. | S.C. Perry | 7:90-0587-0  0578 | | | | |
| A-25 | Catha W. Reid v. Star Professional Pharmaceuticals, Inc. d/b/a Star Pharmaceutical, et al. | S.C. Perry | 7:90-0548-0 | | | | |
| A-26 | Gladys W. Solmon, et al. v. Star Professional Pharmaceuticals, Inc. d/b/a Star Pharmaceutical, et al. | S.C. Perry | 7:90-0120-0 | | | | |
| A-27 | Susan P. Teague, et al. v. Star Professional Pharmaceuticals, Inc. d/b/a Star Pharmaceutical, et al. | S.C. Perry | 7:90-0122-0 | | | | |
| A-28 | Diann F. Bell, et al. v. Star Professional Pharmaceuticals, Inc., et al. | S.C. Perry | | | | | |

DOCKET NO. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-27 | Susan P. Teague, et al. v. Star Professional Pharmaceuticals, Inc. d/b/a Star Pharmaceutical, et al. | S.C. Perry | 7:90-0122-0 | | | | |
| A-28 | Diann F. Ball, et al. v. Star Professional Pharmaceuticals, Inc., et al. | S.C. Perry | 7:90-1702-0 | | | | |
| A-29 | Anthony Bryson v. General Nutrition Corporation, et al. | S.C. Perry | 7:90-1711-0 | | | | |
| A-30 | Sylvia J. Campbell, et al. v. Star Professional Pharmaceuticals, Inc., et al. | S.C. Perry | 7:90-1703-0 | | | | |
| A-31 | Joyce V. Dobson, et al. v. General Nutrition Corporation, et al. | S.C. Perry | 7:90-1710-0 | | | | |
| A-32 | Charlotte Greene, et al. v. Star Professional Pharmaceuticals, Inc., et al. | S.C. Perry | 7:90-1704-0 | | | | |
| A-33 | David O. Isham, et al. v. Star Professional Pharmaceuticals, Inc., et al. | S.C. Perry | 7:90-1705-0 | | | | |
| A-34 | Edward E. Plumly, et al. v. Star Pharmaceuticals, Inc., et al. | S.C. Perry | 7:90-1706-0 | | | | |
| A-35 | Roy A. Poole, et al. v. Star Professional Pharmaceuticals, Inc., et al. | S.C. Perry | 7:90-1707-0 | | | | |
| A-36 | Donald M. Rogers, et al. v. Star Professional Pharmaceuticals, Inc., et al. | S.C. Perry | 7:90-1712-0 | | | | |
| A-37 | William Rogers v. Star Professional Pharmaceuticals, Inc., et al. | S.C. Perry | 7:90-1708-0 | | | | |

DOCKET NO. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-38 | Thomas A. Sawyer, et al. v. Star Professional Pharmaceuticals, Inc., et al. | S.C. Perry | 7:90-1709-0 | | | | |
| A-39 | Doris S. Ridley, et al. v. Star Professional Pharmaceuticals, Inc., et al. | S.C. Perry | 7:90-1939-0 | | | | |
| A-40 | Michele Noullet, et al. v. General Nutrition Corporation, et al. | S.C. Perry | 7:90-2199-0 | | | 4/6/92 D | |
| B-41 | Virginia Marie Bullard, et al. v. Walgreen Co., et al. DEC 21 1990 | Colo. Weinshienk | 90-Z-1399 | 1-8-91 | 91-78-0 | | |
| B-42 | Doris Chalkey, et al. v. Showa Denko K.K., et al. DEC 21 1990 | Colo. Weinshienk | 90-825 | 1-8-91 | 91-79-0 | | |
| B-43 | S. Janet McCain v. General Nutrition Co., et al. DEC 21 1990 | Kan. Crow | 90-2190-C | 1-8-91 | 91-80-0 | | |
| B-44 | Joseph Bueche, et al. v. Nature Made Nutritional Products, et al. DEC 21 1990 | La.,M. Polozola | 90-694-B | 1-8-91 | 91-81-0 | | |
| B-45 | Debra Flick, et al. v. Naturemade Nutritional Products, et al. DEC 21 1990 Shn KK, 1-4-91 | Minn. Devitt | 3-90-462 | 4/4/91 | 7:91-995 | | |
| B-46 | Ellen Dickson v. Goldline Laboratories, et al. Dismissed 1-7-91 DEC 21 1990 | Okla.,W. Daugherty | CIV-90-492-D | 4/4/91 | 7:91-994 | | |
| B-47 | Dauna L. Bauer v. Showa Denko K.K., et al.; and Twin Laboratories, Inc. v. Showa Denko K.K., et al. Dismissed 1-7-91 DEC 21 1990 | Wash.,E. McNichols | CS-90-340-RJM | 4/4/91 | 7:91-1002 | settled 12/27/91 | |
| B-48 | Robert Sease, et al. v. Showa Denko K.K. et al. DEC 21 1990 | Colo. Weinshienk | 90-1002 | 1-8-91 | 91-82-0 | 1-28-92 D Colo. | |

DOCKET NO. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-49 | Audrey Blumberg, et al. v. Solgar, Inc. v. Showa Denko K.K., et al. DEC 21 1990 DISMISS 1-4-91 | N.Y.,E. Korman | CV-90-1479 | 4/4/91 | 7:91-992 | | |
| B-50 | Blossom Offenkrantz, et al. v. Puritan Pride, Inc., et al. DEC 21 1990 | N.Y.,E. Spatt | CV-90-1637 | 1-8-91 | 7:91-86-C | | |
| B-51 | Leslie Horowitz, et al. v. Star Pharmaceuticals, Inc., et al. DEC 21 1990 | N.Y.,E. Spatt | CV-90-1638 | 1-8-91 | 7:91-87-C | | |
| B-52 | Debra K. Le Fevre, et al. v. General Nutrition Corp., et al., and General Nutrition Corp. v. Showa Denko of America, Inc., et al. DEC 21 1990 | N.Y.,E. Spatt | 90-CV-1639 | 1-8-91 | 7:91-88-C | | |
| B-53 | Dana Fischer v. General Nutrition Corp., et al.; and General Nutrition Corp. v. Showa Denko, K.K., et al. DEC 21 1990 | N.Y.,E. Caden (Mag.) | 90-CV-1640 | 1-8-91 | 7:91-89-C | | |
| B-54 | Angela McLoskey, et al. v. County Life Manufacturing, Inc., et al.; and General Nutrition Corp. v. Showa Denko of America, Inc., et al. DEC 21 1990 | N.Y.,E. Spatt | 90-CV-1641 | 1-8-91 | 7:91-90-C | | |
| B-55 | Linda Russo Gilbert v. General Nutrition Corp., et al., and General Nutrition Corp. v. Showa Denko K.K., et al. DEC 21 1990 | N.Y.,E. Spatt | 90-CV-1642 | 1-8-91 | 7:91-91-C | | |
| B-56 | Theodore Teah v. General Nutrition Corp., et al.; and General Nutrition Corp. v. Showa Denko of America, Inc. DEC 21 1990 | N.Y.,S. Brieant | 90-CIV-3103 | 1-8-91 | 7:91-92-C | | |

DOCKET NO. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-57 | Mara Lieberman, et al. v. Leroy Pharmacies, Inc., et al. DEC 2 1 1990 | N.Y.,S. Ward | 90-CIV-3104 | 1-8-91 | 7:91-93-C | | |
| B-58 | Joan Abrahamson, et al. v. General Nutrition Corp., et al. DEC 2 1 1990 | N.Y.,S. Stewart | 90-CIV-3352 | 1-8-91 | 7:91-94-C | | |
| B-59 | Michael A. Graveline, et al. v. The Solgar Co., et al. DEC 2 1 1990 | N.Y.,S. Stanton | 90-CIV-3842 | 1-8-91 | 7:91-95-C | | |
| B-60 | Arleen Jolley, et al. v. Twin Laboratories, Inc., et al. DEC 2 1 1990 | N.Y.,S. Lasker | 90-CIV-3946 | 1-8-91 | 7:91-96-C | | |
| B-61 | Betty J. Flaming, et al. v. Showa Denko of America, Inc., et al. DEC 2 1 1990 | N.Y.,S. Cannella | 90-CIV-4512 | 1-8-91 | 7:91-97-C | 4/27/92 | |
| B-62 | Susan Weber, et al. v. The Solgar Co., Inc., et al. DEC 2 1 1990 | N.Y.,S. Ward | 90-CIV-4513 | 1-8-91 | 7:91-98-C | | |
| B-63 | Bonita Nelson v. General Nutrition Corp., et al. DEC 2 1 1990 | N.Y.,S. McKenna | 90-CIV-4984 | 1-8-91 | 7:91-83-C | 5/22/92 | |
| B-64 | Eckhardt Lynn Hunter, et al. v. Showa Denko K.K., et al. DEC 2 1 1990 | N.Y.,S. Haight | 90-CIV-5422 | 1-8-91 | 7:91-99-C | | |
| B-65 | Charles H. Whipple, et al. v. Twin Laboratories, Inc., et al. DEC 2 1 1990 | N.Y.,S. Haight | 90-CIV-6464 | 1-8-91 | 7:91-101-C | | |
| B-66 | JoAnn Peyton Taylor v. Natrol, Inc., et al. DEC 2 1 1990 | N.Y.,S. Cannella | 90-CIV-6467 | 1-8-91 | 7:91-102-C | | |

JBML FORM 1 -- Continuation

Listing of Involved Actions -- p. 8

DOCKET NO. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-67 | Robert A. Peck, et al. v. Jameson Pharmaceuticals Co., et al. DEC 21 1990 | N.Y.,S. Ward | 90-CIV-6468 | 1-8-91 | 7.91-103-C | | |
| B-68 | Mildred Rosenberger, et al. v. Freshlabs, Inc., et al. DEC 21 1990 | N.Y.,S. Haight | 90-CIV-6471 | 1-8-91 | 7.91-104-C | | |
| B-69 | Clair G. Moses, et al. v. The Solgar Co., Inc., et al. DEC 21 1990 | N.Y.,S. Stanton | 90-CIV-6473 | 1-8-91 | 7.91-105-C | | |
| B-70 | Catherine A. Michaud, et al. v. Pharmavite Corp., et al. DEC 21 1990 | N.Y.,S. Griesa | 90-CIV-6474 | 1-8-91 | 7.91-106-C | | |
| B-71 | Anthony J. Dziepak, et al. v. The Solgar Co., Inc., et al. DEC 21 1990 | N.Y.,S. Edelstein | 90-CIV-6475 | 1-8-91 | 7.91-107-C | | |
| B-72 | Gloria Lee, et al. v. Bio-Energy, Inc., et al. DEC 21 1990 | N.Y.,S. Conner | 90-CIV-6476 | 1-8-91 | 7.91-108-C | | |
| B-73 | Helen Ann DeWeese v. Star Pharmaceuticals, Inc., et al. DEC 21 1990 | N.Y.,S. Sweet | 90-CIV-6477 | 1-8-91 | 7.91-109-C | 12/19/91 D | |
| B-74 | Patricia A. Cornaglia, et al. v. Jameson Nutritional Division, et al. DEC 21 1990 | N.Y.,S. Kram | 90-CIV-6479 | 1-8-91 | 7.91-110-C | | |
| B-75 | Lois Fordyce, et al. v. Showa Denko K.K., et al. DEC 21 1990 | N.Y.,S. Sprizzo | 90-CIV-6481 | 1-8-91 | 7.91-111-C | | |
| B-76 | Cynthia Attwood v. General Nutrition Corp., et al. DEC 21 1990 | N.Y.,S. Martin | 90-CIV-6482 | 1-8-91 | 7.91-112-C | 7/23/92 D | |

DOCKET NO. 865 -- In re Showa Denko K.K, L-Tryptophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-77 | Fayne N. Wearne, et al. v. Hudson Corp., et al. DEC 21 1990 | N.Y.,S. Cedarbaum | 90-CIV-6503 | 1-8-91 | 7.91-113-C | | |
| B-78 | Anna Tubbs, et al. v. General Nutrition Corp., et al. DEC 21 1990 | N.Y.,S. Lowe | 90-CIV-6504 | 1-8-91 | 7.91-114-C | | |
| B-79 | Patricia A. Schlosser, et al. v. Walgreen's Co., et al. DEC 21 1990 | N.Y.,S. Conner | 90-CIV-6506 | 1-8-91 | 7.91-115-C | 4/6/92D | |
| B-80 | Janna Broili Rood v. The Solgar Co., Inc., et al. DEC 21 1990 | N.Y.,S. Edelstein | 90-CIV-6512 | 1-8-91 | 7.91-116-C | | |
| B-81 | Mary L. McAllister v. Osco Drugs, Inc., et al. DEC 21 1990 | N.Y.,S. Sprizzo | 90-CIV-6513 | 1-8-91 | 7.91-117-C | | |
| B-82 | Mary J. Hetzel, et al. v. Puritan's Pride, Inc., et al. DEC 21 1990 | N.Y.,S. McKenna | 90-CIV-6514 | 1-8-91 | 7.91-118-C | | |
| B-83 | Glenn Reece Drake v. IGA Food Stores, Inc., et al. DEC 21 1990 | N.Y.,S. Sweet | 90-CIV-6515 | 1-8-91 | 7.91-119-C | 9/1/92D | |
| B-84 | Barbara Crist, et al. v. Showa Denko K.K., et al. DEC 21 1990 | N.Y.,S. Leisure | 90-CIV-6517 | 1-8-91 | 7.91-120-C | 4/6/92D | |
| B-85 | Henry Robinson Clay v. Natural Wealth, Inc., et al. DEC 21 1990 | N.Y.,S. Duffy | 90-CIV-6526 | 1-8-91 | 7.91-121-C | | |
| B-86 | Molly W. Brewer v. General Nutrition Corp., et al. DEC 21 1990 | N.Y.,S. Griesa | 90-CIV-6527 | 1-8-91 | 7.91-122-C | | |
| B-87 | Shirley Ann Lindquist, et al. v. General Nutrition Corp., et al. DEC 21 1990 | N.Y.,S. Kram | 90-CIV-6592 | 1-8-91 | 7.91-123-C | | |

DOCKET NO. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-88 | Anna Mae Windle v. Puritan's Pride, et al.   DEC 21 1990 | N.Y.,S. Griesa | 90-CIV-6593 | 1-8-91 | 7:91-124-C | | |
| B-89 | Renee Veronica McCormick, et al. v. Puritan's Pride, et al.   DEC 21 1990 | N.Y.,S. Haight | 90-CIV-6596 | 1-8-91 | 7:91-125-C | | |
| B-90 | Christopher Wilkinson, et al. v. Source Naturals, Inc., et al.   DEC 21 1990 | N.Y.,S. Duffy | 90-CIV-6598 | 1-8-91 | 7:91-126-C | | |
| B-91 | Gretchen T. Zoerner, et al. v. Showa Denko K.K., et al.   DEC 21 1990 | N.Y.,S. Leisure | 90-CIV-6599 | 1-8-91 | 7:91-127-C | | |
| B-92 | Carl Van Buskirk, et al. v. Albertson's, et al.   DEC 21 1990 | N.Y.,S. Kram | 90-CIV-6600 | 1-8-91 | 7:91-128-C | 4/37/92D | |
| B-93 | Pauline Marine, etc. v. The Solgar Co., Inc., et al.   DEC 21 1990 | N.Y.,S. Griesa | 90-CIV-6601 | 1-8-91 | 7:91-129-C | | |
| B-94 | Martha Baldwin v. The Solgar Co., Inc., et al.   DEC 21 1990 | N.Y.,S. Duffy | 90-CIV-6602 | 1-8-91 | 7:91-130-C | | |
| B-95 | Mary Anne Carroll v. Puritan's Pride, et al.   DEC 21 1990 | N.Y.,S. Edelstein | 90-CIV-6603 | 1-8-91 | 7:91-131-C | | |
| B-96 | Mary Ann Cleaton, et al. v. Goldline, Inc., et al.   DEC 21 1990 | N.Y.,S. Edelstein | 90-CIV-6604 | 1-8-91 | 7:91-132-C | | |
| B-97 | Janet M. Helm v. Showa Denko K.K., et al.   DEC 21 1990 | N.Y.,S. Leval | 90-CIV-6605 | 1-8-91 | 7:91-133-C | 4/37/92D | |

DOCKET NO. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-98 | Suzanne O. Bowler v. People's Drug Stores, Inc., et al. DEC 21 1990 | N.Y.,S. Cedarbaum | 90-CIV-6606 | 1-8-91 | 7.91-134-C | 4/27/92D | |
| B-99 | Karen Anderson Grace, et al. v. General Nutrition Corp., et al. DEC 21 1990 | N.Y.,S. Conboy | 90-CIV-6607 | 1-8-91 | 7.91-135-C | 1-10-92D | |
| B-100 | Kathleen M. Griffin v. Nutrients Best, Inc., et al. DEC 21 1990 | N.Y.,S. Conboy | 90-CIV-6608 | 1-8-91 | 7.91-136 C | | |
| B-101 | Jane A. Gardner v. Rite Aid Corp., et al. DEC 21 1990 | N.Y.,S. Leval | 90-CIV-6609 | 1-8-91 | 7.91-137 C | | |
| B-102 | Carolyn A. Heishman v. The Solgar Co., Inc., et al. DEC 21 1990 | N.Y.,S. Sprizzo | 90-CIV-6674 | 1-8-91 | 7.91-138-C | 9/1/92D | |
| B-103 | Kathy Sundquist v. Showa Denko K.K., et al. DEC 21 1990 | N.Y.,S. Lowe | 90-CIV-6676 | 1-8-91 | 7.91-139 C | 8/31/92D | |

JBML FORM 1 -- Continuation ®

Listing of Involved Actions -- p. 12

DOCKET NO. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Lit.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-104 | Ora Lee Brown v. General Nutrition Corp., et al. VACATED | Ark., E. Wright | 90-CV-86 | | | | GTO VACATED 1/10/91 |
| B-105 | Judith Harte, et al. v. Showa Denko, K.K., et al. 12/26/90 opposed 1/14/91 | Calif., C. Rea | 90-6018-WJR | 2-5-91 | 7-91-413 #3 | 6/8/92 | opposition withdrawn |
| B-106 | Joyce Shankle v. General Nutrition Corp. et al. 12/26/90 opposed 1/8/91 | Calif., C. Price | 90-CV-487 | 1/4/91 | 7:91-999 | | |
| B-106A | Maria E. Perlas v. General Nutrition Corp. 12/26/90 | Calif., N. Ingram | 90-CV-20337 | 1-11-91 | 7:91-159 | | |
| B-107 | John J. Janick, M.D. v. Showa Denko, K.K., et al. 12/26/90 | Fla., M. Castagna | 90-CV-179 | 1-11-91 | 91-160 | | |
| B-108 | Joseph Assalita, et al. v. Showa Denko, K.K., et al. VACATED 12/26/90 | Fla., S. Gonzalez | 90-CV-8430 | | | | GTO VACATED 1/10/91 |
| B-109 | Wade Day, et al. v. Showa Denko, K.K., et al. 12/26/90 | Ga., N. Evans | 90-CV-1867 | 1-11-91 | 91-161 | | |
| B-110 | Marilyn McInnis v. Twin Laboratories, Inc., et al. 12/26/90 | Hawaii Ezra | 90-00519-ACK | 1-11-91 | 91-162 | | |
| B-111 | Estelle Murphy, etc. v. P. Leiner Nutritional Products Corp., et al. 12/26/90 | Hawaii Fong | 90-00493-DAE | 1-11-91 | 91-163 | 8/1/91 | |
| B-112 | Claudia Rice v. Showa Denko America, Inc., et al. 12/26/90 | Hawaii Ezra | 90-00518-ACK | 1-11-91 | 91-164 | | |

DOCKET NO. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-113 | Francis Rogers v. General Nutrition Centers, Inc., et al. | Ill., N. Kocoras | 90-CV-5341 | 1-11-91 | 91-165 | | |
| B-114 | Berdella J. Stefani v. P. Leiner Nutritional Products, Corp., et al.; and General Nutrition Products, Inc. v. Showa Denko, K.K. v. Showa Denko American, Inc. | Iowa, S. Vietor | 90-0296-B | 1-11-91 | 91-166 | | |
| B-115 | Emma Jean Van Gorp v. General Nutrition Products, Inc., et al. | Iowa, S. Wolle | 90-0389-A | 1-11-91 | 91-167 | | |
| B-116 | Marilyn Kristen Porter, et al. v. Showa Denko, K.K., et al. | Ky., W. Ballantine | C-90-0713-L-B | 1-11-91 | 91-168 | | |
| B-117 | Joan M. Berry v. Goldline Laboratories, Inc. | Mich., W. Gibson | 90-CV-948 | VACATED 2-6-91 | | | |
| B-118 | Ellen Briskman, et al. v. General Nutrition Corp., et al. | Minn. Renner | 3-90-CV-118 | 4/4/91 | 7:91-996 | | |
| B-119 | Sharon M. Holmquist, et al. v. Showa Denko K.K., et al. | Minn. Murphy | 4-90-866 | 1-11-91 | 91-169 | | |
| B-120 | Florence B. Powers v. General Nutrition Corp. | Minn. Rosenbaum | 90-CV-136 | 1-11-91 | 91-170 | 7/31/91 | |

DOCKET NO. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-121 | Nancy K. Walsh v. Atmark, Inc., et al. _12/26/90_ | Minn. Doty | 90-CV-135 | 1-11-91 | 91-171 | | |
| B-122 | Ray E. Pruett, et al. v. Goldline Laboratories, Inc., et al. _12/26/90_ | Mo., W. Whipple | 90-CV-752-W-1 | 1-11-91 | 91-172 | | |
| B-123 | Shirley Jones v. Gold Line Laboratories, Inc., et al. _12/26/90_ | Mo., W. Sachs | 90-3486-CV-S-2 | 1-11-91 | 91-173 | | |
| B-124 | Bernard Librach, et al. v. Showa Denko, K.K., et al. _12/26/90_ | Mo., E. Harper | 90-2171-C-A | 1-11-91 | ~~91-174~~ | ~~1-31-91~~ | |
| B-125 | Clainre Fallon v. Showa Denko America, Inc. _12/26/90_ | Ohio, N. Batchelder | 90-CV-1690 | 1-11-91 | 91-175 | 9/28/92 D | |
| B-126 | Jan Ritter v. Showa Denko America, Inc. _12/26/90_ | Ohio, S. Kinneary | 90-CV-716 | 1-11-91 | 91-176 | 2/5/93 D | |
| B-127 | Elene Decker, et al. v. Walmart Stores, Inc., et al.; Wal-Mart Stores, Inc. v. Showa Denko, K.K.; Nutrilite Products, Inc., et al.; v. Showa denko America, Inc., et al.; Gibson Pharmacy of Durant, Inc. d/b/a Wal-Mart Pharmacy, et al. v. Williams generics, Inc.; and Williams Generics v. West Coast Lab., Inc., et al. _12/26/90_ OBOPSed 1-16-91 | Okla., E. Seay | CIV-90-145-S | 2-12-91 | vacated --> | | |
| B-128 | Phillip Hacker v. Skaggs Alpha Beta, Inc. v. Showa Denko K.K., et al. _12/26/90_ | Okla., E. Seay | CIV-90-031-S | 1-11-91 | 91-177 | | |

DOCKET NO. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-129 | Rhonda Fortune v. General Nutrition Corp., et al. 12/20/90  Dismissed 1-1-91 | Okla., W. West | CIV-89-2152W | 4/9/91 | 7:91-990 | | |
| B-130 | Adelene German v. Wal-Mart, Inc., et al.; Revco Discount Drug Center v. Showa-Denko K.K., et al. 12/20/90  Dismissed 1-1-91 | Okla., W. Phillips | CIV-90-966-P | 4/9/91 | 7:91-991 | | |
| B-131 | Colita Hartman v. Revco Discount Drug Center, Inc., e t al.; Revco Discount Drug Center, Inc. v. Triarco, Inc. 12/6/90  Dismissed 1-7-91 | Okla., W. Russell | CIV-90-965-R | 4/4/91 | 7:91-992 | | |
| B-132 | Betty Marlene Perry v. Skaggs Alpha Beta, Inc., et al. 12/20/90  Dismissed 1-7-91 | Okla., W. West | CIV-90-667-W | 4/6/91 | 7:91-993 | | |
| B-133 | Donna Watson, et al. v. Showa Denko K.K., et al. | Okla., W. West | 90-01901-W | 1-11-91 | 91-178 | | |

DOCKET NO. 865 -- L-TRYPTOPHAN PL

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-134 | Marjorie Johnston v. General Nutrition Corp., et al.; General Nutrition v. Showa Denko America, Inc. 12/28/90 | Ariz. Bibly | 90-CV-317 | 1-15-91 | 91-217 | | |
| B-135 | Dawn Gessner v. Osco Drug, Inc. 12/28/90 | Ariz. Bilby | 90-CV-502 | 1-15-91 | 91-218 | | |
| B-136 | Gregory J. Valacich, et al. v. Dayton-Hudson Corp., et al. 12/28/90 | Ariz. Browning | 90-CV-620 | 1-15-91 | 91-219 | 3/23/92 | |
| B-137 | Ruth Eynatian v. Osco Drug, Inc., et al. 12/28/90 | Ariz. Bilby | 90-CV-503 | 1-15-91 | 91-220 | | |
| B-138 | Dorothy A. Vidic v. Vitamin Power, Inc., et al. 12/28/90 | Colo. Weinshienk | 90-CV-428 | 1-15-91 | 91-221 | 2/9/93D | |
| B-139 | Gloria Smith, et al. v. Showa Denko K.K., et al. 12/28/90 | Colo. Weinshienk | 90-CV-862 | 1-15-91 | 91-222 | 2/20/92D | |
| B-140 | Mary Jane Pisano, et al. v. Showa Denko K.K., et al. 12/28/90 | Colo. Weinshienk | 90-CV-1956 | 1-15-91 | 91-223 | | |
| B-141 | Elaine Maldin, et al. v. Showa Denko K.K., et al. 12/28/90 | Colo. Weinshienk | 90-CV-1217 | 1-15-91 | 91-224 | | |
| B-142 | June Gunkler, et al. v. Health Food Shoppe of Fort Wayne 12/28/90 | Ind., N. Lee | F90-00203 | 1-15-91 | 91-225 | 5/18/93D | |
| B-143 | Jacqueline Kennard v. Walgreen Drugs, Inc., et al. 12/28/90 | Ind., N. Lee | F90-00153 | 1-15-91 | 91-226 | | |

DOCKET NO. 865 -- L -TRYPTOPHAN

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-144 | S. Janet McCain v. General Nutrition Corp., et al. *duplicate* 12/28/90 | Kansas O'Connor | 90-2190-O | B-43 | | | |
| B-145 | Dorallyn Conrad, et al. v. Nature Made Nutritional Products, et al. 12/28/90 | Kansas Kelly | 90-1527-K | 1-15-91 | 91-227 | | |
| B-146 | Janey Lee West, et al. v. Showa Denko, K.K., et al. 12/28/90 | Ky., E. Siler | 90-96 | 1-15-91 | 91-228 | 1/14/92D | |
| B-147 | Paul J. Meece, et al. v. Showa Denko, K.K., et al. 12/28/90 opposed 1/8/91 | Ky., E. Siler | 90-225 | 4/4/91 | 7:91-998 | 10/27/92D | |
| B-148 | John L. Wright, et al. v. Showa Denko, K.K., et al. 12/28/90 MDL52 1-14-91 | Mich.,E. Cohn | 90-73168 | 4/4/91 | 7:91-1001 | | |
| B-149 | Billie Webb v. Interstate Drug Exchange, Inc., et al.; Interstate Drug Exchange, Inc. v. Contract Pharmacal, Inc., et al. 12/28/90 | Nevada Foley | CV-S-90-263-RDF (RJJ) | 1-15-91 | 91-229 | | |
| B-150 | John Colley, et al. v. Showa Denko, K.K., et al. 12/28/90 | N.Y., S. Mukasey | 90-5883 | 1-15-91 | 91-230 | | |
| B-151 | Candice Crawford, et al. v. Walgreen's Co., et al. 12/28/90 | N.Y., S. Keenan | 90-6478 | 1-15-91 | 91-231 | 5/4/92D | |
| B-152 | Douglas A. Cozby, et al. v. Nature's Bounty, Inc., et al. 12/28/90 | N.Y., S. Wood | 90-6480 | 1-15-91 | 91-232 | 9/1/92D | |
| B-153 | Maureen E. Vitalo, et al. v. Osco Drug, Inc., et al. 12/28/90 | N.Y., S. Mukasey | 90-6466 | 1-15-91 | 91-233 | 9/1/92D | |

DOCKET NO. 865 -- L-TRYPTOPHAN

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-154 | Bernadette O'Sullivan v. Goldline, Inc., et al. 12/28/90 | N.Y.,S. Keenan | 90-6470 | 1-15-91 | 91-234 | | |
| B-155 | Alden Willard Smith v. General Nutrition Corp., et al. 12/28/90 | N.Y.,S. Keenan | 90-6594 | 1-15-91 | 91-235 | | |
| B-156 | Aida Cabrillo De Jesus, et al. v. Puritan's Pride, Inc. 12/28/90 | P.R. | 90-2405 | 1-15-91 | 91-236 | | |
| B-157 | Margarita Ghigliotti De Torres, et al. v. John Doe One and/or John Doe d/b/a Medicine Shoppe, et al. 12/28/90 | P.R. Perez-Gimenez | 90-2159 | 1-15-91 | 91-237 | | |
| B-158 | Joy L. Benner, v. Showa Denko, K.K., et al. 12/28/90 | Tenn.,W. Horton | 90-2774-HB | 1-15-91 | 91-238 | 9/30/92D | |
| B-159 | Dr. Philip O. Dowdle, et al. v. Showa Denko, K.K., et al. 12/28/90 | Tenn., W. McRae | 90-2773-4A | 1-15-91 | 91-239 | | |
| B-160 | Alberta Hallford, et al. v. Showa Denko, K.K., et al. 12/28/90 | Tenn.,W. Gibbons | 90-2828-GB | 1-15-91 | 91-240 | 6/8/92D | |
| B-161 | Carolyn M. Littlejohn, et al. v. Showa Denko, K.K., et al. 12/28/90 | Tenn.,W. Gibbons | 90-2772-GA | 1-15-91 | 91-241 | 4/28/92D | |
| B-162 | Judith Poteet v. Solgar Vitamin Co., Inc., et al. 12/28/90 | Tenn.,W. Todd | 90-2793-HA | 1-15-91 | 91-242 | 9/1/92D | |
| B-163 | Shirley P. Wilhite v. Showa Denko, K.K., et al. 12/28/90 | Tenn.,W. McRae | 90-2561-4B | 1-15-91 | 91-243 | | |
| B-164 | James H. Bennett v. Goldline Laboratories, Inc., et al. 12/28/90 | Tenn.,M. Wiseman | 3-90-1008 | 1-15-91 | 91-244 | | |

DOCKET NO. 865 -- L-TRYPTOPHAN

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-165 | Rebecca Lynn Duryea, et al. v. Showa Denko, K.K., et al. 12/28/90 | Tenn., M. Wiseman | 3-90-0986 | 1-15-91 | 91-245 | | |
| B-166 | Dorothy Fort, et al. v. General Nutrition Corp., et al. 12/28/90 | Tenn., M. Nixon | 3-90-0748 | 1-15-91 | 91-246 | 4/8/92 D | |
| B-167 | Marjorie M. Gunn, et al. v. Showa Denko, K.K., et al. 12/28/90 | Tenn., M. Wiseman | 3-90-0988 | 1-15-91 | 91-247 | 6/8/92 | |
| B-168 | Donna Elaine McMillan v. Showa Denko, K.K., et al. 12/28/90 | Tenn., M. Wiseman | 3-90-1007 | 1-15-91 | 91-248 | | |
| B-169 | Sarah Russell v. Showa Denko, K.K., et al. 12/28/90 | Tenn., M. Wiseman | 3-90-0645 | 1-15-91 | 91-249 | | |
| B-170 | Betty Appling Sanders, et al. v. Showa Denko, K.K., et al. 12/28/90 | Tenn., M. Wiseman | #-90-1009 | 1-15-91 | 91-250 | | |
| B-171 | Karen Spencer, et al. v. Showa Denko, K.K., et al. 12/28/90 | Tenn., M. Wiseman | 3-90-0987 | 1-15-91 | 91-251 | 5/29/92 D | |
| B-172 | Charles Herman Johnson v. Revco Discount Drug Centers, Inc., et al. 12/28/90 | Va., W. Kiser Hon. | 90-0008-D | 1-15-91 | 91-252 54 | 9/30/91 D | |
| B-173 | Mahlon Jack Anderson, et al. v. General Nutrition Centers, Inc., et al. 12/28/90 | W.Va., N. Stamp | 90-0090 | 1-15-91 | | | CTO VACATED 1/30/91 |
| B-174 | Angela Demoss v. City Market, Inc., et al. closed 1-11-93 12/28/90 | Utah Winder | 90-CV-461 | 4/4/91 | 7-91-1000 | | |
| B-175 | John M. McLeod v. Showa Denko, K.K., et al. 12/28/90 | Wash., W. Zilly | 90-CV-430 | 1-15-91 | 91-253 | 6/3/92 D | |

DOCKET NO. 865 -- L TRYPTOPHAN PL

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-176 | Marie A. Casey, exe. v. Revco Discount Drug Centers, Inc., et al. | D.S.C. | 90-124 | | | 1/31/92D | |
| XYZ-177 | Johnny E. Burnette v. Revco Discount Drug Centers, Inc., et al. | D.S.C. | 90-408 | | | | |
| XYZ-178 | Laura Teresa Edwards v. Star Professional Pharmaceutical, Inc., et al. | D.S.C. | 90-799 | | | | |
| XYZ-179 | Ross Mabry v. Star Professional Pharmaceutical, Inc., et al. | D.S.C. | 90-800 | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-180 | Yvonne Isber, etc. v. Showa Denko K.K., et al. | Cal.,S. Thompson | 90-CV-643 | 2/7/91 | 91-414 | 2/9/91 | |
| B-181 | Linette Grace Durham-Sutton, et al. v. Showa Denko K.K., et al.   JAN 22 1991 | Cal.,S. Irving | 90-CV-1258 | 2/7/91 | 91-415 | | |
| B-182 | Joan Martin, et al. v. Showa Denko K.K., et al. | Conn. Daly | B-90-390 TFGD | 2/7/91 | 91-416 | | |
| B-183 | Barbara B. Bloch v. Showa Denko K.K.   JAN 22 1991 | Conn. Cabranes | B-90-420 JAC | 2/7/91 | 91-417 | | |
| B-184 | Elizabeth Hinman v. Showa Denko K.K., et al. | Conn. Daly | N-90-574 TFGD | 2/7/91 | 91-418 | | |
| B-185 | Bonita Brown, et al. v. Showa Denko K.K., et al. | Conn. Nevas | H-90-639 AHN | 2/7/91 | 91-419 | | |
| B-186 | Virginia Wrenn, et al. v. Showa Denko K.K., et al. | Conn. Dorsey | H-90-640 PCD | 2/7/91 | 91-420 | | |
| B-187 | Paula C. Hillery, etc. v. Showa Denko K.K., et al. | Conn. Dorsey | H-90-871 PCD | 2/7/91 | 91-421 | | |
| B-188 | Mary K. Cox, et al. v. Showa Denko K.K., et al. | D.D.C. Penn | 90-2441 | 2/7/91 | 91-422 | | |
| B-189 | Ann Blum, et al. v. P. Leiner Nutritional Products Corp., et al. | Hawaii Kay | D-90-788 ACK | 2/7/91 | 91-423 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-190 | Larry Weaver v. Muckler Nutrition, et al. | Ill.,S. Beatty | 90-3660 WLB | 2/7/91 | 91-424 | 10/6/92 D | |
| B-191 | Larry Weaver v. Muckler Nutrition, et al. | Ill.,S. Stiehl | 90-3664 WDS | 2/7/91 | 91-425 | 10/6/92 D | |
| B-192 | Larry Weaver v. Muckler Nutrition, et al. | Ill.,S. Beatty | 90-3671 WLB | 2/7/91 | 91-426 | 10/6/92 D | |
| B-193 | Mary Hamilton v. The Solgar Compnay, Inc., et al. | Miss.,S. Russell | H-90-0184(R) | 2/7/91 | 91-427 | 12-16-91 D | |
| B-194 | Shelley Jo Karch, et al. v. Skaggs Alpha Beta, Inc., et al. | Montana Lovell | CV-90-10-H-CCL | 2/7/91 | 91-428 | | |
| B-195 | Mary Beam, et al. v. Showa Denko of America, Inc., et al. | N.Y.,S. Wood | 90-CIV-3350 | 2/7/91 | 91-429 | | |
| B-196 | Betty Hoffing, et al. v. Showa Denko of America, Inc., et al. | N.Y.,S. Wood | 90-CIV-3353 | 2/7/91 | 91-430 | | |
| B-197 | Brenda Hudgins, et al. v. General Nutrition Corporation, et al. | N.Y.,S. Sprizzo | 90-CIV-5423 | 2/7/91 | 91-431 | 4/6/92 D | |
| B-198 | Laura Dorn, et al. v. Walgreen's Co., et al. | N.Y.,S. Keenan | 90-CIV-5424 | 2/7/91 | 91-432 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-199 | Kiesha Lisa Washington v. Rite Aid Corp., et al.   JAN 22 1991 | N.Y.,S. Mukasey | 90-CIV-6465 | 2/7/91 | 91-433 | 5/7/92 | |
| B-200 | Dayna Michaelea Tolley, et al. v. General Nutrition Corporation, et al.  JAN 22 1991 | N.Y.,S. Sand | 90-CIV-6469 | 2/7/91 | 91-434 | | |
| B-201 | Margaret Bryd Sutton, et al. v. Revco Drug Store, et al.   JAN 22 1991 | N.Y.,S. Lowe | 90-CIV-6505 | 2/7/91 | 91-435 | | CTO Vacated 1/28/92 |
| B-202 | Anna Slivka v. Puritan's Pride, et al.   JAN 22 1991 | N.Y.,S. Keenan | 90-CIV-6595 | 2/7/91 | 91-436 | | |
| B-203 | Frances Lou Thompson v. Showa Denko K.K., et al.   JAN 22 1991 | N.Y.,S. Wood | 90-CIV-6910 | 2/7/91 | 91-437 | | CTO Vacated 1/28/92 |
| B-204 | Salli Hamilton v. Goldline Laboratories, et al.   JAN 22 1991 | N.Y.,S. Leval | 90-CIV-6969 | 2/7/91 | 91-438 | | |
| B-205 | Roberta Villalon Williams, et al. v. The Solgar Co., Inc., et al.  JAN 22 1991 | N.Y.,S. Keenan | 90-CIV-6970 | 2/7/91 | 91-439 | | |
| B-206 | Patricia E. Rooney, et al. v. Target, Inc., et al.   JAN 22 1991 | N.Y.,S. Martin | 90-CIV-7101 | 2/7/91 | 91-440 | | |
| B-207 | Carol G. Meacham, et al. v. General Nutrition Corporation, et al.   JAN 22 1991 | N.Y.,S. Mukasey | 90-CIV-7136 | 2/7/91 | 91-441 | | |
| B-208 | Barbara E. Herman, et al. v. Nature's Bounty, Inc., et al.  JAN 22 1991 | N.Y.,S. Mukasey | 90-CIV-7469 | 2/7/91 | 91-442 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-209 | Margaret Reynolds, et al. v. Showa Denko K.K., et al.   JAN 22 1991 | N.Y.,S. Leval | 90-CIV-7470 | 2/7/91 | 91-443 | | |
| B-210 | Louise Corder v. Dayton Hudson Corporation   JAN 22 1991 | Okla.,N. Ellison | 90-C-0231-E | 2/7/91 | 91-444 | | |
| B-211 | Bonnie Baldridge v. Nutrition Headquarters, Inc., et al.  JAN 22 1991 | Okla.,N. Ellison | 90-C-0595-E | 2/7/91 | 91-445 | 7-31-91 D | |
| B-212 | Judy Bishop v. General Nutrition Corporation, et al.   JAN 22 1991 | Okla.,N. Ellison | 90-C-0875-E | 2/7/91 | 91-446 | | |
| C-213 | Paula C. Hillery, etc. v. Showa Denko K.K., et al. 2/12/91 | Conn. Dorsey | H-90-871 (PCD) | 2/28/91 | Adm. Closed dupe B-187 | | |
| C-214 | Helen L. Delgandio v. General Nutrition Corporation, et al. 2/12/91 | Fla.,M. Kovachevich | 90-CV-1497 | 2/28/91 | 91-625 | | |
| C-215 | Jerrilyn Rollins v. Walgreen Co., et al. 2/22/91   Opposed 2/26/91 | Fla.,M. Sharp | 91-CV-6 | 6-6-91 | 91-1776 | | |
| C-216 | Wendy McKee, et al. v. Albertson's Inc., et al. 2/12/91 | Fla.,N. Vinson | 90-30323 | 2/28/91 | 91-626 | | |
| C-217 | Marion Edgmon v. Walgreen Company, et al. 2/12/91 | Fla.,S. Gonzalez | Not in MATS 91-CV-8002 | VACATED 2-20-91 | | | |
| C-218 | June Price v. Nature's Bounty, Inc. d/b/a Hudson Vitamins, et al. 2/12/91 | Ga.,S. Edenfield | CV-4-90-233 | 2/28/91 | 91-627 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-219 | Carlyn G. Gallucci, et al. v. Upsher-Smith Labs, Inc., etc. 2/12/91 | Ind.,N. Sharp | F90-00049 | 2/28/91 | | | |
| C-220 | Lola J. Rapoport, et al. v. Showa Denko America, Inc., etc 2/12/91 | Md. Howard | JH90-518 | 2/28/91 | 91-0629 | 5/21/92 D | |
| C-221 | Lola J. Rapoport, et al. v. Showa Denko K.K. 2/12/91 | Md. Howard | JH90-2516 | 2/28/91 | 91-0630 | 5/21/92 D | |
| C-222 | Donald S. Silva, et al. v. Showa Denko K.K., et al. 2/12/91 | Mass. Skinner | 90-12788 S | 2/28/91 | 91-631 | 5/15/92 D | |
| C-223 | Carolyn Barnard v. Solgar Co., Inc. 2/12/91 Opposed 2/26/91 | Mass. Freedman | 90-30159-F | 6-6-91 | 91-1774 | | |
| C-224 | Robert Rukavina v. Walgreen Co. 2/12/91 | Minn. Alsop | 90-CV-105 | 2/28/91 | 91-0632 | 5/15/92 D | |
| C-225 | Carol Bernardi, et al. v. American Drug Stores, Inc. 2/12/91 | Mont. Hatfield | CV-90-31-GF PGH | 2/28/91 | 91-633 | | |
| C-226 | Mary Kessler v. American Drug Stores, Inc. 2/12/91 | Mont. Hatfield | CV-90-33-GF PGH | 2/28/91 | 91-634 | | |
| G-227 | Joan G. Walker v. General Nutrition Center, Inc., et al. 2/12/91 | Mont. Shanstrom | CV-90-118-BLG-JDS | 2/28/91 | 91-635 | | |
| C-228 | Grace L. Anderson, et al, v. The Solgar Co., Inc., et al. 2/12/91 | N.Y.,E. Platt | CV-90-3460 | 2/28/91 | 91-0636 | | / |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-229 | Darlene F. Kucera, et al. v. Nature's Bounty, Inc., et al. 2/12/91 | Okla.,N. Ellison | 90-C-0981-E | 2/28/91 | 91-0637 | | |
| C-230 | Concetta Calise Cintron, et al. v. Walgreen Laboratories, Inc. 2/12/91 | P.R. Fuste | 90-2506 JAF | 2/28/91 | 91-0638 | | |
| C-231 | Joan R. Warren, et al. v. General Nutrition Center . . . 2/12/91 | W.V.,S. Copenhaver | 2:90-1183 | 2/28/91 | 91-0639 | 4/15/92D | |
| C-232 | Joan Maule, et al. v. Showa Denko K.K. 3/22/91 | N.Y.,S. Sprizzo | 90-CIV-7714 | 4/9/91 | 91-915 | | |
| C-233 | Francoise Delile v. Showa Denko K.K., et al. 3/22/91 | N.Y.,S. McKenna | 90-CIV-7715 | 4-9-91 | 91-976 | | |
| C-234 | Naiya Treybich v. Goldline Laboratories, et al. 3/22/91 | N.Y.,S. McKenna | 90-CIV-7914 | 4-9-91 | 91-977 | | |
| C-235 | Michelle Mortenson, et al. v. Dayton Hudson Corporation, et al. 3/22/91 | N.Y.,S. McKenna | 91-CIV-0289 | 4-9-91 | 91-978 | | |
| C-236 | Connie J. Brewer, et al. v. Goldline Laboratories, Inc., et al. 3/22/91 | N.Y.,S. Keenan | 91-CIV-0323 | 4-9-91 | 91-979 | | |
| C-237 | Dolores A. Bishon, et al. v. Nutri/System et al. 3/22/91 | N.Y.,S. Ward | 91-CIV-0324 | 4-9-91 | 91-980 | | dism. S.N.Y. 4/3/91 |
| C-238 | Shirley Benat v. Showa Denko K.K., et al. 3/22/91 | N.Y.,S. Duffy | 91-CIV-0325 | 4-9-91 | 91-981 | | |
| C-239 | Diane Cantone v. Showa Denko K.K. 3/22/91 | N.Y.,S. Griesa | 91-CIV-0326 | 4-9-91 | 91-982 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-240 | Leah Sekoff, et al. v. Showa Denko K.K., et al. 3/22/91 | N.Y.,S. Lowe | 91-CIV-0327 | 4-9-91 | 91-983 | | |
| C-241 | Patricia Ann Coughlin v. Showa Denko K.K., et al. 3/22/91 | N.Y.,S. Edelstein | 91-CIV-0328 | 4-9-91 | 91-984 | | |
| C-242 | Sandra Fierstein, et al. v. Showa Denko K.K. 3/20/91 | N.Y.,S. Ward | 91-CIV-0329 | 4-9-91 | 91-985 | | |
| C-243 | Noel Kramer v. Showa Denko K.K. 3/22/91 | N.Y.,S. Edelstein | 91-CIV-0582 | 4-9-91 | 91-986 | | |
| C-244 | Pearl Kapner, et al. v. Showa Denko K.K. 3/22/91 | N.Y.,S. Haight | 91-CIV-0583 | 4-9-91 | 91-987 | | |
| C-245 | Margarita Okeson, et al. v. General Nutrition Corp., Inc., et al. 3/22/91 | N.Y.,S. Duffy | 91-CIV-0584 | 4-9-91 | 91-988 | | |
| C-246 | Peggy Pavlos, et al. v. Schiff Bio-Food Products, Inc., et al. 3/22/91 | N.Y.,S. Mukasey | 91-CIV-0585 | 4-9-91 | 91-989 | | |
| C-247 | Marlys S. Campbell, et al. v. Showa Denko K.K., et al. 4/26/91 | Arizona Bilby | 90-CV-764 | 5/14/91 | 91-1486 | 11/20/91 D | |
| C-248 | Anne Hensley v. Showa Denko K.K., et al. 4/26/91 | Cal.,C. ~~Younger~~ Rea | 91-0733 | 5/14/91 | 91-1487 | | |
| C-249 | Lila Silliman v. Showa Denko K.K., et al. 4/26/91 | Cal.,E. Shubb | 91-CV-162 | 5/14/91 | 7:91-1488 | | |
| C-250 | Herta Silzer Weinstein v. Showa Denko K.K., et al. 4/26/91 | Cal.,E. Shubb | 91-CV-161 | 5/14/91 | 7:91-1489 | | |
| C-251 | Rusty Farrell v. Osco Drug Company, et al. 4/26/91 | Cal.,S. Thompson | 90-CV-1241 | 5/14/91 | 91-1490 | | |
| C-252 | Joyce Marie Lovell v. Walgreen Lab., Inc., et al. 4/26/91 | Ky.,W. Simpson | C91-0025-L | 5/14/91 | 7:91-1491 | 5/22/92 D | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-253 | Eugenia Durham v. Showa Denko, K.K., et al. 4/26/91 | Minn. Devitt | 91-CV-50 | 5/14/91 | 91-1492 | | |
| C-254 | Howard Bodouin, et al. v. Twin Lab, Inc., et al. 4/26/91 | Miss.,S. Gex | S90-0622(G) | 5/14/91 | 91-1493 | 6/8/92 | |
| C-255 | Rachel Bosch, et al v. Showa Denko, K.K., et al. 4/26/91 | N.J. Wolin | 90-CV-4496 | 5/14/91 | 91-1494 | | |
| C-256 | Marete Wester, et al. v. Showa Denko, K.K., et al. 4/26/91 | N.J. Wolin | 91-CV-468 | 5/14/91 | 91-1495 | | |
| C-257 | Rouhi Huddleston, et al. v. Solgar Co. Inc. 4/26/91 | N.Y.,S. Griesa | 90-2355 | 5/14/91 | 91-1496 | | |
| C-258 | Ellen Rosenberg, et al. v. The Solgar Co. Inc., et al. 4/26/91 | N.Y.,S. Sand | 90-3346 | 5/14/91 | 7-91-1497 | | |
| C-259 | Fran Thompson v. Showa Denko K.K., et al. 4/26/91 | N.Y.,S. Wood | 90-Civ-6910 | 5/14/91 | 7-91-1498 vacated | →CTO Vacated 4/28/92 | |
| C-260 | Julia Mendez, et al. v. Foods Plus, Inc., et al. 4/26/91 | N.Y.,S. Wood | 90 CV 6688 | 5/14/91 | 7:91-1499 | | |
| C-261 | Carolyn Kee v. General Nutrition Corp., et al. 4/26/91 | N.Y.,S. Wood | 90 Civ 4545 | 5/14/91 | 7:91-1500 | | |
| C-262 | Evalyn Fisher v. Showa Denko, K.K., et al. 4/26/91 | Ore. Panner | 91-CV-62 | 5/14/91 | 7:91-1501 | | |
| C-263 | Angeline Oszajca v. Nature's Bounty, Inc. 4/26/91 | Pa.,E. Ludwig | 91-CV-925 | 5/14/91 | 91-1502 | | |
| C-264 | Teena Boggs v. Star Professional Pharmaceuticals, Inc., et al. 4/26/91 | Tex.,E. Schell | 91-CV-34 | 5/14/91 | 7:91-1503 | | |
| C-265 | Tara Angelle v. Star Professional Pharmaceuticals, Inc., et al. 4/26/91 | Tex.,E. Schell | 91-CV-35 | 5/14/91 | 7:91-1504 | | |
| C-266 | Karen Glencorse, et al. v. Star Professional Pharmaceuticals, Inc., et al. 4/26/91 | Tex.,E. Fisher | 91-CV-36 | 5/14/91 | 7:91-1505 | | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-267 | Connie E. Vick, et al. v. Star Professional Pharmaceutical Inc., et al. | Tex.,W. Smith | 91-CV-112 | | | | |
| C-268 | Norma Stephenson v. General Nutrition Corp., et al.  4/26/91 | Va.,W. Kiser | 90-0749 | 5/14/91 | 91-1506 | | |
| C-269 | Karen G. Johnson, et al. v. Showa Denko, K.K., et al.  4/26/91 | Wash.,W. McGovern | 90-CV-1406 | 5/14/91 | 91-1507 | 3/23/92(D) | |

DOCKET NO. 865 -- L-Tryptophan

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-270 | Carolyn J. Meherg, et al. v. Showa Denko K.K., et al., 5-3-91 | Ala.,N. 80 Oler | CV-90-L-02493-S | 5/21/91 | 91-1600 | | |
| C-271 | Theodore Sander v. Showa Denko K.K., 5-3-91 | Cal.,S. Thompson | 91-CV-2 | 5/21/91 | 91-1601 | | |
| C-272 | Barbara J. Norton v. Showa Denko K.K., et al., 5-3-91 | Cal.,S. Keep | 91-CV-36 | 5/21/91 | 91-1602 | 12/9/91 | |
| C-273 | Elizabeth Honychurch v. Showa Denko K.K., et al., 5-3-91 | Cal.,S. Brewster | 91-CV-37 | 5/21/91 | 91-1603 | | |
| C-274 | Robyn Keiner, et al. v. General Nutrition Corp., et al. 5-3-91 | Cal.,C. Williams | 91-0133 | 5/21/91 | 91-1604 | | |
| C-275 | Alicia Crespo v. General Nutrition Corp., et al., 5-3-91 | Cal.,C. Kelleher | 90-6903 | 5/21/91 | 91-1605 | | |
| C-276 | Doris Cortopassi, et al. v. General Nutrition Corp., et al., 5-3-91 | Cal.,E. Moulds | 90-CV-1406 | 5/21/91 | 7:91-1606 | | |
| C-277 | Kevin J. Brewer, et al. v. Showa Denko K.K., et al., 5-3-91 | Colo. Weinshienk | 90-CV-2024 | 5/21/91 | 91-1607 | | |
| C-278 | Connie Shugars, et al. v. Showa Denko K.K., et al., 5-3-91 | Fla.,M. Castagna | 91-CV-326 | 5/21/91 | 7:91-1608 | | |
| C-279 | Frances Sartori, et al. v. Showa Denko K.K., et al., 5-3-91 | Fla.,M. Castagna | 91-CV-327 | 5/21/91 | 7:91-1609 | 9/29/92 | |

DOCKET NO. 865 -- L-Tryptophan

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-280 | Burton R. Glastein, et al. v. IDE Interstate, Inc., et al. 5-3-91 | Fla.,S. Atkins | 91-CV-497 | 5/21/91 | 91-1610 | | |
| C-281 | Bonnie Holley, et al. v. Showa Denko K.K., et al., 5-3-91 | Fla.,N. Vinson | 91-30021-RV | 5/21/91 | T:91-1611 | | |
| C-282 | Pendery Irwin McCoy v. Showa Denko K.K., et al., 5-3-91 | Ga.,S. Bowen | CV-1-91-017 | 5/21/91 | T:91-1612 | | |
| C-283 | C. Caroline Usher, et al. v. Showa Denko K.K., et al., 5-3-91 | Ga.,S. Alaimo | CV491-70 | 5/21/91 | 91-1613 | | |
| C-284 | Shirley Rainwater v. Showa Denko K.K., et al., 5-3-91 | Ga.,N. Ward | 91-CV-408 | 5/21/91 | 91-1614 | | |
| C-285 | Connie O. Byrne v. Showa Denko K.K., et al., 5-3-91 | Ind.,S. Barker | NA 91-18-C | 5/21/91 | 91-1615 | | |
| C-286 | Mary Ann Simbol v. Showa Denko K.K., et al., 5-3-91 | Ind.,S. McKinney | TH 91-19-C | 5/21/91 | 91-1616 | | |
| C-287 | Janet L. Rydzinski, et al. v. General Nutrition Corp., et al. 5-3-91 oppose 5/21/91 | Ind.,S. Steckler | IP 91-208-C | 6-14-91 | 91-1789 | | |
| C-288 | David B. Holtz v. General Nutrition Corp., et al. 5-3-91 oppose 5/21/91 | Ind.,S. Stadtmueller Tinder | IP 91-209-C | 6-14-91 | 91-1790 | | |

DOCKET NO. 865 -- L-Tryptophan

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-289 | Julia Justice v. Showa Denko America, Inc., et al. 5-3-91 | Ky.,E. | 90-293 | 5/21/91 | 91-1617 | | |
| C-290 | Moya Machado, et al. v. Showa Denko, K.K., et al. 5-3-91 | La.,E. Schwartz | 91-CV-349 | 5/21/91 | 91-1618 | | |
| C-291 | Bonnie Schrimsher v. Showa Denko America, Inc., et al. 5-3-91 | Miss.,N. Biggers | 91-WI-B-O 91-1 | 5/21/91 | 7:91-1619 | | |
| C-292 | Nancy Campbell v. General Nutrition Corp., et al. 5-3-91 | N.Y.,S. Sand | 91 Civ 1289 | 5/21/91 | 7:91-1620 | | |
| C-293 | Margaret B. Sutton, et al. v. Revco Drug Store, et al. 5-3-91 | N.Y.,S. | 90 Civ 6505 | 5/21/91 | 91-1621 | Vacated | C TO vacated 1/28/92 |
| C-294 | Patricia T. Geske v. Showa Denko America, et al. 5-3-91 | Tenn.,W. | 90-3046-4A | 5/21/91 | 91-1622 | | |
| C-295 | Susan R. Farmer v. General Nutrition Corp. 5-3-91 | Tenn.,E. Jordan | 3-91-10 | 5/21/91 | 91-1623 | settled 1/30/92 | |
| C-296 | Mary E. Buchanan v. Showa Denko, K.K., et al. 5-3-91 | Tenn.,M. Wiseman | 3-91-0040 | 5/21/91 | 91-1624 | | |
| C297 | Erma J. Marshall v. Showa Denko America, Inc., et al. 5-3-91 | Va., W.D | 91-0073-R | 5/21/91 | 91-1625 | | |
| C-298 | Margaret Gesualdi v. Showa Denko, K.K., et al. 5-3-91 | W.Va.,S. Haden | 2:91-0369 | 5/21/91 | 7:91-1626 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-299 | Adele Ingerman, et al. v. Showa Denko K.K., et al. 5-29-91 | Conn. Eginton | 5:91-CV-00164-WWE | 6/14/91 | 91-1791 | | |
| C-300 | Salley Kaye v. Showa Denko K.K., et al. 5-29-91 | Conn. Cabranes | 2:91-CV-00274-JAC | 6/14/91 | 91-1792 | | |
| C-301 | Karen McCarte v. Showa Denko America, Inc., et al. 5-29-91 | Mass. Skinner | 91-CV-10963 | 6/14/91 | 91-1793 | 2/5/93 D | |
| C-302 | Doreen Poitras v. Showa Denko K.K. 5-29-91 | Mass. Skinner | 91-CV-10964 | 6/14/91 | 91-1794 | 7/20/92 D | |
| C-303 | Doreen Poitras v. Showa Denko America, Inc., et al. 5-29-91 | Mass. Skinner | 91-CV-10965 | 6/14/91 | 91-1795 | 7/20/92 D | |
| C-304 | Jane Walls v. Showa Denko America, Inc., et al. 5-29-91 | Mass. Skinner | 91-CV-10966 | 6/14/91 | 91-1796 | 7/24/92 D | |
| C-305 | Fergus Healy, etc. v. Showa Denko America, Inc., et al. 5-29-91 | Mass. Skinner | 91-CV-10967 | 6/14/91 | 91-1797 | 11/19/92 D | |
| C-306 | Fergus Healy, etc. v. Showa Denko K.K. 5-29-91 | Mass. Skinner | 91-CV-10968 | 6/14/91 | 91-1798 | 11/19/92 D | |
| C-307 | Karen McCarte v. Showa Denko K.K. 5-29-91 | Mass. Skinner | 91-CV-10969 | 6/14/91 | 91-1799 | 2/9/93 D | |
| C-308 | Vivian A. Toland v. Showa Denko America, Inc. et al. 5-29-91 | Mass. Skinner | 91-CV-10970 | 6/14/91 | 91-1800 | 7/23/92 D | |
| C-309 | Jane Walls v. Showa Denko K.K. 5-29-91 | Mass. Skinner | 91-CV-10971 | 6/14/91 | 91-1801 | 7/20/92 D | |
| C-310 | Vivian A. Toland v. Showa Denko K.K. 5-29-91 | Mass. Skinner | 91-CV-10972 | 6/14/91 | 91-1802 | 7/23/92 | |
| C-311 | Marion Travis, et al. v. Showa Denko America, Inc., et al. 5-29-91 | N.Y.,S. Cedarbaum | 91-CIV-0760 | 6/14/91 | 91-1803 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-312 | Marion Pallone, et al. v. Showa Denko America, Inc., et al. 5-29-91 | N.Y.,S. McKenna | 91-CIV-0761 | 6/14/91 | 91-1804 | | |
| C-313 | Marilyn Rumpf v. Showa Denko K.K., et al. 5-29-91 | N.Y.,S. Leval | 91-CIV-1286 | 6/14/91 | 91-1805 | | |
| C-314 | Bruce Newland v. Sportstar Health & Fitness, et al. 5-29-91 opposed 6/13/91 | N.Y.,S. Kram | 91-CIV-1287 | 7/11/91 | 7:91-2124 | | |
| C-315 | Cathy Gohlke v. General Nutrition Corp., et al. 5-29-91 | N.Y.,S. Leisure | 91-CIV-1288 | 6/14/91 | 91-1806 | | |
| C-316 | Helen F. Reiss, et al. v. Showa Denko K.K. 5-29-91 | N.Y.,S. Edelstein | 91-CIV-1589 | 6/14/91 | 91-1807 | | |
| C-317 | Joan Marie Carriker, et al. v. Showa Denko K.K., et al. 5-29-91 | N.Y.,S. Duffy | 91-CIV-1590 | 6/14/91 | 91-1808 | 5/4/92 D | |
| C-318 | Matilda Volpe, et al. v. Showa Denko K.K., et al. 5-29-91 | N.Y.,S. McKenna | 91-CIV-1592 | 6/14/91 | 91-1809 | | |
| C-319 | Marla Lazell, et al. v. General Nutrition Corp., et al. 5-29-91 | N.Y.,S. Lowe | 91-CIV-1593 | 6/14/91 | 91-1810 | 9/1/92 D | |
| C-320 | Victor Rivera v. Twin Laboratories, Inc. 5-29-91 opposed 6/13/91 | Tex.,N. Sanders | CA3-91-0541-H | | VACATED 9-3-91 | | |
| XYZ-321 | Joseph Abernathy, et al v. Star Professional Pharmaceuticals, Inc., et al. | S.C. Perry | 7:91-1028-0 | | | | |
| XYZ-322 | Carolyn Giles, et al. v. Star Professional Pharmaceuticals, Inc., et al. | S.C. Perry | 7:91-1029-0 | | | | |
| XYZ-323 | Lisa Price, et al. v. Star Professional Pharmaceuticals, et al. | S.C. Perry | 7:91-1030-0 | | | | |
| XYZ-324 | Randolph E. Senn, etc. v. Star Professional Pharmaceuticals, et al. | S.C. Perry | 7:91-880-0 | | | | |
| XYZ-325 | Samuel H. Jackson, et al. v. Star Professional Pharmaceuticas, et al. | S.C. Perry | 7:91-774-0 | | | | |

DOCKET NO. 865 -- _____ L-Tryptophan PL

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-326 | Boyd A. Correll, Jr., et al. v. Twin Laboratories, Inc.,et al. | S.C. Perry | 7:91-0659-0 | | | | |
| XYZ-327 | Robert Joseph Martel v. General Nutrition Corp., et al. | S.C. Perry | 7:91-879-0 | | | | |
| XYZ-328 | Mary Lou Clemons, et al. v. General Nutrition, et al. | S.C. Perry | 7:91-873-0 | | | | |
| XYZ-329 | Beverly Keys v. General Nutrition Corp., et al. | S.C. Perry | 6:91-0872-0 | | | | |
| XYZ-330 | Jennie A. Godfrey v. Star Professional Pharmaceuticals, Inc., et al. | S.C. Perry | 7:90-2997-0 | | | | |
| XYZ-331 | Mary Ann Riedel, et al. v. General Nutrition Corp., et al.  *Filed 1991 - 283 TR/38 XYZ/1 Dis/320 Pending (288 + 289 opposed)* | S.C. Perry | 6:91-0942-0 | | | | |
| C-332 | Heather Lindquist, et al. v. Showa Denko K.K., et al. *6/17/91* | Cal.,C. Tevrizian | 90-6091-DT(Tx) | 7-3-91 | 91-2056 | 7/10/91 D | |
| C-333 | Carol Schy, et al. v. Showa Denko K.K., et al. *6/17/91* | Cal.,C. Takasugi | 91-0954-RMT | 7-3-91 | 91-2057 | 7/12/91 D | |
| C-334 | Betsy Umhofer v. Showa Denko K.K., et al. *6/17/91* | Cal.,N. Weigel | 91-CV-216 | 7-3-91 | 91-2058 | | |
| C-335 | Estelle Begley, et al. v. Showa Denko America, Inc., et al. *6/17/91* | Cal.,N. Vukasin | 91-CV-1112 | 7-3-91 | 91-2059 | | |
| C-336 | David W. Wiegand, et al. v. Showa Denko K.K., et al. *6/17/91* | Cal.,N. Brewster | 91-CV-323 | 7-3-91 | 91-2060 | | |
| C-337 | Phyllis Miller v. Walgreen Laboratories, Inc., et al. *6/17/91  OPPOSED 7-3-91* | Fla.,S. Moreno | 91-0811-CIV-MORENO | 10/4/91 | ~~91-3062~~ 7:91-3101 | 10/19/92 D | |
| C-338 | Jeanette Bell, et al. v. Showa Denko K.K., et al. *6/17/91* | Mich.,E. Newblatt | 91-CV-40174 | 7-3-91 | 91-2061 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-339 | Susan Luszczynski v. Showa Denko K.K., et al. 6/17/91 | Mich.,E. Cohn | 91-CV-71638 | 7-3-91 | 91-2062 | | |
| C-340 | Shirley Reiter, et al. v. Showa Denko K.K., et al. 6/17/91 | N.J. Wolin | 90-CV-4425 | 7-3-91 | 91-2063 | | |
| C-341 | Katrina Beard, et al. v. Showa Denko K.K., et al. 6/17/91 | Ohio,N. Dowd | 5:91-CV-0205 | 7-3-91 | 91-2064 | 7/30/92 D | |
| C-342 | Sandra Kintz v. Showa Denko K.K., et al. 6/17/91 | Ohio,N. Manos | 1:91-CV-0209 | 7-3-91 | 91-2065 | 6/10/93 D | |
| C-343 | Dianne E. Clark v. Showa Denko K.K., et al. 6/17/91 | Ohio,N. White | 1:91-CV-0219 | 7-3-91 | 91-2066 | 12/18/92 D | |
| C-344 | Elinore Fay Austin, et al. v. Showa Denko K.K., et al. 6/17/91 | Ohio,N. Potter | 3:91-CV-7057 | 7-3-91 | 91-2067 | 6/8/92 D | |
| C-345 | Mary Willman, et al. v. Showa Denko K.K., et al. 6/17/91 | Ohio,N. Potter | 3:91-CV-7058 | 7-3-91 | 91-2068 | 10/13/92 D | |
| C-346 | Nora Schmiel, et al. v. Showa Denko K.K., et al. 6/17/91 | Ohio,N. Potter | 3:91-CV-7059 | 7-3-91 | 91-2069 | | |
| C-347 | Agnes Louise Weible, et al. v. Showa Denko K.K., et al. 6/17/91 | Ohio,N. Potter | 3:91-CV-7060 | 7-3-91 | 91-2070 | | |
| C-348 | Milton D. Feldman, M.D., et al. v. Showa Denko K.K., et al. 6/17/91 | Ohio,S. Weber | C-1-91-060 | 7-3-91 | 91-2071 | 12/18/92 D | |
| C-349 | Myrna Goldfarb, et al. v. Showa Denko K.K., et al. 6/17/91 | Ohio,S. Weber | C-1-91-061 | 7-3-91 | 91-2072 | 9/11/92 D | |
| C-350 | Patricia Ann Van Beneden, et al. v. Showa Denko America, Inc., et al. 6/17/91 | Ohio,S. Graham | C2-91-309 | 7-3-91 | 91-2073 | | |
| C-351 | Dorothy Dryden v. Showa Denko K.K., et al. 6/17/91 | Ore. Mag. Juba | 91-CV-82 | 7-3-91 | 91-2074 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-352 | Janet Nichols v. Showa Denko K.K., et al. 6/17/91 | Ore. Panner | 91-CV-83 | 7-3-9\ | 91-2075 | | |
| C-353 | Lillian H. Gamble v. Showa Denko K.K., et al. 6/17/91 | Ore. Mag. Hogan | 91-CV-6034 | 7-3-9\ | 91-2076 | | |
| XYZ-354 | Constance Craven, et al. v. GNC., et al. | D.S.C. | 91:1409-0 | | | | |
| XYZ-355 | Lynette Kemp, etc. v. Star Professional Pharmaceuticals, Inc. | D.S.C. | 91-1304-0 | | | | |
| XYZ-356 | D.W. Bennett, et al. v. Star Professionals Pharmaceuticals, Inc., et al. | D.S.C. | 91-1303-0 | | | | |
| XYZ-357 | Rose E. Karlovsky, et al. v. General Nutrition Corp., et al. | D.S.C. | 91:1288-0 | | | | |
| XYZ-358 | Joseph R. Brock, et al. v. IDE Interstate, etc., et al. | D.S.C. | 91-1287-0 | | | | |
| XYZ-359 | Emily B. Gresham v. Star Professional Pharmaceuticals, Inc., et al. | D.S.C. | 91-1286-0 | | | | |
| XYZ-360 | Marjorie L. Henderson v. General Nutrition Corp., et al. | D.S.C. | 91-1217-0 | | | | |
| XYZ-361 | Isabel Herziz, et al. v. Star Professional, Inc., et al. | D.S.C. | 91-0915-0 | | | | |

DOCKET NO. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation (No. II)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-362 | Carolyn Brock, et al. v. American Drug Stores, Inc., et al. 7/18/91 | Ariz. McNamee | CIV-91-0733-PHX-SMM | 8/5/91 | 7:91-2396 | | |
| C-363 | Gail Archuleta, et al. v. Showa Denko, K.K., et al. 7/18/91 | Colo. Weinshienk | 91-Z-474 | 8/5/91 | 7:91-2397 | | |
| C-364 | Karen A. Tatreaux, et al. v. Walgreen Laboratories, Inc., et al. 7/18/91 | Colo. Weinshienk | 91-543 | 8/5/91 | 7:91-2398 | | |
| C-365 | Sondra Melzer, et al. v. Showa Denko K.K., et al. 7/18/91 | Conn. Cabranes | 5:91-CV-00187 | 8/5/91 | 7:91-2399 | | |
| C-366 | Lynne Hyland Pierce v. General Nutrition Corporation, et al. 7/18/91 | Fla.,M. Sharp | 91-303-CIV-ORL-18 | 8/5/91 | 7:91-2400 | | |
| C-367 | Joyce Fischler, et al. v. Showa Denko, K.K., et al. 7/18/91 | Fla.,M. Jenkins | 91-420-CIV-T-98-C | 8/5/91 | 7:91-2401 | | |
| C-368 | Luis E. DeGaspari, et al. v. Showa Denko America, Inc., et al. 7/18/91 | Fla.,S. Atkins | 91-0881-CIV-ATKINS | 8/5/91 | 7:91-2402 | | |
| C-369 | Florence Mudrick v. Walgreen Company, et al. 7/18/91 | Fla.,S. Ryskamp | 91-6228-CIV-RYSKAMP | 8/5/91 | 7:91-2403 | | |
| C-370 | Linda Grunebaum v. Showa Denko K.K. 7/18/91 | Mass. Skinner | 91-11202-S | 8/5/91 | 7:91-2404 | | |

DOCKET NO. 865 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-371 | Linda Grunebaum v. Showa Denko America, Inc., et al. 7/18/91 | Mass. Skinner | 91-11203-S | 8/5/91 | 7:91-2405 | | |
| C-372 | Neva Spinks v. Showa Denko K.K. 7/18/91 | Mass. Skinner | 91-11204-S | 8/5/91 | 7:91-2406 | 10/30/92 D | |
| C-373 | Neva Spinks v. Showa Denko America, Inc., et al. 7/18/91 | Mass. Skinner | 91-11205-S | 8/5/91 | 7:91-2407 | 10/30/92 D | |
| C-374 | Bertram E. Rynearson v. Star Professional Pharmaceuticals, Inc., et al. 7/18/91 | Mich.,E. Churchill | 91-CV-10112-BC | 8/5/91 | 7:91-2408 | | |
| C-375 | Sandra R. Dull, et al. v. Fox Meyer Corporation, et al. 7/18/91 | Mich.,W. Bell | 91-CV-108 | 8/5/91 | 7:91-2409 | | |
| C-376 | Linda C. Mooney v. Rugby Laboratories, Inc., et al. 7/18/91 | Mo.,W. Clark | 91-3062-CV-S-4 | 8/5/91 | 7:91-2410 | | |
| C-377 | Virginia Freda v. Hudson Vitamins 7/18/91 | N.J. Brotman | 90-4067(SSB) | 8/5/91 | 7:91-2411 | | |
| C-378 | Mary Ann Milkiewicz, et al. v. Showa Denko K.K., et al. 7/18/91 | N.J. Wolin | 91-CV-1892 | 8/5/91 | 7:91-2412 | | |
| C-379 | Ann Aceto, et al. v. Showa Denko K.K., et al. 7/18/91 | N.J. Wolin | 91-CV-1988 | 8/5/91 | 7:91-2413 | | |

DOCKET NO. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation (No. II)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-380 | Ruth Falle, et al. v. Showa Denko K.K., et al. 7/18/91 | N.Y.,S. Patterson | 91-CV-1290 | 8/5/91 | 7:91-2414 ~~7:91-2413~~ | 6/17/92 D | |
| C-381 | Marion Rogers, et al. v. Showa Denko K.K., et al. 7/18/91 | N.Y.,S. Edelstein | 91-CV-1591 | 8/5/91 | 7:91-2415 | | |
| C-382 | Shirley B. McGuire v. Solgar Vitamin Company, Inc., et al. 7/18/91 | N.C.,W. Voorhees | A-C-91-60 | 8/5/91 | 7:91-2416 | | |
| C-383 | Emma Ellis v. Star Professional Pharmaceutical, et al. 7/18/91 | Tex.,E. Cobb | 91-CV-273 | 8/5/91 | 7:91-2417 | | |
| C-384 | Leona Platten, et al. v. General Nutrition Corporation, et al. 7/18/91 | Wis.,E. Warren | 91-C-359 | 8/5/91 | 7:91-2418 | 12/18/92 D | |
| C-385 | Anne M. Paluch, et al. v. Nature's Bounty, Inc., et al. 7/18/91 | Wis.,E. Curran | 91-C-368 | 8/5/91 | 7:91-2419 | 12/18/92 D | |
| C-386 | Wilma Krowas, et al. v. General Nutrition Corporation, et al. 7/18/91 | Wis.,E. Evans | 91-C-369 | 8/5/91 | 7:91-2420 | 12/18/92 D | |
| C-387 | Diane R. Weinheimer, et al. v. Lifeway Health Products, Inc., et al. 7/18/91 | Wis.,E. Reynolds | 91-C-370 | 8/5/91 | 7:91-2422 | 12/18/92 D | |
| C-388 | Kirsten Hansen v. Now Foods, Inc., et al. 7/18/91 | Wis.,W. Crabb | 91-C-0374-C | 8/5/91 | 7:91-2421 | 2/9/93 D | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-389 | Penny Reed, et al. v. Showa Denko K.K., et al. 8/29/91 | Colo. Weinshienk | 91-CV-855 | 9-16-91 | | | |
| D-390 | Nancy Di Donato, et al. v. Showa Denko, K.K., et al. 8/29/91 | 91-CV-286 Sharp (Fla.,M.) | | 9-16-91 | | | |
| D-391 | Susan Gustafson, et al. v. Walgreen Co. 8/29/91 | Fla.,M. - Castagna | 91-CV-659 | 9-16-91 | | | |
| D-392 | Phyllis Hart, et al. v. Solgar Co., Inc., et al. 8/29/91 | Kan. O'Connor | 91-CV-2175 | 9-16-91 | | | |
| D-393 | Katrina Lowe v. Pharmavite Corporation 8/29/91 | Maine Carter | 91-0194-P | 9-16-91 | | 11/24/92 D | |
| D-394 | Elizabeth Reed v. Walgreen Company, et al. 8/29/91 | Neb. Cambridge | 91-CV-315 | 9-16-91 | | | |
| D-395 | John J. Ramirez, a/k/a John J. Moya Ramirez, etc. v. Showa Denko K.K., et al. 8/29/91 | N.Mex. Burciaga | CIV91-0563 JB | 9-16-91 | | | |
| D-396 | Eugenia Junice, et al. v. Showa Denko K.K., et al. 8/29/91 | N.Y.,S. McKenna | 91-CV-2725 | 9-16-91 | | | |
| D-397 | Katheryn Bates v. General Nutrition Corporation, et al. 8/29/91 | N.Y.,S. Stewart | 91-CV-3055 | 9-16-91 | | | |
| D-398 | Laura Kartsonis, et al. v. Showa Denko, K.K., et al. 8/29/91 | N.Y.,S. Keenan | 91-CV-3056 | 9-16-91 | | | |

JBML FORM 1 -- Continuation ⊕

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-399 | Frances Hotaling, et al. v. Showa Denko, K.K., et al. 8/29/91 | N.Y.,S. Lowe | 91-CV-3431 | 9-16-91 | 91 - 2 8 | | |
| D-400 | Barbara M. Rettig, ₑₜ₍ v. Showa Denko, K.K., et al. 8/29/91 | N.Y.,S. Conboy | 91-CIV-4291 | 9-16-91 | 91 | | |
| D-401 | Gwendolyn Murray, et al. v. Showa Denko, K.K., et al. 8/29/91 | N.Y.,S. Duffy | 91-CIV-4293 | 9-16-91 | 91 | | |
| D-402 | Barbara Ann Beckett v. Showa Denko, K.K., et al. 8/29/91 | N.Y.,S. Conboy | 91-CIV-4294 | 9-16-91 | 91 - 291 o1 | | |
| D-403 | Sylvia Spitz v. Puritan's Pride, et al. 8/29/91 | N.Y.,S. Edelstein | 91-CIV-4295 | 9-16-91 | 91 - 1 | | |
| D-404 | Janet L. Peterson v. Showa Denko K.K., et al. 8/29/91 | N.Y.,S. Duffy | 91-CIV-4296 | 9-16-91 | 91 - 2763 | 4/8/92 D | |
| D-405 | Frances C. Braddy, et al. v. Revco Discount Drug Center, Inc., et al. 8/29/91 | N.C.,E. Boyle | 91-CV-32 | 9-16-91 | 91-294 7 | | |
| D-406 | Barbara Ann Ellis ᵥ Rugby Laboratories, Inc., et al. 8/29/91 | N.C.,E. Dupree | 91-CV-48 | 9-16-91 | 91-2765 | | |
| D-407 | Margaret Gray, et al. v. Solgar Co., Inc., et al. 8/29/91 | N.C.,W. Voorhees | A-C-91-87 | 9-16-91 | 91-2766 | | |
| D-408 | Janet A. Lindsey, et al. v. Showa Denko, K.K., et al. 8/29/91 | Ohio,S. Weber | 91-CV-372 | 9-16-91 | 91-2768 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-409 | Sidney M. DiCristino, et al. v. Showa Denko America, Inc., et al. 8/29/91 | Pa.,E. Reed | 91-CV-3790 | 9-16-91 | 91-3761 | | |
| D-410 | C.R. Ray, et al. v. Showa Denko America, Inc., et al. 8/29/91 | Tex.,E. Hall | 91-CV-46 | 9-16-91 | 91-3768 | | |
| D-411 | Elizabeth Ann Mays v. Showa Denko America, Inc., et al. 8/29/91 | Va.,W. Kiser | 91-22-L | 9-16-91 | 91 ... | | |
| D-412 | Sylvia G. Kleczewski, et al. v. Shopko, et al. 8/29/91 | Wisc.,E. Evans | 91-C-0541 | 9-16-91 | 91 ... | 12/18/92D | |
| D-413 | Kathleen F. Oleck, et al. v. Nature's Bounty, Inc., et al. 8/29/91 | Wisc.,E. Curran | 91-C-495 | 9-16-91 | 91 ... | 12/18/92D | |
| D-414 | Barbara B. Williams v. Showa Denko K.K., et al., 9-6-91 | Ala.,N. Nelson | CV-91-N-1691-S | 9/24/91 | 91-3801 | 2/9/93D | |
| D-415 | Lilla Tynes Sevier v. Showa Denko K.K., et al. 9-6-91 | Ala.,N. Blackburn | CV-91-B-1692-S | 9/24/91 | 91 ... | | |
| D-416 | Angie Jones v. Showa Denko, et al. 9-6-91 | Cal.,E. Karlton | 91-CV-601 | 9/24/91 | 91-3770 | | |
| D-417 | Gail Archuleta, et al. v. Showa Denko K.K., et al. 9-6-91 | Colo. Weinshienk | 91-1474 | 9/24/91 | 91-3813 | duplicate with D 363 | |
| D-418 | Paula Schneider v. American Drug Stores, Inc., et al. 9-6-91 | Ill.,N. Rovner | 91-CV-2738 | 9/24/91 | 2884 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-419 | Viola Gordon, et al. v. Walgreen Laboratories, Inc., et al. 9-6-91 | Ill.,N. Holderman | 91-CV-2739 | 9/34/91 | | | |
| D-420 | Marilyn J. Hessler, et al. v. Twin Laboratories, Inc., et al. 9-6-91 | Ill.,N. Norgle | 91-CV-3283 | 9/34/91 | | | |
| D-421 | Charlotte B. Perry, et al. v. Showa Denko K.K., et al. 9-6-91 | Mich.,E. Rosen | 91-CV-73148 | 9/24/91 | | | |
| D-422 | Harry H. Beatty, et al. v. Wal-Mart Stores, Inc., et al. 9-6-91 | Mo.,W. Clark | 91-CV-3254 | 9/24/91 | | | |
| D-423 | Mary B. Middleton, et al. v. Henry Schein, Inc., et al. 9-6-91 | N.C.,E. Fox | 91-CV-305 | 9/34/91 | | | |
| D-424 | Vivian Werner v. Showa Denko, K.K., et al. 9-6-91 | Ohio,S. Spiegel | 91-CV-386 | 9/24/91 | | 12/18/92 | |
| D-425 | Harry A. Schulte, et al. v. Showa Denko, K.K., et al. 9-6-91 | Ohio,S. Weber | 91-CV-446 | 9/34/91 | | | |
| D-426 | Clare Emerson Thornwell v. Showa Denko, K.K., et al. 9-6-91 | Ohio,S. Weber | 91-CV-468 | 9/34/91 | | | |
| D-427 | Billie Sue Ferguson v. General Nutrition Center, Inc. 9-6-91 | Okla.,E. Seay | CIV-91-370-S | 9/25/91 | | | |
| D-428 | Donald Holder, et al. v. Showa Denko, K.K., et al. 9-6-91 | Okla.,E. Seay | CIV-91-376-S | 9/25/91 | | | |

JBML FORM 1 -- Continuation ⊕

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-429 | Roy Kirk, et al. v. Showa Denko, K.K., et al. 9-6-91 | Okla.,E. Seay | CIV-91-377-S | 9/24/91 | | | |
| D-430 | Jose Lestro v. Safeway Stores, Inc. 9-6-91 | Okla.,N. Brett | 91-C-447-B | 9/24/91 | | | |
| D-431 | Linda E. Testerman v. Showa Denko America, Inc., et al. 9-6-91 | Va.,E. Bryan | 91-760-A | 9/24/91 | | | |
| D-432 | Stella Sepanski, et al. v. Walgreen Laboratories, Inc., et al. 9-6-91 | Wisc.,E. Warren | 91-C-680 | 9/24/91 | | 12/18/92 D | |
| D-433 | Shirley Potasnik, et al. v. Freshlabs, Inc., et al. 9-6-91 | Wisc.,E. Stadmueller | 91-C-706 | 9/24/91 | | 12/18/92 D | |
| D-434 | Barbara Deshambo v. General Nutrition Corp., et al. 9-6-91 | Wisc.,E. Warren | 91-C-707 | 9/24/91 | | 12/18/92 D | |

DOCKET NO. _____ --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-435 | James D.Vaughn, etc. v. P. Leiner Nutritional Products, Inc., et al. 9/23/91 | N.C.,M. Erwin | 91-CV-00392 | 10-9-91 | 91-3058 | | |
| D-436 | Carlton Lee Williams, et al. v. Goldline Laboratories, et al. 9/23/91 | N.Y.,S. Leval | 91-CV-5102 | 10-9-91 | 91-3059 | | |
| D-437 | Leroy R. Watkins, et al. v. Showa Denko, K.K., et al. 9/23/91 | N.Y.,S. McKenna | 91-CV-5103 | 10-9-91 | 91-3060 | | |
| D-438 | Rose Marie Marone, et al. v. General Nutrition Corp., et al. 9/23/91 | N.Y.,S. Stanton | 91-CV-5107 | 10-9-91 | 91-3061 | | |
| D-439 | Margaret Kuhn v. P. Leiner Nutritional Products, Inc., et al. 9/23/91 | N.Y.,S. Freeh | 91-CV-5106 | 10-9-91 | 91-3062 | | |
| D-440 | Paul L. Houts, et al. v. Nature's Bounty, Inc., et al. 9/23/91 | N.Y.,S. Griesa | 91-CV-5105 | 10-9-91 | 91-3063 | | |
| D-441 | Linda Jane Von Arx Giesler v. Schiff Bio-Food Products, Inc., et al. 9/23/91 | N.Y.,S. Martin | 91-CV-5101 | 10-9-91 | 91-3064 | | |
| D-442 | Catherine Ann Carr v. Showa Denko K.K., et al. 9/23/91 | N.Y.,S. Kram | 91-CV-5104 | 10-9-91 | 91-3065 | | |
| D-443 | Emily H. Cooper, et al. v. Jarrow Formulas, Inc., et al., 9/23/91 | Ind.,S. Noland | IP91-706C | 10-9-91 | 91-3066 | | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-444 | Arlene Fuchs, etc. v. General Nutrition Corp., et al. 9/23/91 | N.Y.,E. Korman | 91-CV-2661 | 10-7-91 | 91-3067 | | |
| D-445 | Donna Kay Brnovak v. Showa Denko K.K., et al. 9/23/91 | Tex.,N. Cummings | 91-CV-66 | 10-7-91 | 91-3068 | | |
| D-446 | Judith Anne Bloom v. Revco Discount Drug Center, Inc., et al. 9/23/91 | Ga.,S Alaimo | CV4-91-164 | 10-7-91 | 91-3069 | | |
| D-447 | Peggy B. Brock, et al. v. Showa Denko, K.K., et al. 9/23/91 | Ga.,N. O'Kelley | 2:91-CV-0130 WCO | 10-7-91 | 91-3070 | | |
| D-448 | Autry G. Bradshaw, et al. v. Showa Denko, K.K., et al. 9/23/91 | Ky.,E. Wilhoit | 91-254 | 10-7-91 | 91-3071 | | |
| D-449 | Charles Goldfarb, et al. v. Showa Denko, K.K., et al. 9/23/91 | N.J. Wolin | 91-CV-2904 | 10-7-91 | 91-3072 | | |
| D-450 | Kelly Gordon, etc. v. Showa Denko, K.K., et al. 9/23/91 | Conn. Daly | 5-91-CV 00273 | 10-7-91 | 91-3073 | | |
| D-451 | Helen Joyce MacFie, et al. v. Showa Denko, K.K., et al. 9/23/91 opposed 10-4-9 | Fla.,M. Moore | 91-CV-516 | 11/27/91 | 91-3687 | | |
| D-452 | Dorothy P. McNelis, et al. v. Showa Denko, K.K., et al. 9/23/91 opposed 10-4-91 | Fla.,M. Black | 91-CV-515 | 11/27/91 | 91-3688 | | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-453 | William Terry Parrish v. Wal-Mart Stores, Inc., et al. 9/23/91 | Ky.,W. Simpson | C-91-0101P (CS) | 10-9-91 | 91-3074 | 3/23/92 | |
| D-454 | Johnnie E. Perkins v. P. Leiner Nutritional Health Pro., Inc., et al. 9/23/91 | Ky.,E. Forester | 91-253 | 10-9-91 | 91-3075 | 1-15-92 D | |
| D-455 | Helen M. Shore, et al. v. Schiff Bio Food Products, Inc., et al. 9/23/91 | N.C.,M. Erwin | 2:91-CV 00306 | 10-9-91 | 91-3076 | | |
| D-456 | Donald Kaleita v. Showa Denko, K.K., et al. 9/23/91 | Fla.,M. Kovachevich | 91-CV-552 | 10-9-91 | 91-3077 | 9/16/92 D | |
| D-457 | Linda Spitz, et al. v. Showa Denko, K.K., et al. 9/23/91 | Fla.,S. Paine | 91-CV-6309 | 10-9-91 | 91-3078 | | |
| D-458 | Kathleen Waldon Young v. Showa Denko, K.K., et al. 9/23/91 | W.Va.,N. Stamp | 91-01120 W(S) | 10-9-91 | 91-3079 | | |
| D-459 | Frances Bonner v. Showa Denko, K.K., et al. 9/23/91 | MD. Howard | 91-CV-811 | 10-9-91 | 91-3080 | | |
| D-460 | Ann T. Cramer v. Walgreen Laboratories, Inc., et al. 9/23/91 | N.D.Ala., N.H. Moore | 91-CV-544 | 10-9-91 | 91-3081 | | |
| D-461 | Karen Gallagher v. Showa Denko AMerica, Inc., et al. 9/23/91 | N.H. Devine | 91-CV-175 | 10-9-91 | 91-3082 | 10/30/92 D | |
| D-462 | Christine Chudy v. Showa Denko, K.K., et al. 9/23/91 | Mass. Skinner | 91-CV-12038 | 10-9-91 | 91-3083 | | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-463 | Karen Eyges v. Showa Denko America, Inc., et al. 9/23/91 | Mass. Skinner | 91-CV-11320 | 10-7-91 | 91-3084 | | |
| D-464 | Wilfred Erskine Gutherie, Sr. v. Goldline Laboratories, Inc., et al. 9/23/91 | Va.,W.D. Kiser | 91-0557-R | 10-7-91 | 91-3085 | 9/8/92 D | |
| D-465 | Judy Harris, etc. v. Showa Denko, K.K., et al. 9/23/91 | Kan. Theis | 91-CV-1226 | 10-7-91 | 91-3086 | | |
| D-466 | Charles R. Koehn, et al. v. General Nutrition Corp., et al. 9/23/91 | Kan. Kelly | 91-CV-1217 | 10-7-91 | 91-3087 | | |
| D-467 | Larry M. Leaptrot v. Showa Denko K.K., et al. 9/23/91 | Ga.,M. Owens | 91-CV-244 | 10-7-91 | 91-3688 | | |
| D-468 | Evelyn A. Leftwich, et al. v. Goldline Laboratories, Inc. 9/23/91 oppsed 10-4-91 | Tex,W. Nowlin | 8-91-491 | | 7:91-3686 | | |
| D-469 | Karen Wallen v. Showa Denko, K.K., et al. 9/23/91 | Mass. Skinner | 91-CV-11318 | 10-7-91 | 91-3089 | 7/20/92 D | |
| D-470 | Maye A. Wetter, et al. v. IDE Interstate, et al. 9/23/91 | Ohio,N. Dowd | 91-CV-1552 | 10/30/91 | 7:91-3428 | | ✓ |
| D-471 | Sandi Bobik v. Walgreen Co. 9/23/91 | Fla.,S. King | 91-CV-1597 | 10-7-91 | 91-3090 | | |
| D-472 | Barbara Mango v. Makers of KAL Inc., et al. 9/23/91 | Ill.,N. Norgle | 91-CV-2733 | 10-7-91 | 91-3091 | | |
| D-473 | Frieda Schellink, et al. v. Walgreen Laboratories Inc., et al. 9/23/91 | Ill.,N. Williams | 91-CV-2737 | 10-7-91 | 91-3092 | | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-474 | Christine M. Scmitt v. Tree of Life, Inc., et al. 9/23/91 | Va.,E. Merhige | 3:91-CV-00405 | 12-9-71 | 91-3093 | | |
| D-475 | David A. Schultz v. Showa Denko, K.K., et al. 9/23/91 | Mich,W. Hillman | 91-CV-577 | 12-9-71 | 91-3094 | | |
| D-476 | Shirley Shapira, et al. v. Walgreen Laboratories Inc., et al. 9/23/91 | Ill.,N. Williams | 91-CV-4036 | 12-9-71 | 91-3095 | | |
| D-477 | Troy Childress, et al. v. Wal-Mart Stores, Inc., et al. 9/23/91 | Okla.,E. Cook | 91-448-C | 12-9-71 | 91-3096 | 10/27/92 D | |
| D-478 | Lemuel Russell Jordan v. Showa Denko, K.K., et al. 9/23/91 | Ala.,N. Pointer | CV-91-P-1962-S | 12-9-71 | 91-3097 | 11/09/92 D | |
| D-479 | Garth K. Peabody, et al. v. Showa Denko America, Inc., et al. 9/23/91 | Ind.,S. Noland | IP91-942C | 12-9-71 | 91-3100 | | |
| D-480 | Ruby Hill, et al. v. General Nutrition Corp., et al. 9/23/91 | N.C.,M. Erwin | 6:91-CV-00418 | 12-9-71 | 91-3098 | | |
| D-481 | Traci L. Peterson, et al. v. Showa Denko, K.K., et al. 9/23/91 | Neb. Strom | 91-CV-370 | 12-9-71 | 91-3099 | | |
| D-482 | Ilona Kirby, et al. v. Showa Denko America, Inc., et al. 9/23/91 2/15/92 10-1-91 | Cal.,N. Jensen | 91-CV-2219 | 11-13-91 | 92-113 | | |
| D-483 | Helen Pittman v. P. Leiner Nutritional Products, Inc., et al. 12/1/11 | N.C.,E. Britt | 91-CV-545 | 10-31-91 | 7:91-3474 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-484 | Margaret Lahart v. Hudson Drugs, Inc., et al. | D.S.C. | 91-1301 | | | | |
| XYZ-485 | Caryl Lynne Muller v. General Nutrition Products, et al. | D.S.C. | 91-1346 | | | | |
| XYZ-486 | Judith S. Rihm v. General Nutrition Corp., et al. | D.S.C. | 91-1513 | | | | |
| XYZ-487 | Delores Clark v. General Nutrition Corp., et al. | D.S.C. | 91-1583 | | | | |
| XYZ-488 | Cecil R. Haltiwanger v. Star Professional Pharmaceutical, Inc., et al. | D.S.C. | 91-1772 | | | | |
| D-489 | Patsy Anderson, et al. v. Showa Denko KK, et al. 10/28/91 | Ark.,E. Reasoner | PBC-91-435 | 11/13/91 | 7:91-3510 | | |
| D-490 | Janet Valastak, et al. v. Showa Denko KK, et al. 10/28/91 | Colo. Weinshienk | 91-CV-380 | 11/13/91 | 7:91-3511 | | |
| D-491 | Deborah V. Creamer, et al. v. Showa Denko KK, et al. 10/28/91 | Ga.,N. Vining | 91-CV-1916 | 11/13/91 | 7:91-3512 | | |
| D-492 | Nancy V. Watts, et al. v. Showa Denko KK, et al. 10/28/91 | Ga.,N. Vining | 91-CV-1917 | 11/13/91 | 7:91-3513 | | |
| D-493 | Varner B. Holmes, et al. v. Showa Denko KK, et al. 10/28/91 | Ga.,N. Vining | 91-CV-1918 | 11/13/91 | 7:91-3514 | | |
| D-494 | Madge Mayfield, et al. v. Showa Denko KK, et al. 10/28/91 | Ga.,N. Vining | 91-Cv-1919 | 11/13/91 | 7:91-3515 | | |
| D-495 | Margaret Erwin King v. Showa Denko KK, et al. 10/28/91 | Ga.,N. Vining | 91-CV-1920 | 11/13/91 | 7:91-3516 | | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-496 | BVeverly Sue Cabe, et al. v. Showa Denko KK, et al. *10/28/91* | Ga.,N. Ward | 91-CV-2185 | 11/13/91 | 7:91-3517 | | |
| D-497 | Phyllis Davis v. Showa Denko KK, et al. *10/28/91* | Ill.,S. Foreman | 91-CV-4112 | 11/13/91 | 7:91-3518 | | |
| D-498 | Patricia A. Wall v. General Nutrition Products, Inc., et al. *10/28/91* | Iowa,S. Wolle | 91-CV-80559 | 11/13/91 | 7:91-3519 | | |
| D-499 | Karen Wallen v. Showa Denko KK *10/28/91* | Mass. Skinner | 91-CV-11317 | 11/13/91 | 7:91-3520 | 7/20/92D | |
| D-500 | Paul V. Abely, etc. v. Showa Denko KK *10/28/91* | Mass. Skinner | 91-CV-12438 | 11/13/91 | 7:91-3521 | 10/29/92D | |
| D-501 | Paul V. Abely, etc. v. Showa Denko America, Inc., et al. *10/28/91* | Mass. Skinner | 91-CV-12439 | 11/13/91 | 7:91-3522 | 10/29/92D | |
| D-502 | Leon Garwood v. Solgar Vitamin Co., Inc., et al. *10/28/91* | Mich.,E. Taylor | 91-CV-740 | 11/13/91 | 7:91-3523 | | |
| D-503 | Charlene Garwood v. Solgar Vitamin Co., Inc., et al. *10/28/91* | Mich.,E. Plata | 91-CV-60303 | 11/13/91 | 7:91-3524 | | |
| D-504 | Mabel Brockman, et al. v. Showa Denko America, Inc., et al. *10/28/91* | Mich.,E. Rosen | 91-CV-74445 | 11/13/91 | 7:91-3525 | | |
| D-505 | Karen Gallagher v. Showa Denko KK *10/28/91* | N.H. Devine | 91-CV-176 | 11/13/91 | 7:91-3526 | 10/30/92D | |
| D-506 | Joan Merrill Sherman, et al. v. Showa Denko KK, et al. *10/28/91* | N.J. Wolin | 91-CV-2204 | 11/13/91 | 91-3527 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-507 | Kay Hein, et al. v. Showa Denko KK, et al., 10/28/91 | N.J. Wolin | 91-Cv-3987 | 11/13/91 | 91-3528 | | |
| D-508 | Mary Ann Southall, et al. v. Nature's Bounty, Inc., et al. 10/28/91 | N.Y.,S. Kram | 91-CV-5483 | 11/13/91 | 7:91-3529 | | |
| D-509 | Minnie Lou Gentry, et al. v. Jameson Pharmaceuticals, Inc., et al. 10/28/91 | N.C.,M. Erwin | 91-CV-458 | 11/13/91 | 7:91-3530 | | |
| D-510 | Neavil J. Cochran, et al. v. Goldline Laboratories, Inc., et al. 10/28/91 | N.C.,W. Voorhees | B-C-91-159 | 11/13/91 | 7:91-3531 | | |
| D-511 | Roberta J. Dillon v. Vitamin World, Inc., et al. 10/28/91 | Ohio,S. Holschuh | 91-CV-727 | 11/13/91 | 7:91-3532 | | |
| D-512 | Patricia A. McKeown Steinbaugh, et al. v. Natural Wealth Nutrition Corp., et al. 10/28/91 | Pa.,W. Ziegler | 91-1486 | 11/13/91 | 7:91-3533 | | |
| D-513 | Retha Jean Adams v. Showa Denko KK, et al. Opposed 11/12/91 10/28/91 | Tex.,N. Fitzwater | 91-CV-1761 | 11/27/91 | 91-3762 | | |
| D-514 | Jean McVay, et al. v. Star Professional Pharmaceutical, Inc., et al. 10/28/91 | Tex.,S. Head | 91-CV-215 | 11/13/91 | 7:91-3534 | | |
| D-515 | Ernestine Bray v. Nature Made Nutritional Products, Inc., et al. 10/28/91 | Tex.,S. Kent | 91-2337 | 11/13/91 | 7:91-3535 | | |
| D-516 | Peter Louis Rizzo v. Revco D.S., Inc., et al. 10/28/91 | Va.,E. Williams | 3:91-CV-501 | 11/13/91 | 7:91-3536 | | |
| D-517 | Edith E. Gustafson v. P. Leiner Nutritional Products, Inc., et al. 10/28/91 | Wisc.,E. Warren | 91-C-970 | 11/13/91 | 7:91-3537 | 12/18/92 | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-518 | Marion Stark, et al. v. General Nutrition Corporation, et al. 10/28/91 | Wisc.,E. Warren | 91-C-1014 | 11/13/91 | 7:91-3538 | 12/18/97D | |
| D-519 | Karen C. Holz v. L&H Vitamins, Inc., et al. 10/28/91 | Wisc.,E. Reynolds | 91-C-1019 | 11/13/91 | 7:91-3539 | 12/18/97D | |
| D-520 | Jimmy Garrison v. Showa Denko, K.K., et al. 11/12/91 | N.C.,M. Erwin | 4:91-CV-00518 | 11/27/91 | 91-3689 | | |
| D-521 | Ronald Shendrov v. Nature's Bounty, Inc., et al. 11/12/91 | Pa.,E. Newcomer | 91-CV-3823 | | VACATED 11/29/91 | | |
| D-522 | Therese McMahon, et al. v. Vitamin World, et al. 11/12/91 | Pa.,E. Gawthrop | 91-CV-3832 | 11/27/91 | 91-3690 | | |
| D-523 | Margaret Allen, et al. v. Rite-Aid, Inc., et al. 11/12/91 | Pa.,E. Weiner | 91-CV-3835 | 11/27/91 | 91-3691 | | |
| D-524 | Beulah Lee Gobble, et al. v. Showa Denko K.K., et al. 11/12/91 | W.V.,S. Copenhaver | 2:91-0966 | 11/27/91 | 91-3692 | | |
| D-525 | Shirley Nelson Sutherland v. Big C Discount Drugs, et al. | Ala.,S. Hand | 91-CV-816 | 11/27/91 | 91-3693 | | |
| D-526 | Dorothy Bedford v. General Nutrition, et al. | Mich.,E. Gadola | 91-Cv-74802 | 11/27/91 | 91-3694 | | |
| D-527 | Carol S. Collins v. Showa Denko K.K., et al. | Va.,W. Turk | 91-0609-R | 11/27/91 | 91-3695 | 2/9/93D | |
| D-528 | Ernestine Bray v. Nature Made Nutritional Products, Inc., et al. | Tex.,E. Kent | 91-CV-2337 | 11/27/91 | 7:91-3696 same as D-515 | | |

DOCKET NO. 465 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-529 | Beverly J. Griffin v. Showa Denko K.K. 11/14/91 | Neb. Cambridge | 8:CV-91-00358 | 12/2/91 | 91-3656 | 7/20/92 D | |
| D-530 | Carolyn S. Blalock, et al. v. General Nutrition Corporation, et al. 11/14/91 | N.C.,M. Erwin | 3:91-CV-00509 | 12/2/91 | 91-3752 | | |
| D-531 | Richard C. Dawson, et al. v. Showa Denko K.K., et al. 11/14/91 | N.C.,M. Erwin | 4:91-CV-00519 | 12/2/91 | 91-3753 | | |
| D-532 | Dup? Neavil J. Cochran, et al. v. Goldline Laboratories, Inc., et al. 11/14/91 | N.C.,W. Voorhees | B-C-91-159 | 12/2/91 | | | |
| D-533 | Gary E. Cooper, et al. v. Pharmavite Corporation, et al. 11/14/91 | N.C.,W. Voorhees | A-C-91-178 | 12/2/91 | 7:91-3754 | | |
| D-534 | Frank Janik, etc. v. Showa Denko K.K., et al. Offset 12-2-91 11/14/91 | Ohio,N. Battisti | 1:91-CV-1632 | 1/24/92 | 92-231 | 8/19/92 D | |
| D-535 | George Tomasic, et al. v. Showa Denko K.K., et al. 11/14/91 | Ohio,N. Aldrich | 1:91-CV-1993 | 12/2/91 | 91-3755 | | |
| D-536 | Kathleen Snyder v. Showa Denko K.K., et al. 11/14/91 | Ore. Jones | 91-6426-JO | 12/2/91 | 91-3756 | 11/19/92 D | |
| D-537 | Kathleen M. Lee v. Showa Denko K.K., et al. 11/14/91 | Ore. Jones | 91-6427-JO | 12/2/91 | 91-3757 | 12/14/92 D | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-538 | Gertrude J. Duncan, et al. v. Showa Denko K.K., et al. 11/14/91 | Ore. Jones | 91-6428-JO | 12/2/91 | 91-3758 | 11/19/92 D | |
| D-539 | Joann Hudson, et al. v. Showa Denko K.K., et al. 11/14/91 | Ore. Jones | 91-6429-JO | 12/2/91 | 91-3759 | | |
| D-540 | Thomas J. Dryden v. Showa Denko K.K., et al. 11/14/91 | Ore. Jones | 91-6430-JO | 12/2/91 | 91-3760 | | |
| D-541 | Angel Candal Penedo, et al. v. Showa Denko K.K., et al. 11/14/91 | P.R. Gierbolini | 91-2080-GG | 12/2/91 | 91-3761 | | |
| XYZ-542 | Josie L. Phillips v. Star Professional Pharmaceuticals, Inc., et al. | S.C. | 91-2719 | | | | |
| XYZ-543 | Georgina Sanchez, et al. v. General Nutrition Products, Inc., et al. | S.C. | 91-2596 | | | | |
| D-544 | Stephen D. Jaske v. Goldline Laboratories, et al. 11/27/91 | Ill. N.D. Leinenweber | 91-CV-6647 | 12/13/91 | 91-3780 | | |
| D-545 | Susan Sonnier v. General Nutrition Center, Inc., et al. opposed 12/2/91 11/27/91 | Tex., S.D. Hittner | H-91-2688 | 2/7/92 | 92-427 | | |
| D-546 | Shirley A. Bowers, et al. v. Showa Denko K.K., et al. 11/27/91 | Ohio, S.D. Weber | 91-CV-761 | 12/13/91 | 91-3781 | | |
| D-547 | Gayle M. Bruyor, et al. v. Showa Denko K.K., et al. 11/27/91 | N.Y., S.D. Martin | 91-CV-7036 | 12/13/91 | 91-3782 | 10/29/92 D | |
| D-548 | Ruth Quint v. Nature Made Nutritional Products, Inc., et al. 11/27/91 | Ill., N.D. Nordberg | 91-CV-6692 | 12/13/91 | 91-3783 | | |
| D-549 | Arnold H. Mueller v. Osco Drug, Inc., et al. 11/27/91 | Ind., S.D. McKinney | IP-91-1184C | 12/13/91 | 91-3784 | 8/19/92 D | |
| D-550 | Dolores Spratt, et al. v. The Solgar Co., Inc., et al. 11/27/91 | N.Y., S.D. Patterson | 91-CV-6011 | 12/13/91 | 91-3785 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-551 | Elizabeth Reed v. Showa Denko KK  11/27/91 | Neb. Strom | 91-CV-359 | 12/13/91 | 91-3786 | | |
| D-552 | Virginia L. Kuhn, et al. v. Sundown Vitamins, Inc., et al.  11/27/91 | Wis.,E.D. Reynolds | 91-CV-1024 | 12/13/91 | 91-3787 | | |
| D-553 | Virginia L. Kuhn, et al. v. General Nutrition Inc., et al.  11/27/91 | Wis.E.D. Stadtmueller | 91-CV-1023 | 12/13/91 | 91-3788 | 4/6/92D | |
| D-554 | Virginia L. Kuhn, et al. v. Nature's Bounty, Inc.  11/27/91 | Wis.,E.D. Evans | 91-CV-1022 | 12/13/91 | 91-3789 | 4/6/92D | |
| D-555 | Barbara Brock, et al. v. American Drug Stores, Inc., et al.  11/27/91 | Ariz. Rosenblatt | 91-CV-1531 | 12/13/91 | 91-3790 | 10/1/92D | |
| D-556 | Charlotte Walters v. P. Leiner Nutritional Products, Inc. of Delaware, et al.  11/27/91 | Ohio,S.D. Smith | 91-CV-817 | 12/13/91 | 91-3791 | | |
| D-557 | John E. Mulligan v. Pharmacy Management Services, Inc., et al.  11/27/91 | Va.,E.D. Bryan | 3:91-CV-00622 | 12/13/91 | 91-3792 | | |
| D-558 | Irene Chyrka, et al. v. Nature Made Nutritional Products, Inc., et al.  11/27/91 | Fla.,M. Nimmons | 91-1444-CVI-T-21C | 12/13/91 | 91-3793 | | |
| D-559 | Bernice Fay Scott, et al. v. General Nutrition Corporation, et al.  11/27/91 | Ariz. Broomfield | 91-CV-1530 | 12/13/91 | 91-3794 | 10/9/92D | |
| D-560 | Marilyn J. Shine, et al. v. P. Leiner Nutritional Products, Inc., et al.  11/27/91 | Mich.,W.D. Enslen | 91-CV-837 | 12/13/91 | 91-3795 | 2/9/93 | |
| D-561 | Patricia A. McKeown Steinbaugh, et al. v. Natural Wealth Nutrition Corp., et al.  11/27/91 | Pa.,W.D. Ziegler | 91-1486 | 12/13/91 | ~~91-3796~~ VACATED D-59 | | 1/8/92 |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-562 | Lorene C. Brown v. Solgar Vitamin Company, Inc., et al. 12-23-91 | Ala.,N. Hancock | CV-91-H-2490-NE | 1/8/92 | 92-81 | | |
| D-563 | Ellyn K. Boulet v. Showa Denko K.K., et al. 12-23-91 | Ariz. Strand | CIV-91-1549-PHX -RGS | 1/8/92 | 91-82 | | |
| D-564 | Marion Baker v. Showa Denko K.K., et al. 12-23-91 | Cal.,C. Letts | CV-91-5833-JSL (GHkx) | 1/8/92 | 92-83 | | |
| D-565 | Judith Ann Smith v. Showa Denko K.K., et al. 12-23-91 | Cal.,C. Tevrizian | CV-91-5834-DT (EEx) | 1/8/92 | 92-84 | | |
| D-566 | Margaret Kalamon v. Showa Denko K.K., et al. 12-23-91 | Cal.,C. Rea | CV-91-5835-WJR (CTx) | 1/8/92 | 92-85 | | |
| D-567 | Douglas B. Spinetti v. Showa Denko K.K., et al. 12-23-91 | Cal.,C. Ideman | CV-91-5837-JMI (Sx) | 1/8/92 | 92-86 | | |
| D-568 | Susan Limber v. Showa Denko K.K., et al. 12-23-91 | Cal.,C. Pfaelzer | CV-91-5839-MRP (Tx) | 1/8/92 | 92-87 | 8/13/92 D | |
| D-569 | Eva Roderick, et al. v. Showa Denko K.K., et al. 12-23-91 | Cal.,C. Kenyon | CV-91-5840-KN (JRx) | 1/8/92 | 92-88 | | |
| D-570 | Esther Ann Martinez, et al. v. Showa Denko K.K., et al. 12-23-91 | Colo. Weinshienk | 91-Z-1947 | 1/8/92 | 92-89 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-571 | George Carlberg, et al. v. Showa Denko K.K., et al. 12-23-91 | Colo. Weinshienk | 91-Z-1955 | 1/8/92 | 92-90 | | |
| D-572 | Carol Berger, et al. v. Showa Denko K.K., et al. 12-23-91 | Colo. Weinshienk | 91-Z-1976 | 1/8/92 | 92-91 | | |
| D-573 | Elizabeth J. Tellier, et al. v. Showa Denko K.K., et al. 12-23-91 | Colo. Weinshienk | 91-Z-2013 | 1/8/92 | 92-92 | | |
| D-574 | Steven C. Guc, et al. v. Showa Denko K.K., et al. 12-23-91 | Fla.,S. Highsmith | 91-CV-1968 | 1/8/92 | 92-93 | | |
| D-575 | Melbadean Weber Moore, et al. v. Phar-Mor, Inc., et al. 12-23-91 | Ind.,N. Lee | F-91-00260 | 1/8/92 | 92-94 | | |
| D-576 | David B. Dusak v. General Nutrition Corporation, et al. 12-23-91 | Ind.,S. Noland | IP-91-1217-C | 1/8/92 | 92-95 | | |
| D-577 | Nancy Lee Milligan, et al. v. Schiff Bio-Food Products, Inc., et al. 12-23-91 | Mich.,W. Bell | 1:91-CV-901 | 1/8/92 | 92-96 | 2/9/93 D | |
| D-578 | Bonnie Ludden, et al. v. General Nutrition Corporation, et al. 12-23-91 | Neb. Cambridge | 8:CV-91-600 | 1/8/92 | 92-97 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-579 | Rebecca Ann Quasny v. General Nutrition Corporation, et al. 12-23-91 | N.Y.,S. Conboy | 91-CIV-6010 | 1/8/92 | 92-98 | | |
| D-580 | John Halston Hannay, Jr. v. General Nutrition Corp., Inc., et al. 12-23-91 | N.Y.,S. Conboy | 91-CIV-6147 | 1/8/92 | 92-109 | | |
| D-581 | Emily H. Harris v. Sundown, et al. 12-23-91 | N.Y.,S. Haight | 91-CIV-6148 | 1/8/92 | 92-99 | | |
| D-582 | Lucetta Kemp v. Showa Denko K.K., et al. 12-23-91 | N.Y.,S. Duffy | 91-CIV-7034 | 1/8/92 | 92-100 | 9/1/92 D | |
| D-583 | Elizabeth C. Clewett v. Showa Denko K.K., et al. 12-23-91 | Ore. Hogan | 91-6459-HO | 1/8/92 | 92-101 | 2/9/93 D | |
| D-584 | Rebecca Trainum-Benson v. Showa Denko K.K., et al. 12-23-91 | Tex.,W. Johnson | A-91-CA-876 | 1/8/92 | 92-102 | | |
| D-585 | James T. Higgins v. Rugby Laboratories, Inc., et al. 12-23-91 | Va.,E. Bryan | 2:91-CV-00682 | 1/8/92 | 92-103 | | |
| D-586 | Bessie M. Charuhas v. Twin Laboratories, Inc., et al. 12-23-91 | Va.,E. Bryan | 91-1502-A | 1/8/92 | 92-104 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-587 | Janet Carolyn Schank, et al. v. Showa Denko K.K., et al. 12/26/91 | Ariz. Copple | CIV-91-1710-PHX -WPC | 1/13/92 | 92-140 | | |
| D-588 | Audrey Walker, et al. v. Showa Denko K.K., et al. 12/26/91 | Ariz. Carroll | CIV-91-1711-PHX -EHC | 1/13/92 | 92-141 | 9/11/92 | |
| D-589 | Mary Lightfoot v. Showa Denko K.K., et al. 12/26/91 | Ariz. Carroll | CIV-91-1712-PHX -EHC | 1/13/92 | 92-142 | 10/1/92D | |
| D-590 | Donnetta Williamson v. Showa Denko K.K., et al. 12/26/91 | Ariz. Copple | CIV-91-1714-PHX -WPC | 1/13/92 | 92-143 | | |
| D-591 | Patricia Anne McShane, et al. v. Showa Denko K.K., et al. 12/26/91 | Ariz. Carroll | CIV-91-1715-PHX -EHC | 1/13/92 | 92-144 | | |
| D-592 | Faye Wood v. Showa Denko K.K., et al. 12/26/91 | Ariz. Rosenblatt | CIV-91-1716-PHX -PGR | 1/13/92 | 92-145 | | |
| D-593 | Harold Mark Vogel v. Showa Denko K.K., et al. 12/26/91 | Ariz. Strand | CIV-91-1717-PHX -RGS | 1/13/92 | 92-146 | | |
| D-594 | Perceda Anne Rutledge v. Showa Denko K.K., et al. 12/26/91 | Ariz. Rosenblatt | CIV-91-1718-PHX -RGS | 1/13/92 | 92-147 | | |
| D-595 | Sandy Lewis v. Showa Denko K.K., et al. 12/26/91 | Ariz. Broomfield | CIV-91-1719-PHX -RCB | 1/13/92 | 92-148 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-596 | Susan Swapp, et al. v. Showa Denko K.K., et al. 12/26/91 | Ariz. Copple | CIV-91-1720-PHX -WPC | 1/3/92 | 149 92-111 | | |
| D-597 | Diane K. Aboud, et al. v. Showa Denko K.K., et al. 12/26/91 opposed 1/13/92 | Ariz. Rosenblatt | CIV-91-1721-PHX -PGR | 2/5/92 | 92-672 | | |
| D-598 | Norma E. Koch v. Showa Denko K.K., et al. 12/26/91 | Ariz. Rosenblatt | CIV-91-1733-PCT -PGR | 1/13/92 | 92-150 | | |
| D-599 | Dayna Van Blaracum v. Formu-3 International, et al. 12/26/91 | Ind.,N. Lee | F-91-00227 | 1/13/92 | 92-151 | | |
| D-600 | Bonnie Baldridge v. Safeway Stores, Inc., et al. 12/26/91 | Okla.,N. Ellison | 91-C-890-E | 1/13/92 | 92-152 | | |
| D-601 | Susan Wallace, et al. v. Showa Denko K.K., et al. 1-16-92 | Cal.,N. Jensen | 91-CV-4003 | 2/3/92 | 92-357 | 3/13/92 D | |
| D-602 | Debbie Fox v. Showa Denko K.K., et al. 1-16-92 | Cal.,N. Patel | 91-CV-4002 | 2/3/92 | 92-358 | | |
| D-603 | Bessie Keith v. Showa Denko K.K., et al. 1-16-92 | Cal.,N. Lynch | 91-CV-4004 | 2/3/92 | 92-359 | | |
| D-604 | William Davis, M.D. v. Showa Denko K.K., et al. 1-16-92 | Cal.,N. Carroll | 91-CV-4005 | 2/3/92 | 92-360 | | |
| D-605 | Patricia E. Morris v. Showa Denko K.K., et al. 1-16-92 | Cal.,N. Henderson | 91-CV-4007 | 2/3/92 | 92-361 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-606 | Carolyn L. Morris, et al. v. Showa Denko K.K., et al.   1-16-92 | Ga.,N. Evans | 1-91-CV-2722 -ODE | 2/3/92 | 92-362 | | |
| D-607 | Mary Ann Simbol v. Hook-Superx, Inc., et al.   1-16-92 | Ind.,S. McKinney | TH-91-148-C | 2/3/92 | 92-363 | | |
| D-608 | Ellen Aufderheide v. Showa Denko K.K., et al.   1-16-92 | Ind.,S. Dillin | IP-91-1287-C | 2/3/92 | 92-364 | | |
| D-609 | Karen Eyges v. Showa Denko K.K.   1-16-92 | Mass. Skinner | 91-11319-S | 2/3/92 | 92-365 | | |
| D-610 | Joseph N. Dinozzi, etc. v. Showa Denko K.K., et al.   1-16-92 | Mass. Caffrey | 91-13285-C | 2/3/92 | 92-366 | | |
| D-611 | Sherry J. Ely, et al. v. Jameson Pharmaceutical Corp., et al.   1-16-92 | Miss.,N. Biggers | DC-91-D173-B-O | 2/3/92 | 92-367 | | |
| D-612 | Janette F. Eichorn v. Showa Denko K.K., et al.   1-16-92 | Mo.,E. Limbaugh | S-91-0128-C | 2/3/92 | 92-368 | | |
| D-613 | Selma Thurman, et al. v. Showa Denko K.K., et al.   1-16-92 | Mo.,E. Gunn | 91-2235-C-6 | 2/3/92 | 92-369 | | |
| D-614 | Kay Ruth O'Brien, et al. v. Showa Denko K.K., et al.   1-16-92 | Mo.,E. Gunn | 91-2236-C-6 | 2/3/92 | 92-370 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-615 | Sherri Waxman, et al. v. Showa Denko K.K., et al.   1-16-92 | Mo.,E. Cahill | 91-2237-C-4 | 2/3/92 | 7:92-371 | | |
| D-616 | Archie Arnett v. Weider Health & Fitness, Inc., et al.   1-16-92 | Mo.,W. Wright | 91-4488-CV-C-5 | 2/3/92 | 92-372 | | |
| D-617 | Lawrence H. Falk, et al. v. Showa Denko K.K., et al.   1-16-92 | N.J. Wolin | 91-CV-5280 | 2/3/92 | 92-373 | | |
| D-618 | Sharon Walsh v. Showa Denko K.K., et al.   1-16-92 | N.J. Wolin | 91-CV-5352 | 2/3/92 | 92-374 | | |
| D-619 | Linda Jane Von Arx Giesler v. Schiff Bio-Food Products, Inc., et al. 1-16-92 | N.Y.,S. Martin | 91-CIV-5101 | *duplicate see D-441 (no D.SC. #asg)* 2/3/92 | | | |
| D-620 | William Warrington, etc. v. Showa Denko K.K., et al.   1-16-92 | N.Y.,S. Sweet | 91-CIV-7256 | 2/3/92 | 92-375 | | |
| D-621 | Chrisade Appel, et al. v. Showa Denko K.K., et al.   1-16-92 | N.Y.,S. Conner | 91-CIV-7257 | 2/3/92 | 92-376 | | |
| D-622 | Charles Raymond Purcell, et al. v. Showa Denko K.K., et al.   1-16-92 | N.Y.,S. Conboy | 91-CIV-7260 | 2/3/92 | 92-377 | | |
| D-623 | June M. Brownhill, et al. v. Showa Denko K.K., et al.   1-16-92 | N.Y.,S. Duffy | 91-CIV-7570 | 2/3/92 | 92-378 | | |

DOCKET NO. **865** -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-624 | Judy A. Cornett v. Showa Denko K.K., et al. 1-16-92 | Tenn.,E. Jordan | 3-91-0687 | 2/3/92 | 92-379 | | |
| D-625 | Lynda Lemmon, et al. v. Showa Denko K.K., et al. 1-16-92 | Tex.,S. Rainey | H-91-2517 | 2/3/92 | 92-380 | | |
| D-626 | Janie Rundhaug v. P. Leiner Nutritional Products, et al. 1-16-92 | Tex.,S. Harmon | 91-CV-3554 | 2/3/92 | 92-381 | | |
| D-627 | Monroe W. Otto, et al. v. Nature Made Nutritional Products, et al. 1-16-82 | Tex.,S. Hoyt | 91-CV-3558 | 2/3/92 | 92-382 | | |
| D-628 | Margie B. Vinci, et al. v. Ultra Drug, Inc., et al. v. Showa Denko America, Inc., et al. 1-16-92 | Wash.,W. Dimmick | C-91-1318 | 2/3/92 | 92-383 | 10/26/92 | |
| D-629 | Norma Nemetz v. Shopko, et al. 1-16-92 | Wis.,E. Curran | 91-CV-1127 | 2/3/92 | 92-384 | 12/18/92 | |
| D-630 | Betty Murdock, et al. v. Showa Denko K.K., et al. 1-16-92 | Wyo. Brimmer | 91-CV-0253 | 2/3/92 | 92-385 | | |
| XYZ-631 | Kathleen Harrison v. General Nutrition Corp., et al. | D.S.C. | 91-CV-3377 | | | | |
| XYZ-632 | Sandra B. Shiver, et al. v. General Nutrition Products, et al. | D.S.C | 91-CV-3240 | | | | |
| XYZ-633 | John I. Nichols, et al. v. Star Professional Pharmaceuticals, Inc., et al. | D.S.C. | 91-CV-3143 | | | | |

DOCKET NO. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-634 | Robert L. Shannon v. Showa Denko K.K., et al. 1-29-92 | Cal.,C. Rea | 91-CV-6225 | 2/14/92 | 92-478 | | |
| D-635 | E. May Schneidt, et al. v. Showa Denko K.K., et al. 1-29-92 | Cal., N. Lynch | 91-CV-4006 | 2/14/92 | 92-479 | | |
| D-636 | Louvenia Hendricks v. Showa Denko, K.K., et al. 1-29-92 etc. | Ga., M. Owens | 91-CV-116 | 2/14/92 | 92-480 | | |
| D-637 | Kathy Paskvan, et al. v. Showa Denko, K.K. et al. 1-29-92 | Ga., N. Camp | 91-CV-3081 | 2/14/92 | 92-481 | | Vacated 2/2x/ |
| D-638 | Virginia Jane Hamilton, et al. v. Showa Denko K.K., et al. 1-29-92 | Ga., N. Vining | 91-CV-2808 | 2/14/92 | 92-482 | | |
| D-639 | Marian E. Minner v. Gides-Nulife, Inc., et al. 1-29-92 | N.Y., S. Knapp | 91-CV-7259 | 2/14/92 | 92-483 | | |
| D-640 | Tallulah Taliaferro v. Sturdee Health Products, Inc., et al. 1-29-92 | N.Y.,S. Conner | 91-CV-7258 | 2/14/92 | 92-484 | | |
| D-641 | Gloria A. Mancuso, et al. v. Puritan's Pride, et al. | N.Y.,S. Haight | 91-CV-8148 | 2/14/92 | 92-485 | | |
| D-642 | Vonda M. Nicoles v. Showa Kenko K.K., et al. 1-29-92 | Ohio,S. Smith | 91-CV-1081 | 2/14/92 | 92-486 | 2/4/93 D | |
| D-643 | John P. Meyers, et al. v. Showa Kenko K.K., et al. 1-29-92 | Ohio, S. Weber | 91-CV-790 | 2/14/92 | 92-487 | | |
| D-644 | Patricia Kotzo, et al. v. Vitamin World, et al. 1-29-92 | Pa.,E. Kelly | 91-CV-7031 | 2/14/92 | 92-488 | | |

DOCKET NO. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-645 | Gail Sandra Pryor v. Showa Denko K.K., et al. 1-29-92 opposed 2/19/92 | Pa., E. Cahn | 91-CV-6997 | ~~2/14/92~~ | 92-852 | | |
| D-646 | Victoria Gehring, et al. v. Showa Denko K.K. et al 1-29-92 | Pa., E. Hutton | 91-CV-6855 | 2/14/92 | 92-489 | | |
| D-647 | Marian E. Mills, et al. v. Your Life, et al. 1-29-92 | Pa., E. Reed | 91-CV-3838 | 2/14/92 | 92-490 | | |
| D-648 | Ann Rutherford, et al. v. Vitamin World, Inc., et al. 1-29-92 | Pa., E. VanAntwerpen | 91-CV-3831 | 2/14/92 | 92-491 | | |
| D-649 | Traci McCall v. Formu-3 International, Inc., et al. 1-29-92 | Pa., E. Cahn | 91-CV-7118 | 2/14/92 | 92-492 | | |
| D-650 | Benita Weiss, et al. v. Livron, Inc., et al. 1-29-12 | Pa., E. Pollak | 91-CV-7325 | 2/14/92 | 92-493 | | |
| D-651 | Herbert M. Bilofsky, et al. v. Showa Denko K.K. 1-29-92 | Pa., E. Weiner | 91-CV-7127 | 2/14/92 | 92-494 | 4/10/92 | |
| D-652 | Donald Winnet, et al. v. Showa Denko K.K., et al. 1-29-92 | Pa., E. Vanartsdalen | 91-CV-7540 | 2/14/92 | 92-495 | | |
| D-653 | Kathleen Zema v. Goldline Laboratories, Inc., et al. 1-29-92 | Pa., E. Buckwalter | 91-CV-7029 | 2/14/92 | 92-496 | | |
| ~~D-654~~ | ~~Margie B. Vinci, et al. v. Ultra Drug, Inc., et al.~~ | ~~Wash., W. Dimmick~~ | ~~G91-1318~~ | | D-628 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-654 | John L. Miller v. Showa Denko America, Inc., et al. 2/11/92 | Ala.,N. Clemon | 91-CV-3029 | 2-27-92 | 92-655 | | |
| D-655 | Laura Pate v. Showa Denko K.K., et al. 2/11/92 | Alaska Holland | A91-475 CIV | 2-27-92 | 92-656 | 2/5/93 D | |
| D-656 | Virginia Kolnick v. Showa Denko K.K., et al. 2/11/92 | Arizona Strand | CIV91-1713 PHX RGS | 2-27-92 | 92-657 | | |
| D-657 | Julianna Calabio, et al. v. Showa Denko, K.K., et al. 2/11/92 | Cal.,C. Rea | 91-CV-6221 | 2-27-92 | 92-658 | 6/8/92 D | |
| D-658 | Alec Wies v. Showa Denko, K.K., et al. 2/11/92 | Cal.,C. Rea | 91-CV-6226 | 2-27-92 | 92-675 | 6/8/92 D | |
| D-659 | Joy Hatfield v. Showa Denko K.K., et al. 2/11/92 | Cal.,C. Rea | 91-CV-6227 | 2-27-92 | 92-676 | | |
| D-660 | Wallis M. Drew, et al. v. Nature's Bounty, Inc. 2/11/92 | Maine Brody | 91-CV-275 | 2-27-92 | 92-659 | | |
| D-661 | Carolanna M. Beauchamp v. Showa Denko, K.K., et al. 2/11/92 | N.M. Burciaga | 91-CV-1219 | 2/27/92 | 92-661 | 9/8/92 D | |
| D-662 | Phillip R. Carter v. Showa Denko, K.K., et al. 2/11/92 | N.C.,W. Mullen | C-91-274-MU | 2/27/92 | 92-660 | | |
| D-663 | Evalyn Fisher, et al. v. Showa Denko, K.K., et al. 2/11/92 | N.Y.,S. Edelstein | 91-CV-7571 | 2/27/92 | 92-674 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-664 | Charles Romer, et al. v. Showa Denko, K.K., et al. 2/11/92 | N.Y.,S. Conboy | 91-CV-7555 | 2/27/92 | 92-662 | 5/5/92D | |
| D-665 | Katherine O'Brien v. Nature's Bounty, Inc., et al. 2/11/92 | N.Y.,S. Cedarbaum | 91-CV-8536 | 2/27/92 | 92-663 | | |
| D-666 | Dawn Esycheck v. Showa Denko, K.K., et al. 2/11/92 | Oregon Panner | 91-CV-1245 | 2/27/92 | 92-664 | 11/19/92D | |
| D-667 | Rosemary Devaney v. Showa Denko, K.K., et al. 2/11/92 | Oregon Frye | 91-CV-1335 | 2/27/92 | 92-665 | 11/19/92 | |
| D-668 | Lorie Ann Billings v. Showa Denko, K.K., et al. 2/11/92 | Oregon Jones | 91-Cv-1257 | 2/27/92 | 92-666 | 2/9/93 | |
| D-669 | Agnes Leep, et al. v. Showa Denko, K.K., et al. 2/11/92 | Oregon Jones | 91-CV-1239 | 2/27/92 | 92-667 | 2/9/93 | |
| D-670 | Nancy Parson, et al. v. Showa Denko, K.K., et al. 2/11/92 | Oregon Panner | 91-CV-1244 | 2/27/92 | 92-668 | | |
| D-671 | Ann Smith, et al. v. Showa Denko, K.K., et al. 2/11/92 | Oregon Panner | 91-CV-1243 | 2-27-92 | 92-669 | | |
| D-672 | Genevieve T. Goryl, etc. v. Showa Denko K.K., et al. 2/11/92 not atomic | Pa.,M. Conaboy | 91-CV-1629 | remanded to State court | | | |
| D-673 | Gisele Faerber v. Showa Denko, K.K. 2/11/92 | R.I. Boyle | 91-CV-644 | 2-27-92 | 92-0670 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-674 | Gisele Faerber v. Showa Denko America, Inc., et al. 2/11/92 | R.I. Boyle | 91-Cv-643 | 2/27/92 | 7:92-671 | | |
| D-675 | Kathryn Lorio, et al. v. Showa Denko, K.K., et al. 2/25/92 | Cal.,C. Rea | 91-CV-5862 | 3/12/92 | 92-779 | | |
| D-676 | Margaret A. Alarid v. Showa Denko, K.K., et al. 2/25/92 | NM Parker | 91-CV-1212 | 3/12/92 | 92-780 | | |
| D-677 | Maxine A. Goldberg v. Showa Denko, K.K., et al. 2/25/92 | NM Burciaga | 91-CV-1213 | 3/12/92 | 92-781 | 9/8/92 D | |
| D-678 | Anita Louise Denton v. Showa Denko, K.K., et al. 2/25/92 | NM Burciaga | 91-CV-1214 | 3/12/92 | 92-782 | | |
| D-679 | Helen K. Harper v. Showa Denko, K.K., et al. 2/25/92 | NM Mechem | 91-CV-1215 | 3/12/92 | 92-783 | | |
| D-680 | Cathy Felio v. Showa Denko, K.K., et al. 2/25/92 | NM Campos | 91-CV-1216 | 3/12/92 | 92-784 | | |
| D-681 | Marion Joyce (JOI) Sheff v. Showa Denko, K.K., et al. 2/25/92 | NM Parker | 91-CV-1217 | 3/12/92 | 92-785 | | |
| D-682 | Connie Sue Hughes v. Showa Denko, K.K., et al. 2/25/92 | NM Mechem | 91-CV-1218 | 3/12/92 | 92-786 | 4/28/92 D | |
| D-683 | Madlyn R. O'Hara v. Showa Denko, K.K., et al. 2/25/92 | NM Burciaga | 91-CV-1255 2 | 3/12/92 | 92-787 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-684 | Esther Ann Martinez v. Showa Denko, K.K., et al. 2/25/92 | NM Mechem | 91-CV-1226 | 3/12/92 | 92-799 | | |
| D-685 | Britt Marie Reilly v. Showa Denko, K.K., et al. 2/25/92 | NM Burciaga | 91-CV-1228 | 3/12/92 | 92-788 | | |
| D-686 | Susan Grace Smith v. Showa Denko, K.K., et al. 2/25/92 | NM Mechem | 91-CV-1229 | 3/12/92 | 92-789 | 9/29/92 D | |
| D-687 | Sharon Posey v. Showa Denko, K.K., et al. 2/25/92 | NM Campos | 91-CV-1230 | 3/12/92 | 92-790 | | |
| D-688 | Teresa T. Schuster v. Showa Denko, K.K., et al. 2/25/92 | NM Burciaga | 91-CV-1231 | 3/12/92 | 92-791 | | |
| D-689 | Imogene Flannagan v. Showa Denko, K.K., et al. 2/25/92 | NM Mechem | 91-CV-1232 | 3/12/92 | 92-792 | | |
| D-690 | Barbara Doyle Buchanan v. Showa Denko, K.K., et al. 2/25/92  etc. | NM Campos | 91-CV-1233 | 3/12/92 | 92-793 | | |
| D-691 | Betty Lou Dent v. Showa Denko, K.K., et al. 2/25/92 | NM Mechem | CV 91-1237 | 3/12/92 | 92-794 | 12/14/92 D | |
| D-692 | Amanda Russell Owens v. Showa Denko, K.K., et al. 2/25/92 | N.C.,W. Mullen | C-C-91-413-MU | 3/12/92 | 92-795 | | |
| D-693 | Helen Woody, et al. v. Showa Denko, K.K., et al. 2/25/92 | Tex.,S. Head | 91-CV-337 | 3/12/92 | 92-796 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-694 | Mamie Ellen Pope v. Showa Denko, K.K., et al. 2/25/92 | Tex.,S. Kent | 91-CV-3307 | 3/12/92 | 92-797 | 10/30/92D | |
| D-695 | Monroe W. Otto, et al. v. Nature Made Nutritional Products, Inc., et al. 2/25/92 | Tex.,S. Hoyt | 91-CV-3558 | 3/12/92 | duplicate w/0627 | | |
| D-696 | Bruce C. Peck v. General Nuitrition Center, Inc., et al. 2/25/92 | N.Y.,N. McAvoy | 91-CV-1087 | 3/12/92 | 92-798 | | |
| D-697 | Viola Reynolds v. Showa Denko, K.K., et al. 3/5/92 | AZ. Roll | 91-CV-698 | 3/23/92 | 92-917 | 2/9/93D | |
| D-698 | Sarah Friend v. Twin Laboratories, Inc. 2vai. 3/5/92 | IL., N. Leainenweber | 92-CV-956 | 3/23/92 | 92-918 | | |
| D-699 | Sammie Davenport, et al. v. Nature Food Center 3/5/92 | GA.,N. Vining | 92-CV-233 | 3/23/92 | 92-919 | 5/11/92D | |
| D-700 | Kristen Haas v. Hollywood Total Diet Plan, et al. 3/5/92 | IL.,N. Conlon | 92-CV-958 | 3/23/92 | 7:92-920 | | |
| D-701 | Margaret E. Young, et al. v. Jameson Pharmaceutical Co., et al. 3/5/92 | Kan. Kelly | 91-CV-1473 | 3/23/92 | 92-921 | | |
| D-702 | Dorallyn Conrad, et al. v. Rugby laboratories, Inc., et al. 3/5/92 | Kan. Belot | 91-CV-1492 | 3/23/92 | 92-922 | | |
| D-703 | Shirley Keeton, et al. v. Hudson Corp., et al. 3/5/92 | Mass. Freedman | 92-30014 | 3/23/92 | 92-923 | | |
| D-704 | Kathie Gervais v. Show Denko K.K., et al. 3/5/92 | Mich.,W. Bell | 91-CV-330 | 3/23/92 | 92-924 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-705 | Eleanor J. Conors v. Showa Denko, K.K., et al. 3/5/92 | N.H. Stahl | 92-CV-47 | 3/23/92 | 92-925 | | |
| D-706 | Edith M. Duckworth v. Showa Denko, K.K., et al. 3/5/92 | N.H. Stahl | 92-CV-48 | 3/23/92 | 92-926 | | |
| D-707 | Betty Clabaugh, etc. v. Showa Denko, K.K., et al. 3/5/92 | N.C.,W. Voorhees | 91-00195 | 3/23/92 | 92-927 | | |
| D-708 | Cecele Russo, et al. v. Showa Denko, K.K., et al. 3/5/92 | N.J. Wolin | 91-CV-4926 | 3/23/92 | 92-928 | | |
| D-709 | May Goldenberg, et al. v. Showa Denko, K.K., et al. 3/5/92 | N.Mex. Baurciaga | 92-CV-56 | 3/23/92 | 92-929 | | |
| D-710 | Linda Vogel v. Showa Denko, K.K., et al. 3/5/92 | N.J. Wolin | 92-CV-112 | 3/23/92 | 92-930 | | |
| D-711 | Barbara Detrick, et al. v. Rugby Lab., Inc., et al. 3/5/92 | N.Y.,S. Conboy | 91-7554 | 3/23/92 | 92-931 | | |
| D-712 | Wendy Ross Parks, et al. v. Walgreen's Co., et al. 3/5/92 | N.Y.,S. McKenna | 92-CV-343 | 3/23/92 | 92-932 | | |
| D-713 | Clovia McLeod, et al. v. Showa Denko K.K., et al. 3/5/92 | Org. Jones | 92-CV-33 | 3/23/92 | 92-933 | 2/9/93D | |
| D-714 | Lourdes Valle Poza, et al. v. Showa Denko, K.K., et al. 3/5/92 | P.R. Gimenez | 3:91CV2342 | 3/23/92 | 92-934 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-715 | Dorothy Coe Allen v. Showa Denko K.K., et al. 3/5/92 | Tenn., M. Wiseman | 91-CV-968 | 3/23/92 | 92-935 | | |
| D-716 | Danni Marie Brannon, et al. v. Life Line Nutritional Products 3/5/92 | Tx., S. Hittner | 91-CV-3708 | 3/23/92 | 92-936 | | |
| D-717 | Lanelle Sensing v. Showa Denko K.K., et al. 3/5/92 | Tx., W. Hudspeth | 91-CV-321 | 3/23/92 | 92-937 | | |
| D-718 | Caroline Skolnick v. Puritan Pride, et al. 3/26 | Ill., N. Hart | 92-CV-1022 | 4/13/92 | 92-1099 | | |
| D-719 | Melanie A. Heider v. General Nutrition Products, et al. Inc, et al. 3/26 | Ill., N. Marovich | 92-CV-1153 | 4/13/92 | 92-1100 | | |
| D-720 | Esther V. Bebeau v. Goldline Laboratories, Inc., et al. 3/26 | Mich., W. Hillman | 2:91-CV-83 | 4/13/92 | 92-1101 | | |
| D-721 | Connie E. Vick, et al. v. IDE Inter-state, Inc., et al. 3/26 | Tex., W. Sparks | 92-CV-104 | 4/13/92 | 92-1102 | | |
| D-722 | Todd Belangie, et al. v. Showa Denko, K.K., et al. 3/26 opposed 4/22/92 | Ariz. Carroll | 91-CV-1829 | 4/13/92  8/6/92 | 92-1103  92-2335 | 5/22/92  10/1/92D | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-723 | Winifred McAteer v. Showa Denko, K.K., et al. 5/11/92  Vacated 6/2/92 | Ariz. Roll | CIV91-638-TUC-JMR | VACATED - 6/2/92 | | | |
| D-724 | Peggy Winterset v. Showa Denko, K.K., et al. 5/11/92 | Ariz. Broomfield | CIV92-0179-PHX-RCB | 5-27-92 | 92-1605-0 | | |
| D-725 | Ruth Gabbert, et al. v. Showa Denko, K.K., et al. 5/11/92 | Colo. Weinshienk | 92-Z-557 | 5-27-92 | 92-1606-0 | | |
| D-726 | Deanna S. Cosner v. General Nutrition Corporation, et al. 5/11/92 | Kan. Theis | 92-1175-T | 5-27-92 | 92-1607-0 | | |
| D-727 | Sandra A. Tilot Callas v. Showa Denko, K.K., et al. 5/11/92 | Mich.,E. Cleland | 92-CV-10125-BC | 5-27-92 | 92-1608-0 | | |
| D-728 | Helen J. Tiesma v. General Nutrition Corporation, et al. 5/11/92 | Mich.,W. Gibson | 1:92-CV-230 | 5-27-92 | 92-1609-0 | | |
| D-729 | Darla Lunde v. Showa Denko, K.K., et al. 5/11/92 | Minn. Boline | 92-CV-145 | 5-27-92 | 92-1610-0 | 8/1/92-D | |
| D-730 | Janet Zopp v. Showa Denko, K.K., et al.; Pharmavite International Corporation v. Showa Denko, K.K., et al. 5/11/92 | Minn. MacLaughlin | 92-CV-258 | 5-27-92 | 92-1611-0 | | |
| D-731 | Erica Whittlinger v. Showa Denko, K.K., et al. 5/11/52 | Minn. Rosenbaum | 4-92-293 | 5-27-92 | 92-1612-0 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-732 | Thetis Mary Grace Hudson, et al. v. Showa Denko, K.K., et al. 5/11/92 | Miss.,S. Gex | S91-0556(G) | 5-27-92 | 92-1613-0 | | |
| D-733 | William D. Godfrey, etc. v. Showa Denko, K.K., et al. 5/11/92 | Miss.,S. Bramlette | S91-0557(Br) | 5-27-92 | 92-1614-0 | | |
| D-734 | Kimberly Leigh Jackson, et al. v. Showa Denko, K.K., et al. 5/11/92 | Miss.,S. Gex | S91-0558(G) | 5-27-92 | 92-1615-0 | | |
| D-735 | David Ward v. Showa Denko, K.K., et al. 5/11/92 | N.J. Wolin | 92-CV-800 | 5-27-92 | 92-1616-0 | | |
| D-736 | Michele Smith, et al. v. Showa Denko, K.K., et al. 5/11/92 | N.J. Wolin | 92-CV-812 | 5-27-92 | 92-1617-0 | | |
| D-737 | A. Joy Hunter, et al. v. Showa Denko, K.K., et al.; Jameson Pharmaceutical 5/11/92 Corporation v. Showa Denko, K.K., et al. | N.M. Campos | CIV-91-1204-SC | 5-27-92 | 92-1618-0 | | |
| D-738 | Gaylon Joe Brnovak v. Showa Denko, K.K., et al. 5/11/92 | Tex.,N. Cummings | CA-1-91-0116 | 5-27-92 | 92-1619-0 | | |
| D-739 | Gloria Rodriguez, et al. v. Showa Denko, K.K., et al. 5/11/92 | Tex.,S. Vela | B-91-198 | 5-27-92 | 92-1620-0 | | |

DOCKET NO. 865 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-740 | Georgia Hughes v. General Nutrition Corporation, et al. 5/11/92 | Wis.,E. Evans | 92-C-306 | 5-27-92 | 92-1621-0 | | |
| D-741 | Laurie Hills, et al. v. Showa Denko, K.K., et al. 5/11/92 | Wyo. Johnson | 92-CV-0057-J | 5-27-92 | 92-1622-0 | | |
| D-742 | Jo Ann Phillips v. Showa Denko, K.K., et al. 5/29/92 | Fla.,M. Merryday | 8:92-CV-440 | 9-29-92 | 92-2784-0 | | |
| D-743 | Mary Peltier v. Showa Denko, K.K., et al. 5/29/92 | Ill.,N. Grady | 1:92-CV-957 | 6-16-92 | 92-1786-0 | | |
| D-744 | Jean Friend v. Showa Denko, K.K., et al. 5/29/92 | Mich.,E. Duggan | 2:92-CV-70769 | 6-16-92 | 92-1787-0 | | |
| D-745 | Dorothy Mae Graham v. Perry Drug, Inc., et al. 5/29/92 | Mich.,W. Miles | 1:92-CV-47 | 6-16-92 | 92-1788-0 | | |
| D-746 | Leisa Stevens v. Showa Denko, K.K., et al. 5/29/92 | Mo.,W. Hunter | 4:92-CV-285 | 6-16-92 | 92-1789 | 12/1/92 | 9/3/92 |
| D-747 | Kerry E. Patterson, et al. v. General Nutrition Corp., et al. 5/29/92 | N.Y.,S. Sweet | 92-CIV-1246 | 6-16-92 | 92-1790-0 | | |
| D-748 | Susie Marin, et al. v. Showa Denko America, Inc., et al.; Revco Discount Drug Centers, Inc. v. Showa Denko America, Inc. 5/29/92 | Tex.,W. Nowlin | 1:92-CV-184 | 6-16-92 | 92-1791-0 | | |

DOCKET NO. 865 -- In re Showa Denko K.K. L-Trypotphan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-749 | Beth H. Fowles, et al. v. Showa Denko K.K., et al. 7/7/92 | N.Y.S., Duffy | 91 C v 8535 | 7-23-92 | 92-2108-0 | | |
| D-750 | Anne Bowler, et al. v. General Nutrition Corp., Inc., et al. 7/7/92 | N.Y.,S Conboy | 92 C v 2778 | 7-23-92 | 92-2109-0 | | |
| D-751 | Brian Keith Cooper v. General Nutrition Corp., et al. 7/7/92 | N.Y.,S. Kram | 92 Civ 2243 | 7-23-92 | 92-2110-0 | | |
| D-752 | Wendell L. Cooper, et al. v. Showa Denko K.K., et al. 7/7/92 | N.Y.,S. Cedarbaum | 92 C v 2775 | 7-23-92 | 92-2111-0 | | |
| D-753 | Lois Foreman, et al. v. Showa Denko K.K., et al. 7/7/92 | N.Y.,S. Mukasey | 92 C v 1770 | 7-23-92 | 92-2112-0 | | |
| D-754 | Babette Johnson v. Puritan's Pride, et al. 7/7/92 | N.Y.,S. Duffy | 92 Civ 2782 | 7-23-92 | 92-2113-0 | | |
| D-755 | Patricia Louise Mack v. Puritan's Pride, et al. 7/7/92 | N.Y.,S. Conboy | 92 C v 2781 | 7-23-92 | 92-2114-0 | | |
| D-756 | Hal H. Mahuron, et al. v. Showa Denko K.K., et al. 7/7/92 | N.Y.,S. Griesa | 92 C v 668 | 7-23-92 | 92-2115-0 | | |
| D-757 | Catherine McLenaghan v. Dayton Hudson Corp., et al. 7/7/92 | N.Y.,S. Keenan | 91 C v 8537 | 7-23-92 | 92-2116-0 | | |
| D-758 | Dolores J. Merritt, et al. v. Showa Denko K.K., et al. 7/7/92 | N.Y.,S. Edelstein | 91 C v 8147 | 7-23-92 | 92-2117-0 | | |
| D-759 | Wanda Samshal, et al. v. The Solgar Co., Inc., et al. 7/7/92 | N.Y.,S. Martin | 92 C v 1771 | 7-23-92 | 92-2118-0 | | |
| D-760 | Olga K. McLeod, etc. v. Showa Denko K.K., et al. 7/7/92 | N.Y.,S. Conner | 92 C v 3125 | 7-23-92 | 92-2119-0 | | |

DOCKET NO. 865 -- In re Showa Denko K.K. L-Trypotophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-761 | Janet Kennedy, et al. v. Showa Denko K.K. 7/7/92 | N.Y.,S. Haight | 92 Civ 3127 | 7-23-92 | 92-2120-0 | | |
| D-762 | Alexander S. Douglas, et al. v. Showa Denko K.K. 7/7/92 | N.Y.,S. Freeh | 92 Civ 3128 | 7-23-92 | 92-2121-0 | | |
| D-763 | Patricia Westcott, et al. v. Showa Denko K.K. 7/7/92 | N.Y., S. Sand | 91 Civ 6149 | 7-23-92 | 92-2122-0 | | |
| D-764 | Ann T. Cramer v. Showa Denko K.K., et al. 7/7/92 | Fla.,M. Black | 3:91-CV-952 | 7-23-92 | 92-2123-0 | | |
| D-765 | Grace L. Sanders, et al. v. General Nutrition Corp., et al. 7/7/92 | Fla.,N. Vinson | 92-30162-RV | 7-23-92 | 92-2124-0 | | |
| D-766 | Olivia Casalina, et al. v. Longs Drug Stores California, Inc., et al. 7/7/92 | Hawaii Ezra | 1:92-CV-252 | 7-23-92 | 92-2125-0 | | |
| D-767 | Mary Kathy Eubanks, et al. v. Showa Denko K.K., et al. 7/7/92 | Tex.,S Hittner | 4:92-CV-969 | 7-23-92 | 92-2126-0 | | |
| D-768 | Paula L. Sayre v. General Nutrition Corp., et al. 7/7/92 | W.Va.,S. Haden, II | 2:92-CV-444 | 7-23-92 | 92-2127-0 | | |
| D-769 | Linda Harris Ludwick, et al. v. Source Naturals, Inc. et al. 8/5/92 | Ga.,N Evans | 1:92-CV-13 | | 92-2369-0 | | |
| D-770 | Juanita Childs Suttles, et al. v. Goldline Laboratories, Inc., 8/5/92 | Ga.,M Owens | 5:91-CV-437-3 | | 92-2370-0 | 9/8/92 | |
| D-771 | Lorraine Herring Rorex, v. Sundown Vitamins 8/5/92 | Ga.,M. Fitzpatrick | 5:91-CV-436-2 | | 92-2371-0 | | |
| D-772 | Margaret A. Teeter v. Showa Denko,K.K. 8/5/92 | MD. Garbis | 1:92-CV-1429 | | 92-2372-0 | | |
| D-773 | Virginia R. McCarty, et al. v. General Nutrition Corporation, et al. 8/5/92 | Mo.,W. | 4:92-CV-619 | | 92-2373-0 | | |
| D-774 | Christa Bryan v. Showa Denko, K.K., et al. 8/5/92 opp. 8/18/92 | N.M. Campos | 6:91-CV-1227 | 11/24/92 | | | |

DOCKET NO. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-775 | Laree Manning v. Showa Denko, K.K. d/b/a Showa Denko, et al. 8/5/92 | Tex.,S. Kent | 4:92-CV-968 | | 92-2374-0 | | |
| D-776 | Carolyn Conn, et al. v. Wal-Mart Stores, Inc., et al. 8/5/92 | Tex.,S. Rainey | 4:92-CV-558 | | 92-2375-0 | | |
| D-777 | Anna Green v. Showa Denko K.K., et al. 8/5/92 opp 8/19/90 | Tex.,N. Cummings | 1:91-CV-128 | 11/24/92 | | | |
| D-778 | Margaret Helen Ottley McCloy v. General Nutrition Corporation a/k/a General Nutrition Center, et al. 8/5/92 | Utah Winder | 2:92-C-0593W | | 92-2376-0 | | |
| D-779 | Billie C. Foster, et al. v. Showa Denko K.K., et al. 8/5/92 | Va.,W. Turk | 4:92-CV-14 | | 92-2377-0 | 12/18/92 | |
| D-780 | Roberta A. Phillips, et al. v. Showa Denko, K.K., et al. 8/5/92 | Wa.,E. McNichols | 2:92-CS-107 | | 92-2378-0 | | |
| D-781 | Donna Askenette, et al. v. Showa Denko, K.K., et al. 8/5/92 | Wi.,E | 2:92-CV-329 | | 92-2370-0 | 9/8/92 XD | |
| D-782 | Opal V. Lindsay v. Showa Denko America Inc., et al. | Wa.,W. Bryan | 2:92-CV-5316 | 9/8/92 | 92-2590-0 | | |
| D-783 | Martha Andrews v. American Drug Stores Inc.; d/b/a/ Osco Drugs; et al. | D. MA. Hornby | 2:92-CV-237 | 9/8/92 | 92-2589-0 | | |
| D-784 | Frances A. Adams, et al. v. Wal-Mart Stores, et al. | TX, W.D. Prado | 5:92-CV-285 | 9-24-92 | 92-2743-0 | | |
| D-785 | Toni Petty v. Vitamin World, et al. | N.J. Wolin | 2:92-CV-273 | 9-24-92 | 92-2744 | | |
| D-786 | Janice C. Anderson, et al. v. Showa Denko K.K., et al. | Cal., C. Rea | 2:92-CV-210 | 9-24-92 | 92-2745-0 | | |
| D-787 | William Corbin, et al. v. Showa Denko K.K., et al. | NY, S. Freeh | 1:92-CV-4887 | 9-24-92 | 92-2746-0 | | |
| D-788 | Roel Villarreal, et al. v. Showa Denko K.K., et al. | Tex., W. Sparks | 1:92-CV-449 | 9-24-92 | 92-2760-0 | | |

DOCKET NO. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-789 | Helen L. Gillen v. Showa Denko K.K., et al. | Vt. Parker | 1:92-CV-193 | 9-24-92 | 92-2747-0 | | |
| D-790 | Karol Smith v. General Nutrition Corp., et al. | Fla., M. Castagna | 8:92-CV-1009 | 9-24-92 | 92-2748-0 | | |
| D-791 | Sandra Dineen, et al. v. Showa Denko K.K., et al. | N.J. Wolin | 2:92-CV-3260 | 9-24-92 | 92-2749-0 | | |
| D-792 | John H. Davis, Sr. v. Showa Denko K.K., et al. | Va., E. Spencer | 3:92-CV-470 | 9-24-92 | 92-2750-0 | | |
| D-793 | Toshie P. Wilson, et al. v. Twin Laboratories, Inc., et al. | Wash,W. Zilly | 2:92-CV-0157 | | | 9/ | |
| D-794 | George Maine v. Showa Denko K.K., et al. | Conn. Cabranes | 2:92-CV-604 | 9-24-92 | 92-2751-0 | | |
| D-795 | Brenda C. Earnhardt v. Goldline Laboratories, Inc., et al. | N.C.W. Potter | 3:92-CV-253 | 9-24-92 | 92-2752-0 | | |
| D-796 | Juanita Hicks Gunter, et al. v. Rugby Labs v. Showa Denko K.K., et al. | Ga., N. Freeman | 1:92-CV-929 | 9-24-92 | 92-2753-0 | | |
| D-797 | Juanita Hicks Gunter, et al. v. Showa Denko K.K., et al. | Ga., N. Freeman | 1:92-CV-1141 | 9-24-92 | 92-2754-0 | | |
| D-798 | Maribel C. Humpstone v. Hudson Corporation, et al. | N.Y.,S. Cedarbaum | 2:92-CV-4200 | 9-24-92 | 92-2755-0 | | |
| D-799 | Frances R. Shirley, et al. v. Nature's Bounty, Inc., et al. | N.Y.,S. Mukasey | 2:92-CV-4199 | 9-24-92 | 92-2756-0 | | |
| D-800 | Frances T. Debusk v. Showa Denko America, Inc., et al. | Va., W. Williams | 1:92-CV-102 | 9-24-92 | 92-2757-0 | | |
| D-801 | Dorothy Fuller v. Showa Denko America, Inc., et al. | Va., W. Kiser | 4:92-CV-27 | 9-24-92 | 92-2758-0 | | |
| D-802 | Athlyn B. Phillips v. Showa Denko America, Inc., et al. | Va., W. Wilson | 7:92-CV-606 | 9-24-92 | | | |

DOCKET NO. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-803 | Bianca Brown v. Showa Denko K.K., et al. *OPPOSED 9/22/92 10/7/92 | Fla., S. Highsmith | 9:92-CV-8502 | 2/4/93 | | | |
| D-804 | Carolyn Westbrook, et al. v. Showa 9/22/92 Denko K.K., et al. Transfer Case from Denko... fully briefed etc. | Tex., S. Rainey | 6:92-CV-19 | 10/8/92 | 92-2933-O | | |
| D-805 | Earl Frieden, et al. v. Showa Denko K.K., et al. 9/22/92 *OPPOSED 10/7/92 | Fla., N. Stafford | 4:92-40319 | 2/4/93 | | | |
| D-806 | Diana Ikeler v. Showa Denko K.K., et al. 9/22/92 | Cal., N. Smith | 3:92-CV-3237 | 10/8/92 | 92-2932-O | | |
| D-807 | Linda Nightingale v, Showa Denko K.K. et al. 9/22/92 | Mich, E. Duggan | 2:92-CV-74252 | 10/8/92 | 92-2431-O | | |
| D-808 | Sandra Price Dempsey, et al. v. 9/22/92 General Nutrition Corp., et al. | Maine Hornby | 2:92-CV-251 | 10/8/92 | 92-2430-O | | |
| D-809 | Rouhi Huddleston, et al. v. Showa Denko America, Inc. 9/22/92 | NY, S. Martin | 1:92-CV-6116 | 10/8/92 | 92-2929-O | | |
| D-810 | Brigid Michaels, et al. v. Showa Denko K.K., et al. 9/22/92 *OPPOSED 10/7/92 | Fla., M. Moore | 3:92-CV-819 | 2/4/93 | | | |
| D-811 | Irving Fleet, et al. v. Showa Denko K.K., et al. 9/22/92 *OPPOSED 10/7/92 | Fla., N. Stafford | 4:92-CV-40333 | 2/4/93 | | | |
| D-812 | Sandra J. Rioux, et al. v. Showa Denko K.K., et al. 9/22/92 | N.H. Loughlin | 1:92-CV-408 | 10/8/92 | 92-2928-O | | |
| D-813 | Barbara D'Agostino, et al. v. Showa Denko K.K., et al. 9/22/92 | N.J. Bissell | 2:91-CV-4986 | 10/8/92 | 92-2927-O | | |

DOCKET NO. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-814 | Louise Q. Miller, et al. v. Star Professional Pharmaceuticals, Inc., et al. | SC Perry | 92-CV-2540 | | 92-2540-0 | | |
| D-815 | Claradell Clark, et al. v. Walgreen Laboratories, Inc., et al. 11-12-92 | Fla., S. Ryskamp | 0:92-CV-6839 | 11/30/92 | | | |
| D-816 | Gloria S. Graham, et al. v. Showa Denko, K.K., et al. 11-12-92 | Fla., S. Highsmith | 9:92-CV-8503 | 11/30/92 | | | |
| D-817 | Lorraine Herring Rorex v. Showa Denko America, Inc. 11-12-92 | GA.,M. Fitzpatrick | 5:92-CV-211 | 11/30/92 | | | |
| D-818 | James H. Butler, et al. v. Rite Aid Corp., et al. 11/12/92 | MD Legg | 1:92-CV-2734 | 11/30/92 | | | |
| D-819 | Mary Ellen Dolson v. Showa Denko, K.K., et al. 11/12/92 | MO.,E. Limbaugh | 4:92-CV-2019 | 11/30/92 | | | |
| D-820 | James A. Fox v. Showa Denko, K.K., et al. 11/12/92 | NJ Ackerman | 2:91-CV-4985 | 11/30/92 | | | |
| D-821 | Marie Bond v. Showa Denko, K.K., et al. 11/12/92 | NM Carpos | 6:92-CV-668 | 11/30/92 | | | |
| D-822 | Johanna Case v. Showa Denko, K.K., et al. 11/12/92 | NM Burciaga | 1:92-CV-990 | 11/30/92 | | | |
| D-823 | Delia Lopez v. Showa Denko, K.K., et al. 11/12/92 | NM Mechem | 1:92-CV-667 | 11/30/92 | | | |
| D-824 | Blaire Degrado, et al. v. Showa Denko, K.K., et al. 11/12/92 | N.Y.S. Griesa | 1:92-CV-6845 | 11/30/92 | | | |
| D-825 | Edwanna Fields v. Goldline Laboratories, Inc., et al. 11-12-92 | N.C.E. Britt | 3:92-CV-107 | 11/30/92 | | | |
| D-826 | Linda Haynes v. General Nutrition Corp., et al. 11/12/92 | N.C.M. Erwin | 6:92-CV-603 | 11/30/92 | | | |
| D-827 | Norma S. West v. Showa Denko, K.K., et al. 11/12/92 | N.C.W. Mullen | 3: 92-CV-365 | 11/30/92 | | | |

JPML FORM 1 -- Continuation ⊕                    Listing of Involved Actions -- P.

DOCKET NO. __865__ -- __In re Showa Denko K.K. L-Tryptophan Products Liability Litigation__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-828 | Ellen Unell, et al. v. Showa Denko America, Inc., et al. 11/12/92 | T.X.S. Kent | 3:92-CV-152 | 11/30/92 | | | |
| D-829 | Elizabeth M. Bybee v. Showa Denko America, Inc. et al. 11/12/92 | VA.,E. Cachoris | 4:92-CV-114 | 11/30/92 | | | |
| XYZ-830 | Louise Q. Miller v. Star Profesional Phamaceuticals, Inc., et al. | D.S.C. PERRY | 7:92-2540 | NTN | | | |
| D-831 | Annabell Munson, et al. v. Showa Denko K.K., et al. 12/4/92 Opposed 12/21/92 | E.D.Wash McDonald | 2:92-cv-312 | 1-22-93 | | | |
| D-832 | Frances Bullard, et al. v. P. Leiner Nutritional Products, INc., et al. 12/4/92 | D. Minn. Doty | 4:92-cv-936 | 12/22/92 | 7-92-3612 | | |
| D-833 | Stephen A. Stasch v. Showa Denko America, Inc. DO NOT COUNT | D. Mry. Kaufman | 1-:92-cv-2984 | | | DISMISSED PRIOR TO TRANSFER 12/3/92 | |
| D-834 | Vicki L. Norris v. Showa Denko K.K., et al. 12/4/92 | W.D.Wash Bryan | 3:92-cv-5554 | 12/22/92 | 7-92-3611 | | |
| D-835 | Arnold C. Graham, et al. v. Showa Denko K.K., et al. 12-23-92 | D. Ariz. Rosenblatt | 2:92-cv-2115 | 1/8/93 | | | |
| D-836 | Dorothy Schirtzinger v. P. Leiner Nutritional Products, Inc., et al. 12-23-92 | M.D. Fla Castagna | 8:92-cv-1221 | 1/8/93 | | | |
| -837 | Charles Birdsall, et al. v. Showa Denko K.K., et al. 12-23-92 | D. Maine Brody | 1:92-cv-232 | 1/8/93 | | | |

JPML FORM 1 -- Continuation                    Listing of Involved Actions --

DOCKET NO. ___ 865 __

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-838 | Rubye Foster, et al. v. Showa Denko K.K., et al. 12-23-92 | S., Miss. Bramlette | 1:92-cv-548 | 1-8-93 | | | |
| D-839 | Carol A. Pound, et al. v. Showa Denko K.K., et al. 12-5-93 | Fla., M. Castagna | 8:92-cv-1856 | 1-22-93 | | | |
| D-840 | Joy V. Theisen, et al. v. General Nutrition Corp., et al. 1-5-93 | MO, W. Sachs | 4:92-cv-944 | 1-22-93 | | | |
| D-841 | Barbara Hildebrandt v. Showa Denko K.K., et al. 1-5-93 | N.J. Wolin | 2:91-cv-3339 | 1-22-93 | 7-93-171-0 7-93-171-0 | | |

DISMISS    —IN SYSTEM—

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

*Liaison Counsel*

```
RE: L-TRYPTOPHAN        )
MDL-865                 )
_____)
```

DEFENDANTS' SERVICE LIST
DATED 09/01/91

*See p. 2 for Sellers*

**PLAINTIFFS' LIAISON
COUNSEL:**

Thomas D. Rogers, Esq.
Ness, Motley, Loadholt,
    Richardson & Poole
151 Meeting St., Suite 600
P. O. Box 1137
Charleston, SC   29402

**DEFENDANTS' LIAISON
COUNSEL:**

Stephen G. Morrison, Esq.
William S. Davies, Jr., Esq.
Nelson, Mullins, Riley &
    Scarborough
1330 Lady Street
P. O. Box 11070
Columbia, SC   29211

**DEFENDANTS' STEERING COMMITTEE:**

SHOWA DENKO AMERICA, INC.
SHOWA DENKO K.K.

Donald L. Morgan, Esq.
Cleary, Gottlieb, Steen & Hamilton
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone: 202-974-1500
Fax: 202-974-1999

Richard W. Hulbert, Esq.
George J. Grumbach, Jr., Esq.
Cleary, Gottlieb, Steen & Hamil_
One Liberty Plaza
New York, NY   10006

GENERAL NUTRITION CORPORATION

Robert D. Mercurio, Esq.
Lane & Mittendorf
99 Park Avenue
New York, NY   10016-1579

P. LEINER NUTRITIONAL PRODUCTS
CORPORATION

*Daniel J. Lanahan, Esq.
Ropers, Majeski, Kohn, Bentley,
   Wagner & Kane
3558 Round Barn Blvd., Suite 300
Santa Rosa CA  95403*

2

*Additional SC Counsel* *serve with all CTO*

**.R PHARMACEUTICAL**

H. Donald Sellers, Esq.
~~Mr. Sam Mabry, III, Esq.~~
Haynsworth, Marion, McKay
    & Guerard
P. O. Box 2048
Greenville, SC 29602  *803-240-3232*

**LIFE-LINE, INC.**

H. Christian L'Orange, Esq.
Bronson, Bronson & McKinnon
505 Montgomery St.
San Francisco, CA 94111-2514

**NUTRI-LITE PRODUCTS**

Jeffery J. Carlson, Esq.
George Berry, Esq.
Dickson, Carlson & Campillo
120 Broadway, 3rd Floor, *Ste. 300*
P. O. Box 2122
Santa Monica, CA 90406-2122

**PHARMAVITE CORPORATION**

Thomas A. Packer, Esq.
Gordon & Rees
Embarcadero Center West
275 Battery St., 20th Floor
San Francisco, CA 94111

**TRIARCO, INC.**

Robert H. Hood, Esq.
Hood Law Firm
P. O. Box 1508
Charleston, SC 29402

**TWIN LABORATORIES, INC.**

Thomas M. Licata, Esq.
Kelley, Drye & Warren
101 Park Avenue
New York, NY 10178

**COORDINATING DEFENSE COUNSEL:**

**ALBERTSON'S, INC.**

W. Randolph Teslik, Esq.
Akin, Gump, Strauss, Hauer
    & Feld
1333 New Hampshire Ave., N.W.
Suite 400
Washington, D.C. 20036

**ALBERTSON'S, INC.**
**ALCO HEALTH SERVICES CORP.**
**ANABOLIC, INC.**
**BIO-ORGANIC BRANDS, INC.**
**DBA LABORATORIES**
**EASTERN VITAMINS, INC.**
**FRESHLABS, INC.**
**GARDEN STATE NUTRITIONALS, INC.**
**GOLDLINE LABORATORIES, INC.**
**LONG'S DRUGS STORES**

*Daniel J. Lanahan, Esq.*
*Ropers, Majeski, Kohn, Bentley,*
*  Wagner & Kane*
*3558 Round Barn Blvd., Suite 300*
*Santa Rosa CA 95403*

-2-

3

MAKERS OF KAL, INC.
NATURAL ALTERNATIVES INTERNATIONAL, INC.
ORLOVE ENTERPRISES, INC.
P. LEINER NUTRITIONAL PRODUCTS, INC. OF DELAWARE
THE REXALL GROUP, INC.
RITE AID CORPORATION
SKAGGS ALPHA BETA, INC.
STURDEE HEALTH PRODUCTS, INC.
SUNDOWN VITAMINS, INC.
SUPERMARKETS GENERAL CORPORATION
TARGET STORES, A DIVISION OF DAYTON HUDSON CORP.
WINDMILL NATURAL VITAMIN CO., INC.

AMCON INDUSTRIES, INC.
JAMESON NUTRITIONAL
JAMESON PHARMACEUTICAL CORP.
NUTRILITE PRODUCTS, INC.
WAL-MART, INC.
WAL-MART STORES, INC.

Jeffery J. Carlson, Esq.
George E. Berry, Esq.
Dickson, Carlson & Campillo
120 Broadway, Third Floor, Se. 300
P. O. Box 2122
Santa Monica, CA  90407-2122

CONTRACT PHARMACAL CORPORATION

(also on p. 8)

Albert M. Appel, Esq.
Steven M. Nachman, Esq.
Stroock, Stroock & Lavan
Seven Hanover Square
New York, NY  10004-2594

EVERGOOD PRODUCTS CORPORATION

Richard I. Donner, Esq.
Andrea Goldman, Esq.
Graubard, Mollen, Horowitz,
  Pomeranz & Shapiro
600 Third Avenue
Suite 31
New York, NY  10016

FET COMPANY LTD.

Robert Groban, Jr., Esq.
Fink, Wineberger, P.C.
420 Lexington Avenue
New York, NY 10170

FRED MEYER, INC.

Jeffrey S. Eden, Esq.
Frank A. Moscato, Esq.
Cooney, Moscato & Crew, P.C.
1515 S.W. Fifth Ave.
Suite 920
Portland, OR  97201

GENERAL NUTRITION CORPORATION
GENERAL NUTRITION INCORPORATED
GENERAL NUTRITION PRODUCTS, INC.

Robert D. Mercurio, Esq.
Lane & Mittendorf
99 Park Avenue
New York, NY  10016-1579

*also
on p. 7*      4

IDE INTERSTATE, INC.
INTERSTATE DRUG EXCHANGE, INC.
STAR PROFESSIONAL PHARMACEUTICALS, INC.
   d/b/a STAR PHARMACEUTICAL

H. Donald Sellers, Esq.
H. Sam Mabry, III, Esq.
Haynsworth, Marion, McKay
   & Guerard
75 Beattie Place, 11th Floor
P. O. Box 2048
Greenville, SC  29602


K&K LABORATORIES

James O'Neill, Esq.
Worley, Schwartz, Garfield
   & Rice
1150 1st Interstate Plaza
401 B Street
San Diego, CA  92101-4245


LIFE-LINE NUTRITIONAL
PRODUCTS, INC.

H. Christian L'Orange, Esq.
Bronson, Bronson & McKinnon
505 Montgomery Street
San Francisco, CA  94111-2514


MITSUITOATSU CHEMICAL, INC.
M.T.C. AMERICA, INC.

Gary E. Crawford, Esq.
Kathryn Armstrong, Esq.
Skadden, Arps, Slate, Meagher
   & Flom
919 Third Avenue
New York, NY 10022-9931


NATURE MADE NUTRITIONAL PRODUCTS
PHARMAVITE CORPORATION

Stuart M. Gordon, Esq.
Thomas A. Packer, Esq.
Gordon & Rees
Embarcadero Center West
20th Floor
275 Battery Street
San Francisco, CA  94111


NATURE'S BOUNTY, INC.
AND SUBSIDIARIES

Michael C. Duban, P.C.
81 Main Street, Suite 205
White Plains, NY 10601


NATURE'S PRODUCTS, INC.

Denise DiPersio, Esq.
Foley & Lardner
1775 Pennsylvania Ave., N.W.
Washington, DC  20006-4680


NUTRO LABORATORIES, INC.

Philip Lindeman, Esq.
Rachel N. Davidson, Esq.
Hellring, Lindeman,
   Goldstein & Siegal
1180 Raymond Blvd.
Newark, NJ  07102-4178


-4-

5

| | |
|---|---|
| OXFORD LABORATORIES, INC.<br>SOLGAR COMPANY, INC. | Brian S. Conneely, Esq.<br>Karen A. Michal, Esq.<br>Meltzer, Lippe, Goldstein &<br>  Wolf, P.C.<br>190 Willis Avenue<br>Mineola, NY  11501 |
| PHARMACAPS, INC. | Robert C. Muffly, Esq.<br>Becker, Glynn & Melamed<br>299 Park Avenue<br>New York, NY  10171 |
| PHARMACHEM LABORATORIES | Morton S. Bunis, Esq.<br>Sills, Cummis, Zuckerman,<br>  Radin, Rischman, Epstein<br>  & Gross<br>One River Front Plaza<br>Newark, NJ  07102 |
| REVCO DISCOUNT DRUG CENTER, INC. | Steven W. Albert, Esq.<br>Hahn, Loeser & Parks<br>200 Public Square<br>3300 BP America Building<br>Cleveland, OH  44114-2301 |
| RUGBY LABORATORIES, INC.<br>RUGBY - DARBY GROUP COMPANIES, INC.<br>BARTH-SPENCER CORPORATION | Steven R. Lewis, Esq.<br>Lewis, D'Amato, Brisbois &<br>  Bisgaard<br>221 N. Figueroa St., Suite 1200<br>Los Angeles, CA  90012 |
| RUGBY LABORATORIES, INC.<br>RUGBY - DARBY GROUP COMPANIES, INC. | Joel Salon, Esq.<br>Liviu Vogel, Esq.<br>Salon, Marrow & Dyckman<br>41 East 42nd St.<br>New York, NY 10017 |
| SHOWA DENKO AMERICA, INC.<br>SHOWA DENKO K.K. | Donald L. Morgan, Esq.<br>Richard deC. Hinds, Esq.<br>Sara D. Schotland, Esq.<br>Mitchell E. Herr, Esq.<br>George R.A. Doumar, Esq.<br>Cleary, Gottlieb, Steen<br>  & Hamilton<br>1752 N. Street, N.W.<br>Washington, D.C. 20036 |

6

SHOWA DENKO AMERICA, INC.
SHOWA DENKO K.K.

Richard W. Hulbert, Esq.
George J. Grumbach, Esq.
Frank L. Eppes, Esq.
Cleary, Gottlieb, Steen &
    Hamilton
One Liberty Plaza
New York, NY  10006

SOURCE NATURALS, INC.
THRESHOLD ENTERPRISES LIMITED

Stephen G. Grant, Esq.
Baskin, Grant & Joseph
730 Mission Street
Suite 1
Santa Cruz, CA  95060-3615

TRIARCO, INC.

Robert H. Hood, Esq.
Hood Law Firm
172 Meeting Street
P. O. Box 1508
Charleston, SC  29402

TWIN LABORATORIES, INC.

*already listed p. 2*

Thomas M. Licata, Esq.
Kelley, Drye & Warren
101 Park Avenue
New York, NY  10178

WALGREEN COMPANY
WALGREEN LABORATORIES, INC.

John A. Childers, Esq.
Johnson & Bell, Ltd.
222 North La Salle St.
Suite 2200
Chicago, IL  60601

XCEL LABORATORIES, INC.

Lora E. Minichillo, Esq.
Thomas Y. Mandler, Esq.
Schwartz & Freeman
401 N. Michigan Avenue
Suite 1900
Chicago, IL  60611

**NATIONAL CORPORATE COUNSEL:**

AMERICAN DRUG HOUSE, INC.
AMERICAN HEALTH PLUS CORPORATION

Michael C. Duban, P.C.
81 Main St., Suite 205
White Plains, NY  10601

GENERAL NUTRITION CORPORATION
GENERAL NUTRITION INCORPORATED
GENERAL NUTRITION PRODUCTS, INC.

Gerald A. Kukitz, Esq.
Assistant General Counsel
General Nutrition Incorporated
921 Penn Avenue
Pittsburgh, PA  15222

7

LIVRON VITAMIN COMPANY, INC.

Gary Viole
Vice President
Livron Vitamin Company, Inc.
448 63rd Street
West New York, NJ  07093

VITAMIN POWER, INC.

Randal R. Kelly, Esq.
Dickinson, Everstine, Kelly
  & Prud 'Homme
730 17th Street, Suite 820
Denver, CO  80202-3504

**LOCAL DEFENSE COUNSEL:**

AJINOMOTO U.S.A., INC.
IDE INTERSTATE
STAR PHARMACEUTICAL
VITAMIN POWER, INC.

Thomas Gotshall, Esq.
Manton M. Grier, Esq.
Sinkler & Boyd
Palmetto Center, Suite 1200
1426 Main Street
Columbia, SC  29201

AMERICAN ASSOCIATION OF
RETIRED PERSONS
(A A R P)

Edward R. Parker, Esq.
American Association of Retired
  Persons
5511 Staples Mill Rd.
Richmond, VA  23228

AMERICAN DRUG STORES, INC.
d/b/a OSCO DRUGS, INC.

Larry C. Kenna, Esq.
Choate, Hall & Stewart
Exchange Place
53 State St.
Boston, MA  02109

ATMARK, INC.

Leon R. Erstad, Esq.
Erstad & Riemer, P.A.
1000 Northland Plaza
3800 W. 80th St.
Minneapolis, MN  55431

BARTH VITAMIN CORP.

Christine Gasser, Esq.
Congdon, Flaherty, O'Callaghan,
  Reid, Donlon, Travis &
  Fishlinger
100 Garden City Plaza
Garden City, NY  11530

BASIC DRUGS, INC.

Beverly F. Shillito, Esq.
Richard A. Setterberg, Esq.
Sebaly, Shillito & Dyer
1300 Courthouse Plaza, N.E.
P.O. Box 220
Dayton, OH  45402-0220

8

| | |
|---|---|
| BIG Y FOODS, INC. | William C. Turney, Esq.<br>McGrail, Carroll & Sheedy<br>246 Church Street<br>P. O. Box 1111<br>New Haven, CT  06505 |
| CONTRACT PHARMACAL, INC. | William M. Hagood, III, Esq.<br>Love, Thornton, Arnold &<br> Thomason<br>410 East Washington Street<br>P. O. Box 10045, F.S.<br>Greenville, SC  29603 |
| COSMO PHARM, INC. | Frank H. Lageson, Esq.<br>Cosgrave, Vergeer & Kester<br>One Financial Center<br>121 S.W. Morrison<br>Suite 1300<br>Portland, OR  97204-3146 |
| COSMO PHARM, INC. | James Artiano, Esq.<br>Toomey, Artiano & Wohn<br>2615 190th Street<br>Redondo Beach, CA  90278 |
| DAYTON HUDSON/TARGET | Joseph M. Price, Esq.<br>Faegre and Benson<br>2200 Norwest Center<br>90 South 7th Street<br>Minneapolis, MN  55402-3901 |
| FOCUS 21, INC. | Karen T. Peterson, Esq.<br>Greengard, Senter, Goldfarb<br> & Rice<br>400 South Colorado Blvd.<br>Suite 700<br>P. O. Box 22833<br>Denver, CO  80222 |
| FORD LABORATORIES, INC. | Ford Laboratories, Inc.<br>77 Moonachie Ave.<br>Moonachie, NJ  07074 |
| FRESHLABS, INC.<br>P. LEINER NUTRITIONAL PRODUCTS | Daniel J. Moore, Esq.<br>Semmes, Bowen & Semmes<br>401 Washington Avenue<br>P. O. Box 6705<br>Towson, MD  21285-6705 |
| FRUITFUL YIELD, INC. | Fruitful Yield, Inc.<br>200 Bloomingdale Road<br>Glendale Heights, IL  60139 |

9

GENERAL NUTRITION CORPORATION

Judy A. Fry, Esq.
Modrall Law Firm
Sunwest Building, Suite 1000
500 4th St., N.W.
P. O. Box 2168
Albuquerque, NM  87103

THE HEALTH FOOD STORE

The Health Food Store
East Brunswick Mall
Route 18
East Brunswick, NJ  08816

INDEMNIFIED DEFENDANTS
of SHOWA DENKO AMERICA, INC.

Gerald G. Paul, Esq.
Flemming, Zulack & Williamson
71 Broadway
New York, NY  10006

MUCKLER NUTRITION, INC.
d/b/a RIVER CITY NUTRITION

Teresa E. Kessler, Esq.
Reed, Armstrong, Gorman, Coffey,
    Thomson, Gilbert & Mudge
One Mark Twain Plaza
101 N. Main
P.O. Box 368
Edwardsville, IL  62025

NATURAL ALTERNATIVES
    INTERNATIONAL, INC.

William K. Olson, Esq.
Mitchell, Lang & Smith
101 S. W. Main
2000 One Main Place
Portland, OR  97204

NATURALLY VITAMIN SUPPLEMENTS, INC.

Naturally Vitamin Supplements,
    Inc.
3300 N. Central Ave.
20th Floor
Phoenix, AZ  85012

NATURE MADE NUTRITIONAL PRODUCTS
PAY & SAVE DRUG STORES, INC.
PHARMAVITE CORPORATION

Curtis L. Shoemaker, Esq.
Paine, Hamblen, Coffin,
    Brooke & Miller
Washington Trust Financial
    Center, Suite 1200
717 West Sprague Avenue
Spokane, WA  99204-0464

NATURE MADE NUTRITIONAL PRODUCTS
PHARMAVITE CORPORATION

James E. Goldfarb, Esq.
William L. Senter, Esq.
Greengard, Senter, Goldfarb
    & Rice
400 S. Colorado Blvd., Suite 700
P. O. Box 22833
Denver, CO  80222

NATURE MADE NUTRITIONAL PRODUCTS
PHARMAVITE CORPORATION

Robert Schroff, Esq.
Schroff, Glass & Newbery, P.C.
2135 East Sunshine, Suite 203
Springfield, MO 65804

-9-

10

NATURE MADE NUTRITIONAL PRODUCTS          Boris Navrathil, Esq.
PHARMAVITE CORPORATION                    Mangham, Hardy, Rolfs, & Abadie
                                          445 North Boulevard, Suite 800
                                          Baton Rouge, LA 70802

NATURE MADE NUTRITIONAL PRODUCTS          Robert L. Huckaby, Esq.
PHARMAVITE CORPORATION                    Huckaby, Fleming, Fraley,
                                            Chaffin & Darrah
                                          201 North 4th Street
                                          P. O. Box 5333
                                          Chickasha, OK  73023

NATURE MADE NUTRITIONAL PRODUCTS          Lindsay G. Arthur, Jr., Esq.
PHARMAVITE CORPORATION                    Arthur, Chapman & McDonough, P.A.
                                          500 Young Quinlan Building
                                          81 South Ninth Street
                                          Minneapolis, MN 55402-3214

NATURE MADE NUTRITIONAL PRODUCTS          David R. Buchanan, Esq.
PHARMAVITE CORPORATION                    Paul W. Dwight, Esq.
THE REXALL GROUP, INC.                    Brown & James, P.C.
                                          City Center Square
                                          1100 Main, Suite 1900
                                          Kansas City, MO  64105

NUTRI/SYSTEM                              Nutri/System
                                          21 McKinley Parkway
                                          Hamburg, NY  14219

NUTRIENTS BEST, INC.                      Marta Lederman, Esq.
                                          Thornton, David, Murray,
                                            Richard & Davis, P.A.
                                          2950 S.W. 27th Avenue
                                          Suite 100
                                          Miami, FL  33133-3704

PEOPLES DRUG STORES, INC.                 Christopher Kendric, Esq.
                                          Ahmuty, Demers & McManus
                                          200 I.U. Willets Road
                                          Albertson, N.Y.  11507

P. LEINER NUTRITIONAL PRODUCTS, INC.      Joseph E. Major, Esq.
REVCO DISCOUNT DRUG CENTER                Carl G. Ferguson, Esq.
                                          Leatherwood, Walker, Todd &
                                            Mann, P.C.
                                          100 E. Coffee St.
                                          P.O. Box 87
                                          Greenville, SC  29602-0087

R. W. GREEF & CO., INC.                   Gene Riccio, Esq.
                                          Whitman & Ransom
                                          Two Greenwich Plaza
                                          Greenwich, CT  06830

*11*

REVCO DISCOUNT DRUG CENTER INC.

Steven W. Albert, Esq.
Benesch, Friedlander, Coplan
    & Aronoff
1100 Citizens Building
850 Euclid Avenue
Cleveland, OH  44114-3399

RUGBY LABORATORIES, INC.

Jeffrey R. Schmieler, Esq.
Gregory R. Black, Esq.
Saunders & Schmieler
8225 Georgia Avenue
Silver Springs, MD  20910

SCHIFF BIO-FOOD PRODUCTS, INC.

Schiff Bio-Food Products, Inc.
121 Moonachie Ave.          *ism*
Moonachie, NJ  07074

SELTZER CHEMICALS, INC.

Michael B. Lawler, Esq.
Frederick S. Reisz, Esq.
Murchison & Cumming
680 Wilshire Place, Suite 200
P. O. Box 75965
Los Angeles, CA  90075-0965

SHOWA DENKO AMERICA, INC.
and INDEMNIFIED DEFENDANTS

Raymond R. Cusack, Esq.
Kimble, Gothreau & Nelson,
    P.C.
5285 E. Williams Circle
Suite 3500 - East Tower
Tucson, AZ  85711-7411

SHOWA DENKO AMERICA, INC.
and INDEMNIFIED DEFENDANTS

David B. Higgins, Esq.
Long & Jaudon
1600 Ogden Street
Denver, CO  80218-1414

SHOWA DENKO AMERICA, INC.
and INDEMNIFIED DEFENDANTS

S. Robert Jelley, Esq.
Wiggin & Dana
One Century Tower
New Haven, CT  06508-1832

SHOWA DENKO AMERICA, INC.
and INDEMNIFIED DEFENDANTS

Cynthia S. Prettyman, Esq.
Blackwell & Walker, P.A.
2400 AmeriFirst Bldg.
One S.E. Third Avenue
Miami, FL  33131

SHOWA DENKO AMERICA, INC.
and INDEMNIFIED DEFENDANTS

N. Karen Deming, Esq.
Troutman, Sanders, Lockerman
    & Ashmore
127 Peachtree St., N.E.
Suite 1400
Atlanta, GA 30303-1810

12

| | |
|---|---|
| SHOWA DENKO AMERICA, INC. and INDEMNIFIED DEFENDANTS | Harry L. Riggs, Jr., Esq. Dinsmore & Shohl Suite 430 Florence, KY 41042-1355 |
| SHOWA DENKO AMERICA, INC. and INDEMNIFIED DEFENDANTS | Edward J. Rice, Jr., Esq. Rodi W. Culotta, Esq. Adams and Reese 4500 One Shell Square New Orleans, LA 70139 |
| SHOWA DENKO AMERICA, INC. and INDEMNIFIED DEFENDANTS | Peter W. Sipkins, Esq. Carol A. Peterson, Esq. Dorsey & Whitney 2200 First Bank Place East 120 South Sixth Street Minneapolis, MN 55402 |
| SHOWA DENKO AMERICA, INC. and INDEMNIFIED DEFENDANTS | Lawrence J. Franck, Esq. Butler, Snow, O'Mara, Stevens & Cannada 17th Floor, Deposit Guaranty Plaza P.O. Box 22567 Jackson, MS 39225-2567 |
| SHOWA DENKO AMERICA, INC. and INDEMNIFIED DEFENDANTS | Gerald I. Gillock, Esq. Barker, Gillock, Koning, Brown & Earley 430 S. Third Street Las Vegas, NV 89101 |
| SHOWA DENKO AMERICA, INC. and INDEMNIFIED DEFENDANTS | Thomas S. Calder, Esq. Deborah R. Lydon, Esq. Dinsmore & Shohl 1900 Chemed Center 255 East Fifth Street Cincinnati, OH 45202-3172 |
| SHOWA DENKO AMERICA, INC. and INDEMNIFIED DEFENDANTS | Harry A. Woods, Esq. Brian E. Shipp, Esq. Crowe & Dunlevy 1800 Mid America Tower 20 North Broadway Oklahoma City, OK 73102 |
| SHOWA DENKO AMERICA, INC. and INDEMNIFIED DEFENDANTS | Daniel B. White, Esq. Gibbes & Clarkson, P.A. 330 East Coffee St. P.O. Box 10589 Greenville, SC 29603 |

13

SHOWA DENKO AMERICA, INC.
and INDEMNIFIED DEFENDANTS

William D. Leader, Jr., Esq.
Boult, Cummings, Conners & Berry
222 Third Avenue North
P.O. Box 198062
Nashville, TN 37219

SHOWA DENKO AMERICA, INC.
and INDEMNIFIED DEFENDANTS

Thomas R. Merrick, Esq.
Bullivant, Houser, Bailey,
   Pendergrass & Hoffman
2400 Westlake Office Tower
1601 Fifth Avenue
Seattle, WA  98101-1618

SPORTSTAR HEALTH & FITNESS
SPORTSTAR NUTRITIONAL SUPPLEMENTS

Sportstar Health & Fitness,
Sportstar Nutritional Supplements
P.O. Box 24594
Temple, AZ  85282

SPORTSTAR HEALTH & FITNESS
SPORTSTAR NUTRITIONAL SUPPLEMENTS

Lynn M. Fischman, Esq.
Andrews & Kurth
747 Third Avenue
New York, NY  10017

~~TARGET STORES~~

Mauricio A. Flores, Esq.
Pillsbury, Madison & Sutro
101 West Broadway
Suite 1800
San Diego, CA  92101

~~TARGET STORES, a Div. of DAYTON HUDSON CORP.~~

B. I. Stanczyk, Esq.
900 Marquette Building
Detroit, MI  48226-3260

TRIARCO, INC.

Henry T. V. Miller, Esq.
81 Monroe Ave.
P.O. Box 3160
Memphis, TN 38173-0160

UPSHER-SMITH LABS, INC.

David S. Rutherford, Esq.
Wilson, Elser, Moskowitz &
   Dicker
420 Lexington Avenue
New York, NY  10170

WALGREEN COMPANY

Reed O. Gentry, Esq.
Robert R. Barton, Esq.
Field, Gentry & Benjamin, P.C.
600 East 11th Street
Kansas City, MO  64106-2680

14

WAL-MART PHARMACY OF DURANT, OK

James K. Secrest, II, Esq.
Roger N. Butler, Jr., Esq.
7134 S. Yale, Suite 900
Tulsa, OK  74136

**OTHER COUNSEL:**

American International Group

Susan C. Bergemann, Esq.
Katten, Muchin, Zavis & Dombroff
9130 South Dadeland Blvd.
II Datran Center
Suite 1609
Miami, FL  33156-7848

International Vitamin World
DISMISSED
6/30/92

Charles Eugene Peery, Esq
Peery, Hiscock, Pierson & Ryder
505 Madison St
Suite 300
Seattle  WA  98104

Vitamin World

Thomas F. Campion
Shanley & Fisher, P.C.
131 Madison Ave.
Morristown  NJ  07962-1979

-14-

27

# INVOLVED COUNSEL LIST

DOCKET No. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation, (No. II) (D-784 - D-802)

FRANCES A. ADAMS, ET AL. (D-784)
David M. Garrett, Esq.
Tami D. Mickelson, Esq.
436 Court Street
Muskogee, OK  74401

TONI PETTY (D-785)
Bernard A. Campbell, Jr. Esq.
Destribats & Hamilton
247 White Horse Avenue
Trenton, NJ  08610

JANICE C. ANDERSON, ET AL. (D-786)
Arthur Sherman, Esq.
Sherman, Dan & Portugal
9454 Wilshire Boulevard
Suite 550
Beverly Hills, CA  90212

FRANCES R. SHIRLEY, ET AL. (D-799)
MARIBEL C. HUMPSTONE (D-798)
WILLIAM CORBIN, ET AL. (D-787)
Richard S. McGowan, Esq.
Rheingold & McGowan, P.C.
113 East 37th Street
New York, NY  10016

ROEL VILLARREAL, ET AL. (D-788)
Michael L. Slack, Esq.
Byrd, Davis & Eisenberg
707 West 34th Street
Austin, TX  78705-1294

Michael A. Simpson, Esq.
Woodruff, Fostel, Wren & Simpson
P.O. Box 685
Bridgeport, TX  76026

HELEN L. GILLEN (D-789)
Patricia S. Orr, Esq.
Manchester Law Offices, P.C.
P.O. Box 1459
Burlington, VT  05402

KAROL SMITH (D-790)
Thomas D. Rogers, Esq.
Ness, Motley, Loadholt, Richardson & Poole
P.O. Box 1137
Charleston, SC  29402

SANDRA DINEEN, ET AL. (D-791)
Edward F. Bezdecki, Esq.
Schuman, Butz & Bezdecki
1130 Hooper Avenue
P.O. Box 608
Toms River, NJ  08754

ATHLYN B. PHILLIPS (D-802)
DOROTHY FULLER (D-801)
JOHN H. DAVIS, SR. (D-792)
Thomas E. Albro, Esq.
Robert Jett Ingram, Jr., Esq.
Tremblay & Smith
P.O. Box 1581
Charlottesville, VA  22902

TOSHIE P. WILSON, ET AL. (D-793)
Christopher Lee Otorowski, Esq.
600 Winslow Way East
Bainbridge Island, WA  98110

GEORGE MAINE (D-794)
Steven Stanford Berizzi, Esq.
Dominick Esposito, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740, 5th Floor
Bridgeport, CT  06601-1740

BRENDA C. EARNHARDT (D-795)
Luke Largess, Esq.
Ferguson, Stein, Watt, Wallas, Adkins
  & Gresham, P.A.
East Independence Plaza
700 East Stonewall Street
Suite 730
Charlotte, NC  28202

Thomas D. Rogers, Esq.
 (Already Listed)

JUANITA HICKS GUNTER, ET AL. (D-796 &
D-797)
Leonard Prentice Eager, III, Esq.
F. Glenn Moffett, Jr., Esq.
Moffett & Henderson
P.O. Box 14467
1739 Cheshire Bridge Road, NE
Atlanta, GA  30324-1467

RUGBY LABS, INC. (Deft. & 3rd Party Pltf.
D-796)
Emory Speer Mabry, III, Esq.
Edwin L. Hamilton, Esq.
Chambers, Mabry, McClelland & Brooks
2200 Century Parkway, N.W.
Tenth Floor
Atlanta, GA  30345

28

**FRANCES T. DEBUSK (D-800)**
Robert Jett Ingram, Jr., Esq.
Tremblay & Smith
P.O. Box 1581
Charlottesville, VA  22902

Mary Lynn Tate, Esq.
Yeary, Tate, Lowe & Rowlett, P.C.
P.O. Box 1685
Abingdon, VA  24210

**JAMESON PHARMACEUTICAL CORP. (Deft.
D-784); AMCON INDUSTRIES, INC. (Deft.
D-784); NUTRILITE (Deft. D-784);
WAL-MART STORES, INC. (Deft. D-784)**
David McDonald Prichard, Esq.
Ball & Weed
Trinity Plaza II
745 East Mulberry, Suite 500
San Antonio, TX  78212-0001

**VITAMIN WORLD (Deft. D-785)**
Thomas F. Campion, Esq.
Shanley & Fisher, P.C.
131 Madison Avenue
Morristown, NJ  07962-1979

**GENERAL NUTRITION CENTER (Deft. D-786)**
Jordan Lurie, Esq.
Pillsbury, Madison & Sutro
725 South Figueroa Street
Suite 1200
Los Angeles, CA  90071-2513

**GENERAL NUTRITION CENTER (Deft. D-788)**
Bryan James Maedgen, Esq.
Joseph A. Turano, Esq.
Kevin L. Wentz, Esq.
901 Main Street, #LB 175
4300 Interfirst Plaza
Dallas, TX  75250

**SCHIFF BIO-FOOD PRODUCTS (Deft. D-789)**
Schiff Bio-Food Producst, Inc.
121 Moonachie Avenue      *Let return*
Moonachie, NJ  07074

**SCHIFF PRODUCTS, INC. (Deft. D-789)**
(Unable to determine counsel or address)

**PURITAN'S PRIDE, INC. (Deft. D-789)**
(Unable to determine counsel or address)

**NOW FOODS, INC. (Deft. D-790)**
(Unable to determine counsel or address)

**F.W. WOOLWORTH COMPANY (Deft. D-791)**
(Unable to determine counsel or address)

**THE RX PLACE (Deft. D-791)**
(Unable to determine counsel or address)

**RODALE PRESS, INC. (Deft. D-791)**
(Unable to determine counsel or address)

**BRONSON PHARMACEUTICALS (Deft. D-793)**
(Unable to determine counsel or address)

**J D CAST, DC (Deft. D-793)**
(Unable to determine counsel or address)

**INTERNATIONAL VITA FOODS (Deft. D-793)**
Charles Eugene Peery, Esq.
Peery, Hiscock, Pierson & Ryder
505 Madison Street, Suite 300          *Dismissed 6/30/92*
Seattle, WA  98104

**HUDSON CORPORATION (Deft. D-798)**
(Unable to determine counsel or address)

**LEE NUTRITION, INC. (Deft. D-801)**
(Unable to determine counsel)

2 4

## INVOLVED COUNSEL LIST

DOCKET No. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation, (No. II) (D-803 - D-813)

BIANCA BROWN (D-803)
David K. Kelley, Esq.
Searcy, Denney, Scarola, Barnhart
 & Shipley, P.A.
2139 Palm Beach Lakes Blvd.
P.O. Drawer 3626
West Palm Beach, FL 33402-3626

STACEY BLONSTEIN (Deft. D-803)
 (Unable to determine counsel or address)

CAROLYN WESTBROOK, ET AL. (D-804)
Michael A. Simpson, Esq.
Woodruff, Fostel, Wren & Simpson
P.O. Box 685
Bridgeport, TX 76026

EARL FRIEDEN, ET AL. (D-805)
Christian D. Searcy, Esq.
Searcy, Denney, Scarola, Barnhart
 & Shipley, P.A.
2139 Palm Beach Lakes Blvd.
P.O. Drawer 3626
West Palm Beach, FL 33402-3626

DON BARRENTINE (Deft. D-805)
 (Unable to determine counsel or address)

GARY SMITH (Deft. D-805, D-811)
 (Unable to determine counsel or address)

DIANA IKELER (D-806)
Barbara L. Bozman-Moss, Esq.
Teal, Montgomery & Bozman-Moss
751 Fourth Street
Santa Rosa, CA 95404

LINDA NIGHTINGALE (D-807)
Brian J. McKeen, Esq.
Bleakley & McKeen
One Kennedy Square
Suite 1800
Detroit, MI 48226

PURITANS PRIDE (Deft. D-807)
Boleslaus I. Stanczyk, Esq.
Plunkett & Cooney
900 Marquette Building
Detroit, MI 48226-3260

SANDRA PRICE DEMPSEY (D-808)
Robert Furbish, Esq.
Smith & Elliott
100 Commercial Street
Suite 304
Portland, ME 04101

ROUHI HUDDLESTON (D-809)
Florrie L. Wertheimer, Esq.
225 Broadway
New York, NY 10007

BRIGID MICHAELS, ET AL. (D-810)
David K. Kelley, Esq.
 (Already Listed)

IRVING FLEET, ET AL. (D-811)
Christian D. Searcy, Esq.
 (Already Listed)

SANDRA J. RIOUX, ET AL. (D-812)
Suzanne E. Groff, Esq.
Sheehan, Phinney, Bass & Green, P.A.
One Harbour Place — Suite 325
Portsmouth, NH 03801

BARBARA D'AGOSTINO, ET AL. (D-813)

Steven Sheller, Esq.
Sheller, Ludwig & Badey, P.C.
1528 Walnut Street, 3rd Floor
Philadelphia, PA 19102

AMERICAN PHARMACEUTICAL CO.
TILDEN LABS, INC. (Defts. D-813)
 (Unable to determine counsel or address)

D815- D829

30

## INVOLVED COUNSEL LIST

CLARADELL CLARK, ET AL. (D-815)
Walter G. Campbell, Jr., Esq.
Krupnick, Campbell, Malone & Roselli, P.A.
700 S.E. 3rd Avenue
Suite 100
Fort Lauderdale, FL  33316

GLORIA S. GRAHAM, ET AL. (D-816)
Charles David Fonvielle, III, Esq.
Fonvielle & Hinkle
1545 Raymond Diehl Road
Suite 210
Tallahassee, FL  32308

LORRAINE HERRING ROREX (D-817)
F. Glenn Moffett, Jr., Esq.
L. Prentice Eager, III, Esq.
1739 Cheshire Bridge Road, N.E.
Atlanta, GA  30324

JAMES H. BUTLER, ET AL. (D-818)
John E. Sutter, Esq.
220 North Liberty Street
Suite 100 - The Sutter Building
Baltimore, MD  21201

Thomas D. Rogers, Esq.
Law Office
P.O. Box 1137
Charleston, SC  29402

MARY ELLEN DOLSON (D-819)
Thomas C. Hullverson, Esq.
Hullveson Law Firm
1010 Market
Suite 1550
St. Louis, MO  63101

JAMES A. FOX (D-820)
James A. Fox
345 Centre Street
Nutley, NJ  07110

MARIE BOND (D-821)
JOHANNA CASE (D-822)
DELIA LOPEZ (D-823)
Turner W. Branch, Esq.
Margaret Moses Branch, Esq.
Branch Law Firm
2025 Rio Grande Blvd., NW
Albuquerque, NM  87104

BLAIRE DEGRADO, ET AL. (D-824)
Richard S. McGowan, Esq.
Rheingold & McGowan
113 East 37th Street
New York, NY  10016

EDWANNA FIELDS (D-825)
Thomas D. Rogers, Esq. (Same as D-818)

LINDA HAYNES (D-826)
Janet Ward Black, Esq.
Donaldson & Horsley, P.A.
208 West Wendover Avenue
Greensboro, NC  27401-1307

Thomas D. Rogers, Esq. (Same as D-818)

NORMA S. WEST, ET AL. (D-827)
Robert B. Newkirk, III, Esq.
R. Kent Brown, Esq.
Brown, Hogin & Montgomery
122 North McDowell Street
Charlotte, NC  28204

ELLEN UNELL, ET AL. (D-828)
Michael T. Gallagher, Esq.
Fisher, Gallagher & Lewis
1000 Louisiana
70th Floor
Houston, TX  77002

ELIZABETH M. BYBEE (D-829)
Robert Jett Ingram, Jr., Esq.
Tremblay & Smith
P.O. Box 1585
Charlottesville, VA  22902

31

- 2 -

GENERAL NUTRITION CENTER
(Deft. in D-821, 823)
Judy A. Fry, Esq.
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM  87103


TILDEN LABS, INC. (Deft. in D-820)
AMERICAN PHARMACEUTICAL CO.
   D/B/A/ NATURAL  NUTRITIONAL  CO.
(Deft. in D-820)
REVCO DISCOUNT CENTERS
(Deft. in D-822)
REVCO D.S., INC. (Deft. in D-826)
AMERICAN VITAMIN CO. (Deft. in D-827)
JONES MEDICAL INDUSTRIES, INC.
(Deft. in D-827)
JACK ECKERD CORP. (Deft. in D-827)
GENERAL NUTRITION MILLS, INC.
(Deft. in D-827)
(Unable to determine counsel or address)

32

## PANEL SERVICE LIST

**DOCKET  No. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation, (No. II)
(D-831 through D-834)**

ANNABELL MUNSON, ET AL. (D-831)
Tim Weaver, Esq.
Cockrill Weaver & Bjur
P.O. Box 487
Yakima, WA  98907

FRANCES BULLARD, ET AL. (D-832)
Thomas D. Rogers, Esq.
Ness, Motley, Loadholt, Richardson & Poole
151 Meeting Street, Suite 600
P.O. Box 1137
Charleston, SC  29402

Gorman H. King, Esq.
King Law Office
1710 8th Street South
Box 1917
Fargo, ND  58107

STEPHEN A. STASCH (D-833)
John J. Pyne, Esq.
Pyne & Derry
2 Wisconsin Circle
Suite 640
Chevy Chase, MD  20815

VICKI L. NORRIS (D-834)
Gayle L. Troutwine, Esq.
Williams, Troutwine & Bowersox
1100 S.W. 6th Avenue
Suite 1100
Portland, OR  97204

PAYLESS DRUG STORES, N.W. (Deft. in D-834)
 (Unable to determine counsel or address)

$55$

## INVOLVED COUNSEL LIST

DOCKET  No. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation, (No. II)
(D-835 thru D-838)

-----------------------------------------------------------------------------------------------------------------------

ARNOLD C. GRAHAM, ET AL. (D-835)
Robert L. Beal, Jr., Esq.
William T. Healy, Esq.
Healy & Beal, P.C.
5255 East Williams Circle
West Tower - Suite 6000
Tucson, AZ  85711

PURITAN'S PRIDE, INC. (Deft. D-835)
Janet E. Kornblatt, Esq.
O'Connor Cavanaugh Anderson Westover
  Killingsworth & Beshears
1 East Camelback, Suite 1100
Phoenix, AZ  85012-1656

GNC DIRECT RESPONSE, INC.
GND INVESTMENT CO.
GENERAL  NUTRITION  INVESTMENT  CO.
(Defts. D-835)
  (Unable to determine counsel or address)

DOROTHY SCHIRTZINGER (D-836)
Bruce D. Frankel, Esq.
Parvey & Frankel
P.O. Drawer 9327
Fort Myers, FL  33902

T. G. LaGrone, Esq.
T. G. LaGrone, P.A.
100 West Lucerne Circle
Orlando, FL  32801

VITA FRESH VITAMIN CO., INC.
(Deft. D-836)
  (Unable to determine counsel or address)

CHARLES BIRDSALL, ET AL. (D-837)
Bernard J. Kubetz, Esq.
Eaton, Peabody, Bradford & Veague
P.O. Box 1210
Bangor, ME  04402-1210

VITAMIN RESEARCH PRODUCTS, INC.
(Deft. D-837)
  (Unable to determine counsel or address)

RUBYE FOSTER, ET AL. (D-838)
Paul S. Minor, Esq.
Minor & Guice
P.O. Box 1388
Biloxi, MS  39533-1388

34

## INVOLVED COUNSEL LIST

DOCKET No. <u>865</u> -- <u>In re Showa Denko K.K. L-Tryptophan Products Liability Litigation (No. II)</u>
<u>(D-839 thru D-841)</u>

-----------------------------------------------------------------------------------------------------------------------------

<u>CAROL A. POUND, ET AL. (D-839)</u>
Donald M. Hinkle, Esq.
Fonvielle & Hinkle
1545 Raymond Diehl Rd., Suite 210
Tallahasse, FL  32308

<u>JOY V. THEISEN, ET AL. (D-840)</u>
Donald S. Andersen, Esq.
Arden J. Bradshaw, Esq.
Michaud, Hutton & Bradshaw
8100 East 22nd Street North
P.O. Box 782110
Wichita, KS  67278-2110

John W. Stapleton, Jr., Esq.
1125 Grand Avenue
Suite 1125
Kansas City, MO  64106

<u>BARBARA HILDEBRANDT (D-841)</u>
Steven Jay Greenstein, Esq.
Ravich, Koster, Tobin, Oleckna,
   Reitman & Greenstein
1743 St. Georges Avenue
Rahway, NJ  07065

<u>AJINOMOTO USA, INC. (Deft. D-841)</u>
Richard A. Lustgarten, Esq.
Goodman & Lustgarten
59 Main Street, Suite 203
West Orange, NJ  07052

AUSTIN CHEMICAL CO. (Defts. D-841)
<u>WALGREEN EASTERN CO., INC.</u>
   (Unable to determine counsel or address)

35

INVOLVED COUNSEL LIST

DOCKET No. 865 -- In re Showa Denko K.K. L-Tryptophan Products Liability Litigation (No. II)

------------------------------------------------------------------------------------------------------------------------

JACKIE J. KOSTELNIK, ET AL.
James M. Kommers, Esq.
Martel Professional Center
P.O. Box 1267
Bozeman, MT  59771

Kevin P. Mahoney, Esq.
Rock Pointe Corporate Center
West 316 Boone
Spokane, WA  99201

DEBORAH RHOADES, ET AL.
Mark W. Davis, Esq.
Davis & Emil
P.O. Box 7018
2210 Pass Road
Gulfport, MS  39506-7018

SUE ANN THOMPSON
SHERYL HILL
JAMES G. NORRIS, ET AL.
Turner W. Branch, Esq.
Margaret Moses Branch, Esq.
Branch Law Firm
2025 Rio Grande Blvd., NW
Albuquerque, NM  87104

KAL, INC.
GREAT EARTH DISTRIBUTION
Luis G. Stelzner, Esq.
Judith D. Schrandt, Esq.
Sheehan, Sheehan & Stelzner
707 Broadway, NE
Suite 300
P.O. Box 271
Albuquerque, NM  87103

GENERAL NUTRITION CENTER
Paul D. Miller, Esq.
Holland & Hart
175 North 27th Street
Suite 1400
Billings, MT  59101

Judy A. Fry, Esq.
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM  87103

DONALD HOFFMAN, INC.
ALERT HEALTH PRODUCTS, INC.
WALGREEN OF NEW MEXICO, INC.
NATUREMOST LABORATORIES, INC. (Defts.)
 (Unable to determine counsel or address)

36

## INVOLVED COUNSEL LIST

DOCKET No. 865 -- In re Denko K.K. L-Tryptophan Products Liability Litigation (No.II)

---------------------------------------------------------------------------------------------------------------------

RONALD S. HERMAN, ET AL.
Richard S. McGowan, Esq.
Rheingold & McGowan, P.C.
113 East 37th Street
New York, NY  10016

CHARLES R. DEXTER, ET AL.
Richard M. Husband, Esq.
Barron & Stadfeld
2 Center Plaza, 3rd Floor
Boston, MA  02108

BROOKS DRUG, INC. (DEFT.)
Brooks Drug, Inc.
75 Sabin Street
Pawtucket, RI  02860
(Unable to determine counsel)

CAROLE NEFF
Matthew B. Moore, Esq.
Dysart, Taylor, Penner, Lay &
Lewandowski, P.C.
4420 Madison Avenue
2nd Floor
Kansas City, MO  64111

Donald S. Anderson, Esq.
Arden J. Bradshaw, Esq.
Michaud, Hutton & Bradshaw
8100 E. 22nd St. N.
P.O. Box 782110
Wichita, KS  67278-2110

ELIZABETH FOWLER, et al.
Richard S. McGowan, Esq.
Rheingold & McGowan
113 East 37th St.
New York, NY  10016

UPSHER-SMITH LABORATORIES, INC.
(DEFT.)
Upsher-Smith Laboratories, Inc.
14905 23rd Avenue North
Minneapolis, MN  55447

NATURE'S BOUNTY, INC. (DEFT.)
Micheal C. Durban, P.C.
81 Main Street, Suite 205
White Plains, NY  10601

DOROTHY COLESTOCK, ET AL.
John Thomas Baker, Esq.
Bragg, Baker & Cederberg, P.C.
600 -17th Street
#1700-N
Denver, CO  80202

ELIZABETH LEE AUBEL, ET AL.
Christian D. Searcy, Esq.
David K. Kelley, Esq.
Searcy, Denney, Scarola,
 Barnhart & Shipley
2139 Palm Beach Lakes Blvd.
P.O. Drawer 3626
West Palm Beach, FL  33402-3626

KMART CORPORATION
(Unable to determine counsel or address)

*37*

## INVOLVED COUNSEL LIST

DOCKET No. 865 -- In re Denko K.K. L-Tryptophan Products Liability Litigation (No.II)

------------------------------------------------------------------------------------------------------------------

ELIZABETH FLESSAS
Gerald R. Turner, Esq.
Turner Law Offices
229 E. Wisconsin Avenue
Milwaukee, WI 53202

NUTRITION RESEARCH LABS INC.
(DEFTS.)
Jan M. Schroeder, Esq.
Peterson, Johnson, & Murray
733 N. Van Buren Street
Milwaukee, WI 53202

DONNA GUIEL, ET AL.
Dominick Esposito, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
P.O. Box 1740, 5th Floor
Bridgeport, CT 06601-1740

SHOWA DENKO AMERICA. INC.
CONTRACT PHARMACEUTICAL CORP.
IDE INTERSTATE, TRIARCO
(DEFTS.)
Patrick J. Monahan, II, Esq.
Leslie Stephen Hollo
Wiggin & Dana
One Century Tower, P.O. Box 1832
New Haven, CT 06508-1832

Edmund T. Curran, Esq.
Lawrence L. Connelli, Esq.
Regnier, Taylor, Curran & Eddy
CityPlace
28th Floor
Hartford, CT 06103-4402

John R. Fitzgerald, Esq.
John Stephen Papa, Esq.
Howard, Kohn, Sprague & Fitzgerald
237 Buckingham St., P.O. Box 260896,
Station A
Hartford, CT 06106-0896

JUDITH M. BEATY, ET AL.
Paul Steven Martin
116 N. Fifth
Ponca City, OK 74604

Arden J. Bradshaw
Donald S. Andersen
P.O. Box 782110
Wichita, KS 67278-2110

WILLIAM BURNS, ET AL.
Basil L. North, Jr.
North & Chionuma
106 W. 11th St.
Ste. 1800 Mark Twain Towers
Kansas City, MO 64105-1806

GENERAL NUTRITION CENTERS
(DEFT.)
Robert R. Barton, Esq.
Field Gentry & Benjamin, P.C.
600 E. 11th Street
Kansas City, MO 64106-2680

THRIFT DRUG INC., (DEFT.)
Thrift Drug, Inc.
Manager of Treasury Drugs
at Broadway Valentine Shopping Center
3600 Broadway
Kansas City, MO 64111

*38*

## INVOLVED COUNSEL LIST

DOCKET No. 865 -- In re K.K. L-Tryptophan Products Liability Litigation (No.II)

---------------------------------------------------------------------------------------------------------------------

AMERICAN VITAMIN PRODUCTS (DEFT.)
Micheal May
Cigna Insurance Co.
7007 College Blvd.
Overland Park, MS  66211

CAROLYN CONN, ET AL.
Micheal T. Gallagher, Esq.
Fisher, Gallagher, Perrin
 & Lewis
1000 Louisiana, 70th Floor
Houston, Tx  77002

SHOWA DENKO OF AMERICA. INC. (DEFT.)
Bryan James Medgen, Esq.
901 Main St., #LB 175
4300 Interfirst Plaza
DAllas, TX 75250

Ernest Mayerfeld, Esq.
Cleary, Gottleib, Steen
 & Hamilton
1752 N. St., NW
Washington, DC  20036-4610

Matthew D. Slater, Esq.
Cleary, Gottlieb, Steen
 & Hamilton
1752 N. Street, N.W.
Washington, DC  20036-4610

Kevin L. Wentz, Esq.
Strasburger & Price
901 Main Street
4300 NationsBank Plaza
Dallas, TX  75202

NUTRILITE PRODUCTS INC.
Charles R. Messer, Esq.
Dickson, Carlson & Capillo
P.O. Box 2112
Third Floor, 120 Broadway
Santa Monica, CA  90407-2122

SHOWA DENKO K.K. (DEFT.)
Kenneth L. Waggoner, Esq.
John J. Wasilczyk, Esq.
Steven J. Renshaw
Brobeck, Phleger & Harrison
550 S. Hope St., Suite 2300
Los Angeles, CA  90071

Christopher H. Lunding, Esq.
Hiram E. Chodosh, Esq.
Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, NY  10006

THERESA CROWLEY
Donald S. Andersen, Esq.
Michaud, Hutton & Bradshaw
8100 East 22nd St. North
Bldg. 1200
P.O. Box 782110
Wichita, KS  67278-2110